**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00125 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION**

On this day, the Court considered the Motion to Dismiss Plaintiff's Original Petition filed by Defendant Liberty Life Assurance Company of Boston pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's Original Petition, Plaintiff's Response to Defendant's Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**. It is, therefore, also

**ORDERED** this action is hereby **DISMISSED WITH PREJUDICE** and all costs incurred by Defendant are taxed against the Plaintiff.

**SIGNED** this ______ day of ___________________, 2021.

______________________________________
UNITED STATES DISTRICT JUDGE