**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| JORGE GARCIA,<br>Plaintiff | §<br>§ | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00125 |
| | §<br>§ | |
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>Defendant | §<br>§<br>§ | |

PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW JORGE GARCIA**,** Plaintiff in the above-styled and numbered cause, and certifies that the following persons and/or entities are financially interested in the outcome of this litigation:

1. JORGE GARCIA
   c/o Timothy A. Davis
   Davis Law, P.C.
   1320 N. 10th Street, Suite 140
   McAllen, Texas 78501
   (956) 540-7807
   Fax (956) 664-2500
   Texas Bar No. 00790570
   Southern District ID 37089
   *Plaintiff*

2. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
   c/o Iwana Rademaekers
   Texas Bar. No. 16452560
   Southern District ID 22781
   LAW OFFICES OF IWANA RADEMAEKERS, P.C.
   17304 Preston Road, Suite 800
   Dallas, Texas 75252
   (214) 579-9319
   Fax (469) 444-6456
   *Defendant*

3. Davis Law, P.C.
   McAllen, Texas

4. Law Offices of Iwana Rademaekers, P.C.
   Dallas, Texas

5. Lincoln National Corporation

6. The Lincoln National Life Insurance Company

7. Lincoln Life Assurance Company of Boston

Dated April 12, 2021

Respectfully submitted,

**DAVIS LAW, P.C.**
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
Telephone (956) 540-7807
Facsimile (956) 664-2500

By: *Timothy A. Davis*
Timothy A. Davis
Federal I.D. 37089
Texas Bar No. 00790570
Email: timm@tdavislawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically upon all counsel of record on April 12, 2021.

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

Timothy A. Davis
Timothy A. Davis