IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JORGE GARCIA,<br>  Plaintiff | §<br>§<br>§<br>§ |
| VS. | § CIVIL ACTION NO. 7:21-cv-00125<br>§<br>§ |
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>  Defendant | §<br>§<br>§ |

PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW JORGE GARCIA, Plaintiff in the above-styled and numbered cause, and files this Plaintiff's First Amended Complaint.

**Parties**

1. Plaintiff JORGE GARCIA is an individual and a resident of the State of Texas and resides in Hidalgo County, Texas.

2. Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON is a foreign insurance company licensed to transact business in the State of Texas. Defendant has previously been served with citation and complaint, has answered by and through its attorney of record, is before this Court for all purposes and will be served with this amended complaint through its attorney of record.

**Jurisdiction**

3. Diversity. Pursuant to 28 U.S.C. §1332, there is diversity as to the parties and the amount in controversy exceeds $75,000.

4. ERISA. The health plan in question is governed under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1001 et seq. and pursuant to ERISA §514, all state laws that relate to any employee benefit plan are preempted.

**Statement of Claim**

5. Plaintiff is the beneficiary of a group disability policy issued by Defendant. The policy in part provides for long-term disability benefits. Plaintiff obtained this insurance coverage through his employer. Generally, the policy provides long-term disability benefits beyond two-years if the beneficiary is unable to work in any field.

6. Plaintiff was determined to be disabled and unable to perform his required job functions shortly after suffering significant personal injuries in and auto-pedestrian accident that occurred on or about August 2019. Thereafter plaintiff received monthly short-term and long-term disability benefits pursuant to the plan terms.

7. Thereafter on or about July 2020 plaintiff was advised by defendant that plaintiff's benefits were to be discontinued after June 30, 2020. Plaintiff then appealed that decisions pursuant to the terms of the plan. In correspondence from defendant plaintiff was advised that the appeal was unsuccessful. Plaintiff has complied with all administrative requirements regarding the appeal.

8. Notwithstanding defendant's determination, plaintiff contends that he remains disabled, that he is unable to engage in any gainful occupation and that defendant's denial of his long-term disability benefits was wrongful under the law and under the terms of the plan.

**Relief**

9. Plaintiff seeks relief under ERISA §502(a)(1)(B). Plaintiff has standing in that he is a beneficiary under the plan.

10.  Plaintiff has properly made a claim for benefits, plaintiff has exhausted the plan's administrative appeals process, plaintiff is entitled to continuing long-term disability benefits and plaintiff has been denied the benefits that he is entitled to.

11.  Plaintiff seeks to recover benefits owed under the terms of the plan, attorney's fees and equitable relief.  Plaintiff requests a trial *de novo* in the district court.

Respectfully submitted,

DAVIS LAW, P.C.
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
Telephone (956) 664-2000
Facsimile (956) 664-2500

By: *Timothy A. Davis*
Timothy A. Davis
Federal I.D. 37089
Texas Bar No. 00790570
timm@tdavislawpc.com

Attorney in Charge for Plaintiff
JORGE GARCIA

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been filed and served electronically through the CM/ECF system on April 12, 2021.

    Iwana Rademaekers
LAW OFFICE OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

*Timothy A. Davis*
Timothy A. Davis