**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00125 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO RESET INITIAL PRETRIAL CONFERENCE AND TO ALLOW DEFENDANT'S COUNSEL TO APPEAR VIA TELEPHONE**

Plaintiff Jorge Garcia and Defendant Lincoln Life Assurance Company of Boston, f/k/a Liberty Life Assurance Company of Boston ("Lincoln Life"),[1] file this Joint Motion to Reset Initial Pretrial Conference and to Allow Defendant's Counsel to Appear Via Telephone, and show the Court as follows:

1. On April 2, 2021, the Court entered an Order for Conference (Document 2). Pursuant to that Order, the parties must appear for an initial pretrial conference on Tuesday, May 18, 2021, at 9:00 am.

2. Counsel for Defendant will be out of town and traveling in a place without reliable cellular service on the day of the conference. Accordingly, the parties request that the Court reset the initial pretrial conference for a date between May 24, 2021 and June 24, 2021.

---

[1] The name of the entity "Liberty Life Assurance Company of Boston" has been changed to "Lincoln Life Assurance Company of Boston." Accordingly, "Lincoln Life Assurance Company of Boston" is the correct name of the Defendant in this action.

3. Further, Defendant's counsel would like to appear at the Scheduling Conference via telephone. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone for the Scheduling Conference.

WHEREFORE, the Parties request the Court to enter an order resetting the initial pretrial conference for a date between May 24, 2021 and June 24, 2021, and allowing counsel for Defendant to appear for the conference via telephone.

Dated this 30th day of April 2021.

Respectfully submitted,

**DAVIS LAW, P.C.**
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
Telephone (956) 540-7807
Facsimile (956) 664-2500

By: /s/ Timothy A. Davis
Timothy A. Davis
Federal I.D. 37089
Texas Bar No. 00790570
Email: timm@tdavislawpc.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Timm Davis
Email: timm@tdavislawpc.com

April 30, 2021 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers