**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00125 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO RESET INITIAL PRETRIAL CONFERENCE AND TO ALLOW DEFENDANT'S COUNSEL TO APPEAR VIA TELEPHONE**

On this day, the Court considered the Joint Motion to Reset Initial Pretrial Conference and to Allow Defendant's Counsel to Appear Via Telephone. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Motion to Reset Initial Pretrial Conference and to Allow Defendant's Counsel to Appear Via Telephone is hereby **GRANTED**. It is, therefore, also

**ORDERED** that the initial pretrial conference and scheduling conference in this case is reset for _____________, 2021, at _____ __.m. It is further

**ORDERED** that Counsel for Defendant shall appear via telephone for the initial pretrial conference and scheduling conference.

**SIGNED** this ______ day of ___________________, 2021.

______________________________________
UNITED STATES DISTRICT COURT JUDGE