United States District Court
Southern District of Texas
**ENTERED**
May 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00125 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The Court now considers the parties' "Joint Motion to Reset Initial Pretrial Conference and to Allow Defendant's Counsel to Appear via Telephone."[1] Defendant's counsel represents that she will be traveling and inaccessible for the May 18, 2021 initial pretrial and scheduling conference, so the parties request that the conference be rescheduled for May 24th or thereafter and that Defendant's counsel be permitted to appear by telephone.[2]

The Court finds good cause to continue the initial pretrial conference and **GRANTS** the parties' request. The initial pretrial conference previously scheduled for May 18th,[3] is continued to **May 25, 2021, at 4:00 p.m.** The parties' joint discovery/case management plan shall be filed no later than **May 14, 2021**. Instead of a telephonic appearance, the Court **ORDERS** that the May 25th conference will be conducted using the Zoom for Government videoconference application (www.zoomgov.com) as if the conference were taking place live in the courtroom. Courtroom business attire will be required of all attorneys during the conference. Laptops with a camera feature, cell phones, electronic tablets, and other devices may be used as long as the

[1] Dkt. No. 9.
[2] *Id.* at 1–2, ¶¶ 1–3.
[3] Dkt. No. 2 at 1, ¶ 1.

Zoom application is functional on the device. The Court will communicate details regarding participation in the videoconference to the parties by separate e-mail on the business day before the conference. All interested parties intending to appear at the videoconference should have current contact information on file with the Clerk of the Court. No other deadlines are modified by this order.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of May 2021.

Micaela Alvarez
United States District Judge