United States District Court
Southern District of Texas
**ENTERED**
May 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00125 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# SCHEDULING ORDER

The Court now considers the parties' "Joint Discovery/Case Management Plan Under FRCP 26(f)."[1] This is an ERISA (Employee Retirement and Income Security Act) case in which the parties dispute whether Plaintiff is covered under long-term disability insurance and meets the policy definition of "totally disabled."[2] The parties agree that this Court has jurisdiction[3] and agree to a "specialized schedule" to resolve this case.[4] Specifically, the parties agree that this case may be disposed of upon cross-motions for judgment and the parties merely need briefing deadlines and a deadline to file the administrative record, without deadlines for discovery.[5]

The Court finds that the parties' agreement to a specialized and simplified schedule warrants its entry in this case. Accordingly, the Court enters the following scheduling order in lieu of holding an initial pretrial and scheduling conference. The initial pretrial conference previously scheduled for May 25th[6] is **CANCELLED**. This case-specific scheduling order

1 Dkt. No. 11.
2 *Id.* at 2, ¶ 4.
3 *Id.* ¶ 6.
4 *Id.* at 3, ¶ 10.B.
5 *Id.* at 4, ¶¶ 10.M, 11.
6 Dkt. No. 10.

controls disposition of this action until further order of the Court. The following actions shall be completed by the dates indicated:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for Defendant to file the administrative record.[7] | July 12, 2021 |
| Deadline for all parties to file their opening brief seeking favorable judgment. | August 16, 2021 |
| Deadline for all parties to file a response brief in opposition. | 4 weeks after the date the opening brief was filed and not later than September 13, 2021 |
| Status conference. | November 16, 2021, at 9:00 a.m. |

This scheduling order supersedes any earlier schedule, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause.[8] All other deadlines not specifically set out in this scheduling order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of May 2021.

Micaela Alvarez
United States District Judge

[7] *See* 29 U.S.C. § 1132.

[8] *See* FED. R. CIV. P. 16(b)(4); 6A ARTHUR R. MILLER, MARY KAY KANE & A. BENJAMIN SPENCER, FEDERAL PRACTICE AND PROCEDURE § 1522.2 (3d ed. 1998 & Supp. Apr. 2021).