**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00125 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant Liberty Life Assurance Company of Boston files this Submission of Administrative Record, pursuant to the Scheduling Control Order (Dkt 12) entered by the Court on May 7, 2021.

1) Group Disability Income Policy and Certificate (Liberty/Garcia 001-116);

2) Appeal Decision Letter Dated September 10, 2020 (Liberty/Garcia 137-146); and

3) Administrative Record (Liberty/Garcia 117-136 and 147-549).

SUBMITTED this 12th day of July 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

Timm Davis
Email: timm@tdavislawpc.com

June 12, 2021 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers