**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 9734661 Claim Last Updated 09/09/2020 Printed On 3/16/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JORGE GARCIA | SSN | | Birth Date | |
| Address | | Salary Amount $ | 4641.12 | Mode | M |
| | | Date of Hire | 12/09/2005 | | |
| | | Last Work Date | 08/15/2019 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc DIRECT SALES REP

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 01/27/2020 | |
| Disability Date | 08/17/2019 | Close Date | 06/17/2020 | Reopen Date | | |
| Sick Days Left | 184 | Max Ben Date | 10/13/2046 | RTW FT / PT | | |
| Ben Begin Date | 02/17/2020 | Apprv Thru Date | 06/16/2020 | Gross Ben $ | | |

Diagnosis 1 Code/Desc S52.2 Fracture of shaft of ulna

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 04 - 444809 CHARTER COMMUNICATIONS, INC.

Subsidiary MRKT MARKETING

Location 10000000 MARKETING

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2017

Class 02 ALL EMPLOYEES WITH BASE ANNUAL EARNINGS OF LESS THAN $100,000

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK

Elimination Period: Days/Type 182 Injury COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 10.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 06/01/2006 |

Additional Information:

EXHIBIT

3

**Note Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 9734661 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**03/15/2021 12:52 PM - CLAIM Note 60**
Claim/Event/Leave: 9734661
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [03/15/2021 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**12/24/2020 11:30 AM - CLAIM Note 59**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : COPY JOB
Text: [12/24/2020 - PILAR, SARAH]COPY OF CLAIM FILE WITH POLICY SENT TO ATTY TIMM@TDAVISLAWPC.COM VIA ONEDRIVE.

**12/23/2020 8:59 AM - CLAIM Note 58**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : DAVIS LAW
Text: [12/23/2020 - ABRAMS-WEAVER, COREY]NOTICE OF APPEAL LETTER; DAVIS LAW, P.C.;

**10/13/2020 11:51 AM - PHONE Note 37**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : RTN VMAIL
Text: [10/13/2020 - ABRAMS-WEAVER, COREY]CALLED EE TO RTN VMAIL THAT EE LEFT DCM ON 10/9; EE ADVISED THAT HIS CAR / TV/ COUCH HAS BEEN REPOSSESSED; DCM ADVISED THAT THE CLAIM WAS DENIED AND THE APPEAL WAS UPHELD AS WELL; DCM ADVISED EE TO REACH OUT TO THEAPPEALS UNIT IF HE HAS ANY ISSUES WITH THE DETERMINATION ON THE APPEAL;

**09/21/2020 12:27 PM - PHONE Note 36**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [09/21/2020 - VALLIERE, TAWNYA]S/W CLMT AND DISCUSSED DECISION TO MAINTAIN DENIAL BEYOND 6/16/2020. CLMT STATED HIS DR MADE A CLERICAL ERROR AND THEN ADVISED THAT HE MADE A MISTAKE. CLMT ASKED WHY IF HIS DR MADE A MISTAKE WHICH HAD THE POWER TO TERMINATE HIS BENEFITS, WHY DOES HE NOT THEN HAVE THE POWER TO REINSTATE BENEFITS WHEN HE ADVISED HE MADE A MISTAKE. ADVISED CLMT A REVIEW OF HIS MEDICAL RECORDS HAS BEEN COMPLETED AND TAKING INTO CONSIDERATION THE INFORMATION WITHIN HIS RECORDS AND THE EXAM FINDINGS NOTED, IT HAS BEEN DETERMINED CONTINUED RESTRICTIONS AND LIMITATIONS ARE NOT SUPPORTED BY THE MEDICAL EVIDENCE. ADVISED CLMT THE DECISION TO MAINTAIN THE DENIAL HAS BEEN FINALIZED AND THE NEXT STEP WOULD BE TO PURSUE LEGAL ACTION. CLMT STATED HE NEEDS TO ESCALATE THIS MATTER TO THE NEXT LEVEL. PROVIDED THE NAME FOR MY DIRECT MGR, J. SKOGLUND AND ADVISED I WILL REQUEST THAT SHE CALL HIM TO DISCUSS.

**09/21/2020 12:20 PM - PHONE Note 35**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [09/21/2020 - VALLIERE, TAWNYA]RETRIEVED V/M LEFT BY CLMT, FORWARDED BY DCM - M. SEWER AT 11:20 AM TODAY. CLMT REQUESTS A RETURN CALL.

**09/10/2020 8:11 AM - CLAIM Note 57**
Claim/Event/Leave: 9734661
NoteSubiect : Other

NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/10/2020 - VALLIERE, TAWNYA]ISSUED VENDOR PAYMENT IN THE AMT OF $210.00 PAYABLE TO MLS FOR ORTHO SURGERY PEER ADDENDUM, INVOICE # 88551-1 DATED: 9/3/2020

**09/09/2020 3:32 PM - CLAIM Note 56**
Claim/Event/Leave: 9734661
NoteSubject : Appeal
Other Subject : OUT
Text: [09/09/2020 - VALLIERE, TAWNYA]MAINTAIN DENIAL BEYOND 6/16/2020. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED CLMT.

**08/31/2020 11:42 AM - CLAIM Note 55**
Claim/Event/Leave: 9734661
NoteSubject : LTR to EE
Other Subject :
Text: [08/31/2020 - VALLIERE, TAWNYA]NOTICE OF ADDT'L MEDICAL REVIEW AFTER TOLLING LETTER SENT TO CLMT

**08/31/2020 11:25 AM - CLAIM Note 54**
Claim/Event/Leave: 9734661
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/31/2020 - VALLIERE, TAWNYA]SENT REQUEST TO MLS FOR ADDENDUM TO ORTHOPAEDIC SURGERY PEER REVIEW.

**08/25/2020 10:16 AM - CLAIM Note 53**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/25/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 08/13/2020 AND DATED 08/13/2020 FROM MLS GROUP OF COMPANIES. INV # 86598-1, IN THE AMOUNT OF $630.00 FOR PEER REVIEW PERFORMED BY CHRISTOPHER MAHR WITH A SPECIALTY IN ORTHOPAEDIC SURGERY. DATES OF SERVICE 08/13/2020 INVOICE PAID IN FULL.

**08/24/2020 4:06 PM - CLAIM Note 52**
Claim/Event/Leave: 9734661
NoteSubject : Med Records Rcvd
Other Subject : REYNOSO, MD
Text: [08/24/2020 - MACK, LINDSAY]RECEIVEC COPY OF 8/12/20 OV NOTE FROM DR. REYNOSO.

**08/21/2020 3:34 PM - PHONE Note 34**
Claim/Event/Leave: 9734661
NoteSubject : AP Called
Other Subject : DR. REYNOSO
Text: [08/21/2020 - VALLIERE, TAWNYA]REC'D CALL FROM ELIZABETH WITH DR. REYNOSO'S OFFICE. SHE STATED SHE CALLED AND LEFT A MESSAGE LAST WEEK, BUT HADN'T RECEIVED A RETURN CALL. ADVISED HER I DID NOT RECEIVE A MESSAGE FROM HER. SHE QUESTIONED WHAT INFORMATION WAS NEEDED FROM THEIR OFFICE. DISCUSSED THAT A COPY OF THE CLINICAL REVIEW COMPLETED BY AN ORTHOPEDIC SURGEON FOR THE CLAIMANT'S APPEAL HAD BEEN SENT TO THEIR OFFICE FOR REVIEW AND RESPONSE. ASKED THAT DR. REYNOSO ADVISE WHETHER HE IS IN AGREEMENT W/ THE PEER FINDINGS OR NOT AND PROVIDE ANY ADDT'L INFORMATION HE WOULD LIKE TO SHARE WITH OUR OFFICE REGARDING THE CLMT'S LEVEL OF WORK CAPACITY TO BE CONSIDERED FOR HIS APPEAL. ADVISED THAT THE CLMT ALSO ADVISED HE WAS RECENTLY SEEN IN THEIROFFICE AND WAS REFERRED TO MULTIPLE SPECIALISTS, SO IT MAY BE HELPFUL TO SUBMIT A COPY OF THAT RECENT OV NOTE AS WELL. ELIZABETH STATED SHE WILL DISCUSS THIS WITH THEIR OFFICE MANAGER AND CONFIRMED OUR FAX # OF 603-422-7909. ADVISED ARC WILL BE OUTOF THE OFFICE NEXT WEEK, BUT ANOTHER ARC WILL REVIEW INCOMING CORRESPONDENCE/MESSAGES IN MY ABSENCE.

**08/17/2020 5:22 PM - PHONE Note 33**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject :
Text: [08/17/2020 - VALLIERE, TAWNYA]CALLED CLMT AT IN RESPONSE TO V/M LEFT TODAY AT 1:14 PM. S/W CLMT WHO QUESTIONED IF WE HEARD BACK FROM DR. REYNOSO'S OFFICE YET. ADVISED, NO, SINCE I LAST SPOKE W/ HIM ON FRIDAY, 8/14 AT WHICH TIME WE FAXED THE LETTER TO DR. REYNOSO'S OFFICE, THERE HAS NOT BEEN A RESPONSE REC'D. CLMT STATED HE PLANS TO F/U WITH THEIR OFFICE TO SEE IF THEY CAN EXPEDITE A RESPONSE. HE ALSO STATED HE HAS AN APPT W/ A HAND SPECIALIST ON 8/20/20, ON 8/27/20 WITH A KNEESPECIALIST, AND ON 8/19/20 WITH A PSYCHIATRIST. ADVISED CLMT THAT WHILE HIS APPEAL REMAINS UNDER REVIEW AND HE CONTINUES TO HAVE F/U APPTS OR APPTS W/ NEW PROVIDERS, HE CAN HAVE THOSE PROVIDERS SUBMIT ADDT'L MEDICAL DOCUMENTATION FOR REVIEW IF THEREIS ADDT'L INFORMATION HE WOULD LIKE TO BE CONSIDERED. CLMT ASKED HOW LONG THE APPEAL IS UNDER REVIEW. ADVISED AT THIS POINT, HE HAS UNTIL 9/12/20 AS NOTED IN OUR RECENT LETTER TO HIM TO PROVIDE ADDT'L DOCUMENTATION TO BE CONSIDERED BEFORE A FINALDECISION IS MADE. CLMT QUESTIONED WHETHER ARC IS FINAL PERSON TO MAKE THE DECISION. ADVISED I WILL BE RENDERING THE DECISION ON HIS APPEAL, BUT IT IS BASED ON A MEDICAL REVIEW OF HIS FILE. CLMT EXPRESSED THAT HE JUST WANTS A FAIR REVIEW AND HE ISUNABLE TO WORK.

**08/14/2020 10:56 AM - PHONE Note 32**
Claim/Event/Leave: 9734661

NoteSubject : Called EE
Other Subject :
Text: [08/14/2020 - VALLIERE, TAWNYA]PLACED RETURN CALL TO CLMT IN RESPONSE TO ADDT'L V/M HE LEFT AT 1:08 PM YESTERDAY. S/W CLMT AND CONFIRMED RECEIPT OF HIS LETTER REC'D VIA EMAIL IN RESPONSE TO THE CLINICAL REVIEW. QUESTIONED WHETHER HE STILL WOULD LIKE US TO WAIT TO MAKE A FINAL APPEAL DECISION UNTIL A RESPONSE/ADDT'L INFORMATION IS REC'D FROM DR. REYNOSO'S OFFICE. HE STATED YES, HE WOULD LIKE US TO AWAIT ADDT'L INFORMATION FROM DR. REYNOSO'S OFFICE. CLMT STATED HE DOES ALREADY HAVE UPCOMING APPTS WITH A HAND SPECIALIST, KNEE SPECIALIST AND WILL BE SEEING A PSYCHIATRIST NEXT WEEK AS WELL.

**08/13/2020 4:41 PM - CLAIM Note 51**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : EMAIL FROM CLMT
Text: [08/13/2020 - VALLIERE, TAWNYA]REC'D EMAIL FROM CLMT OUTLINING HIS DISAGREEMENT WITH THE PEER REVIEW COMPLETED FOR HIS APPEAL. NO ADDT'L MEDICAL DOCUMENTATION WAS INCLUDED.

**08/13/2020 12:29 PM - CLAIM Note 50**
Claim/Event/Leave: 9734661
NoteSubject : LTR to AP
Other Subject : DR. LUIS REYNOSO
Text: [08/13/2020 - VALLIERE, TAWNYA]FAXED COPY OF PEER REPORT TO PCP - DR. LUIS REYNOSO FOR REVIEW AND COMMENT.

**08/13/2020 12:22 PM - PHONE Note 31**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : RTR
Text: [08/13/2020 - VALLIERE, TAWNYA]T/C TO CLMT WITH UPDATE ON APPEAL REVIEW STATUS. S/W CLMT AND ADVISED HIM OF THE RESULTS OF ORTHOPEDIC SURGERY PEER REVIEW THAT WAS COMPLETED FOR HIS APPEAL WHICH DOES NOT SUPPORT R&L'S BASED ON THE MEDICAL EVIDENCE INHIS FILE. EXPLAINED RTR. CLMT EXPRESSED HIS DISAGREEMENT W/ THE REVIEW. STATED HE HAS PAIN IN HIS RIGHT KNEE, CAN'T CARRY ANYTHING W/ HIS LEFT HAND. HE IS NOT PHYSICALLY OR MENTALLY READY TO RTW. HE EXPRESSED THE FINANCIAL HARDSHIP THIS HAS PUTHIM IN AND THAT HE WISHED HE COULD RTW. TALKED ABOUT HOW MUCH HE LOVES HIS JOB AND HOW GOOD HE IS AT PERFORMING HIS JOB, BUT HE IS UNABLE TO COMPLETE HIS JOB AT THIS TIME. CLMT STATED THAT HE HAD AN OV W/ HIS PCP YESTERDAY, DR. LEWIS REYNOSIS TEL:956-425-7800 FAX: 956-425-7801 AND THAT DR IS REFERRING HIM TO A HAND SPECIALIST, KNEE SPECIALIST, AN PSYCHIATRIST. OFFERED TO SEND A COPY OF THE PEER REVIEW TO DR. REYNOSO FOR HIS REVIEW AND COMMENT; CLMT AGREED. ALSO ADVISED CLMT HE MAY WISH TOHAVE DR. REYNOSO SEND IN A COPY OF THE OV NOTES FROM YESTERDAY'S APPT TO HAVE INCLUDED IN THE APPEAL REVIEW BEFORE A FINAL DECISION IS RENDERED. CLMT MENTIONED INVOLVEMENT OF HIS LEGAL REPRESENTATION. ADVISED THAT IF HE WILL BE REPRESENTED FOR THISCLAIM, HIS ATTY SHOULD SEND US A LETTER OF REPRESENTATION AND SIGNED RELEASE FROM CLMT. ADVISED AT THAT POINT, WE WOULD BE ABLE TO COMMUNICATE THROUGH HIS ATTY ONLY. CLMT CONTINUED TO EXPRESS DISAGREEMENT WITH RESULTS OF REVIEW. AGAIN REITERATEDRTR PROCESS AND ADVISED THAT IS THE NEXT STEP HE WILL NEED TO FOLLOW IF HE DISAGREES W/ THE FINDINGS THAT WERE SHARED W/ HIM BY MAIL AND EMAIL IN THE RTR LETTER ISSUED TODAY.

**08/13/2020 11:48 AM - CLAIM Note 49**
Claim/Event/Leave: 9734661
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/13/2020 - VALLIERE, TAWNYA]COPY OF ORTHOPEDIC SURGERY PEER REVIEW SENT TO CLMT FOR REVIEW AND RESPONSE WITHIN 21 DAYS, BY 9/12/2020

**08/13/2020 11:28 AM - CLAIM Note 48**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : PEER INVOICE
Text: [08/13/2020 - VALLIERE, TAWNYA]REC'D ORTHOPEDIC SURGERY PEER REVIEW INVOICE IN THE AMT OF $630.00 FROM MLS, INVOICE # 86598-1 DATED: 8/13/2020, FORWARDED FOR PAYMENT PROCESSING

**08/12/2020 3:58 PM - PHONE Note 30**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [08/12/2020 - NAPLES, MOLLY]EE CALLED AND LEFT A VM IN MY INBOX ON 08/11 ASKING FOR A RETURN CALL WITH NO CLAIM # . I RETURNED THE CALL AND SPOKE WITH HIM IN DEPTH FOR ABOUT 20 MINUTES. HE WANTED TO LET US KNOW THAT HE IS IN SEVERE FINANCIAL DISTRESSAND CAN'T PROVIDE FOR HIS FAMILY THE WAY THEY ARE ACCUSTOMED TO. HE STATED THAT HE IS ABOUT TO LOSE HIS HOUSE AND THAT HE HAS BEEN UNABLE TO PAY FOR HIS MORTGAGE AND HAS GOTTEN A LETTER FROM THEM STATING THAT HE IS IN DANGER OF LOSING IT. HE STATEDHE NEEDS TO KNOW SOMETHING BEFORE HE REALLY LOSES HIS MIND BECAUSE HIS KIDS ARE EATING CHEAP CANNED FOOD RIGHT NOW AND THEY DON'T DESERVE THAT. I SYMPATHIZED WITH HIM AND STATED THAT I WAS VERY SORRY FOR THE MISTAKE THAT HE STATED HIS AP MADE ON HISRL'S. AND I AM NOT IN THE DEPT HIS CLAIM IS IN BUT I CAN TRY TO TRANSFER HIM TO DCM. HE STATED HE ALREADY CALLED AND SPOKE WITH SOMEONE THIS MORNING AND I STATED IT WASN'T HIS DCM AND MAYBE IF HE LEAVES A VM SHE CAN GIVE HIM A DAILY UPDATE TOMORROW.HE STATED HE WILL DO THAT . I ADVISED I WILL F/U WITH DCM VIA EMAIL TO LET HER KNOW OF OUR CONVERSATION AND WILL CHECK IN TOMORROW WITH HIM TO MAKE SURE EVERYTHING IS GOING IN THE RIGHT DIRECTION. HE STATED THAT OUR SYSTEM IS BROKEN AND NEEDS TO

MAKE SURE EVERYTHING IS GOING IN THE RIGHT DIRECTION. HE STATED THAT OUR SYSTEM IS BROKEN AND NEEDS TO BE FIXED AND HE IS A BLUECOLLAR WORKER AND HAS WORKED EVERY DAY SINCE HE WAS 16 AND HE IS NOW 40 AND HAVING TO DEAL WITH ALL OF THIS HAS CAUSED HIM TO BREAK OUT IN A RASH ALL OVER HIS BODY. IT WAS VERY HARD TO GET A LOT OF DIALOGUE IN AS HE WAS TALKING ALOT AND THE STRESS AND DESPERATION IS EVIDENT. SENT EMAIL TO DCM ADVISING OF DISCUSSION WITH EE

**08/12/2020 12:29 PM - PHONE Note 29**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [08/12/2020 - WOOTEN, CAMERON]ASC CALLED TO CX LETTER WAS RECD FROM AP FOR APPEAL REVIEW. DCM ACK & ADVISED PER CLAIMS NOTES, ADCM S/W ASC ON 8/6 AND CX LETTER WAS RECD FROM AP TEJAN AND WAS FORWARDED TO REVIEWER. ADVISED REVIEW CAN TAKE UP TO 2 WEEKS AND ONCE REVIEW IS COMPLETED, ADCM WILL F/U WITH ASC. ASC UNDERSTOOD & THANKED DCM, NFQ.

**08/06/2020 3:05 PM - PHONE Note 28**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : LETTER REC'D
Text: [08/06/2020 - VALLIERE, TAWNYA]S/W CLMT AND ADVISED HIM THAT WE HAVE REC'D THE LETTER FROM DR. TEJAN'S OFFICE TODAY AND HAVE FORWARDED IT ALONG TO BE INCLUDED IN THE MEDICAL REVIEW THAT IS CURRENTLY UNDERWAY FOR HIS APPEAL. CLMT THANK'D ME FOR THISINFORMATION AND APOLOGIZED FOR TAKING UP SO MUCH TIME TODAY, BUT WANTED TO LET US KNOW THE HARDSHIP HE IS IN.

**08/06/2020 2:59 PM - CLAIM Note 47**
Claim/Event/Leave: 9734661
NoteSubject : Medical Status
Other Subject : DR. J. TEJAN
Text: [08/06/2020 - VALLIERE, TAWNYA]REC'D LETTER DATED 8/6/20 FROM DR. JOSEPH TEJAN. FORWARDED TO MLS TO BE INCLUDED IN PEER REVIEW WHICH IS CURRENTLY IN PROGRESS.

**08/06/2020 12:02 PM - PHONE Note 27**
Claim/Event/Leave: 9734661
NoteSubject : Called AP
Other Subject : DR. TEJAN
Text: [08/06/2020 - VALLIERE, TAWNYA]S/W PATSY W/ DR. TEJAN'S OFFICE. SHE STATED THEY FAXED A CORRECTED RESTRICTIONS FORM THIS MORNING TO DR. WADE PENNY AT 866-841-1415. ADVISED I WILL F/U WITH DR. PENNY FOR A COPY OF THE FAX.

**08/06/2020 11:57 AM - PHONE Note 26**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [08/06/2020 - VALLIERE, TAWNYA]REC'D CALL FROM CLMT STATING THAT HE S/W DR. TEJAN YESTERDAY AND HE WAS VERY APOLOGETIC ABOUT THE INFORMATION HE PROVIDED FOR THE CLAIM AND THE IMPACT IT HAD. DR. TEJAN HAS EMAILED DOCUMENTATION TO THIS OFFICE TO CORRECT HIS PRIOR STATEMENTS. ADVISED CLMT I HAVE NOT YET REC'D ADDT'L CORRESPONDENCE FROM DR. TEJAN'S OFFICE AND ASKED IF CLMT IF HE KNEW WHICH EMAIL ADDRESS IT WAS SENT TO. CLMT REQUESTED THAT I CONTACT DR. TEJAN'S OFFICE AT 956-389-4710 TO INQUIRE ABOUT THIS. HE STATED IT MAY BE EASIER TO REACH DR. TEJAN'S ASSISTANT, PATSY. CLMT HAD QUESTIONS ABOUT WHEN TO EXPECT HIS PAYMENT AND BENEFITS TO BE REINSTATED. ADVISED WE WILL FIRST NEED TO COMPLETE THE APPEAL REVIEW. EXPLAINED THAT WE WILL ALSO NEED TO COMPARE ANY SUPPORTED RESTRICTIONS TO THE REQUIREMENTS OF HIS OCCUPATION. CLMT SPOKE FOR APPROX. 20 MINUTES REGARDING HIS FINANCIAL HARDSHIP, HIDING FROM BILL COLLECTORS, ETC. EXPRESSED HIS FRUSTRATION REGARDING THE WRONG DOINGS THAT HAVE HAPPENED TO HIM WITH THE CLAIM WHILE OTHERS GET AWAY WITH FAKING DISABILITIES FOR YEARS. CLMT STATED HE DID NOT ASK TO BE HIT BY A CAR AND HE DID NOT ASK FOR ANY OF THIS. HE EXPRESSED THAT HE IS VERY STRESSED OUT AND NOT IN A GOOD PLACE RIGHT NOW. STATED HE HAS BROKEN OUT IN A RASH FROM THE STRESS. ADVISED HIM THAT I AM SORRY FOR THE HARDSHIPS HE IS EXPERIENCING BUT WE DO NEED TO TIME TO COMPLETE THE APPEAL REVIEW. ADVISED I WILL CONTACT PATSY AT DR. TEJAN'S OFFICE AS AGREED AND WILL F/U WITHHIM FOR AN UPDATE. ASKED CLMT IF HE WAS OK AND IF I NEEDED TO SEND SOMEONE TO HIS HOME. HE STATED HE WAS NOT GOING TO HARM HIMSELF. CLMT APOLOGIZED FOR VENTING, BUT STATED IT DOES MAKE HIM FEEL BETTER TO TALK ABOUT THINGS. STATED HE DOES NOT NEED TO APOLOGIZE. I WILL CONTACT HIS DR'S OFFICE AS WE AGREED AND WILL CIRCLE BACK WITH HIM.

**08/04/2020 8:18 AM - CLAIM Note 46**
Claim/Event/Leave: 9734661
NoteSubject : Job Description
Other Subject : REC'D
Text: [08/04/2020 - VALLIERE, TAWNYA]REC'D DIRECT SALES REP JOB DESC FROM ER; SAVED TO DOC LIST

**07/30/2020 8:50 PM - CLAIM Note 45**
Claim/Event/Leave: 9734661
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/30/2020 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**07/30/2020 3:47 PM - CLAIM Note 44**

Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : COPY JOB
Text: [07/30/2020 - ROSZELLE, MICHAEL]REQUEST HAS BEEN COMPLETED TO INCLUDE ALL DOCS & LETTERS IN DOC LIST EXCEPT CORRESPONDENCE VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED REFERRALS@MLS-IME.COM.

**07/30/2020 3:31 PM - CLAIM Note 43**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : COPY JOB
Text: [07/30/2020 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR ATTACHED LTD POLICY REQUEST FOR CLAIM #9734661. SUBMITTED TO THE CLAIMANT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED .COM.

**07/30/2020 12:43 PM - CLAIM Note 42**
Claim/Event/Leave: 9734661
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [07/30/2020 - VALLIERE, TAWNYA]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 01/27/2020. JD NOT ON FILE REQUESTED FROM DCM. AUTH ON FILE. CLAIM DENIED NOT TD OWN OCC, DATE OF DENIAL WAS 07/27/2020. APPEAL TIMEFRAME IS 180 DAYS,APPEAL DUE 01/23/2021. LETTER OF APPEAL RECEIVED 07/27/2020. ACTION PLAN: INITIAL REVIEW OF THE FILE IS COMPLETE. DETERMINATION FOR PHYSICIAN LEVEL REVIEW; REFERRAL IN PROCESS.

**07/30/2020 12:30 PM - PHONE Note 25**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : INITIAL APPEAL INTAK
Text: [07/30/2020 - VALLIERE, TAWNYA]T/C TO CLMT FOR INITIAL APPEAL INTAKE. INTRODUCED MYSELF AS ARC AND WENT OVER APPEAL REVIEW PROCESS. CLMT REPORTS HE HAS NO FURTHER DOCUMENTATION TO SUBMIT FOR THE APPEAL REVIEW. HE DOES HAVE A CALL INTO DR. TEJAN'SOFFICE TO ASK WHY HE INDICATED HE WAS CAPABLE OF LIFTING 100 LBS ETC. ASKED CLMT IF HE WOULD PREFER US TO SUSPEND THE APPEAL REVIEW UNTIL HE IS ABLE TO S/W DR. TEJAN. CLMT STATED NO. CLMT STATED HE DID NOT REACH A MUTUAL UNDERSTANDING W/ HIS DR THAT HE WAS CAPABLE OF RTW. CLMT REPORTS HE CAN ONLY WALK FOR BRIEF PERIODS OF TIME AS HIS KNEE IS SORE. CANNOT EVEN CARRY A GALLON OF MILK. DISCUSSED W/ CLMT THAT CLAIM DECISION IS BASED ON MEDICAL EVIDENCE AND WHETHER IT SUPPORTS HIS INABILITY TOPERFORM THE DUTIES OF HIS OCCUPATION. CLMT EXPRESSED AN UNDERSTANDING BUT IS NOT IN AGREEMENT W/ WHAT HIS DR HAS SAID WHICH IS WHY HE IS WAITING TO S/W HIS OFFICE. CLMT EXPRESSED FINANCIAL DIFFICULTIES D/T NOT GETTING PAID. STATES HIS IS THE PRIMARYSUPPORT FOR HIS FAMILY. HE HAS 2 CHILDREN IN COLLEGE. HIS CAR GOT REPOSSESSED LAST WEEK. HE HIS HAVING ANXIETY AND STRESSING ABOUT COLLECTORS CALLING HIM. CLMT STATES THEY ARE IN SURVIVAL MODE. HAS BEEN LIVING W/O ELECTRICITY FOR 4 DAYS. WIFE IS A TEACHER AND NOW HER JOB IS IN JEOPARDY BECAUSE OF THE COVID-19 PANDEMIC. IT IS NOT HIS FAULT THAT HE GOT HIT BY A CAR AND HAS NOT FULLY RECOVERED. CLMT STATES HE WISHES HE COULD GO BACK TO WORK, BUT HE IS NOT PHYSICALLY READY. ADVISED CLMT WEWILL DO WHAT WE CAN TO REVIEW HIS APPEAL AS QUICKLY AS POSSIBLE. EXPLAINED RTR IN THE EVENT ADDT'L MEDICAL REVIEW DOES NOT SUPPORT THE DISABILITY. CLMT HAD QUESTIONS ABOUT THE DIFFERENCE OF SS AND THIS LTD POLICY AS WELL AS UNEMPLOYMENT. DISCUSSEDBRIEFLY ABOUT SS VS. LTD POLICY PROVIDED BY ER. ALSO DISCUSSED THAT OTHER INCOME MAY REDUCE THE AMT PAYABLE UNDER THE LTD BENEFIT. OFFERED TO SEND HIM A COPY OF HIS LTD POLICY. CLMT AGREED AND REQUESTED IT BE SEND VIA EMAIL. DIRECTED HIM TO THEOTHER INCOME BENEFIT PORTION TO DETERMINE HOW OTHER INCOME/BENEFITS IMPACT THE LTD BENEFIT. PROVIDED CLMT WITH MY CONTACT INFORMATION FOR ANY QUESTIONS GOING FORWARD.[07/30/2020 - VALLIERE, TAWNYA]CLMT REPORTED HE HAS NOT SEEN A DR RELATED TO ANXIETY/STRESS

**07/29/2020 9:38 AM - CLAIM Note 41**
Claim/Event/Leave: 9734661
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/29/2020 - AVERILL, REBECCA]ASSIGNED TO TAWNYA VALLIERE

**07/28/2020 8:50 PM - CLAIM Note 40**
Claim/Event/Leave: 9734661
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/28/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/28/2020 1:29 PM - PHONE Note 24**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject : STATUS INQUIRY
Text: [07/28/2020 - ABRAMS-WEAVER, COREY]EE CALLED TO INQUIRE ABOUT NOTICE OF APPEAL; DCM ACKNOWLEDGED THAT THE NOTICE OF APPEAL LETTER HAS BEEN RECEIVED; DCM ADVISED EE THAT IT TAKES 24-48 HOURS FOR THE CLAIM TO BE ASSIGNED TO SOMEONE IN THE APPEALS DEPARTMENT; DCM ADVISED THAT THE CLAIM WAS DENIED AND CAN ONLY BE OVERTURNED AT THIS POINT BASED ON THE APPEAL; EE UNDERSTOOD; DCM ENDED THE CALL;

**07/28/2020 12:09 PM - CLAIM Note 39**
Claim/Event/Leave: 9734661

NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [07/28/2020 - HILL, GABRIEL]AGREE WITH REFERRAL TO ARU

**07/28/2020 11:05 AM - CLAIM Note 38**
Claim/Event/Leave: 9734661
NoteSubject : Ref to Appeals
Other Subject : M1 / ARU
Text: [07/28/2020 - ABRAMS-WEAVER, COREY]39YOM; LDW 8.15.2019, DOD 8.19.2019; EE WORKS AS A DIRECT SALES REP, WHICH IS A MANUAL JOB REQUIRING WALKING, STANDING, CARRYING, LIFTING, DRIVING. THE EMPLOYEE IS OUT OF WORK DUE TO MULTIPLE FRACTURES ON HANDS ANDFEET. EE HAS NO COMORBIDS ADDITIONAL MEDICAL FACTS THAT SUPPORT DISABILITY ARE EE WAS INVOLVED IN AN AUTO VS PEDESTRIAN ACCIDENT. EE HAS MULTIPLE FRACTURE INCLUDING HANDS AND FEET/LEGS. EE UNDERWENT 3 SURGERIES ON 8/19.EE UNDERWENT ANOTHER PROCEDURE ON11/26/2019. HARDWARE REMOVAL OF L RADIUS AND TIBIAL SPINE; BASED ON RECORDS RECEIVED AND REVIEWED R/LS BEYOND 6/16/2020 ARE NOT SUPPORTIVE; DCM RECOMMENDED CLOSURE FOR NOT TD ON 7/27/2020; NOTICE OF APPEAL RECEIVED ON 7/28/2020; DCM RECOMMENDS REFERRAL TO APPEALS UNIT AT THIS TIME;

**07/28/2020 11:03 AM - CLAIM Note 37**
Claim/Event/Leave: 9734661
NoteSubject : Appeal
Other Subject : NOTICE OF APPEAL
Text: [07/28/2020 - ABRAMS-WEAVER, COREY]NOTICE OF APPEAL RECEIVED 7/28/2020

**07/27/2020 12:55 PM - PHONE Note 23**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : CLOSURE NOTICE
Text: [07/27/2020 - ABRAMS-WEAVER, COREY]CALLED EE TO ADVISE THE CLAIM STATUS; DCM ADVISED EE THAT THE CLAIM WILL REMAIN CLOSED DUE TO NOT BEING DISABLED; DCM ADVISED EE OF THE APPEALS PROCESS ALONG WITH INSTRUCTIONS ON HOW TO APPEAL THE CLAIM DECISION; EEUNDERSTOOD DCM;

**07/27/2020 11:17 AM - CLAIM Note 36**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [07/27/2020 - HILL, GABRIEL]CLAIM WILL REMAIN CLOSE. AGREE WITH MEDICAL REVIEW.

**07/27/2020 10:32 AM - CLAIM Note 35**
Claim/Event/Leave: 9734661
NoteSubject : Closed
Other Subject : NOT TD
Text: [07/27/2020 - ABRAMS-WEAVER, COREY]39YOM; LDW 8.15.2019, DOD 8.19.2019; EE WORKS AS A DIRECT SALES REP, WHICH IS A MANUAL JOB REQUIRING WALKING, STANDING, CARRYING, LIFTING, DRIVING. THE EMPLOYEE IS OUT OF WORK DUE TO MULTIPLE FRACTURES ON HANDS ANDFEET. EE HAS NO COMORBIDS ADDITIONAL MEDICAL FACTS THAT SUPPORT DISABILITY ARE EE WAS INVOLVED IN AN AUTO VS PEDESTRIAN ACCIDENT. EE HAS MULTIPLE FRACTURE INCLUDING HANDS AND FEET/LEGS. EE UNDERWENT 3 SURGERIES ON 8/19.EE UNDERWENT ANOTHER PROCEDURE ON11/26/2019. HARDWARE REMOVAL OF L RADIUS AND TIBIAL SPINE; BASED ON RECORDS RECEIVED AND REVIEWED R/LS BEYOND 6/16/2020 ARE NOT SUPPORTIVE; DCM RECOMMENDS CLOSURE FOR NOT TD

**07/27/2020 9:19 AM - PHONE Note 22**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [07/27/2020 - WALLACH, KRYSTAL]EE CALLED REGARDING HIS CLAIM - HASN T GOTTEN PAID AND WANTED TO KNOW WHAT IS GOING IN CLAIM. DCM ADVISED THE CLAIM IS CURRENTLY STILL UNDER REVIEW AND CAN TAKE 3 WEEKS TO BE COMPLETED. EE ASKED TO SPEAK WITH A DCM.DCM CONFIRMED ADCM NOT AVAILABLE AT TIME OF CALL AND ASKED IF HE WOULD LIKE TO BE TXED TO VM. EE CONFIRMED HE WOULD AND CALL WAS TXED.

**07/21/2020 3:14 PM - PHONE Note 21**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : RTN VMAIL
Text: [07/21/2020 - ABRAMS-WEAVER, COREY]CALLED EE TO RETURN A VMAIL AT EE LEFT ON 7/20; DCM RETURNED THE CALL AND LEFT A MESSAGE ADVISING THAT THE CLAIM IS STILL UNDER CLINICAL REVIEW AND THE DEADLINE DATE IS 7/28/2020; DCM ADVISED EE TO RETURN THE CALL WITH ANY ADDITIONAL QUESTIONS OR CONCERNS;

**07/14/2020 4:10 PM - PHONE Note 20**
Claim/Event/Leave: 9734661
NoteSubject : Called AP
Other Subject :
Text: [07/14/2020 - RANSOM, SEAN]EE CALLED FOR STATUS OF CLM. DCM ADV THAT CLM WAS CLOSED BUT WE HAVE SENT RECORDS FOR REVIEW. EE ADV HE WANTED TO SPEAK WITH ADCM. DCM ADV HE IS NOT AVAILABLE. DCM ADV THAT REVIEW CAN TAKE UP TO 3 WEEKS. EE WAS UPSET ANDADV HE NEED MONEY NOW AND HIS CAR WAS REPO'ED. DCM ADV THAT WE CAN NOT REOPEN CLM WITH OUT REVIEW. EE ADV IT IS NOT FAIR THAT SINCE RECORDS WERE NOT RCVD, THAT CLM WAS CLOSED. DCM ADV THAT WE REQUESTED RECORDS DUE TO NEED REVIEW, AND SINCE WE DID NOT GET

THAT CLM WAS CLOSED. DCM ADV THAT WE REQUESTED RECORDS DUE TO NEED REVIEW, AND SINCE WE DID NOT GET RECORDS WE COULD NOT REVIEW THE CLM. DCM ADV THAT ADCM TOOK CLM FOR QUICK REVIEW HOWEVER THERE WAS NOT ENOUGH TO SUPPORT, SOA DCM HAS TO SEND FOR FFR. EE ADV HE CAN NOT WALK OR WORK AND MAY HAVE TO GET LAWYER INVOLVED. DCM ADV HE CAN DO THAT HOWEVER WE CAN NOT OVER TURN CLM WITH OUT AN CP. EE ADV THAT DCM WAS RUDE AND CUTT HIM OFF. EE ADV THAT HE WORK HARD TO SUPPORT HIS FAMILY, AND NO I HAVE TO RELY ON OTHER PARTIES. DCM ADV THERE IS A DELAY, AND DCM WAS TRYING WAIT UNTI EE BROKE. DCMTRIED TO ADV WE UNDERSTAND THAT HE HAS NOT BEEN PAID, AND WHEN HE WAS GETTING PAID IT WAS A REDUCE INCOME. DCM ADV THAT HE WANTS TO MAKE SURE EE KNOW WHAT IS GOING ON WITH HIS CLM AND NEXT STEPS. EE ADV THAT HE CAN NOT WORK OR WALK. DCM ADV THAT HECAN NOT UNDERTAND HOW HE FEELS HOWEVER WE HAVE INT INDEPENDENTLY VERIFY R/LS. EE ADV HE CAN WALK AGAIN, AND HE IS STRESSED AND THIS IS MAKING IT WORST. DCM AGAIN TRIED TO SHOW EMPATHY, BUT ADV OF NEXT STEPS. DCM ADV THAT ADCM WILL NOT HAVE ANSWER UNTIL REVIEW IS COMPLETED, DCM ADV IT MAKE NOT TAKE THE FULL 3 WEEKS HOWEVER IT COULD. DCM TRIED TO GO OVER SUBJECTIVE FOR OBJECTIVE MEDICAL FINDINGS, AS EE CONFIRM TO STAT HE CAN NOT WORK. EE ADV HE DID NOT WANT TO TALK ABOUT THIS AND WOULD BEGIN TO CRY. EE ASK IF ADCM COULD FU WITH HIM TODAY, DCM ADV HE COULD NOT GUARANTEE BUT WILL LET ADCM KNOW. DCM ADV ADCM WILL NOT HAVE UPDATE ON CLM UNTIL REVIEW IS COMPLETED. EE UNDERSTOOD.

**07/13/2020 11:47 AM - CLAIM Note 34**
Claim/Event/Leave: 9734661
NoteSubject : LTR to EE
Other Subject : MEDICAL REVIEW
Text: [07/13/2020 - ABRAMS-WEAVER, COREY]MEDICAL REVIEW REFERRAL EMAIL SENT TO EE;

**07/13/2020 11:41 AM - CLAIM Note 33**
Claim/Event/Leave: 9734661
NoteSubject : Ref to Managed Care
Other Subject : CRT/FFR/ ORTHO
Text: [07/13/2020 - ABRAMS-WEAVER, COREY]CLAIM REFERRED FOR FULL FILE REVIEW TO ORTHO SPECIALTY TO DETERMINE ONGOING R/LS

**07/13/2020 11:33 AM - CLAIM Note 32**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : PM&R CONSULT
Text: [07/13/2020 - ROBERTS, TIFFANY]PM&R ICP REVIEWED MEDICAL RECORDS AND DETERMINED THAT ORTHO FFR REVIEW NEEDED TO HAVE AP CONTACT TO DETERMINE SPECIFIC ONGOING R/LS.

**07/10/2020 7:59 AM - CLAIM Note 31**
Claim/Event/Leave: 9734661
NoteSubject : Med Records Rcvd
Other Subject : DR. TEJAN
Text: [07/10/2020 - ABRAMS-WEAVER, COREY]R/LS FORM RECEIVED / NO RESTRICTIONS LISTED; DR. TEJAN; DOS 7.9.2020

**07/09/2020 2:16 PM - PHONE Note 19**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [07/09/2020 - WALLACH, KRYSTAL]EE CALLED TO SPEAK WITH ADCM. DCM CONFIRMED ADCM WAS UNAVAILABLE AND ASKED IF THERE WAS ANYTHING DCM COULD DO TO ASSIST. EE WANTED TO MAKE SURE MEDICAL WAS RECEIVED. DCM ADVISED WE RECEIVED MEDICAL FROM DR. TEJAN FROM 1/10/20-5/29/20. EE ASKED FOR NEXT STEPS. DCM ADVISED THAT ADCM WILL HAVE MEDICAL REVIEWED ON 7/13 AT 11 AM TO SEE IF MEDICAL SUPPORTS DISABILITY TO REOPEN CLAIM. DCM ADVISED IF WE ARE ABLE TO REOPEN THE CLAIM HE CAN EXPECT NEXT PAYMENT TO ISSUETHE FOLLOWING DAY. EE U/S. EE ADVIED HE IS FRUSTRATED BECAUSE HIS CLAIMW AS CLOSED. DCM EXPLAINED WE HAD NOT RECEIVED THE NEEDED MEDICAL IN ORDER TO MANAGE HIS ONGOING DISABILITY AND ITS ULTIMATELY HIS RESPONSIBILITY TO ENSURE WE GET THE MEDICAL.EE ADVISED HE DID WAS HE COULD BY MAKING SURE THE REP AT THE OFFICE FAXED THE MEDICAL AND WAITED FOR CONFIRMATION. DCM ACK AND ADVISED WE HAD NOT RECEIVED IT AND WAS NOT SURE WHY. DCM EXPLAINED THAT WE DO HAVE THE MEDICAL NOW AND IT WILL BE REVIEWED FOR REOPEN. EE ASKED ABOUT LTD AND HOW LONG IT LASTS. DCM CONFIRMED MEDICAL SUPPORTS FOR FIRST 2 YEARS AS LONG AS HE CAN'T DO HIS OO WE WILL PAY HIS CLAIM AFTER 2 YEARS IF HE HAS ANY WORK CAPACITY THE CLAIM WILL BE CLOSED. ONCE DCM WAS DONE SPEAKING THE CALL HAD BEEN DISCONNECTED BY EE.

**07/09/2020 8:47 AM - CLAIM Note 30**
Claim/Event/Leave: 9734661
NoteSubject : Med Records Rcvd
Other Subject : JOSEPH TEJAN
Text: [07/09/2020 - ABRAMS-WEAVER, COREY]OVN; EXAM FINDINGS; R/LS FORM; DOS 1.10.2020 THRU 5.29.2020;

**07/08/2020 5:15 PM - PHONE Note 18**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : RTN VMAL
Text: [07/08/2020 - ABRAMS-WEAVER, COREY]CALLED EE ; ADVISED THAT DCM RECEIVED OVN FROM 5.29.2020 BUT WE HAVE NOT RECEIVED ANY OTHER DOCUMENTATION; EE BECAME FRUSTRATED THAT WE HAVE NOT RECEIVED AND UPDATED RECORDS; I ADVISED EE THAT DCM WOULD PLACE HIM ONA 3WAY CALL WITH HIS PROVIDER; DCM SPOKE TO THE PROVIDER AND THE PROVIDED ADVISED THAT ALL DOCUMENTATION WILL BE SENT DIRECTLY TO DCM; EE

REQUESTED TO LEAVE THE CALL BEFORE HEARING THE CONVERSATION FROM HIS PROVIDER; AP THANKED DCM; EE HAD NFQ;

**07/08/2020 8:24 AM - CLAIM Note 29**
Claim/Event/Leave: 9734661
NoteSubject : Med Records Rcvd
Other Subject : JOSEPH TEJAN
Text: [07/08/2020 - ABRAMS-WEAVER, COREY]PROGRESS NOTES; ENCOUNTER SUMMARY ; DOS 5.29.2020; DR. JOSEPH TEJAN

**07/07/2020 1:02 PM - PHONE Note 17**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject : STATUS INQUIRY
Text: [07/07/2020 - ABRAMS-WEAVER, COREY]EE CALLED; INQUIRED STATUS OF THE CLAIM; I ADVISED THE CLAIMANT THAT HIS CLAIM IS STILL IN CLOSED STATUS BECAUSE WE NEVER RECEIVED UPDATED MEDICAL RECORDS FOR HIS CLAIM; EE ADVISED THAT HE WOULD HAVE HIS PROVIDERS FAX ME TODAY WITH HIS UPDATED RECORDS AND HE PLANS TO F/U WITHIN 2 HOURS; EE HAD NFQ; EE THANKED DCM;

**07/07/2020 12:58 PM - PHONE Note 16**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [07/07/2020 - WALLACH, KRYSTAL]EE CALLED AND WANTED TO MAKE SURE HIS PAYMENT WAS GOING TO BE RELEASED. DCM ADVISED CLAIM WAS CLOSED AS WE DID NOT HAVE ANY MEDICAL TO CONTINUE BEYOND 6/16/20. EE ADVISED HE IS NOT ABLE TO WORK AND HIS FAMILY DEPENDSON THE MONEY. DCM ACK AND ADVISED HE WOULD NEED TO PROVIDE THE MEDICAL SO WE ARE ABLE TO REVIEW FOR ONGOING DISABILITY. E E ASKED TO SPEAK WITH A DCM AND DCM TXED CALL.

**07/06/2020 9:52 AM - CLAIM Note 28**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : FORMS RCVD
Text: [07/06/2020 - ABRAMS-WEAVER, COREY]AQ, ACB, AUTH, CIF, CSS, SS/REIM, TEE, AUTH

**07/04/2020 5:37 PM - DOCUMENT Note 12**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Signed

**07/04/2020 2:08 PM - DOCUMENT Note 11**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**07/02/2020 3:05 PM - DOCUMENT Note 10**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Signed

**07/02/2020 2:42 PM - PHONE Note 15**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [07/02/2020 - RAINESWOODLEY, ROSE]DCM RECEIVED A PC FROM EE ASKING ABOUT HIS PAY THIS MONTH AND TO CONFIRM IT WILL ISSUE. WENT OVER WITH EE WHAT IS NEEDED AND THAT HIS CLAIM IS CLOSED UNTIL MEDS AND FORMS RECEIVED. HE ACK I CAN EMAIL HIM FORMS VIA DOCUSIGN AND AS ATTACHMENT TO EMAIL. HE STATED FORMS WERE RETURNED VIAMAIL, BUT ACK WE HAVE NOT YET RECEIVED. HE HAD NFQ AND CALL WAS ENDED.

**07/02/2020 2:12 PM - DOCUMENT Note 9**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Requested

**07/02/2020 2:08 PM - DOCUMENT Note 8**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Requested

**06/11/2020 4:14 PM - PHONE Note 14**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : DENIAL NOTICE
Text: [06/11/2020 - ABRAMS-WEAVER, COREY]CALLED EE TO ADV DENIAL FOR NOT TD / FTPP; DCM LEFT A VOICEMAIL FOR THE CLAIMANT TO RETURN THE CALL TO OBTAIN THE STATUS UPDATE;

THE CLAIMANT TO RETURN THE CALL TO OBTAIN THE STATUS UPDATE;

**06/11/2020 3:34 PM - CLAIM Note 27**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [06/11/2020 - HILL, GABRIEL]AGREE WITH CLOSURE

**06/11/2020 3:26 PM - CLAIM Note 26**
Claim/Event/Leave: 9734661
NoteSubject : Denied
Other Subject : NT TD OO / FTPP
Text: [06/11/2020 - JACKSON, JULIE]39YOM; LDW 8.15.2019, DOD 8.19.2019; EE WORKS AS A DIRECT SALES REP, WHICH IS A MANUAL JOB REQUIRING WALKING, STANDING, CARRYING, LIFTING, DRIVING. THE EMPLOYEE IS OUT OF WORK DUE TO MULTIPLE FRACTURES ON HANDS AND FEET.EE HAS NO COMORBIDS ADDITIONAL MEDICAL FACTS THAT SUPPORT DISABILITY ARE EE WAS INVOLVED IN AN AUTO VS PEDESTRIAN ACCIDENT. EE HAS MULTIPLE FRACTURE INCLUDING HANDS AND FEET/LEGS. EE UNDERWENT 3 SURGERIES ON 8/19.EE UNDERWENT ANOTHER PROCEDURE ON11/26/2019. HARDWARE REMOVAL OF L RADIUS AND TIBIAL SPINE.; BASED ON UPDATED MEDICAL RECORDS RECEIVED CLAIM APPROVED AND SINCE EE DID NOT RTW ON 2.21.2020, EE WAS PLACED ON N&P FOR UPDATED MEDS, LTR SENT 3/25/20, 5/13/20, FOR MEDS FROM AP TEJAN INLCUDING MEDICLA AUTH & ALL LTD FORMS, SUBRO FORMS, N&P FINAL DUE DATE 6/6. MGR REFERRAL

**06/09/2020 4:21 AM - DOCUMENT Note 7**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Expired

**06/08/2020 1:13 PM - DOCUMENT Note 6**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Will Expire

**06/07/2020 1:13 PM - DOCUMENT Note 5**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**06/04/2020 1:13 PM - DOCUMENT Note 4**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**06/02/2020 1:19 PM - PHONE Note 13**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : RTN VMAIL
Text: [06/02/2020 - ABRAMS-WEAVER, COREY]CALLED EE; RTN VMAIL FROM 5/29/2020; ADV EE THAT DCM HAS YET TO RECEIVE MEDICAL RECORDS FROM DR. TEJAN; ADV NEED FOR LTD FORMS; EE ADVISED HE MAILED THE FORMS 8 DAYS; DCM ADVISED EE THAT MEDICAL RECORDS HAVE BEEN REQUESTED; ADV NEED FOR SIGNED AUTH IN ORDER TO COMPLETE THE REQUEST; ADV $17 INVOICE HAS BEEN PAID; ADV EE THAT DCM WILL SEND ANOTHER REQUEST ONCE THE ESIGN FORM IS COMPLETED; ADV EE OF PROOF DEADLINE; EE HAD NFQ; EE THANKED DCM;

**06/02/2020 1:12 PM - DOCUMENT Note 3**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Requested

**05/21/2020 10:14 AM - CLAIM Note 25**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/21/2020 - MITCHELL, CATHERINE]INVOICE DATED 5/15/2020 FROM SCANSTAT. INV #62990C629CFF4F31AAEC , IN THE AMT OF $ 17.00 FOR MEDICAL RECORDS FROM ORTHO SPECIALTY . INVOICE PAID IN FULL.

**05/19/2020 11:38 AM - CLAIM Note 24**
Claim/Event/Leave: 9734661
NoteSubject : Medical Status
Other Subject : TEJAN
Text: [05/19/2020 - RAINES WOODLEY, ROSE]REQ REJECTED - NEED AUTH, INVOICE PAGE 3 FOR HANDLING FEE - REFERRED FOR PAYMENT.

**05/12/2020 12:37 PM - CLAIM Note 23**
Claim/Event/Leave: 9734661
NoteSubject : LTR to EE
Other Subject : N&P WARNING

Other Subject : N&P WARNING
Text: [05/12/2020 - ABRAMS-WEAVER, COREY]N&P WARNING LETTER SENT TO EE

**05/12/2020 12:35 PM - PHONE Note 12**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : DAY 45
Text: [05/12/2020 - ABRAMS-WEAVER, COREY]CALLED EE TO ADV NEED FOR UPDATED RECORDS AND LTD FORMS; ADV PROOF DEADLINE; DCM LVM;

**04/23/2020 1:57 PM - PHONE Note 11**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : DAY 30
Text: [04/23/2020 - ABRAMS-WEAVER, COREY]CALLED EE; ADV NEED FOR UPDATED RECORDS FROM DR. TEJAN; ADV NEED FOR LTD FORMS; ADV PROOF DEADLINE; EE ADVISED A F/U SCHEDULED FOR 5.1.2020; EE ADVISED THAT HE WOULD MAKE SURE THAT DCM RECEIVED FORMS AND UPDATED MEDICAL RECORDS; EE HAD NFQ;

**04/17/2020 5:06 PM - PHONE Note 10**
Claim/Event/Leave: 9734661
NoteSubject : Called ER
Other Subject : SYLVETTE DEJESUS
Text: [04/17/2020 - ABRAMS-WEAVER, COREY]CALLED EMPLOYER ; RTN VMAIL; DCM SPOKE WITH EMPLOYER FOR 30 MINUTES DISCUSSING JORGE GARCIA; ADV LTD PROCESS AND ONGOING PLAN TO OBTAIN PROOF

**04/17/2020 4:41 PM - CLAIM Note 22**
Claim/Event/Leave: 9734661
NoteSubject : Action Plan
Other Subject : RTW OO JUN 2020
Text: [04/17/2020 - ABRAMS-WEAVER, COREY]39YOM; LDW 8.15.2019, DOD 8.19.2019; EE WORKS AS A DIRECT SALES REP, WHICH IS A MANUAL JOB REQUIRING WALKING, STANDING, CARRYING, LIFTING, DRIVING. THE EMPLOYEE IS OUT OF WORK DUE TO MULTIPLE FRACTURES ON HANDS ANDFEET. EE HAS NO COMORBIDS ADDITIONAL MEDICAL FACTS THAT SUPPORT DISABILITY ARE EE WAS INVOLVED IN AN AUTO VS PEDESTRIAN ACCIDENT. EE HAS MULTIPLE FRACTURE INCLUDING HANDS AND FEET/LEGS. EE UNDERWENT 3 SURGERIES ON 8/19.EE UNDERWENT ANOTHER PROCEDURE ON 11/26/2019. HARDWARE REMOVAL OF L RADIUS AND TIBIAL SPINE.; BASED ON UPDATED MEDICAL RECORDS RECEIVED DCM RECOMMENDS APPROVAL AT THIS TIME, SINCE EE DID NOT RTW ON 2.21.2020, WE REQUESTED UPDATED RECORDS AND PLACED EE ON PROOF FOR UPDATED RECORDS; PROOF DEADLINE JUNE 2020

**04/17/2020 1:28 PM - PHONE Note 9**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject : QUESTIONS
Text: [04/17/2020 - GAUTHIER, MEGAN]EE CALLED WITH QUESTIONS B/C HR HAS BEEN CONTACTING HIM REGARDING HIS CONDITION AND HIS RTW DATE. EE ADV HE HAS NEVER BEEN ON DISABILITY BEFORE AND WANTS TO MAKE SURE HE IS DOING THINGS CORRECTLY. EE ADV HE REC'D CORRESPONDENCE FROM HR INDICATING HE HAS UNTIL 4/17 TO COME BACK BUT HE DOES NOT HAVE HIS NOV UNTIL 4/30 AND HE IS SUPPOSED TO TALK TO HIS DOCTOR ABOUT RTW AT THAT TIME. EE ADV IT SOUNDS LIKE IF HE DOES NOT MAKE A DECISION TODAY, HE MAY BE SEPARATED FROM CHARTER AND HE IS THE HEAD OF HIS HOUSEHOLD. EE WANTED TO KNOW IF HE SEPARATES FROM CHARTER IF THAT IMPACTS HIS LTD. EE ADV HE WANTS TO WORK FOR CHARTER AND HAS BEEN WITH THAT DEPT FOR 4 YEARS. DCM SUGGESTED EE REQUEST AN EXTENSION ON HIS LOA FOR CONTINUED JOB PROTECTION. VERIFIED LTD AND LOA ARE TOTALLY SEPARATE AND DO NOT HAVE BEARING ON ONE ANOTHER. EE ADV HIS LOA EXTENSION IS DENIED AND THEY DECIDE TO PART WAYS WITH HIM IF THAT WOULD IMPACT HIS LTD CLAIM. DCM VERIFIED EMP STATUS DOES NOT IMPACT LTD AT THIS TIME HOWEVER IF EE NO LONGER MEETS DEF OF DIS AND IS RELEASED FROM AP OR MED INFO STOPS SUPPORTING, LFG RESERVES THE RIGHT TO TERMINATE BENS REGARDLESS OF EMP STATUS AND WHETHER OR NOT ASC HAS A JOB TO GO BACK TO. EE EXP U/S. EE ADV HEHAS BEEN DOING EVERYTHING HE CAN TO GET BACK TO WORK BUT HE IS NOT THE ONE WHO MAKES THE DECISION FOR HIMSELF AND DOES NOT WANT TO SET HIMSELF UP FOR FAILURE AND GET RE-INJURED OR SUFFER THE CONSEQUENCES. EE ADV HE IS JUST FOLLOWING HIS AP ORDERS. DCM SUGGESTED EE FU WITH AP TO DISCUSS POSSIBLE RTW FOR LIGHT DUTY OR P-T. DCM CONFIRMED EE SHOULD DISCUSS W/ ER AND LEAVE CARRIER AND VERIFIED THIS DOES NOT IMPACT LTD. EE WANTED TO KNOW IF HE GETS TERMINATED IF LTD WILL STILL BE PAID. DCM REVIEWED DEF OF DIS WITH EE. EE ADV HE WILL DISCUSS POSSIBLE LEAVE EXTENSION AND SEE WHAT HE CAN DO BUT WANTS TO MAKE SURE HE IS COVERED B/C HE IS NOT SURE WHAT HIS AP OR HIS ER ARE GOING TO TELL HIM. EE ADV HE HAS NOT IDEA WHAT THEY ARE GOING TO SAY AS IT RELATES TO HIS MENTAL CONDITION OR PHYSICAL CONDITION. DCM EXP U/S. CONFIRMED SHOULD KEEP ADCM UPDATED. NFQ.

**04/14/2020 3:09 PM - CLAIM Note 21**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/14/2020 - NAI, TIMOTHY]INVOICE DATED 04/01/2020 FROM SCANSTAT. INV #D8CE4DA2F80F4C91B6B4 , IN THE AMT OF $17.00 FOR MEDICAL RECORDS FROM ORTHO SPECIALTY ASSOCIATES . INVOICE PAID IN FULL.

**03/25/2020 9:53 AM - CLAIM Note 20**
Claim/Event/Leave: 9734661
NoteSubject : LTR to EE
Other Subject : N&P

Text: [03/25/2020 - ABRAMS-WEAVER, COREY]DAY 30: 04/23/2020 DAY 45: 05/08/2020 DAY 75: 6/6/2020: DR. JOSEPH TEJAN; LTD FORMS, 3PL, ACCIDENT REPORT

**03/25/2020 9:50 AM - CLAIM Note 19**
Claim/Event/Leave: 9734661
NoteSubject : LTR to AP
Other Subject : DR. JOSEPH TEJAN
Text: [03/25/2020 - ABRAMS-WEAVER, COREY]MED REQUEST SENT TO DR. JOSEPH TEJAN; DOS 1.11.2020

**03/19/2020 1:10 PM - PHONE Note 8**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : RTN VMAIL
Text: [03/19/2020 - ABRAMS-WEAVER, COREY]CALLED EE TO INQUIRE STATUS OF 3PL FORM AND POLICE REPORT; DCM LVM FOR EE TO RETURN CALL ;

**03/11/2020 9:05 AM - PHONE Note 7**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject :
Text: [03/11/2020 - RANSOM, SEAN]EE CALLED TO ADV HE DID NOT GET HIS DD. DCM ADV IT WAS PROCESSED LAST NIGHT AND TO ALLOW 3 BUSINESS DAYS. EE UNDERSTOOD AND THANKED

**03/09/2020 12:37 PM - PHONE Note 6**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject : ACD
Text: [03/09/2020 - VASQUEZ, LEAH]EE CALLED TO CONFIRM IF DD INFO WAS RECEIVED. DCM CONFIRMED THE DD IS SHOWING AS ACTIVE AND PAYMENT IS SCHEDULE TO RELEASE NIGHT OF 3/10. EXPLAINED TO ALLOW 2 TO 3 BIZ DAYS FOR BANK TO PROCESS ONCE PAYMENT IS RELEASED. EETHANKED AND E /C.

**03/06/2020 1:55 PM - CLAIM Note 18**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : ADD DD
Text: [03/06/2020 - WRIGHT, PATRICIA]ADDED ACCT ROUTING

**03/05/2020 11:50 AM - DOCUMENT Note 2**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Signed

**03/05/2020 11:41 AM - PHONE Note 5**
Claim/Event/Leave: 9734661
NoteSubject : EE Called
Other Subject :
Text: [03/05/2020 - WALLACH, KRYSTAL]EE CALLED AND ADVISED SPOKE TO DCM LAST WEEK AND CONVERTING TO LTD - EXPLAINED THE ONCE A MONTH PAYMENT AND CAN GET DD AND PAYMENT WOULD BE ON 10TH. WANTS DD EMAILED TO .COM. DCM CONFIRMED WILL DO THATAND CALL ENDED.

**03/05/2020 11:41 AM - DOCUMENT Note 1**
Claim/Event/Leave: 9734661
NoteSubject : eSignature
Other Subject : Document Requested

**02/27/2020 8:43 PM - PHONE Note 4**
Claim/Event/Leave: 9734661
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [02/27/2020 - ABRAMS-WEAVER, COREY]CALLED EE TO CONDUCT INITIAL INTERVIEW & STATUS UPDATE; CONFIRMED DOB; ADDRESS, CONTACT NUMBER: EMAIL; JOB DESCRIPTION: DIRECT SALES REP PHYSICAL DEMANDS: LIGHT JD; LDW: 8.15.2019; DOD: 8.17.2019 , ESTIMATED RTW: EE DOES NOT HAVE RTW DATE YET; DIAGNOSIS: EE OOW DUE TO TWO BROKEN KNEES, BROKEN RIBS, DISLOCATED HAND, BROKEN NOSE, DISLOCATED WRIST, , EE HAS F/U 3.24.2020 WITH DR. JOSEPH TEJAN; EE WAS WALKING A HIT BY A CAR ON 8.17.2019, EE WAS TAKEN TO THE HOSPITAL BY AMBULANCE; EE STILL UNDER LITIGATION; COMORBIDS: EE HAS NO COMORBIDS; EE DOES NOT HAVE ANOTHER JOB OR FORM OF INCOME; EE IS MARRIED, TWO COLLEGE STUDENTS AND TWO LIVING AT HOME; HIGHEST LEVEL OF EDUCATION COMPLETED: COLLEGE ; ADV EE OF APPLYING FOR SSDB ; ADV EE OF LTD PAYMENT SCHEDULE; ADV EE THAT DIRECT DEPOSIT WOULD BE AVAILABLE AFTER THE INITIAL PAYMENT HAS BEEN VIA LIVE CHECK; ADV EE THAT DCM WILL NEED UPDATED RECORDS TO SUPPORT R/LS BEYOND BBD IN ORDER FOR THE CLAIM TO BE APPROVED; OFFERED DOHERTY ASSISTANCE TO FILING FOR SSDB; EE HAD NO FURTHER QUESTIONS; EE THANKED DCM;

**02/21/2020 1:59 PM - CLAIM Note 17**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : BENEFIT CALCULATION

Other Subject : BENEFIT CALCULATION
Text: [02/21/2020 - DUBOIS, ASHLEY]SET UP SCHEDULED PAYMENT BASED ON SALARY VERIFICATION IN DOC LIST WITH PPE 08/08/19. BME CALC IS $9.615 * 40 HRS * 52 WKS / 12 MOS + $2,974.52 COMMISSIONS= $4,641.12 THE BENEFIT IS 60% OR $2784.67. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**02/13/2020 12:35 PM - CLAIM Note 16**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : PAYMENTS
Text: [02/13/2020 - DUBOIS, ASHLEY]REACHED OUT TO ER FOR SALARY INFO. EMAIL SAVED TO DOC LIST.

**02/12/2020 8:50 PM - CLAIM Note 15**
Claim/Event/Leave: 9734661
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO ASHLEY DUBOIS.

**02/11/2020 1:53 PM - CLAIM Note 14**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : STD MAX DATE
Text: [02/11/2020 - ABRAMS-WEAVER, COREY]STD MAX DATE IS 2/16; LTD BBD IS 2/17/2020

**02/10/2020 11:34 AM - PHONE Note 3**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : APPROVAL NOTICE
Text: [02/10/2020 - ABRAMS-WEAVER, COREY]CALLED EE FOR II AND TO ADVISE APPROVAL; EE HAS VMAIL BOX THAT HAS NOT BEEN SET UP

**02/10/2020 11:33 AM - CLAIM Note 13**
Claim/Event/Leave: 9734661
NoteSubject : LTR to EE
Other Subject : APPROVAL LETTER
Text: [02/10/2020 - ABRAMS-WEAVER, COREY]APPROVAL LETTER SENT WITH LTD FORMS;

**02/07/2020 8:51 PM - CLAIM Note 12**
Claim/Event/Leave: 9734661
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SOKHARY LAZZARO.

**02/07/2020 8:51 PM - CLAIM Note 11**
Claim/Event/Leave: 9734661
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: PLEASE CALC INITIAL PAYMENT

**02/07/2020 2:02 PM - CLAIM Note 10**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [02/07/2020 - HILL, GABRIEL]AGREE WITH APPROVAL AND ACTION PLAN. RECOMMEND DCM UPDATE DISABILITY TYPE TO INJURY AND ADD INJURY DATE. ALSO UPDATE DOD TO 8/17 AS THAT IS WHEN THE ACCIDENT OCCURRED PER MEDICAL RECORDS AND EE WAS HOSPITALIZED FOR 20 DAYS. DCM HAS REACHED OUT TO SEDGWICK TO CONFIRM MAX DATE WHICH WILL DETERMINE OUR BBD. SUBRO FORMS WILL ALSO NEED TO BE OBTAIN PRIOR TO SENDING TO SUBRO UNIT

**02/07/2020 12:04 PM - CLAIM Note 9**
Claim/Event/Leave: 9734661
NoteSubject : Approved
Other Subject : RTW OO FEB 2020
Text: [02/07/2020 - ABRAMS-WEAVER, COREY]39YOM; LDW 8.15.2019, DOD 8.19.2019; EE WORKS AS A DIRECT SALES REP, WHICH IS A MANUAL JOB REQUIRING WALKING, STANDING, CARRYING, LIFTING, DRIVING. THE EMPLOYEE IS OUT OF WORK DUE TO MULTIPLE FRACTURES ON HANDS ANDFEET. EE HAS NO COMORBIDS ADDITIONAL MEDICAL FACTS THAT SUPPORT DISABILITY ARE EE WAS INVOLVED IN AN AUTO VS PEDESTRIAN ACCIDENT. EE HAS MULTIPLE FRACTURE INCLUDING HANDS AND FEET/LEGS. EE UNDERWENT 3 SURGERIES ON 8/19.EE UNDERWENT ANOTHER PROCEDURE ON 11/26/2019. HARDWARE REMOVAL OF L RADIUS AND TIBIAL SPINE.; BASED ON UPDATED MEDICAL RECORDS RECEIVED DCM RECOMMENDS APPROVAL AT THIS TIME, EE HAS EST RTW OF 2.21.2020, IF NO RTW DCM WILL REQUEST UPDATED MEDICAL RECORDS AND REFER BACK FOR FILEREVIEW; DCM WILL OBTAIN ACCIDENT REPORT AND SUBMIT FOR SUBRO

**02/07/2020 12:03 PM - CLAIM Note 8**
Claim/Event/Leave: 9734661

NoteSubject : Action Plan
Other Subject : RTW OO FEB 2020
Text: [02/07/2020 - ABRAMS-WEAVER, COREY]39YOM; LDW 8.15.2019, DOD 8.19.2019; EE WORKS AS A DIRECT SALES REP, WHICH IS A MANUAL JOB REQUIRING WALKING, STANDING, CARRYING, LIFTING, DRIVING. THE EMPLOYEE IS OUT OF WORK DUE TO MULTIPLE FRACTURES ON HANDS ANDFEET. EE HAS NO COMORBIDS ADDITIONAL MEDICAL FACTS THAT SUPPORT DISABILITY ARE EE WAS INVOLVED IN AN AUTO VS PEDESTRIAN ACCIDENT. EE HAS MULTIPLE FRACTURE INCLUDING HANDS AND FEET/LEGS. EE UNDERWENT 3 SURGERIES ON 8/19.EE UNDERWENT ANOTHER PROCEDURE ON 11/26/2019. HARDWARE REMOVAL OF L RADIUS AND TIBIAL SPINE.; BASED ON UPDATED MEDICAL RECORDS RECEIVED DCM RECOMMENDS APPROVAL AT THIS TIME, EE HAS EST RTW OF 2.21.2020, IF NO RTW DCM WILL REQUEST UPDATED MEDICAL RECORDS AND REFER BACK FOR FILEREVIEW; DCM WILL OBTAIN ACCIDENT REPORT AND SUBMIT FOR SUBRO

**02/05/2020 10:28 AM - CLAIM Note 7**
Claim/Event/Leave: 9734661
NoteSubject : LTR to ER
Other Subject : STD MAX REQUEST
Text: [02/05/2020 - ABRAMS-WEAVER, COREY]STD MAX DATE REQUEST SENT TO HR/SEDGWICK

**02/05/2020 9:24 AM - CLAIM Note 6**
Claim/Event/Leave: 9734661
NoteSubject : Med Records Rcvd
Other Subject : DR. TEJAN
Text: [02/05/2020 - ABRAMS-WEAVER, COREY]R/LS FORM; OP REPORT; OVN; TX PLAN; DOS 11.6.2019 THRU 1.10.2020; DR. TEJAN

**01/31/2020 10:12 AM - PHONE Note 2**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : II ATTEMPT
Text: [01/31/2020 - ABRAMS-WEAVER, COREY]CALLED EE FOR II; DCM LEFT MESSAGE WITH MALE WHO ANSWERED THE PHONE FOR EE TO CONTACT DCM WHEN AVAILABLE;

**01/29/2020 2:29 PM - CLAIM Note 5**
Claim/Event/Leave: 9734661
NoteSubject : LTR to AP
Other Subject : DR. TEJAN
Text: [01/29/2020 - ABRAMS-WEAVER, COREY]MED REQUEST SENT; DR. TEJAN; DOS 8.19.2019 TO PRESENT;

**01/29/2020 2:25 PM - CLAIM Note 4**
Claim/Event/Leave: 9734661
NoteSubject : LTR to EE
Other Subject : N&P
Text: [01/29/2020 - ABRAMS-WEAVER, COREY]DAY 21: 02/18/2020 DAY 30: 02/27/2020 DAY 45: 03/13/2020 ; DR. TEJAN;

**01/29/2020 2:07 PM - CLAIM Note 3**
Claim/Event/Leave: 9734661
NoteSubject : Med Records Rcvd
Other Subject : VIAONE/SEDGWICK
Text: [01/29/2020 - ABRAMS-WEAVER, COREY]FMLA DOC; TX PLAN; F/U 2/21/2020

**01/29/2020 1:56 PM - PHONE Note 1**
Claim/Event/Leave: 9734661
NoteSubject : Called EE
Other Subject : II ATTEMPT
Text: [01/29/2020 - ABRAMS-WEAVER, COREY]CALLED EE FOR II; EE DOES NOT HAVE VMAIL SET UP

**01/28/2020 8:32 AM - CLAIM Note 2**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject :
Text: [01/28/2020 - DAVIS, DANIELLE]INITIAL ASSESSMENT COMPLETED - ASSIGNED TO DCM - EE DD NOT RTW 1/22/2020

**01/27/2020 12:51 PM - CLAIM Note 1**
Claim/Event/Leave: 9734661
NoteSubject : Other
Other Subject :
Text: [01/27/2020 - HALL, TIFFANY]DCM CLAIM INFO FROM EMAIL (SEE DOC LIST). ASSIGNED TO LTD DCM

# Davis Law, P.C.

Timothy A. Davis

1320 N. 10th Street, Suite 140
McAllen, Texas 78501
Tel. (956) 540-7807
Fax (956) 664-2500
timm@tdavislawpc.com

December 22, 2020

Via USPS Priority Mail
Lincoln Life Assurance Company of Boston
ATTN. Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

| | | | |
|---|---|---|---|
| Re: | Claim No. | : | 9734661 |
| | Our Client | : | Jorge Garcia |
| | Employer | : | Charter Communications, Inc. |
| | Benefits | : | Long Term Disability |

LETTER OF REPRESENTATION
NOTICE OF APPEAL

Appeals Review Unit,

My office has been retained by Jorge Garcia regarding his claim for Long Term Disability benefits. All future communication regarding this matter should be directed to this office.

Please be advised that Mr. Garcia is appealing the decision to deny his Long Term Disability Benefits.

At this time I am requesting the following:

- Copy of the Claim File
- Copy of the Policy

Do not hesitate to contact the undersigned if you have any questions regarding this correspondence.

Respectfully,

Timothy A. Davis

TAD/jmv

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

d delivery date spe
nestic shipments.
acking® included f
nternational insura
ed internationally,

es not cover certain ite
l Manual at http://pe.us
tional Mail Manual at h

**P**

U.S. POSTAGE
$7.75
PM 3-DAY
78501 0004
Date of sale
12/22/20
06 2S
11488626
SSK
9406012217562 7

**PRIORITY MAIL 3-DAY®**

EXPECTED DELIVERY DAY: 12/28/20

0004

B900

SHIP TO:

PO BOX 7213
London KY 40742-7213

**USPS TRACKING® NUMBER**

9505 5067 1166 0357 5490 28

RATE EI
■ ANY WEIGHT

KED ■ IN

0001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM:

**PRIORITY® ★ MAIL ★**

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: 1320 N. 10th St, Ste. [illegible]
McAllen, Texas
78501

TO: Lincoln Life Assurance Co Boston
Attn Appeal Review Unit
P.O Box 7213
London, KY
40742-7213

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

# Facsimile Cover Sheet

| | |
|---|---|
| To: | Lincoln Financial Group |
| Attn.: | COREY ABRAMS-WEAVER |
| Fax No.: | (603) 334-5994 |

| | | | |
|---|---|---|---|
| Re: | Claim No. | : | 9734661 |
| | Our Client | : | Jorge Garcia |
| | Employer | : | Charter Communications, Inc. |
| | Benefits | : | Long Term Disability |

Sender: Timothy A. Davis

Date: December 22, 2020

TOTAL PAGES (including cover sheet): 3

Documents included:

1. Correspondence

If you do not receive the complete transmission, please call our office immediately. This facsimile transmission is meant solely for whom it is addressed. If you have received this in error, please discard immediately as the information transmitted is confidential.

1320 N. 10th Street, Suite 140
McAllen, Texas 78501
Tel. (956) 540-7807
Fax (956) 664-2500

# Davis Law, P.C.

Timothy A. Davis

1320 N. 10th Street, Suite 140
McAllen, Texas 78501
Tel. (956) 540-7807
Fax (956) 664-2500
timm@tdavislawpc.com

December 22, 2020

Via Facsimile (603) 334-5994
Lincoln Financial Group
ATTN. COREY ABRAMS WEAVER
P.O. Box 7207
London, KY 40742-7207

| | | | |
|---|---|---|---|
| Re: | Claim No. | : | 9734661 |
| | Our Client | : | Jorge Garcia |
| | Employer | : | Charter Communications, Inc. |
| | Benefits | : | Long Term Disability |

LETTER OF REPRESENTATION
NOTICE OF APPEAL
REQUEST FOR COPY OF CLAIM FILE
REQUEST FOR COPY OF POLICY

Corey Abrams Weaver,

My office has been retained by Jorge Garcia regarding his claim for Long Term Disability benefits. All future communication regarding this matter should be directed to this office.

Please be advised that Mr. Garcia is appealing the decision to deny his Long Term Disability Benefits.

At this time I am requesting the following:

- Copy of the Claim File
- Copy of the Policy

Do not hesitate to contact the undersigned if you have any questions regarding this correspondence.

Respectfully,

Timothy A. Davis

TAD/jmv

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

9/3/2020

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | JORGE GARCIA |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Valliere, Tawnya |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 9734661 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Progress notes | L. Reynoso MD | 08/12/20 |
| UR Report | C. Mahr MD | 08/13/20 |
| Misc. | | 08/13/20-08/21/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Luis Reynoso
2) DATE: 9/2/2020
3) TIME: 10:10 AM CT
4) PERSON SPOKEN WITH: Nora
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: A message was left with the receptionist regarding a peer review. She would forward the message to the provider.

TELECONFERENCE #2:

1) AP NAME: Dr. Luis Reynoso
2) DATE: 9/3/2020
3) TIME: 12:20 PM CT
4) PERSON SPOKEN WITH: Nora

5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: A message was left with the receptionist regarding a peer review. She would forward the message to the provider.

**SUMMARY OF MEDICAL DOCUMENTATION**

08/12/20-Office Visit-Dr. Luis Reynoso, MD-The claimant complained of a rash to the right upper torso, shoulder, and underarm, status post motor vehicle accident one year ago, status post multiple fractures; complaints of a rash on the right posterior trunk, complains of right knee pain, mild to moderate level, left hand decreased grip status post surgery. On physical exam, the claimant had a normal exam of the cervical spine, thoracic spine, lumbar spine, pelvis, upper extremities and lower extremities. The claimant was treated for generalized anxiety disorder. In regards to his bilateral knee pain he was referred to orthopedic surgery. In regards to his left hand it was referred to a hand surgeon. The claimant was to follow-up in 4 weeks.

08/13/20-Employee Correspondence- The claimant stated he was in pain every day. He stated that his knees were stiff and cracked all day. He stated he walked slowly and small distances. He stated his job required him to be on his feet 6 hours in an 8 hour shift 6 days a week. The claimant stated he was seeing a hand specialist and a knee specialist.

**QUESTION**

**1. Does the additional information change your previous determination? Why or why not?**

The additional information does not change this reviewer's previous determination. The claimant saw Dr. Reynoso, MD on 08/12/20. The claimant's main complaints were a rash at that time. He also complained of right knee pain which was mild to moderate and left hand decreased grip strength. There were no objective findings contained in the documentation to support an impairment. The claimant had a normal exam of the cervical spine, thoracic spine, lumbar spine, pelvis and upper and lower extremities.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Mahr, M.D.
Board Certified: American Board of Orthopaedic Surgery
American Academy Orthopaedic Surgeons
Arthroscopy Association of North America

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Invoice** **88551-1**

**Date of Invoice** 9/3/2020 3

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Tawnya Valliere

| | |
|---|---|
| **Case ID:** | 9734661 |
| **Referral ID:** | 88551 |
| **Name:** | JORGE GARCIA |
| **Employer:** | |
| **Physician:** | Christopher Mahr |
| **Specialty:** | Orthopaedic Surgery |
| **Svc Date:** | 9/3/2020 |

| Item | Rate |
|---|---|
| Peer Review | $210.00 |

| | |
|---|---|
| **Invoice Total** | $210.00 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $210.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**From:** Valliere, Tawnya
**Sent:** Mon, 31 Aug 2020 15:02:47 +0000
**To:** referrals@mls-ime.com
**Subject:** Addendum request - LTD J. Garcia 9734661 (secure)
**Attachments:** 9734661-MEDICAL-MEDICAL+RECORDS-08.21.2020.pdf, 9734661-EMPLOYEECLAIMANT-CORRESPONDENCE-08.13.2020.pdf

Good morning,

A peer review was completed on the above claim on 08/13/2020 by Dr. Christopher Mahr. Can you please have Dr. Mahr review the additional records received from Dr. Reynoso and the 8/13/2020 letter received from the claimant (attached), and provide an addendum? Additionally, I would like to request additional AP contact with Dr. Luis Reynoso at tel: 956-425-7800 fax: 956-425-7801.

Thank you!

**Tawnya Valliere**
Appeal Consultant
Group Protection

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

T: 888-437-7611 Ext 15894 Office
F: 603-422-7909
LincolnFinancial.com

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas

Patsy G
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:** MLS GROUP OF COMPANIES, INC

29000 INKSTER RD STE 100, SOUTHFIELD, MI 48034
Phone: (866) 946-8294
Fax: (248) 356-6757

**Name: GARCIA, JORGE**

**DOB:**

**Date Range: 01/01/2020 to 08/31/2020**

**This document contains the following records of the patient:**
- **Clinical Documents**

**Note:** PEER TO PEER LETTER SIGNED

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:1827661-A-1438]

**GARCIA, JORGE (id #1827661, dob: )**

## Clinical Documents

click here to view original file

2020/08/20 11:37:55 1 /4

MLS

MLS Group of Companies, Inc.

**Confidential FAX**

20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com

To: Dr. Joseph Moi Tejan

Fax Number: 919563893537

Pages: 4

Date/Time: 2020-08-20 11:37:55

Subject:

Note:

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

2020/08/20 11:37:55 2 /4

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

**DATE:** 8/13/2020

**TO:** Dr. Joseph Moi Tejan 956-389-3537

**RE:** JORGE GARCIA

Attached, please find a brief synopsis letter that details the conversation that took place.

Please review this letter, if you agree with the synopsis, please sign it at the bottom above your name and fax back to our office @ 248-356-6757.

**PLEASE NOTE:** If any of the conversation was misinterpreted or if anything was taken out of context, please make the necessary changes or comments directly on the document, **sign**, and fax back to us. **There is a 5-day timeframe placed on receipt of this letter.** **Please return as soon as possible.**

If you have any questions, please do not hesitate to contact our office at 248-945-9001.

Thank you.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

8/13/2020

REGARDING: JORGE GARCIA

Independent Peer Review on behalf of MLS Group of Companies, LLC

Dear Dr. Joseph Moi Tejan

As in our peer-to-peer discussion regarding the above claimant on behalf of your patient's disability carrier, I was requested to contact you to obtain additional information in regard to this claimant's medical status. For the sake of accuracy and to ensure correct interpretation and meaning of our discussion, I have enclosed the portion of the report that outlines our discussion and ask that you please review it.

The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited, he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion if the claimant could lift 100 pounds occasionally. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.

If any of the above conversation was misinterpreted or if anything was taken out of context, please make the necessary changes or comments directly to the document, and fax back to 248-356-6757. If the above synopsis is an accurate reflection of our discussion, please sign and fax back to 248-356-6757.

Please return within 5 business days of receipt of this letter.

Respectfully submitted,

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

Christopher Mahr, M.D.
Board Certified: American Board of Orthopaedic Surgery
American Academy Orthopaedic Surgeons
Arthroscopy Association of North America

Dr. Joseph Moi Tejan
Attending Physician

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. JORGE GARCIA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

September 1, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Charter Communications Inc. Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On August 13, 2020, we received email correspondence from you in response to the clinical review completed in connection with your appeal. Additionally, on August 21, 2020, we received a copy of your August 12, 2020 office visit note from Dr. Luis Reynoso.

To assist us in evaluating your eligibility for benefits we have referred your file for further medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than September 30, 2020. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated August 13, 2020, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln’s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

# F A X S H E E T

| | |
|---|---|
| Date: | Aug-21-2020 02:30:56 |
| To: | CALIM# 9734661 |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 603-422-7909 |
| To Company: | |
| From Name: | RAMOS,ELIZABETH |
| From Company: | |
| From Facility: | Dr Luis Reynoso PA |
| Support Contact: | |
| Number of Page(s): | 5 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

GARCIA, Jorge **DOB:** (40 yo M) **Acc No.** 16729 **DOS:** 08/12/2020

GARCIA, Jorge **DOB:** (40 yo M) **Acc No.** 16729 **DOS:** 08/12/2020

**Garcia, Jorge**
**40 Y old Male, DOB:**
**Account Number: 16729**

**Home:**
**Guarantor: Garcia, Jorge**
**Appointment Facility: Dr Luis Reynoso PA**

**08/12/2020** **Appointment Provider: Luis A Reynoso, MD**

Past Medical History
Abnormal lft.
Bacteriuria.
Hydronephrosis.
H/o urolithiasis.
Leukocytosis.
MO.
Smoker.
S/P Lithotripsy.
S/P Ureteral Stent placement.

### Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a: *current smoker*
Are you interested in quitting? *Ready to quit*
How many cigarettes a day do you smoke? *5 or less*
How soon after you wake up do you smoke your first cigarette? *after 60 minutes*
How often do you smoke cigarettes? *every day*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *2 to 4 times a month (2 points)*
Points 2
Interpretation *Negative*

### Allergies
N.K.D.A.

### Review of Systems
General/Constitutional:
Patient denies chills, fever, weight gain, or weight loss.
Allergy/Immunology:
Patient denies nasal congestion and watery eyes.
Ophthalmologic:
Patient denies blurred vision, double vision, inflammation or irritation.
ENT:
Patient denies ear pain, hearing loss, post nasal drip, ringing in the ears, and sore throat.
Endocrine:
Patient denies change in hair, nails, or skin, goiter

### Reason for Appointment
1. Rash to the upper body

### History of Present Illness
:

Patient comes in today for complaint of rash to right upper torso, shoulder, under arm; s/p MVA one year ago, s/p multiple fracture; complains of GAD and rash on right posterior trunk, complains of knee pain, mild to moderate level, left hand decreased grip, s/p surgery.

### Vital Signs
Temp 98.5 F, HR 92 /min, BP 118/82 mm Hg, Ht 71 in, Wt 375.2 lbs, BMI 52.32 Index.

### Examination
General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
EYES: pupils equal, round, reactive to light and accommodation, extraocular movement intact (EOMI), upper eyelids normal, lower eyelids normal, conjunctiva clear.
EARS: normal, auditory canal clear, tympanic membrane intact, clear, .
NOSE: nares patent, no lesions, septum intact, sinuses nontender bilaterally.
ORAL CAVITY: normal, no lesions, gums normal.
NECK/THYROID: neck supple, no jugular venous distention, thyroid normal.
SKIN: hyperchromic macular rash on right posterior trunk.
HEART: PMI in the fifth intercostal space near to MCL. S1, S2 within normal limits, no S3, S4. Regular rate and rhythm. No murmurs or friction rubs. No carotid bruit, no abdominal bruit, peripheral pulses intact, no dependent edema.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
ABDOMEN: Prominent soft, nontender, nondistended, no masses, no hepatospenomegaly, bowel sounds present times 4, no guarding or rigidity.
Musculoskeletal: GAIT: Preserved. No increased base.
CERVICAL SPINE: preserved lordotic curvature, no masses, full range of motion on flexion, extension and lateral movements.
THORACIC SPINE: No kyphosis, no scoliosis. Range of motion preserved.
LUMBAR SPINE: preserved lordotic curvature, no masses, full range of motion on flexion, extension and lateral movements.
PELVIS: pelvic bones are normal and symmetrical with normal range of motion of hip joint. No crepitus of the hip joints.
UPPER EXTREMITIES: No joint abnormalities. No cyanosis or clubbing in the digits.
LOWER EXTREMITIES: No joint abnormalities. No cyanosis or clubbing in the digits.
PERIPHERAL PULSES: 2+ throughout.
NEUROLOGIC: alert and oriented x 3, cognitive exam grossly normal, cranial nerves 2-12 grossly intact, deep tendon reflexes 2+ symmetrical, sensory exam intact.
PSYCH: Judgment and insight preserved, good eye contact, thought content without suicidal or homicidal ideation, no delusions, and speech is clear. Memory for recent and remote events is intact. No depressed mood,

Patient denies change in hair, nails, or skin, goiter, cold intolerance, heat intolerance, hyperglycemia, polyuria, or polydipsia.

Respiratory:
Patient denies cough, dyspnea, hemoptysis, shortness of breath , or wheezing.

Cardiovascular:
Patient denies chest pain, claudication, edema, murmur, orthopnea, or palpitations.

Gastrointestinal:
Patient denies diarrhea, dysphagia, hematemesis, melena, nausea, rectal bleeding, or vomiting.

Hematology:
Patient denies anemia, bleeding tendency, bruising, or lymph node enlargement.

Genitourinary:
Patient denies hematuria, incontinence, nocturia, urinating frequency, or urinating urgency.

Musculoskeletal:
Patient denies painful joints, swollen joints, or stiffness.

Skin:
Patient denies dryness, eruption, itching, rash, or skin changes.

Neurologic:
Patient denies gait abnormality, headache, paralysis, paresis, seizures, or syncope.

Psychiatric:
Patient denies anxiety, changes in memory, changes in sleep pattern, or depression.

agitation, anxiety .



1. Generalized anxiety disorder - F41.1 (Primary)
2. Unspecified hydronephrosis - N13.30
3. Nicotine dependence, unspecified, uncomplicated - F17.200
4. Abnormal results of liver function studies - R94.5
5. Morbid (severe) obesity due to excess calories - E66.01
6. Pain in right knee - M25.561
7. Pain in left knee - M25.562
8. Pain in left hand - M79.642

## Treatment

**1. Generalized anxiety disorder**
Start Lexapro Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 0
LAB: TSH (Ordered for 09/09/2020)
LAB: COMPREHENSIVE METABOLIC PANEL (Ordered for 09/09/2020)
LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 09/09/2020)
LAB: LIPID PANEL (Ordered for 09/09/2020)
Notes: meds as above.

**2. Unspecified hydronephrosis**
LAB: TSH (Ordered for 09/09/2020)
LAB: COMPREHENSIVE METABOLIC PANEL (Ordered for 09/09/2020)
LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 09/09/2020)
LAB: LIPID PANEL (Ordered for 09/09/2020)
Notes: controlled.

**3. Nicotine dependence, unspecified, uncomplicated**
Notes: secondary to stress.

**4. Abnormal results of liver function studies**
LAB: TSH (Ordered for 09/09/2020)
LAB: COMPREHENSIVE METABOLIC PANEL (Ordered for 09/09/2020)
LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 09/09/2020)
LAB: LIPID PANEL (Ordered for 09/09/2020)
Notes: Controlled, continue current treatment.

**5. Morbid (severe) obesity due to excess calories**
LAB: TSH (Ordered for 09/09/2020)
LAB: COMPREHENSIVE METABOLIC PANEL (Ordered for 09/09/2020)
LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 09/09/2020)
LAB: LIPID PANEL (Ordered for 09/09/2020)
Notes: Diet and exercise.

**6. Pain in right knee**
Notes: refer to Dr. Cobos.
Referral To:Jose Cobos Orthopedic Surgery
Reason:eval and treat

**7. Pain in left knee**
Notes: refer to Dr. Cobos.
Referral To:Jose Cobos Orthopedic Surgery
Reason:eval and treat

**8. Pain in left hand**
Notes: refer to Dr. Poulos.
Referral To:Jose Bossolo Jr Orthopedic Surgery
Reason:eval and treat

## Preventive Medicine

Screening/Special Tests:
Fall Risk Assessments
Fall Risk Assessment: *No falls in the past year*

## Procedure Codes

GARCIA, Jorge **DOB:** (40 yo M) **Acc No.** 16729 **DOS:** 08/12/2020

G8427 DOC MEDS VERIFIED W/PT OR RE
G8783 NORMAL BP READING DOC F/U NOT RQR
3074F SYST BP LT 130 MM HG
3079F DIAST BP 80-89 MM HG
3288F FALL RISK ASSESSMENT DOCD
1101F PT FALLS ASSESS-DOCD LE1/YR
1160F RVW MEDS BY RX/DR IN RCRD
1159F MED LIST DOCD IN RCRD
1000F TOBACCO USE, SMOKING, ASSESS
4004F PT TOBACCO SCREEN RCVD TLK
1126F AMNT PAIN NOTED NONE PRSNT

**Follow Up**

4 Weeks (Reason: follow up with lab)

Care Plan Details

**Appointment Provider: Luis A Reynoso, MD**

**Electronically signed by Luis Reynoso , MD on 08/14/2020 at 08:50 AM CDT**

**Sign off status: Completed**

**Dr Luis Reynoso PA**
**629 Kamali Drive**
**HARLINGEN, TX 785508207**
**Tel: 956-425-7800**
**Fax: 956-425-7801**

**Progress Note: Luis A Reynoso, MD 08/12/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

MLS Group of Companies, LLC
MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

8/13/2020

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | JORGE GARCIA |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Valliere, Tawnya |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 9734661 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 07/30/20 |
| Progress notes | Valley Baptist | 08/26/19-07/09/20 |
| PT | American Medical Home Health | 09/16/19-11/22/19 |
| PT | Performance Therapeutics | 01/29/20 |
| UR Report | W. Penny MD | 07/24/20 |
| Misc. | | 01/11/18-07/28/20 & Undated |
| ROI | | 08/26/19-07/04/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/5/2020
3) TIME: 10:05 AM CT

4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer left a message for the provider with the medical assistant and was advised that the provider would be returning to the clinic today around 1 PM. She will forward the message.

TELECONFERENCE #2:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/6/2020
3) TIME: 10:10 AM CT
4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer spoke with the medical assistant who advised that the provider was out of town until 08/12/20.

TELECONFERENCE #3:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/12/2020
3) TIME: 2:44 PM CT
4) PERSON SPOKEN WITH: Dr. Joseph Moi Tejan
5) POSITION OF PERSON SPOKEN WITH: Provider

SUMMARY OF CONVERSATION: The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited, he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion if the claimant could lift 100 pounds occasionally. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 40 year old male with a date of disability of 08/17/19. This review was conducted from the perspective of Orthopaedic Surgery. All documents submitted were reviewed.

07/13/20-Wade Perry, MD-Medical Review-The primary impairing diagnosis was right tibial plateau fracture and left distal radius fracture with malunion. The claimant sustained a hairline

fracture of the left tibial plateau on 08/17/19 which was treated nonsurgically. The claimant as of 11/06/19 denied left lower extremity symptoms and as of 12/11/19, the fracture had healed as would be expected after 3 months of treatment. The restrictions and limitations from 03/30/20 to present and ongoing included: lifting/carrying up to 100 pounds of force occasionally, siting/standing/walking constantly, frequent handling/fingering of the left upper extremity, and unrestricted bending/reaching/gripping. The rationale was that the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity. The restrictions and limitations are consistent with the recommendations by Dr. Tejan on 07/09/20, with the last treatment date of 05/29/20.

08/06/20-Joseph Tejan, MD-Letter-The provider reported that the claimant would need evaluation by a disability doctor and a functional capacity evaluation by the appropriate specialists. He also supported that the claimant may also need work hardening depending on the results of the functional evaluation. The provider also reported that the restrictions form stating the claimant could return to his regular duty of heavy duty was an error.

07/24/20-Letter to Dr. Tejan (unsigned)-Dr. Tejan was asked to review Dr. Wade's medical review of the summary of records submitted and the conclusions on medically necessary activity restrictions and limitations.

07/09/20-Restrictions Form-Dr. Tejan-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 05/29/20. The claimant's restrictions were in the heavy demand category lifting and carrying up to 100 pounds. The claimant was okay to walk, bend, and grasp. The claimant was able to return to work.

07/02/20-Activities Questionnaire-The claimant was able to sit for a couple of hours, stand for an hour and walk for an hour. The claimant could sit 4 hours in a day, stand 1 hour in a day, and walk 1 hour in a day. The claimant could sit in a chair. The claimant could use his computer and pay bills. The claimant needed assistance with many activities of daily living. The claimant had pain in his knees and could not stand for long periods of time. When sitting the claimant needed to be able to change positions. The claimant's left hand was painful and disfigured.

06/27/20-Appeal Email-The claimant stated he had lost sensitivity and had delayed movement of his left hand. The claimant could not walk short distances and had to walk at a very slow pace as this caused pain in both of his knees. He stated he walked with a limp and had insecurities when walking. The claimant stated he could not carry up to 100 pounds as he could not tie his shoes by himself.

05/29/20-Office Visit-Dr. Tejan-The claimant was status post hardware removal of the right knee and left wrist. The claimant complained of not regaining his full flexion of his middle finger. The claimant could make a fist. The wrist was obviously stiff. On physical exam of the left wrist, there was no infection or swelling. The wrist had minimal motion. A radiograph of the

wrist revealed malunion of the distal radius. The claimant was to follow-up on an as-needed basis. The claimant desired to be disabled and was going to see a disability doctor.

03/30/20-Office Visit-Dr. Tejan-The claimant's only complaint was his left middle finger not being able to fully make a fist. Otherwise he was pleased with his progress. On physical exam of the left hand the fingers touched down. The middle finger was far less than the others. There was painless range of motion of the wrist. There was reduced radial deviation. Radiographs of the knee revealed a healed tibial plateau fracture in excellent position. Radiographs of the wrist revealed a malunion of the distal radius. The claimant did not desire to return to work and was given an excuse for 1 month. He wished to remain disabled and asked for a disability doctor referral. He was to be seen back on an as-needed basis.

02/24/20-Office Visit-Dr. Tejan-The claimant was status post removal of hardware. On physical exam there was no infection. Range of motion of the right knee was from 2 degrees to 115 degrees. Exam of the left wrist revealed that the wrist was stiff, but the claimant could make a fist. Radiographs of the wrist revealed a malunion. The claimant was to undergo 3 weeks of physical therapy. The claimant did not want to go back to work.

02/01/20-Restrictions Form-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 01/10/20. The claimant had range of motion limitations with the left radius. The claimant was not able to walk for long periods of time. The restrictions were imposed from 11/26/19 to 02/21/20. The claimant was attending physical therapy. The diagnosis was closed fracture of the left radius and closed fracture of the right tibial spine.

01/29/20-Physical Therapy Note-Mary Ang, PT-The claimant complained of difficulty grasping and gripping objects. He stated that walking affected his activities of daily living. On physical exam of his left wrist he could extend to 55 degrees actively, 70 degrees passively. He could flex to 55 degrees actively and 80 degrees passively. The claimant had 75 degrees of supination. There was mild restriction in the wrist extensors and wrist flexors. The claimant's strength in the forearm was 4 out of 5. The strength in regards to extension and flexion was 3+. The claimant had 4 out of 5 strength in the bilateral hips. The claimant was to continue physical therapy.

01/10/20-School/Work Excuse-Dr. Tejan-The claimant would be able to return to school/work after the next follow-up on 02/21/20. The claimant needed to complete 1 more month of physical therapy.

01/10/20-Office Visit- Dr. Tejan-The claimant was status post hardware removal of the left distal radius and right proximal tibia. The claimant was in a wheelchair. He was attending physical therapy. On physical exam the wound had healed. He could make a full fist. The wrist was stiff. The knee had full extension and flexion past 120 degrees. An x-ray of the wrist confirmed the nonunion and malunion. An x-ray of the tibial plateau reveals the fracture had healed. The claimant was given a work excuse for 1 month. He was given a prescription for a walker. The claimant did not desire any treatment with the nonunion and malunion of the left wrist.

12/29/19-Attending Physician Statement-Dr. Tejan-The claimant had not sufficiently recovered to return to work. The claimant needed 1 more month/4-6 weeks off of work. The claimant had a left radius fracture and right tibial plateau fracture. The claimant was status post hardware removal of the left radius. The claimant underwent removal of the plate and screws of the left wrist and screws of the right knee on 11/26/19.

12/11/19-Office Visit-Dr. Tejan, MD-The claimant was status post removal of hardware left wrist and right knee. There were no new complaints. On physical exam the wound had healed. The wrist was stiff. The claimant need physical therapy. He was weight-bearing as tolerated on his leg. Radiographs of the wrist revealed a malunion of the distal radius. Radiograph of the knee revealed a tibial plateau that had healed.

12/11/19-School/Work Excuse Dr. Tejan, MD-The claimant would not be able to return to work on 01/22/19.

11/26/19-Operative Report-Dr. Tejan-The claimant underwent removal of plate and screws of the left wrist and removal of a prominent screw in the right knee.

11/22/19-Physical Therapy Evaluation-Illegible

11/06/19-Office Visit-Dr. Tejan-The claimant was a 41-year-old male that was involved in a motor vehicle accident in August in California. The claimant was hospitalized for 20 days. He had a right tibial plateau fracture and left distal radius fracture. Both were treated with open reduction and internal fixation. He had a hairline fracture on the left tibial plateau that was treated by nonsurgical methods. The claimant reported no pain in both knees. On physical exam, the claimant was in a wheelchair. He had been non weight-bearing on both knees. The range of motion of his knee was from 3 degrees to 115 degrees. Radiograph of the knee revealed the fracture to be healed. The posterior screw appeared to be in the joint. The left distal radius fracture appeared to be healed. There was a dislocation of the right distal radial ulnar joint. He had stiff fingers. He lacked extension of the fingers. An osteotomy and correction of the wrist deformity was discussed. The claimant desired to have the plates removed. The claimant was to undergo a right knee screw removal.

11/04/19-Office Visit-Dr. Viswas Bapuroa, MD-The claimant was a 39-year-old male status post open reduction and internal fixation of the left distal radius. The date of surgery was 08/19/19. The claimant was doing well. On physical exam of the right lower extremity, there was mild bony tenderness and tibial crepitus. Exam of the left upper extremity revealed the wrist to be in a short arm splint. The dressings were clean dry and intact. Exam of the left lower extremity revealed obvious soft tissue injury and swelling. Radiographs of the left wrist 3 views revealed the distal radius fracture be healing in displaced alignment. Radiographs of the bilateral knees showed the fracture to be healing in good alignment. The claimant was to follow-up with Dr. Tejan for further evaluation.

08/26/19-Attending Physician Statement-Dr. Tiffany Chin, MD-The claimant had not recovered to return to work. An estimated return was 6 months. The claimant's complaints were pain to

the bilateral lower extremities and left upper extremity. The claimant was status post right tibia open reduction internal fixation (ORIF) and left wrist open reduction internal fixation. Medications included oxycodone, Lovenox, and tramadol. Functional limitations were non weight-bearing on the right lower extremity, toe touch weight-bearing on the left lower extremity, and non-weight-bearing of the left upper extremity. Other restrictions were the claimant could not drive.

**QUESTION**

**1. What diagnoses are supported by the medical evidence?**

The diagnosis supported by the medical evidence are status post right tibial plateau fracture and left distal radius fracture with malunion

**2. Does the medical evidence support any diagnoses causing functional impairment from 06/17/2020 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any diagnoses causing functional impairment from 06/17/20 to the present.

The claimant had a history of open reduction and internal fixation of the left distal radius and right tibial plateau fractures in August of 2019. The claimant followed-up with Dr. Tejan after moving back to Texas on 11/06/19. The claimant subsequently on 11/26/19 underwent a removal of the plate and screws of the left wrist and removal of the prominent screw in the right knee. The claimant underwent physical therapy in January of 2020 and saw Dr. Tejan in the office postoperatively on 02/24/20, 03/30/20, and the last visit on 05/29/20. The claimant at that last office visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture. There was no medical evidence to support an impairment in regards to the claimant's bilateral knees after 03/30/20.
In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding at that last follow-up visit on 05/29/20 in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions**

**or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

The medical evidence does not support a functional impairment that translates into restrictions and limitations. The claimant was characterized as being able to work in the heavy demand job level by his provider, Dr. Tejan on 07/09/20. Although, Dr. Tejan wrote on 08/06/20 that the 07/09/20 restrictions form stating the claimant could return to work regular-duty was an error.
The claimant's bilateral tibial plateau fractures had healed and the claimant after 03/30/20 had no complaints in regards to knee pain with Dr. Tejan. The fractures had healed radiographically. There was no recent physical exam to support an impairment or restrictions and limitations in regards to the claimant's bilateral knees including range of motion and strength testing.
In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20. There were no recent strength measurements in regards to the claimant's left upper extremity to support an impairment.

**4. Please outline co-morbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

There did not appear to be any co-morbid conditions that contributed to the disabling condition or caused any restrictions and limitations.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/2020 forward? Please explain why or why not.**

The medical documentation does not support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/20 going forward. The last office visit with Dr. Tejan was on 05/29/20. The claimant at that visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture.

**6. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There did not appear to be any non-medical circumstances that would interfere with the claimant's work related activities (e.g. workplace conflicts, child or elder care issues, or legal issues).

**7. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion. He had no opinion as if the claimant could return to his regular duties as of 06/17/20. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.
A consensus was not reached as the treating provider did not have an opinion. This reviewer's assessment that the medical documentation did not support restrictions and limitations after 06/17/20 was not changed after the call.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Mahr, M.D.
Board Certified: American Board of Orthopaedic Surgery
American Academy Orthopaedic Surgeons
Arthroscopy Association of North America

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Invoice** **86598-1**

**Date of Invoice** 8/13/2020

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Tawnya Valliere

**Case ID:** 9734661
**Referral ID:** 86598
**Name:** JORGE GARCIA
**Employer:**
**Physician:** Christopher Mahr
**Specialty:** Orthopaedic Surgery
**Svc Date:** 8/13/2020

| Item | Rate |
| --- | --- |
| Peer Review | $630.00 |

| | |
| --- | --- |
| **Invoice Total** | $630.00 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $630.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**From:** jorge garcia .com>
**Sent:** Thu, 13 Aug 2020 17:01:03 +0000
**To:** DisabilityDocuments
**Subject:** Claim 9734661 Jorge Garcia

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Tania,

We spoke on the phone today 8/13/2020 and you provided information to me that I disagree with.

1. Dr Tejan provided a recent note indicating he had made a MISTAKE in stating I was ready to go back to my current work. He also stated he would recommend I seek opinion and help of a disability specialist to further evaluate my current physical condition as he made a MISTAKE. This mistake has created my current living situation and stress on my family life along with my physical pain.

2. I am physical pain everyday, when I get up every morning my knees are stiff and crack all day threw out the day.... I can walk very slow and very small distances as the pain starts to build up. I have push myself to walk a little more every day at times by doing that the pain level goes from 4/10 to 7-8/10 very fast. My job requires me to be on the field and on my feet 6 hours out of my 8 hour shift 6 days a week with one day off. Being in this position which I love for 4 years I know the physicality it takes on a daily to perform my job at optimal level and at this point cannot do it! I'm also mentally in a state of mind where I have anxiety and my stress levels are very high. My job requires me to be calm cool and collective to approach every customer in a manner which they would feel comfortable inviting me into their home to further conversation about Spectrum full home solutions. I know I am not in my right state of mind to do that, I have been in accident that has created certain anxiety and fears of being out in the streets walking around as a pedestrian as I was struck by a car as a pedestrian.

3. Yesterday on 8/12/2020 went to visit my doctor regarding a rash I have developed due to my high levels of stress and was referred to see a psychologist regarding my anxiety, stress and my sense of nervousness. He also is recommending I see a hand specialist for my left hands current state and condition and knee specialist due to my pain on my knees.

4. I know this decision is wrong because I live in this constant pain and physical inability to perform the most basic of task even here at home during a quarantined time we are all facing do to the global pandemic we are all living.

5. I ask you please take this into careful consideration as this affects my Families well being as I am head of this household. I wish nothing more than to take August 17th 2019 back and live my normal life but I can't something did happen that day and I was involved in a very painful accident that not only affected me but my loved ones as they have seen my pain and attempt to fully recover and my daily frustrations with my lack on strength or lack of functionality in just simple every day tasks! I appreciate your time Tania and please take careful consideration when

making a final decision on my case as I disagree with the current medical review and decision as it's stands now! This process has been extremely stressful and frustrating but I am confident that can be resolved because the truth has to be revealed and the truth is I am not mentally or physically ready to perform the job I have performed for the last 4 years with pride and joy everyday.

Thank you for your time & and careful consideration,

Jorge Garcia

Sent from Yahoo Mail for iPhone

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. JORGE GARCIA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

August 14, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under the Charter Communications, Inc. Long Term Disability Policy.

We are in the process of reviewing your appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the clinical review completed on August 13, 2020 by an independent physician Board Certified in Orthopedic Surgery which is new/additional evidence in connection with your appeal. You may review this assessment and provide a response to us, which we will consider in making our decision on your appeal.

Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 603-422-7909. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on your appeal. The 21-day period will expire on September 12, 2020. If you will not be responding to the review, please advise us in writing immediately.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 9734661-MEDICAL-CP/PEER REVIEW-08.13.2020

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

8/13/2020

| | | |
|---|---|---|
| RE: Claimant Name | : | JORGE GARCIA |
| Client | : | Lincoln Life Assurance Company of Boston - 92 |
| Referred By | : | Valliere, Tawnya |
| Type of Review | : | Disability |
| Type of Service | : | LTD |
| Claim Number: | : | 9734661 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 07/30/20 |
| Progress notes | Valley Baptist | 08/26/19-07/09/20 |
| PT | American Medical Home Health | 09/16/19-11/22/19 |
| PT | Performance Therapeutics | 01/29/20 |
| UR Report | W. Penny MD | 07/24/20 |
| Misc. | | 01/11/18-07/28/20 & Undated |
| ROI | | 08/26/19-07/04/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/5/2020
3) TIME: 10:05 AM CT

4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer left a message for the provider with the medical assistant and was advised that the provider would be returning to the clinic today around 1 PM. She will forward the message.

TELECONFERENCE #2:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/6/2020
3) TIME: 10:10 AM CT
4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer spoke with the medical assistant who advised that the provider was out of town until 08/12/20.

TELECONFERENCE #3:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/12/2020
3) TIME: 2:44 PM CT
4) PERSON SPOKEN WITH: Dr. Joseph Moi Tejan
5) POSITION OF PERSON SPOKEN WITH: Provider

SUMMARY OF CONVERSATION: The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited, he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion if the claimant could lift 100 pounds occasionally. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.

## SUMMARY OF MEDICAL DOCUMENTATION

The claimant is a 40 year old male with a date of disability of 08/17/19. This review was conducted from the perspective of Orthopaedic Surgery. All documents submitted were reviewed.

07/13/20-Wade Perry, MD-Medical Review-The primary impairing diagnosis was right tibial plateau fracture and left distal radius fracture with malunion. The claimant sustained a hairline

fracture of the left tibial plateau on 08/17/19 which was treated nonsurgically. The claimant as of 11/06/19 denied left lower extremity symptoms and as of 12/11/19, the fracture had healed as would be expected after 3 months of treatment. The restrictions and limitations from 03/30/20 to present and ongoing included: lifting/carrying up to 100 pounds of force occasionally, siting/standing/walking constantly, frequent handling/fingering of the left upper extremity, and unrestricted bending/reaching/gripping. The rationale was that the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity. The restrictions and limitations are consistent with the recommendations by Dr. Tejan on 07/09/20, with the last treatment date of 05/29/20.

08/06/20-Joseph Tejan, MD-Letter-The provider reported that the claimant would need evaluation by a disability doctor and a functional capacity evaluation by the appropriate specialists. He also supported that the claimant may also need work hardening depending on the results of the functional evaluation. The provider also reported that the restrictions form stating the claimant could return to his regular duty of heavy duty was an error.

07/24/20-Letter to Dr. Tejan (unsigned)-Dr. Tejan was asked to review Dr. Wade's medical review of the summary of records submitted and the conclusions on medically necessary activity restrictions and limitations.

07/09/20-Restrictions Form-Dr. Tejan-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 05/29/20. The claimant's restrictions were in the heavy demand category lifting and carrying up to 100 pounds. The claimant was okay to walk, bend, and grasp. The claimant was able to return to work.

07/02/20-Activities Questionnaire-The claimant was able to sit for a couple of hours, stand for an hour and walk for an hour. The claimant could sit 4 hours in a day, stand 1 hour in a day, and walk 1 hour in a day. The claimant could sit in a chair. The claimant could use his computer and pay bills. The claimant needed assistance with many activities of daily living. The claimant had pain in his knees and could not stand for long periods of time. When sitting the claimant needed to be able to change positions. The claimant's left hand was painful and disfigured.

06/27/20-Appeal Email-The claimant stated he had lost sensitivity and had delayed movement of his left hand. The claimant could not walk short distances and had to walk at a very slow pace as this caused pain in both of his knees. He stated he walked with a limp and had insecurities when walking. The claimant stated he could not carry up to 100 pounds as he could not tie his shoes by himself.

05/29/20-Office Visit-Dr. Tejan-The claimant was status post hardware removal of the right knee and left wrist. The claimant complained of not regaining his full flexion of his middle finger. The claimant could make a fist. The wrist was obviously stiff. On physical exam of the left wrist, there was no infection or swelling. The wrist had minimal motion. A radiograph of the

wrist revealed malunion of the distal radius. The claimant was to follow-up on an as-needed basis. The claimant desired to be disabled and was going to see a disability doctor.

03/30/20-Office Visit-Dr. Tejan-The claimant's only complaint was his left middle finger not being able to fully make a fist. Otherwise he was pleased with his progress. On physical exam of the left hand the fingers touched down. The middle finger was far less than the others. There was painless range of motion of the wrist. There was reduced radial deviation. Radiographs of the knee revealed a healed tibial plateau fracture in excellent position. Radiographs of the wrist revealed a malunion of the distal radius. The claimant did not desire to return to work and was given an excuse for 1 month. He wished to remain disabled and asked for a disability doctor referral. He was to be seen back on an as-needed basis.

02/24/20-Office Visit-Dr. Tejan-The claimant was status post removal of hardware. On physical exam there was no infection. Range of motion of the right knee was from 2 degrees to 115 degrees. Exam of the left wrist revealed that the wrist was stiff, but the claimant could make a fist. Radiographs of the wrist revealed a malunion. The claimant was to undergo 3 weeks of physical therapy. The claimant did not want to go back to work.

02/01/20-Restrictions Form-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 01/10/20. The claimant had range of motion limitations with the left radius. The claimant was not able to walk for long periods of time. The restrictions were imposed from 11/26/19 to 02/21/20. The claimant was attending physical therapy. The diagnosis was closed fracture of the left radius and closed fracture of the right tibial spine.

01/29/20-Physical Therapy Note-Mary Ang, PT-The claimant complained of difficulty grasping and gripping objects. He stated that walking affected his activities of daily living. On physical exam of his left wrist he could extend to 55 degrees actively, 70 degrees passively. He could flex to 55 degrees actively and 80 degrees passively. The claimant had 75 degrees of supination. There was mild restriction in the wrist extensors and wrist flexors. The claimant's strength in the forearm was 4 out of 5. The strength in regards to extension and flexion was 3+. The claimant had 4 out of 5 strength in the bilateral hips. The claimant was to continue physical therapy.

01/10/20-School/Work Excuse-Dr. Tejan-The claimant would be able to return to school/work after the next follow-up on 02/21/20. The claimant needed to complete 1 more month of physical therapy.

01/10/20-Office Visit- Dr. Tejan-The claimant was status post hardware removal of the left distal radius and right proximal tibia. The claimant was in a wheelchair. He was attending physical therapy. On physical exam the wound had healed. He could make a full fist. The wrist was stiff. The knee had full extension and flexion past 120 degrees. An x-ray of the wrist confirmed the nonunion and malunion. An x-ray of the tibial plateau reveals the fracture had healed. The claimant was given a work excuse for 1 month. He was given a prescription for a walker. The claimant did not desire any treatment with the nonunion and malunion of the left wrist.

12/29/19-Attending Physician Statement-Dr. Tejan-The claimant had not sufficiently recovered to return to work. The claimant needed 1 more month/4-6 weeks off of work. The claimant had a left radius fracture and right tibial plateau fracture. The claimant was status post hardware removal of the left radius. The claimant underwent removal of the plate and screws of the left wrist and screws of the right knee on 11/26/19.

12/11/19-Office Visit-Dr. Tejan, MD-The claimant was status post removal of hardware left wrist and right knee. There were no new complaints. On physical exam the wound had healed. The wrist was stiff. The claimant need physical therapy. He was weight-bearing as tolerated on his leg. Radiographs of the wrist revealed a malunion of the distal radius. Radiograph of the knee revealed a tibial plateau that had healed.

12/11/19-School/Work Excuse Dr. Tejan, MD-The claimant would not be able to return to work on 01/22/19.

11/26/19-Operative Report-Dr. Tejan-The claimant underwent removal of plate and screws of the left wrist and removal of a prominent screw in the right knee.

11/22/19-Physical Therapy Evaluation-Illegible

11/06/19-Office Visit-Dr. Tejan-The claimant was a 41-year-old male that was involved in a motor vehicle accident in August in California. The claimant was hospitalized for 20 days. He had a right tibial plateau fracture and left distal radius fracture. Both were treated with open reduction and internal fixation. He had a hairline fracture on the left tibial plateau that was treated by nonsurgical methods. The claimant reported no pain in both knees. On physical exam, the claimant was in a wheelchair. He had been non weight-bearing on both knees. The range of motion of his knee was from 3 degrees to 115 degrees. Radiograph of the knee revealed the fracture to be healed. The posterior screw appeared to be in the joint. The left distal radius fracture appeared to be healed. There was a dislocation of the right distal radial ulnar joint. He had stiff fingers. He lacked extension of the fingers. An osteotomy and correction of the wrist deformity was discussed. The claimant desired to have the plates removed. The claimant was to undergo a right knee screw removal.

11/04/19-Office Visit-Dr. Viswas Bapuroa, MD-The claimant was a 39-year-old male status post open reduction and internal fixation of the left distal radius. The date of surgery was 08/19/19. The claimant was doing well. On physical exam of the right lower extremity, there was mild bony tenderness and tibial crepitus. Exam of the left upper extremity revealed the wrist to be in a short arm splint. The dressings were clean dry and intact. Exam of the left lower extremity revealed obvious soft tissue injury and swelling. Radiographs of the left wrist 3 views revealed the distal radius fracture be healing in displaced alignment. Radiographs of the bilateral knees showed the fracture to be healing in good alignment. The claimant was to follow-up with Dr. Tejan for further evaluation.

08/26/19-Attending Physician Statement-Dr. Tiffany Chin, MD-The claimant had not recovered to return to work. An estimated return was 6 months. The claimant's complaints were pain to

the bilateral lower extremities and left upper extremity. The claimant was status post right tibia open reduction internal fixation (ORIF) and left wrist open reduction internal fixation. Medications included oxycodone, Lovenox, and tramadol. Functional limitations were non weight-bearing on the right lower extremity, toe touch weight-bearing on the left lower extremity, and non-weight-bearing of the left upper extremity. Other restrictions were the claimant could not drive.

**QUESTION**

**1. What diagnoses are supported by the medical evidence?**

The diagnosis supported by the medical evidence are status post right tibial plateau fracture and left distal radius fracture with malunion

**2. Does the medical evidence support any diagnoses causing functional impairment from 06/17/2020 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any diagnoses causing functional impairment from 06/17/20 to the present.

The claimant had a history of open reduction and internal fixation of the left distal radius and right tibial plateau fractures in August of 2019. The claimant followed-up with Dr. Tejan after moving back to Texas on 11/06/19. The claimant subsequently on 11/26/19 underwent a removal of the plate and screws of the left wrist and removal of the prominent screw in the right knee. The claimant underwent physical therapy in January of 2020 and saw Dr. Tejan in the office postoperatively on 02/24/20, 03/30/20, and the last visit on 05/29/20. The claimant at that last office visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture. There was no medical evidence to support an impairment in regards to the claimant's bilateral knees after 03/30/20.
In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding at that last follow-up visit on 05/29/20 in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions**

**or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

The medical evidence does not support a functional impairment that translates into restrictions and limitations. The claimant was characterized as being able to work in the heavy demand job level by his provider, Dr. Tejan on 07/09/20. Although, Dr. Tejan wrote on 08/06/20 that the 07/09/20 restrictions form stating the claimant could return to work regular-duty was an error.
The claimant's bilateral tibial plateau fractures had healed and the claimant after 03/30/20 had no complaints in regards to knee pain with Dr. Tejan. The fractures had healed radiographically. There was no recent physical exam to support an impairment or restrictions and limitations in regards to the claimant's bilateral knees including range of motion and strength testing.
In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20. There were no recent strength measurements in regards to the claimant's left upper extremity to support an impairment.

**4. Please outline co-morbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

There did not appear to be any co-morbid conditions that contributed to the disabling condition or caused any restrictions and limitations.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/2020 forward? Please explain why or why not.**

The medical documentation does not support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/20 going forward. The last office visit with Dr. Tejan was on 05/29/20. The claimant at that visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture.

**6. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There did not appear to be any non-medical circumstances that would interfere with the claimant's work related activities (e.g. workplace conflicts, child or elder care issues, or legal issues).

**7. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion. He had no opinion as if the claimant could return to his regular duties as of 06/17/20. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.

A consensus was not reached as the treating provider did not have an opinion. This reviewer's assessment that the medical documentation did not support restrictions and limitations after 06/17/20 was not changed after the call.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Mahr, M.D.
Board Certified: American Board of Orthopaedic Surgery
American Academy Orthopaedic Surgeons
Arthroscopy Association of North America

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

From: LFGNotifications@LFG.com
Sent: Thursday, August 13, 2020 11:51:08 AM
To: .COM;
CC:
BCC:
Subject: [Send Secure]Charter Communications, Inc. Claim No. 9734661 Jorge Garcia
Attachments: cgbrosp9s8vwneokmjb3_8841124.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

August 13, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under the Charter Communications, Inc. Long Term Disability Policy.

We are in the process of reviewing your appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the clinical review completed on August 13, 2020 by an independent physician Board Certified in Orthopedic Surgery which is new/additional evidence in connection with your appeal. You may review this assessment and provide a response to us, which we will consider in making our decision on your appeal.

Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 603-422-7909. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on your appeal. The 21-day period will expire on September 12, 2020. If you will not be responding to the review, please advise us in writing immediately.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 9734661-MEDICAL-CP/PEER REVIEW-08.13.2020

8/13/2020

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | JORGE GARCIA |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Valliere, Tawnya |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 9734661 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 07/30/20 |
| Progress notes | Valley Baptist | 08/26/19-07/09/20 |
| PT | American Medical Home Health | 09/16/19-11/22/19 |
| PT | Performance Therapeutics | 01/29/20 |
| UR Report | W. Penny MD | 07/24/20 |
| Misc. | | 01/11/18-07/28/20 & Undated |
| ROI | | 08/26/19-07/04/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/5/2020
3) TIME: 10:05 AM CT

4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer left a message for the provider with the medical assistant and was advised that the provider would be returning to the clinic today around 1 PM. She will forward the message.

TELECONFERENCE #2:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/6/2020
3) TIME: 10:10 AM CT
4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer spoke with the medical assistant who advised that the provider was out of town until 08/12/20.

TELECONFERENCE #3:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/12/2020
3) TIME: 2:44 PM CT
4) PERSON SPOKEN WITH: Dr. Joseph Moi Tejan
5) POSITION OF PERSON SPOKEN WITH: Provider

SUMMARY OF CONVERSATION: The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited, he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion if the claimant could lift 100 pounds occasionally. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 40 year old male with a date of disability of 08/17/19. This review was conducted from the perspective of Orthopaedic Surgery. All documents submitted were reviewed.

07/13/20-Wade Perry, MD-Medical Review-The primary impairing diagnosis was right tibial plateau fracture and left distal radius fracture with malunion. The claimant sustained a hairline

fracture of the left tibial plateau on 08/17/19 which was treated nonsurgically. The claimant as of 11/06/19 denied left lower extremity symptoms and as of 12/11/19, the fracture had healed as would be expected after 3 months of treatment. The restrictions and limitations from 03/30/20 to present and ongoing included: lifting/carrying up to 100 pounds of force occasionally, siting/standing/walking constantly, frequent handling/fingering of the left upper extremity, and unrestricted bending/reaching/gripping. The rationale was that the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity. The restrictions and limitations are consistent with the recommendations by Dr. Tejan on 07/09/20, with the last treatment date of 05/29/20.

08/06/20-Joseph Tejan, MD-Letter-The provider reported that the claimant would need evaluation by a disability doctor and a functional capacity evaluation by the appropriate specialists. He also supported that the claimant may also need work hardening depending on the results of the functional evaluation. The provider also reported that the restrictions form stating the claimant could return to his regular duty of heavy duty was an error.

07/24/20-Letter to Dr. Tejan (unsigned)-Dr. Tejan was asked to review Dr. Wade's medical review of the summary of records submitted and the conclusions on medically necessary activity restrictions and limitations.

07/09/20-Restrictions Form-Dr. Tejan-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 05/29/20. The claimant's restrictions were in the heavy demand category lifting and carrying up to 100 pounds. The claimant was okay to walk, bend, and grasp. The claimant was able to return to work.

07/02/20-Activities Questionnaire-The claimant was able to sit for a couple of hours, stand for an hour and walk for an hour. The claimant could sit 4 hours in a day, stand 1 hour in a day, and walk 1 hour in a day. The claimant could sit in a chair. The claimant could use his computer and pay bills. The claimant needed assistance with many activities of daily living. The claimant had pain in his knees and could not stand for long periods of time. When sitting the claimant needed to be able to change positions. The claimant's left hand was painful and disfigured.

06/27/20-Appeal Email-The claimant stated he had lost sensitivity and had delayed movement of his left hand. The claimant could not walk short distances and had to walk at a very slow pace as this caused pain in both of his knees. He stated he walked with a limp and had insecurities when walking. The claimant stated he could not carry up to 100 pounds as he could not tie his shoes by himself.

05/29/20-Office Visit-Dr. Tejan-The claimant was status post hardware removal of the right knee and left wrist. The claimant complained of not regaining his full flexion of his middle finger. The claimant could make a fist. The wrist was obviously stiff. On physical exam of the left wrist, there was no infection or swelling. The wrist had minimal motion. A radiograph of the

wrist revealed malunion of the distal radius. The claimant was to follow-up on an as-needed basis. The claimant desired to be disabled and was going to see a disability doctor.

03/30/20-Office Visit-Dr. Tejan-The claimant's only complaint was his left middle finger not being able to fully make a fist. Otherwise he was pleased with his progress. On physical exam of the left hand the fingers touched down. The middle finger was far less than the others. There was painless range of motion of the wrist. There was reduced radial deviation. Radiographs of the knee revealed a healed tibial plateau fracture in excellent position. Radiographs of the wrist revealed a malunion of the distal radius. The claimant did not desire to return to work and was given an excuse for 1 month. He wished to remain disabled and asked for a disability doctor referral. He was to be seen back on an as-needed basis.

02/24/20-Office Visit-Dr. Tejan-The claimant was status post removal of hardware. On physical exam there was no infection. Range of motion of the right knee was from 2 degrees to 115 degrees. Exam of the left wrist revealed that the wrist was stiff, but the claimant could make a fist. Radiographs of the wrist revealed a malunion. The claimant was to undergo 3 weeks of physical therapy. The claimant did not want to go back to work.

02/01/20-Restrictions Form-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 01/10/20. The claimant had range of motion limitations with the left radius. The claimant was not able to walk for long periods of time. The restrictions were imposed from 11/26/19 to 02/21/20. The claimant was attending physical therapy. The diagnosis was closed fracture of the left radius and closed fracture of the right tibial spine.

01/29/20-Physical Therapy Note-Mary Ang, PT-The claimant complained of difficulty grasping and gripping objects. He stated that walking affected his activities of daily living. On physical exam of his left wrist he could extend to 55 degrees actively, 70 degrees passively. He could flex to 55 degrees actively and 80 degrees passively. The claimant had 75 degrees of supination. There was mild restriction in the wrist extensors and wrist flexors. The claimant's strength in the forearm was 4 out of 5. The strength in regards to extension and flexion was 3+. The claimant had 4 out of 5 strength in the bilateral hips. The claimant was to continue physical therapy.

01/10/20-School/Work Excuse-Dr. Tejan-The claimant would be able to return to school/work after the next follow-up on 02/21/20. The claimant needed to complete 1 more month of physical therapy.

01/10/20-Office Visit- Dr. Tejan-The claimant was status post hardware removal of the left distal radius and right proximal tibia. The claimant was in a wheelchair. He was attending physical therapy. On physical exam the wound had healed. He could make a full fist. The wrist was stiff. The knee had full extension and flexion past 120 degrees. An x-ray of the wrist confirmed the nonunion and malunion. An x-ray of the tibial plateau reveals the fracture had healed. The claimant was given a work excuse for 1 month. He was given a prescription for a walker. The claimant did not desire any treatment with the nonunion and malunion of the left wrist.

12/29/19-Attending Physician Statement-Dr. Tejan-The claimant had not sufficiently recovered to return to work. The claimant needed 1 more month/4-6 weeks off of work. The claimant had a left radius fracture and right tibial plateau fracture. The claimant was status post hardware removal of the left radius. The claimant underwent removal of the plate and screws of the left wrist and screws of the right knee on 11/26/19.

12/11/19-Office Visit-Dr. Tejan, MD-The claimant was status post removal of hardware left wrist and right knee. There were no new complaints. On physical exam the wound had healed. The wrist was stiff. The claimant need physical therapy. He was weight-bearing as tolerated on his leg. Radiographs of the wrist revealed a malunion of the distal radius. Radiograph of the knee revealed a tibial plateau that had healed.

12/11/19-School/Work Excuse Dr. Tejan, MD-The claimant would not be able to return to work on 01/22/19.

11/26/19-Operative Report-Dr. Tejan-The claimant underwent removal of plate and screws of the left wrist and removal of a prominent screw in the right knee.

11/22/19-Physical Therapy Evaluation-Illegible

11/06/19-Office Visit-Dr. Tejan-The claimant was a 41-year-old male that was involved in a motor vehicle accident in August in California. The claimant was hospitalized for 20 days. He had a right tibial plateau fracture and left distal radius fracture. Both were treated with open reduction and internal fixation. He had a hairline fracture on the left tibial plateau that was treated by nonsurgical methods. The claimant reported no pain in both knees. On physical exam, the claimant was in a wheelchair. He had been non weight-bearing on both knees. The range of motion of his knee was from 3 degrees to 115 degrees. Radiograph of the knee revealed the fracture to be healed. The posterior screw appeared to be in the joint. The left distal radius fracture appeared to be healed. There was a dislocation of the right distal radial ulnar joint. He had stiff fingers. He lacked extension of the fingers. An osteotomy and correction of the wrist deformity was discussed. The claimant desired to have the plates removed. The claimant was to undergo a right knee screw removal.

11/04/19-Office Visit-Dr. Viswas Bapuroa, MD-The claimant was a 39-year-old male status post open reduction and internal fixation of the left distal radius. The date of surgery was 08/19/19. The claimant was doing well. On physical exam of the right lower extremity, there was mild bony tenderness and tibial crepitus. Exam of the left upper extremity revealed the wrist to be in a short arm splint. The dressings were clean dry and intact. Exam of the left lower extremity revealed obvious soft tissue injury and swelling. Radiographs of the left wrist 3 views revealed the distal radius fracture be healing in displaced alignment. Radiographs of the bilateral knees showed the fracture to be healing in good alignment. The claimant was to follow-up with Dr. Tejan for further evaluation.

08/26/19-Attending Physician Statement-Dr. Tiffany Chin, MD-The claimant had not recovered to return to work. An estimated return was 6 months. The claimant's complaints were pain to

the bilateral lower extremities and left upper extremity. The claimant was status post right tibia open reduction internal fixation (ORIF) and left wrist open reduction internal fixation. Medications included oxycodone, Lovenox, and tramadol. Functional limitations were non weight-bearing on the right lower extremity, toe touch weight-bearing on the left lower extremity, and non-weight-bearing of the left upper extremity. Other restrictions were the claimant could not drive.

**QUESTION**

**1. What diagnoses are supported by the medical evidence?**

The diagnosis supported by the medical evidence are status post right tibial plateau fracture and left distal radius fracture with malunion

**2. Does the medical evidence support any diagnoses causing functional impairment from 06/17/2020 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any diagnoses causing functional impairment from 06/17/20 to the present.

The claimant had a history of open reduction and internal fixation of the left distal radius and right tibial plateau fractures in August of 2019. The claimant followed-up with Dr. Tejan after moving back to Texas on 11/06/19. The claimant subsequently on 11/26/19 underwent a removal of the plate and screws of the left wrist and removal of the prominent screw in the right knee. The claimant underwent physical therapy in January of 2020 and saw Dr. Tejan in the office postoperatively on 02/24/20, 03/30/20, and the last visit on 05/29/20. The claimant at that last office visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture. There was no medical evidence to support an impairment in regards to the claimant's bilateral knees after 03/30/20.

In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding at that last follow-up visit on 05/29/20 in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions**

**or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

The medical evidence does not support a functional impairment that translates into restrictions and limitations. The claimant was characterized as being able to work in the heavy demand job level by his provider, Dr. Tejan on 07/09/20. Although, Dr. Tejan wrote on 08/06/20 that the 07/09/20 restrictions form stating the claimant could return to work regular-duty was an error.
The claimant's bilateral tibial plateau fractures had healed and the claimant after 03/30/20 had no complaints in regards to knee pain with Dr. Tejan. The fractures had healed radiographically. There was no recent physical exam to support an impairment or restrictions and limitations in regards to the claimant's bilateral knees including range of motion and strength testing.
In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20. There were no recent strength measurements in regards to the claimant's left upper extremity to support an impairment.

**4. Please outline co-morbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

There did not appear to be any co-morbid conditions that contributed to the disabling condition or caused any restrictions and limitations.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/2020 forward? Please explain why or why not.**

The medical documentation does not support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/20 going forward. The last office visit with Dr. Tejan was on 05/29/20. The claimant at that visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture.

**6. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There did not appear to be any non-medical circumstances that would interfere with the claimant's work related activities (e.g. workplace conflicts, child or elder care issues, or legal issues).

**7. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion. He had no opinion as if the claimant could return to his regular duties as of 06/17/20. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.
A consensus was not reached as the treating provider did not have an opinion. This reviewer's assessment that the medical documentation did not support restrictions and limitations after 06/17/20 was not changed after the call.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Mahr, M.D.
Board Certified: American Board of Orthopaedic Surgery
American Academy Orthopaedic Surgeons
Arthroscopy Association of North America

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | August 13, 2020 |
| To: | DR. LUIS REYNOSO<br>629 KAMALI DRIVE<br>HARLINGEN TX 78550 |
| Attn: | |
| Fax: | (956) 425-7801 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages (Including Cover): | 14 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

August 13, 2020

Dr. Luis A. Reynoso
629 KAMALI DRIVE
HARLINGEN, TX 78550

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Dr. Luis Reynoso:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

On August 13, 2020, a peer review was performed to assist us in determining Mr. Garcia's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment have been enclosed for your review.

Please review the enclosed report by August 27, 2020 and provide any comments you wish to have considered. If you disagree with Dr. Mahr's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by August 27, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure. As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Garcia's allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Garcia's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 9734661-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.04.2020
9734661-MEDICAL-CP/PEER REVIEW-08.13.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jorge garcia

Name of legal representative, if applicable (print) Belinda Garcia Relationship wife

Signature of claimant or legal representative DocuSigned by: 7E5393A7S8ED489...

Date of Birth: __ ________ Claim Number: 9734661 Date: 7/4/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jorge Garcia

Name of legal representative, if applicable (print) Belinda Garcia Relationship Wife

Signature of claimant or legal representative DocuSigned by: [signature] 7EB393A7B8ED489...

Date of Birth: __ _______ Claim Number: 9734661 Date: 7/4/2020

**A copy of this authorization will be considered as valid as the original**

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

8/13/2020

RE: Claimant Name : JORGE GARCIA
Client : Lincoln Life Assurance Company of Boston - 92
Referred By : Valliere, Tawnya
Type of Review : Disability
Type of Service : LTD
Claim Number: : 9734661

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 07/30/20 |
| Progress notes | Valley Baptist | 08/26/19-07/09/20 |
| PT | American Medical Home Health | 09/16/19-11/22/19 |
| PT | Performance Therapeutics | 01/29/20 |
| UR Report | W. Penny MD | 07/24/20 |
| Misc. | | 01/11/18-07/28/20 & Undated |
| ROI | | 08/26/19-07/04/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/5/2020
3) TIME: 10:05 AM CT

4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer left a message for the provider with the medical assistant and was advised that the provider would be returning to the clinic today around 1 PM. She will forward the message.

TELECONFERENCE #2:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/6/2020
3) TIME: 10:10 AM CT
4) PERSON SPOKEN WITH: Patsy
5) POSITION OF PERSON SPOKEN WITH: Medical Assistant

SUMMARY OF CONVERSATION: This reviewer spoke with the medical assistant who advised that the provider was out of town until 08/12/20.

TELECONFERENCE #3:
1) AP NAME: Dr. Joseph Moi Tejan
2) DATE: 8/12/2020
3) TIME: 2:44 PM CT
4) PERSON SPOKEN WITH: Dr. Joseph Moi Tejan
5) POSITION OF PERSON SPOKEN WITH: Provider

SUMMARY OF CONVERSATION: The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited, he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion if the claimant could lift 100 pounds occasionally. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 40 year old male with a date of disability of 08/17/19. This review was conducted from the perspective of Orthopaedic Surgery. All documents submitted were reviewed.

07/13/20-Wade Perry, MD-Medical Review-The primary impairing diagnosis was right tibial plateau fracture and left distal radius fracture with malunion. The claimant sustained a hairline

fracture of the left tibial plateau on 08/17/19 which was treated nonsurgically. The claimant as of 11/06/19 denied left lower extremity symptoms and as of 12/11/19, the fracture had healed as would be expected after 3 months of treatment. The restrictions and limitations from 03/30/20 to present and ongoing included: lifting/carrying up to 100 pounds of force occasionally, siting/standing/walking constantly, frequent handling/fingering of the left upper extremity, and unrestricted bending/reaching/gripping. The rationale was that the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity. The restrictions and limitations are consistent with the recommendations by Dr. Tejan on 07/09/20, with the last treatment date of 05/29/20.

08/06/20-Joseph Tejan, MD-Letter-The provider reported that the claimant would need evaluation by a disability doctor and a functional capacity evaluation by the appropriate specialists. He also supported that the claimant may also need work hardening depending on the results of the functional evaluation. The provider also reported that the restrictions form stating the claimant could return to his regular duty of heavy duty was an error.

07/24/20-Letter to Dr. Tejan (unsigned)-Dr. Tejan was asked to review Dr. Wade's medical review of the summary of records submitted and the conclusions on medically necessary activity restrictions and limitations.

07/09/20-Restrictions Form-Dr. Tejan-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 05/29/20. The claimant's restrictions were in the heavy demand category lifting and carrying up to 100 pounds. The claimant was okay to walk, bend, and grasp. The claimant was able to return to work.

07/02/20-Activities Questionnaire-The claimant was able to sit for a couple of hours, stand for an hour and walk for an hour. The claimant could sit 4 hours in a day, stand 1 hour in a day, and walk 1 hour in a day. The claimant could sit in a chair. The claimant could use his computer and pay bills. The claimant needed assistance with many activities of daily living. The claimant had pain in his knees and could not stand for long periods of time. When sitting the claimant needed to be able to change positions. The claimant's left hand was painful and disfigured.

06/27/20-Appeal Email-The claimant stated he had lost sensitivity and had delayed movement of his left hand. The claimant could not walk short distances and had to walk at a very slow pace as this caused pain in both of his knees. He stated he walked with a limp and had insecurities when walking. The claimant stated he could not carry up to 100 pounds as he could not tie his shoes by himself.

05/29/20-Office Visit-Dr. Tejan-The claimant was status post hardware removal of the right knee and left wrist. The claimant complained of not regaining his full flexion of his middle finger. The claimant could make a fist. The wrist was obviously stiff. On physical exam of the left wrist, there was no infection or swelling. The wrist had minimal motion. A radiograph of the

wrist revealed malunion of the distal radius. The claimant was to follow-up on an as-needed basis. The claimant desired to be disabled and was going to see a disability doctor.

03/30/20-Office Visit-Dr. Tejan-The claimant's only complaint was his left middle finger not being able to fully make a fist. Otherwise he was pleased with his progress. On physical exam of the left hand the fingers touched down. The middle finger was far less than the others. There was painless range of motion of the wrist. There was reduced radial deviation. Radiographs of the knee revealed a healed tibial plateau fracture in excellent position. Radiographs of the wrist revealed a malunion of the distal radius. The claimant did not desire to return to work and was given an excuse for 1 month. He wished to remain disabled and asked for a disability doctor referral. He was to be seen back on an as-needed basis.

02/24/20-Office Visit-Dr. Tejan-The claimant was status post removal of hardware. On physical exam there was no infection. Range of motion of the right knee was from 2 degrees to 115 degrees. Exam of the left wrist revealed that the wrist was stiff, but the claimant could make a fist. Radiographs of the wrist revealed a malunion. The claimant was to undergo 3 weeks of physical therapy. The claimant did not want to go back to work.

02/01/20-Restrictions Form-The date the claimant was first treated was 11/06/19. The date the claimant was last treated was 01/10/20. The claimant had range of motion limitations with the left radius. The claimant was not able to walk for long periods of time. The restrictions were imposed from 11/26/19 to 02/21/20. The claimant was attending physical therapy. The diagnosis was closed fracture of the left radius and closed fracture of the right tibial spine.

01/29/20-Physical Therapy Note-Mary Ang, PT-The claimant complained of difficulty grasping and gripping objects. He stated that walking affected his activities of daily living. On physical exam of his left wrist he could extend to 55 degrees actively, 70 degrees passively. He could flex to 55 degrees actively and 80 degrees passively. The claimant had 75 degrees of supination. There was mild restriction in the wrist extensors and wrist flexors. The claimant's strength in the forearm was 4 out of 5. The strength in regards to extension and flexion was 3+. The claimant had 4 out of 5 strength in the bilateral hips. The claimant was to continue physical therapy.

01/10/20-School/Work Excuse-Dr. Tejan-The claimant would be able to return to school/work after the next follow-up on 02/21/20. The claimant needed to complete 1 more month of physical therapy.

01/10/20-Office Visit- Dr. Tejan-The claimant was status post hardware removal of the left distal radius and right proximal tibia. The claimant was in a wheelchair. He was attending physical therapy. On physical exam the wound had healed. He could make a full fist. The wrist was stiff. The knee had full extension and flexion past 120 degrees. An x-ray of the wrist confirmed the nonunion and malunion. An x-ray of the tibial plateau reveals the fracture had healed. The claimant was given a work excuse for 1 month. He was given a prescription for a walker. The claimant did not desire any treatment with the nonunion and malunion of the left wrist.

12/29/19-Attending Physician Statement-Dr. Tejan-The claimant had not sufficiently recovered to return to work. The claimant needed 1 more month/4-6 weeks off of work. The claimant had a left radius fracture and right tibial plateau fracture. The claimant was status post hardware removal of the left radius. The claimant underwent removal of the plate and screws of the left wrist and screws of the right knee on 11/26/19.

12/11/19-Office Visit-Dr. Tejan, MD-The claimant was status post removal of hardware left wrist and right knee. There were no new complaints. On physical exam the wound had healed. The wrist was stiff. The claimant need physical therapy. He was weight-bearing as tolerated on his leg. Radiographs of the wrist revealed a malunion of the distal radius. Radiograph of the knee revealed a tibial plateau that had healed.

12/11/19-School/Work Excuse Dr. Tejan, MD-The claimant would not be able to return to work on 01/22/19.

11/26/19-Operative Report-Dr. Tejan-The claimant underwent removal of plate and screws of the left wrist and removal of a prominent screw in the right knee.

11/22/19-Physical Therapy Evaluation-Illegible

11/06/19-Office Visit-Dr. Tejan-The claimant was a 41-year-old male that was involved in a motor vehicle accident in August in California. The claimant was hospitalized for 20 days. He had a right tibial plateau fracture and left distal radius fracture. Both were treated with open reduction and internal fixation. He had a hairline fracture on the left tibial plateau that was treated by nonsurgical methods. The claimant reported no pain in both knees. On physical exam, the claimant was in a wheelchair. He had been non weight-bearing on both knees. The range of motion of his knee was from 3 degrees to 115 degrees. Radiograph of the knee revealed the fracture to be healed. The posterior screw appeared to be in the joint. The left distal radius fracture appeared to be healed. There was a dislocation of the right distal radial ulnar joint. He had stiff fingers. He lacked extension of the fingers. An osteotomy and correction of the wrist deformity was discussed. The claimant desired to have the plates removed. The claimant was to undergo a right knee screw removal.

11/04/19-Office Visit-Dr. Viswas Bapuroa, MD-The claimant was a 39-year-old male status post open reduction and internal fixation of the left distal radius. The date of surgery was 08/19/19. The claimant was doing well. On physical exam of the right lower extremity, there was mild bony tenderness and tibial crepitus. Exam of the left upper extremity revealed the wrist to be in a short arm splint. The dressings were clean dry and intact. Exam of the left lower extremity revealed obvious soft tissue injury and swelling. Radiographs of the left wrist 3 views revealed the distal radius fracture be healing in displaced alignment. Radiographs of the bilateral knees showed the fracture to be healing in good alignment. The claimant was to follow-up with Dr. Tejan for further evaluation.

08/26/19-Attending Physician Statement-Dr. Tiffany Chin, MD-The claimant had not recovered to return to work. An estimated return was 6 months. The claimant's complaints were pain to

the bilateral lower extremities and left upper extremity. The claimant was status post right tibia open reduction internal fixation (ORIF) and left wrist open reduction internal fixation. Medications included oxycodone, Lovenox, and tramadol. Functional limitations were non weight-bearing on the right lower extremity, toe touch weight-bearing on the left lower extremity, and non-weight-bearing of the left upper extremity. Other restrictions were the claimant could not drive.

**QUESTION**

**1. What diagnoses are supported by the medical evidence?**

The diagnosis supported by the medical evidence are status post right tibial plateau fracture and left distal radius fracture with malunion

**2. Does the medical evidence support any diagnoses causing functional impairment from 06/17/2020 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any diagnoses causing functional impairment from 06/17/20 to the present.

The claimant had a history of open reduction and internal fixation of the left distal radius and right tibial plateau fractures in August of 2019. The claimant followed-up with Dr. Tejan after moving back to Texas on 11/06/19. The claimant subsequently on 11/26/19 underwent a removal of the plate and screws of the left wrist and removal of the prominent screw in the right knee. The claimant underwent physical therapy in January of 2020 and saw Dr. Tejan in the office postoperatively on 02/24/20, 03/30/20, and the last visit on 05/29/20. The claimant at that last office visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture. There was no medical evidence to support an impairment in regards to the claimant's bilateral knees after 03/30/20.
In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding at that last follow-up visit on 05/29/20 in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions**

**or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

The medical evidence does not support a functional impairment that translates into restrictions and limitations. The claimant was characterized as being able to work in the heavy demand job level by his provider, Dr. Tejan on 07/09/20. Although, Dr. Tejan wrote on 08/06/20 that the 07/09/20 restrictions form stating the claimant could return to work regular-duty was an error.
The claimant's bilateral tibial plateau fractures had healed and the claimant after 03/30/20 had no complaints in regards to knee pain with Dr. Tejan. The fractures had healed radiographically. There was no recent physical exam to support an impairment or restrictions and limitations in regards to the claimant's bilateral knees including range of motion and strength testing.
In regards to the claimant's left distal radius fracture there was a malunion, but the degree of deformity was not described in the medical records. There was no recent medical documentation to support a functional impairment in the left wrist. The only physical exam finding in regards to the left wrist was slight decreased range of motion of the middle finger and stiffness of the wrist. Only mild restriction of wrist flexion and extension was noted in the physical therapy assessment on 01/29/20. There were no recent strength measurements in regards to the claimant's left upper extremity to support an impairment.

**4. Please outline co-morbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

There did not appear to be any co-morbid conditions that contributed to the disabling condition or caused any restrictions and limitations.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/2020 forward? Please explain why or why not.**

The medical documentation does not support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/20 going forward. The last office visit with Dr. Tejan was on 05/29/20. The claimant at that visit complained of decreased range of motion in regards to his left middle finger. He was noted to have stiffness of the wrist. A radiograph of the left wrist revealed a malunion. There were no complaints of pain in regards to his knees at that office visit. On 03/30/20, it was noted the claimant was pleased with his progress and radiographs of the right knee revealed a healed tibial plateau fracture.

**6. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There did not appear to be any non-medical circumstances that would interfere with the claimant's work related activities (e.g. workplace conflicts, child or elder care issues, or legal issues).

**7. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

The provider stated that he had no opinion in regards to the claimant's restrictions and limitations as of 06/17/20. He felt that the claimant would have a disability and be functionally limited in regards to his left wrist due to the malunion and stiffness. In regards to the severity of the disability and amount the claimant was limited he had no opinion. This reviewer asked him if the claimant could lift up to 100 pounds occasionally and he stated that he had no opinion. He had no opinion as if the claimant could return to his regular duties as of 06/17/20. He recommended the claimant be evaluated by an occupational medicine specialist who could determine the claimant's disability with a functional capacity evaluation.
A consensus was not reached as the treating provider did not have an opinion. This reviewer's assessment that the medical documentation did not support restrictions and limitations after 06/17/20 was not changed after the call.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Christopher Mahr, M.D.
Board Certified: American Board of Orthopaedic Surgery
American Academy Orthopaedic Surgeons
Arthroscopy Association of North America

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas
Patsy G
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:**

**Attention: disability department**

**Name: GARCIA, JORGE**

**DOB:**

**Date Range: 01/01/2020 to 08/06/2020**

**This document contains the following records of the patient:**
- **Clinical Documents**

**Note:** Claim # 9734661

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

Valley Baptist Physician Network • 2121 Pease St, HARLINGEN TX 78550-8338
**GARCIA, JORGE (id #1827661, dob: )**

## Clinical Documents

click here to view original file

Wade Penny, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: 7/24/20

Dr. Joseph Tejan
Fax: 956 – 389 – 3537

Re: Disability Benefits
Claimant Name: Jorge Garcia
Claimant DOB:
Claim Number: 9734661

Dear Dr. Tejan,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits. Attempts were made to reach you by phone on 7/22/20 and 7/24/20, but we were not able to connect. In consideration of unusual demands on your time and clinic scheduling concerns related to the coronavirus pandemic, I am submitting my analysis of your patient's medical records as it pertains to functional capacity in written form. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

**Brief overview of clinical presentation and course:**

The claimant is a 40-year-old right-hand dominant male with an 8/17/19 date of disability due to injuries sustained in a pedestrian versus motor vehicle accident. On 8/19/19 the claimant had internal fixation of a left distal radius fracture and a right tibial plateau fracture. A "hairline" left tibial plateau fracture was treated conservatively. Healing of all fractures was demonstrated on x-ray as of 11/4/19, as would be expected approaching 3 months from injury, and the tibial plateau fractures maintained excellent alignment throughout the course of treatment; however, a degree unspecified malunion of the left distal radius fracture was noted. On 11/26/19, the claimant had removal of the left wrist plate and screw fixation and of a single screw from the right tibial plateau suspected of being malpositioned in the joint.

The claimant consistently declined offers to pursue a surgical osteotomy to correct the left distal radius malunion, and treatment was focused on regaining left upper extremity strength and motion through therapy; however, there was only one therapy record on file dated 1/29/20 which referenced a prior assessment on 12/17/19.

Orthopedic records from 3/30/20 forward indicated the claimant's only complaint was limited left middle finger flexion; however, he was able to make a fist, there were no additional treatment recommendations, and he was recommended for as needed follow-up care on this date. In addition, orthopedic records describing ongoing left wrist stiffness did not quantify the loss of motion and were inconsistent with physical therapy records documenting almost normal passive motion of the left wrist as early as 1/29/20.

While on 3/30/20 the AP extended the claimant's work-release for an additional month because he did not want to return to work, on 7/9/20 the AP recommended return to unrestricted work including the capacity for DOT defined "heavy" function. The interim office visit of 5/29/20 reported generally unchanged complaints and exam findings, and did not recommend additional treatment.

**Conclusions regarding functional capacity:**

[illegible] fracture and left distal radius fracture with malunion supports restrictions and limitations from January 2020 to the present as follows:

From 1/1/20-2/24/20:

- Occasional bimanual exertion with up to 10 pounds of force to carry. Less than occasional left upper extremity exertion of up to 5 pounds to lift, push, pull; and, less than occasional handling and fingering with the left upper extremity. Unlimited right upper extremity function in the seated position including lift, push, pull, handle, and finger. Mostly seated activity with brief periods of standing or walking. Occasional standing and walking. Less than occasional climbing, stooping, crouching, kneeling.

Rationale:

As of 1/1/20 the claimant was 4 ½ months from his injuries and over month following uncomplicated hardware removal with x-ray evidence of healed fractures, and treatment was limited to the pursuit of physical therapy for wrist rehabilitation.

No greater than a 2 week interval of convalescence would be expected following removal of a single fixation screw from the right tibial plateau, and on 12/31/19 the claimant was recommended to begin weight-bearing as tolerated to his lower extremities.

However, PT findings on 12/17/19 of limited motion and strength support left upper extremity restrictions and limitations, and lower extremity deconditioning following a four-month interval of convalescence would not be unexpected. As such, the above noted restrictions and limitations are reasonably supported until the office visit of 2/24/20.

From 2/24/20-3/30/20:

- Occasional left upper extremity exertion of up to 5 pounds to lift, carry, push, pull; and, occasional handling and fingering. Unlimited right upper extremity function to lift, carry, push, pull, handle, finger. No restrictions or limitations for lower extremity function including carrying, standing, walking, climbing, stooping, crouching, or kneeling.

Rationale:

As of 2/24/20 the claimant was over 6 months from his injuries and 3 months from his hardware removal procedures, with ongoing treatment limited to the undocumented pursuit of physical therapy for residual left upper extremity stiffness.

While examination findings on 2/24/20 noted wrist stiffness, the claimant was able to make a fist, work restrictions were extended at the claimant's request to complete therapy before returning to work, and there was no documentation indicating the claimant pursued the additional 3 weeks of PT, which reasonably could have been pursued outside of work hours.

In addition, as of the last documented therapy appointment on 1/29/20, the claimant had only mild restriction of wrist flexion and extension and slight restriction of finger extension, had mean grip/pitch strength of 15 pounds with the left hand, and had only minimal difficulty with fine motor function, grasping, pulling and pushing.



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

[illegible] indications of arthritic change, there was no knee instability on examination, knee range of motion on 2/24/20 was functional at 2/115°, there was no indication of other knee pathology, orthopedic records as of 2/24/20 and beyond did not indicate ongoing knee complaints, there was no recommendation for advanced imaging studies for either knee, and there was no ongoing pursuit of treatment for knee conditions. As such, restrictions and limitations pertaining to lower extremity function are not supported as of 2/24/20 and beyond.

From 3/30/20 to the present and ongoing, and unless the review of additional medical records indicates otherwise:

- Exerting up to 100 pounds of force occasionally to lift and carry. Sitting, standing, and/or walking constantly. Unrestricted walking, bending, reaching, gripping, and right upper extremity use. Frequent handling and fingering with the left upper extremity.

Rationale:

As of 3/30/20 the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity.

Restrictions and limitations noted above are consistent with those recommended by Dr. Tejan on 7/9/20, with a last treatment date of 5/29/20, and no indication of additional medical evidence having been considered. Moreover, Dr. Tejan initially indicated the claimant could return to work 4-6 weeks beyond 12/19/19, restrictions and limitations were extended for one month on 3/30/20 based upon the claimant's statement he did not want to go back to work, and there were no significant changes in exam findings or the intensity of treatment between 3/30/20 and 5/29/20. As such, there is no compelling rationale supporting the claimant's inability to return to functional capacity as early as 3/30/20.

While residual impairment due to malunion of the left distal radius fracture with distal radioulnar joint malalignment was considered; the nondominant hand was involved, records did not indicate the magnitude of the malunion and up to moderate deformity can be well-tolerated, the claimant refused further treatment including corrective osteotomy, only mild restriction of wrist flexion and extension was noted during the physical therapy assessment on 1/29/20, on 1/29/20 there was only slight restriction of finger extension and only minimal difficulty with fine motor/grasp/pull/push, mean left grip/pitch strength on 1/9/20 was diminished compared to the right at 15 pounds but was improved to +3 and 4/5 since 12/17/19, ongoing improvement in strength and function would be expected with continued therapy that reportedly extended through the end of March, findings of significant but unquantified wrist stiffness on 3/30/20 and 5/29/20 were inconsistent with the therapy records from 1/29/20 noting active wrist flexion and extension of 55° and almost full passive motion, supination was almost normal at 75°, there was substantial difference between active and passive wrist motion testing in therapy suggesting effort based findings. OVNs on 3/30/20 in 5/29/20 noted less than full flexion of the left hand middle finger but the ability to make a fist, and the orthopedic OVN of 5/29/20 did not recommend continued therapy or other treatment for the left upper extremity.

While records contained intermittent reference to a non-union of left wrist, these records were inconsistent with findings on the most recent left wrist x-rays that did not indicate a nonunion, the absence of treatment recommendations for a nonunion, and the level of functional capacity recommended by the AP on 7/9/20.

Other file evidence that is inconsistent with the claimant's reported level of functional impairment includes the following.



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

[illegible] bearing as tolerated as of 12/11/19, the claimant presented to his 1/10/20 office visit in a wheelchair.

The AP initially anticipated a return to work by 1/22/19, and the reported reasons for subsequent extensions of work releases included; the claimant not wanting to go back to work on 2/24/20 until completing 3 more weeks of therapy, which could have been pursued outside work hours, and, on 3/30/20, extending the release for one additional month because the claimant did not want to return to work.

While the claimant requested ongoing work absence to complete physical therapy, there were no records documenting PT attendance beyond 1/29/20, including the visit requested by the AP on 3/30/22 measure and report wrist motion.

There was no record indicating recommendations, or refills, for prescription strength pain medication beyond 9/2019.

The level of impairment reported in the claimant's activities questionnaire of 7/2/20 was inconsistent with the degree of symptoms documented in recent orthopedic records, and with the limited intensity of contemporaneous treatment.

As of January 2020, the weight of the medical evidence does not support additional impairment for the conditions of a hairline left tibial plateau fracture and morbid obesity because:

While the claimant sustained a hairline fracture of the left tibial plateau on 8/17/19, treatment was nonsurgical, as of 11/6/19 the claimant denied left lower extremity symptoms, as of 12/11/19 the fracture was healed as would be expected after 3 months of treatment, there were no records indicating other injuries or pathological conditions in the left knee, and there was no pursuit of ongoing treatment for left knee symptoms.

While records indicated the claimant was morbidly obese, this condition did not previously preclude functionality and the claimant's BMI was relatively stable during the course of recent treatment.

The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

Wade Penny, M.D.
Board Certified, Orthopedic Surgery

___ No changes/comments, OR
___ With changes/comments as noted above

_______________ _______
Dr. Joseph Tejan Date

6

Secure Fax provided by Lincoln Financial Group to facilita

GARCIA, JORGE (id #1827661, dob: )

# Orthopedics and Sports Medicine
## Valley Baptist Physician Network

2121 Pease St Suite 404
HARLINGEN, TX 78550-8338
Phone: (956) 389-4710, Fax: (956) 389-3537

Date: 08/06/2020
Patient: Jorge Garcia
DOB

Jorge Garcia is a 40 year old male who I performed Hardware removal of plates and screws of left wrist and removal of prominent screw of the right knee on 11/26/2019.

The patient will need evaluation by a disability doctor and a functional capacity evaluation by the appropiate specialist. He may also need work hardening depending the result of the functional evaluation. This will ensure he is ready to return to his previous or new employment.

A "Restrictions Form" was sent stating he was able to return to his regular duty on "Heavy Duty". This was an error.

I suggest once again for him to consult with the appropiate specialists as I have in person discussed with him on few occasions during his office visits

Thank you.

JOSEPH MOI TEJAN, MD

Charter
COMMUNICATIONS

JOB CODE: SDT250
JOB TITLE: Direct Sales Rep

JOB SUMMARY
Sells products and services through door to door solicitation to new residential customers.

MAJOR DUTIES AND RESPONSIBILITIES
*Actively and consistently support all efforts to simplify and enhance the customer experience*

Solicits residential customers through door-to-door contact

Explains products and services available to potential customers and obtains customer orders

Responds to customer problems and complaints according to established Company policy; follows through to ensure issues are satisfactorily resolved

Accurately completes all necessary paperwork to support sales activities in a manner consistent with quality control guidelines, including dispositions, sales orders and sales reporting

Meets established objectives relative to increased sales, yield, completion rates in assigned territories

Collects and accounts for funds and provides receipts according to Company policy and guidelines

Maintains a well-informed knowledge base of competitors' activities throughout assigned territory; informs manager of any changing competitive pricing programs or marketing directions

Attends and actively contributes to sales meetings and training programs

Performs other duties as requested by supervisor

REQUIRED QUALIFICATIONS
Skills/Abilities and Knowledge
Ability to read, write, speak and understand English
Knowledge of cold call sales skills
Ability to sell products and services
Ability to travel (including during inclement weather) to and from assigned territories and company facilities using a reliable personal vehicle
Ability to work outside for extended periods in any season and/or during inclement weather.
Familiarity with computer operating systems, consumer and commercial communication devices (e.g., PDAs, smartphones, routers, modems, converters, and wireless devices), and computer software applications
Ability to deal with the public in a professional manner, and maintain favorable relations with customers, vendors and employees within the service area

Charter
COMMUNICATIONS

Education
High School Diploma or equivalent work experience

Certifications and/or Licenses
Valid driver's license with a satisfactory driving record within Company required standards

PREFERRED QUALIFICATIONS
Skills/Abilities and Knowledge
Ability to maintain confidentiality
Ability to maintain high level of self-motivation
Knowledge of communications technologies and services, with an emphasis on data networking fundamentals
Ability to prioritize and organize effectively
Ability to use personal computer and software applications
Knowledge of cable or telecommunications services
Experience with consumer education of products and services

WORKING CONDITIONS
Typically spends approximately 80% of time in an outside environment with exposure to inclement weather. Minimal time in an office environment
Must be able to lift 10-20 pounds for 20 – 30 feet (digital boxes, etc.)
Exposure to moderate noise levels
Must be able to work evenings and weekends, with occasional overtime as business needs dictate

*EOE Race/Sex/Vet/Disability*
Charter is an equal opportunity employer that complies with the laws and regulations set forth in the following EEO Is the Law poster: http://www.dol.gov/ofccp/regs/compliance/posters/pdf/eeopost.pdf
Charter is committed to diversity, and values the ways in which we are different.

**From:**ESCLeaves <Charter.ESCLeaves@charter.com>
**Sent:**Sun, 2 Aug 2020 20:36:59 +0000
**To:**Valliere, Tawnya
**Subject:**LTD Appeal
**Attachments:**Direct Sales Rep - SDT250.docx

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Jorge Garcia
PSID: 1089549
DOB:
SDT250 Direct Sales Rep

Hello Tawnya,
Please see the attached document. Also, please include the PSID and DOB with these requests in the future. It helps us locate the correct employee and is especially useful when it is a common name.
Thank you
Tony

Charter
COMMUNICATIONS

**Tony Todisco** | Supervisor, Employee Service Center, Leave Administration | 704.206.2288
7800 Crescent Executive Drive | Charlotte, NC 28217

---

**From:** Valliere, Tawnya [mailto:Tawnya.Valliere@lfg.com]
**Sent:** Thursday, July 30, 2020 10:01 AM
**To:** ESCLeaves <Charter.ESCLeaves@charter.com>
**Subject:** [EXTERNAL] LTD Appeal

**CAUTION:** The e-mail below is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance.

Good morning,

We are currently reviewing a Long Term Disability appeal request for employee, Jorge Garcia (LTD claim # 9734661). Could you please provide me with a copy of Mr. Garcia's job description for our claim file?

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Tawnya Valliere**
Appeal Consultant
Group Protection

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

T: 888-437-7611 Ext 15894 Office
F: 603-334-5825
LincolnFinancial.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | JORGE GARCIA | 9734661 |

| | | | |
|---|---|---|---|
| Referred By: | Tawnya Valliere | Claimant DOB: | |
| Referral Date: | 07/30/2020 | Job Title: | DIRECT SALES REP |
| Due Date: | 08/13/2020 | Medical/ Surgical Condition: | right tibial plateau fracture, left distal radium fracture with malunion |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | TCMS Special Circumstance | LDW: | 08/15/2019 |
| Report Date: | | DOD: | 08/17/2019 |
| Physical Demands: | | BBD: | 02/17/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions
There are no core questions.

Additional Questions

Other 1. What diagnoses are supported by the medical evidence? 2.Does the medical evidence support any diagnoses causing functional impairment from 06/17/2020 to the present? Please explain your medical rationale as to why or why not. 3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations. 4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations. 5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 06/17/2020 forward? Please explain why or why not. 6. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)? 7. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. (Dr. Joseph Moi Tejan tel: 956-389-4710 fax: 956-389-3537)

Other Comments
Other Comments - null

**From:**Valliere, Tawnya
**Sent:**Thu, 30 Jul 2020 14:01:20 +0000
**To:**Charter.escleaves@charter.com
**Subject:**LTD Appeal

Good morning,

We are currently reviewing a Long Term Disability appeal request for employee, Jorge Garcia (LTD claim # 9734661). Could you please provide me with a copy of Mr. Garcia's job description for our claim file?

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Tawnya Valliere**
Appeal Consultant
Group Protection

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

T: 888-437-7611 Ext 15894 Office
F: 603-334-5825
LincolnFinancial.com

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. JORGE GARCIA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 31, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc. Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on July 27, 2020.

We understand this is all of the information you intend to submit for our consideration of your LTD appeal. Consequently, your file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 15894.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant

Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 88D　Manager: JONES, GABRIEL　Case Mgr: ABRAMS-WEAVER, COREY

Claimant Name: JORGE GARCIA　Claim #: 9734661

Occupation (Job Title): DIRECT SALES REP　Date Sent: 7/28/2020

Diagnosis: S52.2 Fracture of shaft of ulna,

Date of Disability: 8/17/2019　Date Benefits Began: 2/17/2020

Maximum Duration: 10/13/2046　Paid Through: 6/16/2020

Date of Denial or (DB451): 7/27/2020　Date Appeal Received: 7/28/2020

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CHARTER COMMUNICATIONS, INC.

Product: LTD　Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.　FAX No.

Account Specific or Unique Contract Issues / Additional Info:

39YOM; LDW 8.15.2019, DOD 8.19.2019; EE WORKS AS A DIRECT SALES REP, WHICH IS A MANUAL JOB REQUIRING WALKING, STANDING, CARRYING, LIFTING, DRIVING. THE EMPLOYEE IS OUT OF WORK DUE TO MULTIPLE FRACTURES ON HANDS AND FEET. EE HAS NO COMORBIDS ADDITIONAL MEDICAL FACTS THAT SUPPORT DISABILITY ARE EE WAS INVOLVED IN AN AUTO VS PEDESTRIAN ACCIDENT. EE HAS MULTIPLE FRACTURE INCLUDING HANDS AND FEET/LEGS. EE UNDERWENT 3 SURGERIES ON 8/19.EE UNDERWENT ANOTHER PROCEDURE ON11/26/2019. HARDWARE REMOVAL OF L RADIUS AND TIBIAL SPINE; BASED ON RECORDS RECEIVED AND REVIEWED R/LS BEYOND 6/16/2020 ARE NOT SUPPORTIVE; DCM RECOMMENDED CLOSURE FOR NOT TD ON 7/27/2020; NOTICE OF APPEAL RECEIVED ON 7/28/2020; DCM RECOMMENDS REFERRAL TO APPEALS UNIT AT THIS TIME;

From: LFGNotifications@LFG.com
Sent: Monday, July 27, 2020 12:45:53 PM
To: .COM;
CC:
BCC:
Subject: [Send Secure]Charter Communications, Inc. Claim No. 9734661 Jorge Garcia
Attachments: dlepofildwhvyecn2hzq_8733077.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

July 27, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond June 16, 2020. Charter Communications, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   *"**Disability**" or "**Disabled**" means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

*"**Own Occupation**" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under*

*this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since February 17, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for right tibial plateau fracture, left distal radius fracture with malunion and your claim file contains the following medical documentation:

**Activities questionnaire:**
7/2/20: able to sit a couple hours, stand an hour, walk an hour. In a day: sits 4 hours, stands one hour, walks one hour. Able to drive 15-30 minutes. Requires assistance caring for 4 children ages 10 through 20. Unable to run errands due to inability to walk long periods of time. Right-hand dominant. Assistance required for all ADLs including grocery shopping, carrying groceries, cooking meals, cleaning after meals, cleaning bathrooms, vacuuming, doing laundry, opening in responding to mail, getting dressed and negotiating stairs. Unable to go upstairs. Reports spending 28 days in the hospital after his accident. Unable to work because pain in the knees preclude standing long periods and when sitting. Has to change positions or lay down to not feel any pressure. Has developed anxiety around large crowds and gets headaches. Left hand hurts and is disfigured. Ulna is dislocated and healed dislocated.

**Dr. Joseph Tejan, orthopedic surgeon:**
7/9/20: restrictions form: date first treated 11/6/19, last treated 5/29/20. Next visit as needed. Capable of “eavy”function including: lifting/carrying up to 100 pounds occasionally. Sitting, standing, and/or walking constantly. Okay to do walking, bending, gripping. No restrictions. Able to return to work.
5/29/20: follow-up after hardware removal right knee and left wrist on 11/26/19. Only complaint is he has not regained full flexion of his middle finger, but he can make a fist. Wrist is obviously very stiff. Medications not reviewed since 3/30/20 but indicate no prescription strength pain medications since 9/2019. Exam: BMI 47.4. Minimal wrist motion but can make a fist. Normal sensation. X-ray shows malunion of the distal radius.
Assessment/plan: right tibial plateau fracture, left distal radius fracture. Diagnoses include closed distal radius fracture, S 52 and closed right tibial plateau fracture, S 82. Discussion: xrays reviewed. AP indicates there is really nothing he can offer the claimant at this moment. Can arrange follow-up as needed. Claimant wants to be disabled and is going to make arrangements to see a disability doctor, and is attorney represented.
3/30/20: only complaint is middle finger on the left does not fully flex to the palm of the hand. Otherwise is pleased with his progress but does not want to go back to work. Exam:fingers do touchdown on the left, middle finger far less than the others. Normal sensation.
Painless wrist motion. Reduced radial, ulnar, palmar, dorsal deviation. Requests PT to perform a measurement of motion. X-rays show tibial plateau fracture is healed in an excellent position. Wrist x-ray shows malunion of distal radius. Plan: claimant does not want to return to work and was given an excuse for one month. Claimant wants to remain disabled and AP advises he look for disability doctor. AP indicates there is not much he can offer the claimant the moment as his progress has remained plateaued. May return as necessary.

2/24/20: knee range of motion 2/115°. Knee is stable. Wrist is stiff but he can make a fist. Xrays left wrist shows the malunion. No other complication. Plan: has 3 more weeks of PT. Does not want to go back to work until he finishes therapy. Paperwork completed correctly.
2/1/20: restrictions form: 11/26/19-2/21/20: range of motion limitations on left radius. Patient still unable to walk for long periods of time. Currently attending PT to complete rehab due to still having range of motion limitations. Return to work date final decision to be determined on next follow-up.
1/10/20: prescription for walker-closed fracture of right tibial plateau.
1/10/20: prescription for PT 2-3 times a week. Duration 4 weeks.
1/10/20: work excuse: unable to work. Will be able to return to work after next follow-up 2/21/20. Needs to complete one more month of therapy.
1/10/20: postop hardware removal: Comes to the office in a wheelchair even though all the fractures are long healed. Reports gaining weight and attending PT. Exam: wounds are healed. BMI 47.4. Can make a full fist with his hand. Wrist is stiff. Knee has full extension and flexion past 120°. Wrist x-ray confirms nonunion and malunion. Tibial plateau fracture has healed on x-ray. Plan: given work excuse for one month. Advised to get out of the wheelchair and walk. Given prescription for a walker. Wants to continue PT another month. Claimant continues to want to leave his nonunion and malunion alone.
12/19/19: leave and disability statement: needs one more month/4-6 weeks before returning to work. Needs PT.
12/11/19: physical therapy referral. Duration 4 weeks.
12/11/19: work excuse: not able to work. Will be able to return to work on “1/22/2019”
12/11/19: postop hardware removal. No new complaints. Reports his job requires climbing heights. Exam: Windsor healed. Wrist is stiff. Needs PT. Weight-bearing as tolerated on leg. Tibial plateau has healed. Wrist x-ray shows malunion of distal radius. Knee x-ray shows healed tibial plateau. Discussion: weight-bearing as tolerated on leg. Will start PT for wrist rehabilitation. Given work excuse for 6 weeks.
11/26/19: operative report: removal of retained symptomatic hardware, plate and screws, left wrist; and, prominent screw right knee. Indication references prior internal fixation fractures. Left wrist fractures healed in a mall United position; however, the claimant does not want correction of the malunion, just plate removal.
11/6/19: reports MVA on 8/17/19. Hospitalized 20 days in California. Had right tibial plateau and left distal radius fractures treated with open reduction internal fixation. Also reports hairline fracture of the left tibial plateau treated nonsurgically. Denies symptoms on the left. No right-sided pain at the moment. Has had a splint on the left wrist to the current time. Wants to have hardware removal. Exam: presents in a wheelchair. Has been nonweightbearing on both legs since the accident. Well healed scars. Active knee motion 3/115°. Knee is stable. Knee x-rays show healed fracture. Posterior screw appears to be in the joint. Other screws appear to be in satisfactory position. Left distal radius fracture appears to be healed in “is severe lumbar reduction” Also appears to be dislocation of the right distal radial ulnar joint present since the time of injury. X-rays show internal plates spanning the joint. Cannot make a fist due to finger stiffness. Also lacks finger extension. Was told by the California Dr. his fingers will not move completely unless the plate is removed. Discussion notes: discuss malreduction of the distal radioulnar joint and the associated future problems. Discussed osteotomy and correction of the deformity. Claimant only wants plates removed. Will also remove right knee screw that appears to be in the joint.

Dr. Patil:
11/4/19: follow-up ORIF left distal radius fracture and right tibial plateau fracture on 8/19/19. Exam: left upper extremity is in a short arm splint. Neurovascular intact. Right lower extremity:

shows soft tissue injuries and swelling. Mild bony tenderness and crepitus about the tibial plateau. Full-motion except the right knee. Neurovascular intact with 4/5 muscle strength. Left lower extremity: soft tissue injuries and swelling. No bony tenderness and crepitus. Neurovascular intact. Muscle strength 4/5. Left wrist x-rays show distal radius fracture healing in displaced alignment. Bilateral knee x-rays show fracture healing and good alignment. No signs of hardware loosening. Recommends follow-up with Dr. Tejan for further evaluation.

Dr. Chin, orthopedic surgeon:
8/28/19: disability leave statement: estimates 6 months for return to work. Status post right tibia ORIF, left knee examination under anesthesia, left wrist open reduction internal fixation on 8/19/19. Medications include oxycodone and tramadol. To be nonweightbearing to right lower extremity and left upper extremity. Toe touch weight-bearing to left lower extremity.

Performance therapeutics, physical therapy:
1/29/20: status post hardware removal on 11/26/19. Wrist and tibial plateau were healed on x-rays with MD on 1/10/20. Advised to start weight-bearing as tolerated to the right lower extremity. Claimant reports difficulty grasping, gripping, walking to degree that affects ADLs. Bilateral knee pain 4/10. Dorsal wrist tenderness. Exam: 12/17/19 versus
1/29/20: left wrist: active: extension 10/55, flexion 40/55, supination 60/75. Passive: extension 40/70, flexion 50/80. Flexibility: left: only mild restriction of wrist flexors and extensors and slight restriction of finger extensors. Wrist and forearm weakness improved from -2 and -3 to +3 and 4/5. Mean in grip/pitch 15 pounds left versus 55 pounds right.
Minimal difficulty with fine motor/grasp/full/push. Right knee: hip strength improved from - 4/5 on 12/17/19 to 4/5 on 1/29/20 and equivalent to the left. Claimant reports unable to perform functional tasks for household ADLs secondary to pain and limitation. Plan: continue with current program.

Location unspecified PT evaluation:
9/16/19: mostly illegible. Seems to reference functional strength and motion of shoulders and elbows. Functional hip motion bilaterally with right greater than left hip weakness of grade 4+/minus. Is homebound with residual weakness. Steps/stairs are safety hazards. Plan: PT.

**AP Contact:**

**Answer:**
While there is no disagreement with Dr. Tejan regarding the APS of 7/9/20 recommending an absence of functional impairment, there is disagreement regarding an absence of work capacity beyond 3/30/20. In addition, Orthopedic records were inconsistent regarding reference to a fracture nonunion in the left upper extremity and did not describe the magnitude of the distal radius fracture malunion. As such, APC may clarify the claimant’s diagnoses, prognosis, and the presence of functional capacity prior to 7/9/2020.

**AP Contact with Dr. Tejan:**
7/22/20: 5:30 PM: I called the AP’s office and was connected with his receptionist. After checking with the clinic, it was determined the AP had left for the day. However, it was indicated Dr. Tejan would be available at 3:30 PM central time on Friday 3/24/20 for file discussion. I offered to confirm the claimant’ identifying information to facilitate the AP’s chart review, but it was indicated this was not necessary and this information would not be required until Friday.

7/24/20: 4:30 PM Eastern time/3:30 PM central time: I called the AP' office as advised and was connected with a receptionist. I explained the purpose of my call and the prior arrangements for APC. The receptionist contacted the clinic was informed that Dr. Tejan was not available. As such, submitting my questions in written form was discussed and recommended as the most effective way to communicate with the AP. I was advised to send my written correspondence to the attention of Dr. Tejan's MA, Patsy, and the preferred fax number of 856 –389 –4710 was confirmed.

Next steps: written correspondence was prepared and faxed on 7/24/20.

Additional action to consider

If additional orthopedic records are received, these should be reviewed and, if needed, submitted to a nurse clinician or this reviewer for further analysis.

So we could further understand what was preventing you from returning to your pre-disability activities, we consulted a physician, Board Certified in Orthopedic Surgery.

Based on records received the Physician opined the following:

"The weight of the medical evidence regarding the claimant' orthopedic conditions of a right tibial plateau fracture and left distal radius fracture with malunion supports restrictions and limitations from January 2020 to the present as follows:
From 1/1/20-2/24/20:

- Occasional bimanual exertion with up to 10 pounds of force to carry. Less than occasional left upper extremity exertion of up to 5 pounds to lift, push, pull; and, less than occasional handling and fingering with the left upper extremity. Unlimited right upper extremity function in the seated position including lift, push, pull, handle, and finger. Mostly seated activity with brief periods of standing or walking. Occasional standing and walking. Less than occasional climbing, stooping, crouching, kneeling.

Rationale:
As of 1/1/20 the claimant was 4 ½ months from his injuries and over month following uncomplicated hardware removal with x-ray evidence of healed fractures, and treatment was limited to the pursuit of physical therapy for wrist rehabilitation.
No greater than a 2 week interval of convalescence would be expected following removal of a single fixation screw from the right tibial plateau, and on 12/11/19 the claimant was recommended to begin weight-bearing as tolerated to his lower extremities. However, PT findings on 12/17/19 of limited motion and strength support left upper extremity restrictions and limitations, and lower extremity deconditioning following a four month interval of convalescence would not be unexpected. As such, the above noted restrictions and limitations are reasonably supported until the office visit of 2/24/20.
From 2/24/20-3/30/20:

- Occasional left upper extremity exertion of up to 5 pounds to lift, carry, push, pull; and, occasional handling and fingering. Unlimited right upper extremity function to lift, carry, push, pull, handle, finger. No restrictions or limitations for lower extremity function including carrying, standing, walking, climbing, stooping, crouching, or kneeling.

Rationale:
As of 2/24/20 the claimant was over 6 months from his injuries and 3 months from his hardware removal procedures, with ongoing treatment limited to the undocumented pursuit of physical therapy for residual left upper extremity stiffness.

While examination findings on 2/24/20 noted wrist stiffness, the claimant was able to make a fist, work restrictions were extended at the claimant' request to complete therapy before returning to work, and there was no documentation indicating the claimant pursued the additional 3 weeks of PT, which reasonably could have been pursued outside of work hours.
In addition, as of the last documented therapy appointment on 1/29/20; the claimant had only mild restriction of wrist flexion and extension and slight restriction of finger extension, had mean grip/pitch strength of 15 pounds with the left hand, and had only minimal difficulty with fine motor function, grasping, pulling and pushing.
X-rays of the claimant' right tibial plateau fracture documented healing in excellent position and without indications of arthritic change, there was no knee instability on examination, knee range of motion on 2/24/20 was functional at 2/115°, there was no indication of other knee pathology, orthopedic records as of 2/24/20 and beyond did not indicate ongoing knee complaints, there was no recommendation for advanced imaging studies for either knee, and there was no ongoing pursuit of treatment for knee conditions.

As such, restrictions and limitations pertaining to lower extremity function are not supported as of 2/24/20 and beyond.

From 3/30/20 to the present and ongoing, and unless the review of additional medical records indicates otherwise:

- Exerting up to 100 pounds of force occasionally to lift and carry. Sitting, standing, and/or walking constantly. Frequent handling and fingering with the left upper extremity. Unrestricted walking, bending, reaching, gripping, and right upper extremity use.

Rationale:
As of 3/30/20 the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity.
Restrictions and limitations noted above are consistent with those recommended by Dr. Tejan on 7/9/20, with a last treatment date of 5/29/20, and no indication of additional medical evidence having been considered. Moreover, Dr. Tejan initially indicated the claimant could return to work 4-6 weeks beyond 12/19/19, restrictions and limitations were extended for one month on 3/30/20 based upon the claimant' statement he did not want to go back to work, and there were no significant changes in exam findings or the intensity of treatment between 3/30/20 and 5/29/20. As such, there is no compelling rationale supporting the claimant' inability to return to functional capacity as early as 3/30/20.
While residual impairment due to malunion of the left distal radius fracture with distal radioulnar joint malalignment was considered; the nondominant hand was involved, records did not indicate the magnitude of the malunion and up to moderate deformity can be welltolerated, the claimant refused further treatment including corrective osteotomy, only mild restriction of wrist flexion and extension was noted during the physical therapy assessment on 1/29/20, on 1/29/20 there was only slight restriction of finger extension and only minimal difficulty with fine motor/grasp/pull/push, mean left grip/pitch strength on 1/9/20 was diminished compared to the right at 15 pounds but was improved to +3 and 4/5 since 12/17/19, ongoing improvement in strength and function would be expected with continued therapy that reportedly extended through the end of March, findings of significant but unquantified wrist stiffness on 3/30/20 and 5/29/20 were inconsistent with the therapy records from 1/29/20 noting active wrist flexion and extension of 55° and almost full passive motion, supination was almost normal at 75°, there was substantial difference between active and passive wrist motion

testing in therapy suggesting effort based findings, OVNs on 3/30/20 in 5/29/20 noted less than full flexion of the left hand middle finger but the ability to make a fist, and the orthopedic OVN of 5/29/20 did not recommend continued therapy or other treatment for the left upper extremity. While records contained intermittent reference to a non-union of left wrist, these records were inconsistent with; findings on the most recent left wrist x-rays that did not indicate a nonunion, the absence of treatment recommendations for a nonunion, and the level of functional capacity recommended by the AP on 7/9/20.

Other file evidence that is inconsistent with the claimant' reported level of functional impairment includes the following:

Despite having x-ray findings of healed tibial plateau fractures and treatment recommendations for weight-bearing as tolerated as of 12/11/19, the claimant presented to his 1/10/20 office visit in a wheelchair.

The AP initially anticipated a return to work by 1/22/19, and the reported reasons for subsequent extensions of work releases included; the claimant not wanting to go back to work on 2/24/20 until completing 3 more weeks of therapy, which could have been pursued outside work hours, and, on 3/30/20, extending the release for one additional month because the claimant did not want to return to work. While the claimant requested ongoing work absence to complete physical therapy, there were no records documenting PT attendance beyond 1/29/20, including the visit requested by the AP on 3/30/22 measure and report wrist motion.

There was no record indicating recommendations, or refills, for prescription strength pain medication beyond 9/2019.

The level of impairment reported in the claimant's activities questionnaire of 7/2/20 was inconsistent with the degree of symptoms documented in recent orthopedic records, and with the limited intensity of contemporaneous treatment."

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit

Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office treatment notes, diagnostic test results, prescribed medications, procedure reports, exam findings, and specific restrictions/limitations given beyond June 16, 2020, that support your inability to perform one or more of the material and substantial duties of your Own Occupation.

"Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the “outbreak period” to appeal a claim. The “outbreak period” started 3/1/20 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.”

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłįį’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtįįł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong

mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

**From:**jorge garcia .com>
**Sent:**Mon, 27 Jul 2020 17:03:23 +0000
**To:**DisabilityDocuments
**Subject:**Claim 9734661

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I will like to appeal this decision from doctor Tejan, he states in notes only complaint is my middle finger I can't turn wrist and advised him I have lost of sensitivity and delayed movement my left hand.

Also I can walk small distances and I walk at very slow pace at this causes pain on both my knees. I have slight limp and insecurities when walking

The doctor states I can carry up to 100 lbs I can't even tie my shoes by myself?

I need this to be reconsidered ASAP this decision has made me very anxious and stressed out I need a response ASAP as now this situation is causing pain and suffering since I am head of household and need to support my family! It is not my fault I was hit by a car and it is not my fault I have not recovered fully!

Jorge Garcia

Sent from Yahoo Mail for iPhone

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | JORGE GARCIA | 9734661 |

| | | | |
|---|---|---|---|
| Referred By: | Corey Abrams-weaver | Claimant DOB: | |
| Referral Date: | 07/13/2020 | Job Title: | DIRECT SALES REP |
| Due Date: | 07/28/2020 | Medical/ Surgical Condition: | Fracture of shaft |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 08/15/2019 |
| Report Date: | 07/24/2020 | DOD: | 08/17/2019 |
| Physical Demands: | | BBD: | 02/17/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

Right tibial plateau fracture, ICD 10 code S 82.

Left distal radius fracture with malunion, ICD 10 code S 52.

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

None. In particular:

While the claimant sustained a hairline fracture of the left tibial plateau on 8/17/19; treatment was nonsurgical, as of 11/6/19 the claimant denied left lower extremity symptoms, as of 12/11/19 the fracture was healed as would be expected after 3 months of treatment, there were no records indicating other injuries or pathological conditions in the left knee, and there was no pursuit of ongoing treatment for left knee symptoms.

While records indicated the claimant was morbidly obese, this condition did not previously preclude functionality and the claimant's BMI was relatively stable during the course of recent treatment.

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please

describe how any supported level of impairment translates into restrictions and limitations from January 2020 to present, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

The weight of the medical evidence regarding the claimant's orthopedic <u>conditions of a right tibial plateau fracture and left distal radius fracture with malunion</u> supports restrictions and limitations from January 2020 to the present as follows:

From 1/1/20-2/24/20:

- Occasional bimanual exertion with up to 10 pounds of force to carry. Less than occasional left upper extremity exertion of up to 5 pounds to lift, push, pull; and, less than occasional handling and fingering with the left upper extremity. Unlimited right upper extremity function in the seated position including lift, push, pull, handle, and finger. Mostly seated activity with brief periods of standing or walking. Occasional standing and walking. Less than occasional climbing, stooping, crouching, kneeling.

Rationale:

As of 1/1/20 the claimant was 4 ½ months from his injuries and over month following uncomplicated hardware removal with x-ray evidence of healed fractures, and treatment was limited to the pursuit of physical therapy for wrist rehabilitation.

No greater than a 2 week interval of convalescence would be expected following removal of a single fixation screw from the right tibial plateau, and on 12/11/19 the claimant was recommended to begin weight-bearing as tolerated to his lower extremities.

However, PT findings on 12/17/19 of limited motion and strength support left upper extremity restrictions and limitations, and lower extremity deconditioning following a four-month interval of convalescence would not be unexpected. As such, the above noted restrictions and limitations are reasonably supported until the office visit of 2/24/20.

From 2/24/20-3/30/20:

- Occasional left upper extremity exertion of up to 5 pounds to lift, carry, push, pull; and, occasional handling and fingering. Unlimited right upper extremity function to lift, carry, push, pull, handle, finger. No restrictions or limitations for lower extremity function including carrying, standing, walking, climbing, stooping, crouching, or kneeling.

Rationale:

As of 2/24/20 the claimant was over 6 months from his injuries and 3 months from his hardware removal procedures, with ongoing treatment limited to the undocumented pursuit of physical therapy for residual left upper extremity stiffness.

While examination findings on 2/24/20 noted wrist stiffness, the claimant was able to make a fist, work restrictions were extended at the claimant's request to complete therapy before returning to work, and there was no documentation indicating the claimant pursued the additional 3 weeks of PT, which reasonably could have been pursued outside of work hours.

In addition, as of the last documented therapy appointment on 1/29/20; the claimant had only mild restriction of wrist flexion and extension and slight restriction of finger extension, had mean grip/pitch strength of 15 pounds with the left hand, and had only minimal difficulty with fine motor function, grasping, pulling and pushing.

X-rays of the claimant's right tibial plateau fracture documented healing in excellent position and without indications of arthritic change, there was no knee instability on examination, knee range of motion on 2/24/20 was functional at 2/115°, there was no indication of other knee pathology, orthopedic records as of 2/24/20 and beyond did not indicate ongoing knee complaints, there was no recommendation for advanced imaging studies for either knee, and there was no ongoing pursuit of treatment for knee conditions. As such, restrictions and limitations pertaining to lower extremity function are not supported as of 2/24/20 and beyond.

From 3/30/20 to the present and ongoing, and unless the review of additional medical records indicates otherwise:

- Exerting up to 100 pounds of force occasionally to lift and carry. Sitting, standing, and/or walking constantly. Frequent handling and fingering with the left upper extremity. Unrestricted walking, bending, reaching, gripping, and right upper extremity use.

Rationale:

As of 3/30/20 the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity.

Restrictions and limitations noted above are consistent with those recommended by Dr. Tejan on 7/9/20, with a last treatment date of 5/29/20, and no indication of additional medical evidence having been considered. Moreover, Dr. Tejan initially indicated the claimant could return to work 4-6 weeks beyond 12/19/19, restrictions and limitations were extended for one month on 3/30/20 based upon the claimant's statement he did not want to go back to work, and there were no significant changes in exam findings or the intensity of treatment between 3/30/20 and 5/29/20. As such, there is no compelling rationale supporting the claimant's inability to return to functional capacity as early as 3/30/20.

While residual impairment due to malunion of the left distal radius fracture with distal radioulnar joint malalignment was considered; the nondominant hand was involved, records did not indicate the magnitude of the malunion and up to moderate deformity can be well-tolerated, the claimant refused further treatment including corrective osteotomy, only mild restriction of wrist flexion and extension was noted during the physical therapy assessment

on 1/29/20, on 1/29/20 there was only slight restriction of finger extension and only minimal difficulty with fine motor/grasp/pull/push, mean left grip/pitch strength on 1/9/20 was diminished compared to the right at 15 pounds but was improved to +3 and 4/5 since 12/17/19, ongoing improvement in strength and function would be expected with continued therapy that reportedly extended through the end of March, findings of significant but unquantified wrist stiffness on 3/30/20 and 5/29/20 were inconsistent with the therapy records from 1/29/20 noting active wrist flexion and extension of 55° and almost full passive motion, supination was almost normal at 75°, there was substantial difference between active and passive wrist motion testing in therapy suggesting effort based findings, OVNs on 3/30/20 in 5/29/20 noted less than full flexion of the left hand middle finger but the ability to make a fist, and the orthopedic OVN of 5/29/20 did not recommend continued therapy or other treatment for the left upper extremity.

While records contained intermittent reference to a non-union of left wrist, these records were inconsistent with; findings on the most recent left wrist x-rays that did not indicate a nonunion, the absence of treatment recommendations for a nonunion, and the level of functional capacity recommended by the AP on 7/9/20.

Other file evidence that is inconsistent with the claimant's reported level of functional impairment includes the following:

Despite having x-ray findings of healed tibial plateau fractures and treatment recommendations for weight-bearing as tolerated as of 12/11/19, the claimant presented to his 1/10/20 office visit in a wheelchair.

The AP initially anticipated a return to work by 1/22/19, and the reported reasons for subsequent extensions of work releases included; the claimant not wanting to go back to work on 2/24/20 until completing 3 more weeks of therapy, which could have been pursued outside work hours, and, on 3/30/20, extending the release for one additional month because the claimant did not want to return to work.

While the claimant requested ongoing work absence to complete physical therapy, there were no records documenting PT attendance beyond 1/29/20, including the visit requested by the AP on 3/30/22 measure and report wrist motion.

There was no record indicating recommendations, or refills, for prescription strength pain medication beyond 9/2019.

The level of impairment reported in the claimant's activities questionnaire of 7/2/20 was inconsistent with the degree of symptoms documented in recent orthopedic records, and with the limited intensity of contemporaneous treatment.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?

Yes, while corrective osteotomy for a substantial and symptomatic malunion of a distal radius fracture would be an expected standard of care; the magnitude of the claimant's

malunion was not indicated, therapy records from 1/2020 indicated range of motion functional for most activities, recent orthopedic records did not indicate wrist complaints other than stiffness, and the claimant repeatedly declined offers for corrective osteotomy. As such, the weight of the medical evidence is consistent with minimal to absent functional impairment from the distal radius fracture malunion, and is, therefore, consistent with the claimant's pursuit of conservative and limited treatment.

Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

No. However, there were no records on file documenting the claimant's regular attendance of hand therapy.

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

Possibly, orthopedic surgery records indicated the claimant is involved in active litigation regarding his injuries, has secured legal counsel in this regard, wants to be declared disabled, and is pursuing evaluation by a disability doctor.

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: Joseph Tejan   Phone Number: 1 (956) 389 4710 ex -----   Fax Number: (956) 389-3537
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

Answer:

While there is no disagreement with Dr. Tejan regarding the APS of 7/9/20 recommending an absence of functional impairment, there is disagreement regarding an absence of work capacity beyond 3/30/20. In addition, Orthopedic records were inconsistent regarding reference to a fracture nonunion in the left upper extremity and did not describe the magnitude of the distal radius fracture malunion. As such, APC may clarify the claimant's diagnoses, prognosis, and the presence of functional capacity prior to 7/9/2020.

AP Contact with Dr. Tejan:

7/22/20: 5:30 PM: I called the AP's office and was connected with his receptionist. After checking with the clinic, it was determined the AP had left for the day. However, it was indicated Dr. Tejan would be available at 3:30 PM central time on Friday 3/24/20 for file discussion. I offered to confirm the claimant's identifying information to facilitate the AP's chart review, but it was indicated this was not necessary and this information would not be required until Friday.

7/24/20: 4:30 PM Eastern time/3:30 PM central time: I called the AP's office as advised and was connected with a receptionist. I explained the purpose of my call and the prior arrangements for APC. The receptionist contacted the clinic was informed that Dr. Tejan was not available. As such, submitting my questions in written form was discussed and recommended as the most effective way to communicate with the AP. I was advised to send my written correspondence to the attention of Dr. Tejan's MA, Patsy, and the preferred fax number of 856 – 389 – 4710 was confirmed.

Next steps: written correspondence was prepared and faxed on 7/24/20.

Additional action to consider

If additional orthopedic records are received, these should be reviewed and, if needed, submitted to a nurse clinician or this reviewer for further analysis.

Brief overview of clinical presentation and course:

The claimant is a 40-year-old right-hand dominant male with an 8/17/19 date of disability due to injuries sustained in a pedestrian versus motor vehicle accident. On 8/19/19 the claimant had internal fixation of a left distal radius fracture and a right tibial plateau fracture. A "hairline" left tibial plateau fracture was treated conservatively. Healing of all fractures was demonstrated on x-ray as of 11/4/19, as would be expected approaching 3 months from injury, and the tibial plateau fractures maintained excellent alignment throughout the course of treatment; however, a degree unspecified malunion of the left distal radius fracture was noted. On 11/26/19, the claimant had removal of the left wrist plate and screw fixation and of a single screw from the right tibial plateau suspected of being malpositioned in the joint.

The claimant consistently declined offers to pursue a surgical osteotomy to correct the left distal radius malunion, and treatment was focused on regaining left upper extremity strength and motion through therapy; however, there was only one therapy record on file dated 1/29/20 which referenced a prior assessment on 12/17/19.

Orthopedic records from 3/30/20 forward indicated the claimant's only complaint was limited left middle finger flexion; however, he was able to make a fist, there were no additional treatment recommendations, and he was recommended for as needed follow-up care on this date. In addition, orthopedic records describing ongoing left wrist stiffness did not quantify the loss of motion and were inconsistent with physical therapy records documenting almost normal passive motion of the left wrist as early as 1/29/20.

While on 3/30/20 the AP extended the claimant's work-release for an additional month because he did not want to return to work, on 7/9/20 the AP recommended return to unrestricted work including the capacity for DOT defined "heavy" function. The interim office visit of 5/29/20 reported generally unchanged complaints and exam findings, and did not recommend additional treatment.

Analysis and Support for Conclusions

Please refer to the rationale presented an answering question 3 above.

Records Reviewed:
Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most relevant medical treatment records in the file which are:

Claim notes:
7/14/20: claimant reports financial distress. Indicates he cannot walk or work.
6/11/20: occupation is direct sales rep requiring walking, standing, caring, lifting, driving. Out of work due to multiple fractures on hands, feet, legs. No comorbid conditions. Involved in pedestrian versus MVA. Had 3 surgeries on 8/19 and another procedure on 11/26/19 for hardware removal left radius and tibial spine. Did not return to work 2/21/20.
2/27/20: injuries included 2 broken knees, broken ribs, dislocated hand, broken nose, dislocated wrist. Hit by a car on 8/17/19. Still in litigation.
2/7/20: hospitalized for 20 days.

Activities questionnaire:
7/2/20: able to sit a couple hours, stand an hour, walk an hour. In a day: sits 4 hours, stands one hour, walks one hour. Able to drive 15-30 minutes. Requires assistance caring for 4 children ages 10 through 20. Unable to run errands due to inability to walk long periods of time. Right-hand dominant. Assistance required for all ADLs including grocery shopping, carrying groceries, cooking meals, cleaning after meals, cleaning bathrooms, vacuuming, doing laundry, opening in responding to mail, getting dressed and negotiating stairs. Unable to go upstairs. Reports spending 28 days in the hospital after his accident. Unable to work because pain in the knees preclude standing long periods and when sitting. Has to change positions or lay down to not feel any pressure. Has developed anxiety around large crowds and gets headaches. Left hand hurts and is disfigured. Ulna is dislocated and healed dislocated.

Dr. Joseph Tejan, orthopedic surgeon:
7/9/20: restrictions form: date first treated 11/6/19, last treated 5/29/20. Next visit as needed. Capable of "heavy" function including: lifting/carrying up to 100 pounds occasionally. Sitting, standing, and/or walking constantly. Okay to do walking, bending, gripping. No restrictions. Able to return to work.
5/29/20: follow-up after hardware removal right knee and left wrist on 11/26/19. Only complaint is he has not regained full flexion of his middle finger, but he can make a fist. Wrist is obviously very stiff. Medications not reviewed since 3/30/20 but indicate no prescription strength pain medications since 9/2019. Exam: BMI 47.4. Minimal wrist motion but can make a fist. Normal sensation. X-ray shows malunion of the distal radius. Assessment/plan: right tibial plateau fracture, left distal radius fracture. Diagnoses include closed distal radius fracture, S 52 and closed right tibial plateau fracture, S 82. Discussion: x-rays reviewed. AP indicates there is really nothing he can offer the claimant at this moment. Can arrange follow-up as needed. Claimant wants to be disabled and is going to make arrangements to see a disability doctor, and is attorney represented.
3/30/20: only complaint is middle finger on the left does not fully flex to the palm of the hand. Otherwise is pleased with his progress but does not want to go back to work. Exam:

fingers do touchdown on the left, middle finger far less than the others. Normal sensation. Painless wrist motion. Reduced radial, ulnar, palmar, dorsal deviation. Requests PT to perform a measurement of motion. X-rays show tibial plateau fracture is healed in an excellent position. Wrist x-ray shows malunion of distal radius. Plan: claimant does not want to return to work and was given an excuse for one month. Claimant wants to remain disabled and AP advises he look for disability doctor. AP indicates there is not much he can offer the claimant the moment as his progress has remained plateaued. May return as necessary.
2/24/20: knee range of motion 2/115°. Knee is stable. Wrist is stiff but he can make a fist. X-rays left wrist shows the malunion. No other complication. Plan: has 3 more weeks of PT. Does not want to go back to work until he finishes therapy. Paperwork completed correctly.
2/1/20: restrictions form: 11/26/19-2/21/20: range of motion limitations on left radius. Patient still unable to walk for long periods of time. Currently attending PT to complete rehab due to still having range of motion limitations. Return to work date final decision to be determined on next follow-up.
1/10/20: prescription for walker-closed fracture of right tibial plateau.
1/10/20: prescription for PT 2-3 times a week. Duration 4 weeks.
1/10/20: work excuse: unable to work. Will be able to return to work after next follow-up 2/21/20. Needs to complete one more month of therapy.
1/10/20: postop hardware removal: Comes to the office in a wheelchair even though all the fractures are long healed. Reports gaining weight and attending PT. Exam: wounds are healed. BMI 47.4. Can make a full fist with his hand. Wrist is stiff. Knee has full extension and flexion past 120°. Wrist x-ray confirms nonunion and malunion. Tibial plateau fracture has healed on x-ray. Plan: given work excuse for one month. Advised to get out of the wheelchair and walk. Given prescription for a walker. Wants to continue PT another month. Claimant continues to want to leave his nonunion and malunion alone.
12/19/19: leave and disability statement: needs one more month/4-6 weeks before returning to work. Needs PT.
12/11/19: physical therapy referral. Duration 4 weeks.
12/11/19: work excuse: not able to work. Will be able to return to work on “1/22/2019”.
12/11/19: postop hardware removal. No new complaints. Reports his job requires climbing heights. Exam: Windsor healed. Wrist is stiff. Needs PT. Weight-bearing as tolerated on leg. Tibial plateau has healed. Wrist x-ray shows malunion of distal radius. Knee x-ray shows healed tibial plateau. Discussion: weight-bearing as tolerated on leg. Will start PT for wrist rehabilitation. Given work excuse for 6 weeks.
11/26/19: operative report: removal of retained symptomatic hardware, plate and screws, left wrist; and, prominent screw right knee. Indication references prior internal fixation fractures. Left wrist fractures healed in a mall United position; however, the claimant does not want correction of the malunion, just plate removal.
11/6/19: reports MVA on 8/17/19. Hospitalized 20 days in California. Had right tibial plateau and left distal radius fractures treated with open reduction internal fixation. Also reports hairline fracture of the left tibial plateau treated nonsurgically. Denies symptoms on the left. No right-sided pain at the moment. Has had a splint on the left wrist to the current time. Wants to have hardware removal. Exam: presents in a wheelchair. Has been nonweightbearing on both legs since the accident. Well healed scars. Active knee motion 3/115°. Knee is stable. Knee x-rays show healed fracture. Posterior screw appears to be in the joint. Other screws appear to be in satisfactory position. Left distal radius fracture

appears to be healed in "his severe lumbar reduction". Also appears to be dislocation of the right distal radial ulnar joint present since the time of injury. X-rays show internal plates spanning the joint. Cannot make a fist due to finger stiffness. Also lacks finger extension. Was told by the California Dr. his fingers will not move completely unless the plate is removed. Discussion notes: discuss malreduction of the distal radioulnar joint and the associated future problems. Discussed osteotomy and correction of the deformity. Claimant only wants plates removed. Will also remove right knee screw that appears to be in the joint.

Dr. Patil:
11/4/19: follow-up ORIF left distal radius fracture and right tibial plateau fracture on 8/19/19. Exam: left upper extremity is in a short arm splint. Neurovascular intact. Right lower extremity: shows soft tissue injuries and swelling. Mild bony tenderness and crepitus about the tibial plateau. Full-motion except the right knee. Neurovascular intact with 4/5 muscle strength. Left lower extremity: soft tissue injuries and swelling. No bony tenderness and crepitus. Neurovascular intact. Muscle strength 4/5. Left wrist x-rays show distal radius fracture healing in displaced alignment. Bilateral knee x-rays show fracture healing and good alignment. No signs of hardware loosening. Recommends follow-up with Dr. Tejan for further evaluation.

Dr. Chin, orthopedic surgeon:
8/28/19: disability leave statement: estimates 6 months for return to work. Status post right tibia ORIF, left knee examination under anesthesia, left wrist open reduction internal fixation on 8/19/19. Medications include oxycodone and tramadol. To be nonweightbearing to right lower extremity and left upper extremity. Toe touch weight-bearing to left lower extremity.

Performance therapeutics, physical therapy:
1/29/20: status post hardware removal on 11/26/19. Wrist and tibial plateau were healed on x-rays with MD on 1/10/20. Advised to start weight-bearing as tolerated to the right lower extremity. Claimant reports difficulty grasping, gripping, walking to degree that affects ADLs. Bilateral knee pain 4/10. Dorsal wrist tenderness. Exam: 12/17/19 versus 1/29/20: left wrist: active: extension 10/55, flexion 40/55, supination 60/75. Passive: extension 40/70, flexion 50/80. Flexibility: left: only mild restriction of wrist flexors and extensors and slight restriction of finger extensors. Wrist and forearm weakness improved from -2 and -3 to +3 and 4/5. Mean in grip/pitch 15 pounds left versus 55 pounds right. Minimal difficulty with fine motor/grasp/full/push. Right knee: hip strength improved from -4/5 on 12/17/19 to 4/5 on 1/29/20 and equivalent to the left. Claimant reports unable to perform functional tasks for household ADLs secondary to pain and limitation. Plan: continue with current program.

Location unspecified PT evaluation:
9/16/19: mostly illegible. Seems to reference functional strength and motion of shoulders and elbows. Functional hip motion bilaterally with right greater than left hip weakness of

grade 4+/minus. Is homebound with residual weakness. Steps/stairs are safety hazards.
Plan: PT.

Electronically Signed

Wade Penny, MD

Board Certification: Orthopedic Surgery

Wade Penny, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: 7/24/20

Dr. Joseph Tejan
Fax: 956 – 389 – 3537

Re: Disability Benefits
Claimant Name: Jorge Garcia
Claimant DOB:
Claim Number: 9734661

Dear Dr. Tejan,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits. Attempts were made to reach you by phone on 7/22/20 and 7/24/20, but we were not able to connect. In consideration of unusual demands on your time and clinic scheduling concerns related to the coronavirus pandemic, I am submitting my analysis of your patient's medical records as it pertains to functional capacity in written form. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

**Brief overview of clinical presentation and course:**

The claimant is a 40-year-old right-hand dominant male with an 8/17/19 date of disability due to injuries sustained in a pedestrian versus motor vehicle accident. On 8/19/19 the claimant had internal fixation of a left distal radius fracture and a right tibial plateau fracture. A "hairline" left tibial plateau fracture was treated conservatively. Healing of all fractures was demonstrated on x-ray as of 11/4/19, as would be expected approaching 3 months from injury, and the tibial plateau fractures maintained excellent alignment throughout the course of treatment; however, a degree unspecified malunion of the left distal radius fracture was noted. On 11/26/19, the claimant had removal of the left wrist plate and screw fixation and of a single screw from the right tibial plateau suspected of being malpositioned in the joint.

The claimant consistently declined offers to pursue a surgical osteotomy to correct the left distal radius malunion, and treatment was focused on regaining left upper extremity strength and motion through therapy; however, there was only one therapy record on file dated 1/29/20 which referenced a prior assessment on 12/17/19.

Orthopedic records from 3/30/20 forward indicated the claimant's only complaint was limited left middle finger flexion; however, he was able to make a fist, there were no additional treatment recommendations, and he was recommended for as needed follow-up care on this date. In addition, orthopedic records describing ongoing left wrist stiffness did not quantify the loss of motion and were inconsistent with physical therapy records documenting almost normal passive motion of the left wrist as early as 1/29/20.

While on 3/30/20 the AP extended the claimant's work-release for an additional month because he did not want to return to work, on 7/9/20 the AP recommended return to unrestricted work including the capacity for DOT defined "heavy" function. The interim office visit of 5/29/20 reported generally unchanged complaints and exam findings, and did not recommend additional treatment.

**Conclusions regarding functional capacity:**

The weight of the medical evidence regarding the claimant's orthopedic conditions of a right tibial plateau fracture and left distal radius fracture with malunion supports restrictions and limitations from January 2020 to the present as follows:

From 1/1/20-2/24/20:

- Occasional bimanual exertion with up to 10 pounds of force to carry. Less than occasional left upper extremity exertion of up to 5 pounds to lift, push, pull; and, less than occasional handling and fingering with the left upper extremity. Unlimited right upper extremity function in the seated position including lift, push, pull, handle, and finger. Mostly seated activity with brief periods of standing or walking. Occasional standing and walking. Less than occasional climbing, stooping, crouching, kneeling.

Rationale:

As of 1/1/20 the claimant was 4 ½ months from his injuries and over month following uncomplicated hardware removal with x-ray evidence of healed fractures, and treatment was limited to the pursuit of physical therapy for wrist rehabilitation.

No greater than a 2 week interval of convalescence would be expected following removal of a single fixation screw from the right tibial plateau, and on 12/11/19 the claimant was recommended to begin weight-bearing as tolerated to his lower extremities.

However, PT findings on 12/17/19 of limited motion and strength support left upper extremity restrictions and limitations, and lower extremity deconditioning following a four-month interval of convalescence would not be unexpected. As such, the above noted restrictions and limitations are reasonably supported until the office visit of 2/24/20.

From 2/24/20-3/30/20:

- Occasional left upper extremity exertion of up to 5 pounds to lift, carry, push, pull; and, occasional handling and fingering. Unlimited right upper extremity function to lift, carry, push, pull, handle, finger. No restrictions or limitations for lower extremity function including carrying, standing, walking, climbing, stooping, crouching, or kneeling.

Rationale:

As of 2/24/20 the claimant was over 6 months from his injuries and 3 months from his hardware removal procedures, with ongoing treatment limited to the undocumented pursuit of physical therapy for residual left upper extremity stiffness.

While examination findings on 2/24/20 noted wrist stiffness, the claimant was able to make a fist, work restrictions were extended at the claimant's request to complete therapy before returning to work, and there was no documentation indicating the claimant pursued the additional 3 weeks of PT, which reasonably could have been pursued outside of work hours.

In addition, as of the last documented therapy appointment on 1/29/20; the claimant had only mild restriction of wrist flexion and extension and slight restriction of finger extension, had mean grip/pitch strength of 15 pounds with the left hand, and had only minimal difficulty with fine motor function, grasping, pulling and pushing.



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

X-rays of the claimant's right tibial plateau fracture documented healing in excellent position and without indications of arthritic change, there was no knee instability on examination, knee range of motion on 2/24/20 was functional at 2/115°, there was no indication of other knee pathology, orthopedic records as of 2/24/20 and beyond did not indicate ongoing knee complaints, there was no recommendation for advanced imaging studies for either knee, and there was no ongoing pursuit of treatment for knee conditions. As such, restrictions and limitations pertaining to lower extremity function are not supported as of 2/24/20 and beyond.

From 3/30/20 to the present and ongoing, and unless the review of additional medical records indicates otherwise:

- Exerting up to 100 pounds of force occasionally to lift and carry. Sitting, standing, and/or walking constantly. Unrestricted walking, bending, reaching, gripping, and right upper extremity use. Frequent handling and fingering with the left upper extremity.

Rationale:

As of 3/30/20 the claimant was over 7 months from his injuries and over 4 months from hardware removal procedures, and well beyond the expected interval of convalescence for return to unrestricted functional capacity.

Restrictions and limitations noted above are consistent with those recommended by Dr. Tejan on 7/9/20, with a last treatment date of 5/29/20, and no indication of additional medical evidence having been considered. Moreover, Dr. Tejan initially indicated the claimant could return to work 4-6 weeks beyond 12/19/19, restrictions and limitations were extended for one month on 3/30/20 based upon the claimant's statement he did not want to go back to work, and there were no significant changes in exam findings or the intensity of treatment between 3/30/20 and 5/29/20. As such, there is no compelling rationale supporting the claimant's inability to return to functional capacity as early as 3/30/20.

While residual impairment due to malunion of the left distal radius fracture with distal radioulnar joint malalignment was considered; the nondominant hand was involved, records did not indicate the magnitude of the malunion and up to moderate deformity can be well-tolerated, the claimant refused further treatment including corrective osteotomy, only mild restriction of wrist flexion and extension was noted during the physical therapy assessment on 1/29/20, on 1/29/20 there was only slight restriction of finger extension and only minimal difficulty with fine motor/grasp/pull/push, mean left grip/pitch strength on 1/9/20 was diminished compared to the right at 15 pounds but was improved to +3 and 4/5 since 12/17/19, ongoing improvement in strength and function would be expected with continued therapy that reportedly extended through the end of March, findings of significant but unquantified wrist stiffness on 3/30/20 and 5/29/20 were inconsistent with the therapy records from 1/29/20 noting active wrist flexion and extension of 55° and almost full passive motion, supination was almost normal at 75°, there was substantial difference between active and passive wrist motion testing in therapy suggesting effort based findings, OVNs on 3/30/20 in 5/29/20 noted less than full flexion of the left hand middle finger but the ability to make a fist, and the orthopedic OVN of 5/29/20 did not recommend continued therapy or other treatment for the left upper extremity.

While records contained intermittent reference to a non-union of left wrist, these records were inconsistent with; findings on the most recent left wrist x-rays that did not indicate a nonunion, the absence of treatment recommendations for a nonunion, and the level of functional capacity recommended by the AP on 7/9/20.

Other file evidence that is inconsistent with the claimant's reported level of functional impairment includes the following:



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Despite having x-ray findings of healed tibial plateau fractures and treatment recommendations for weight-bearing as tolerated as of 12/11/19, the claimant presented to his 1/10/20 office visit in a wheelchair.

The AP initially anticipated a return to work by 1/22/19, and the reported reasons for subsequent extensions of work releases included; the claimant not wanting to go back to work on 2/24/20 until completing 3 more weeks of therapy, which could have been pursued outside work hours, and, on 3/30/20, extending the release for one additional month because the claimant did not want to return to work.

While the claimant requested ongoing work absence to complete physical therapy, there were no records documenting PT attendance beyond 1/29/20, including the visit requested by the AP on 3/30/22 measure and report wrist motion.

There was no record indicating recommendations, or refills, for prescription strength pain medication beyond 9/2019.

The level of impairment reported in the claimant's activities questionnaire of 7/2/20 was inconsistent with the degree of symptoms documented in recent orthopedic records, and with the limited intensity of contemporaneous treatment.

As of January 2020, the weight of the medical evidence does not support additional impairment for the conditions of a hairline left tibial plateau fracture and morbid obesity because:

While the claimant sustained a hairline fracture of the left tibial plateau on 8/17/19; treatment was nonsurgical, as of 11/6/19 the claimant denied left lower extremity symptoms, as of 12/11/19 the fracture was healed as would be expected after 3 months of treatment, there were no records indicating other injuries or pathological conditions in the left knee, and there was no pursuit of ongoing treatment for left knee symptoms.

While records indicated the claimant was morbidly obese, this condition did not previously preclude functionality and the claimant's BMI was relatively stable during the course of recent treatment.

The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

Wade Penny, M.D.
Board Certified, Orthopedic Surgery

__ No changes/comments, OR
__ With changes/comments as noted above

______________ ______
Dr. Joseph Tejan Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**From:**RightFax E-mail Gateway Ashburn <rfax@va1smtp.lfg.com>
**Sent:**Fri, 24 Jul 2020 17:23:00 -0400
**To:**Penny, Wade
**Subject:**Your fax has been successfully sent to Dr Joseph Tejan at 9563893537.

Your fax has been successfully sent to Dr Joseph Tejan at 9563893537.
----------------------------------------------------------
5:19:51 PM 7/24/2020 Conversion Error Record
[003352dc]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (96ms)
Aspose #1: Success (22882ms)
Field Replacement #1: Success (52ms)
Word Automation #1: Microsoft Word is not installed on this server. (36ms)

5:20:00 PM 7/24/2020 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (16ms)
Image Optimization #1: Success (40ms)
PCL6 #1: Success (389ms)

7/24/2020 5:20:04 PM Transmission Record
Sent to 9563893537 with remote ID "9563893537"
Inbound user ID WANPE5, routing code 100
Result: (0) Success
Page record: 1 - 7
Elapsed time: 01:56 on channel 2

**From:**RightFax E-mail Gateway Ashburn <rfax@va1smtp.lfg.com>
**Sent:**Fri, 24 Jul 2020 17:28:40 -0400
**To:**Penny, Wade
**Subject:**Your fax has been successfully sent to Dr Joseph Tejan/ Attn: Patsy at 9563893537.

Your fax has been successfully sent to Dr Joseph Tejan/ Attn: Patsy at 9563893537.
------------------------------------------------------------
7/24/2020 5:25:55 PM Transmission Record
Sent to 9563893537 with remote ID "9563893537"
Inbound user ID WANPE5, routing code 100
Result: (0) Success
Page record: 1 - 7
Elapsed time: 02:02 on channel 4

5:25:57 PM 7/24/2020
Forwarded by: WANPE5

5:26:01 PM 7/24/2020 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (18ms)
Image Optimization #1: Success (6ms)
PCL6 #1: Success (373ms)

From: LFGNotifications@LFG.com
Sent: Monday, July 13, 2020 11:46:49 AM
To: .COM;
CC:
BCC:
Subject: [Send Secure]Charter Communications, Inc. Claim No. 9734661 Jorge Garcia
Attachments: sggpe2tyg1behmyonccj_8652034.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

July 13, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a board certified physician.

We anticipate a response from the reviewing board certified physician by August 6, 2020. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas
Patsy G
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:**

**Name: GARCIA, JORGE**

**DOB:**

**Date Range: 01/01/2020 to 07/09/2020**

**This document contains the following records of the patient:**
- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

**GARCIA, JORGE (id #1827661, dob: )**

## Clinical Documents

click here to view original file

E#1827661

05/12/20 12:48:43 Lincoln Financial -> athena Lincoln Financial Gr Page 002

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 381-5838
Secure Fax No.: (603) 334-5994

May 12, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 11, 2020 through present
- Completion of the Enclosed Forms:

X Restrictions Form
X Office Visit Notes

We ask that you provide this information by May 19, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

E#1827661



Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form

C#1827661



Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No: (844) 304-5868
Secure Fax No: (603) 334-5086

# Restrictions Form

Return To: Casey Abrams-Weaver

| | | |
|---|---|---|
| Jorge Garcia | | 9734661 |
| Employee (Claimant) Name | Date of Birth | Claim Number |

To be completed by physician

1. DATE FIRST TREATED --- 11-06-2019
DATE LAST TREATED --- 05-29-2020
NEXT OFFICE VISIT --- PRN.

S52.532S
S82.111S
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly.
- ☒ HEAVY Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

patient okay to do walking, bending, grasping.

4. RESTRICTIONS IMPOSED FROM Ø TO Ø.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

patient is able to return to work.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM .......... TO ..........

| | | |
|---|---|---|
| Joseph Tejon MD | MD - Orthopedics | 203059260 |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 2121 Pease St Suite 404 | 956-389-4710 | 956-389-3537 |
| Street Address | Telephone Number | Fax Number |
| Harlingen TX 78550 | [signature] | 7-9-2020 |
| City, State & Zip Code | Signature | Date |

E#1827661

05/12/20 12:40:37 Lincoln Financial -> athena Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7202
London, KY 40742-7202
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | May 12, 2020 |
| To: | JOSEPH TEJAN |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

This fax and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas
Erica V
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:**

## Attention: Corey

## Name: GARCIA, JORGE

## DOB:

## Date Range: 01/01/2020 to 07/08/2020

**This document contains the following records of the patient:**

- **Encounters and Procedures**
- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/29/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 05/29/2020 02:40PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Post-Op

PO SX 11/26/19 HARDWARE REMOVAL RIGHT KNEE AND LEFT WRIST// 4 wks f/u

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in Stated (187.96 cm) 05/29/2020 02:53 pm | **Wt:** | 369 lbs Stated Out of Range (167.38 kg) 05/29/2020 02:53 pm | **BMI:** | 47.4 05/29/2020 02:53 pm |
| **BP:** | 132/96 sitting L arm 05/29/2020 02:57 pm | **Pulse:** | 84 bpm 05/29/2020 02:57 pm | **T:** | 97.6 F° ear (36.44 C) 05/29/2020 02:57 pm |
| **Body Surface Area:** | 2.96 $m^2$ 05/29/2020 02:53 pm | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Medications not reviewed (last reviewed 03/30/2020)

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Family History not reviewed (last reviewed 03/30/2020)

## Social History

Reviewed Social History
Advance directive: N
Does the patient have Fever OR Cough OR Shortness of Breath?: N
Does the patient have at least TWO of these symptoms? Diarrhea, Chills, Muscle Pain, Repeated Shaking & Chills, Headache, Sore Throat, or New Loss of Taste/Smell: N
In the last 14 days, has the patient had contact with a COVID-19 positive patient or a COVID-19 suspect patient awaiting test results?: N
If pulse oximetry was done: Is the patient's Sp02 less than 93% on room air?: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
If you are a former tobacco user, what year did you quit using tobacco?: 0
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 0
Urinary incontinence assessment performed?: N
Most Recent Tobacco Use Screening: 12/11/2019
Gender identity : Identifies as Male
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 03/30/2020)
- Removal of kidney stone - 2017

## Past Medical History

Past Medical History not reviewed (last reviewed 03/30/2020)
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

Status post hardware removal. He is on a complaint today was he has not regained his full flexion of his middle finger. He can make a fist. His wrist is obviously very stiff. Patient is on disability.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 40-year-old male.

No infection. No swelling. The wrist has minimal motion. He can make a fist. Sensation is normal his capillary seen. X-ray showed his malunion of his distal radius.

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

. **Body mass index 40+ - severely obese**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

- A HEALTHY LIFESTYLE: CARE INSTRUCTIONS

. **Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela
- XR, WRIST

. **Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela
- XR, KNEE

**)iscussion Notes**

X-rays discussed with the patient. There is really nothing I can offer him at this moment. I have arranged to see him on a when necessary basis. Patient wants to be disabled and he is going to make arrangement to see a disability doctor. Patient also has a lawyer. I will see him in the future if there is a problem.

## Return to Office

Jone recorded.

## Encounter Sign-Off

Encounter signed-off by Joseph Moi Tejan, MD, 05/29/2020.
Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 05/29/2020 at 3:37pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 03/30/2020 02:20PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Prescription: EXPRESS SCRIPTS - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details | | |

## Chief Complaint

Post-Op

DOS: 11/26/2020. Removal of plates & screws left wrist. Removal of prominet screw right knee.

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in Stated (187.96 cm) 03/30/2020 01:28 pm | **Wt:** | 369 lbs Stated (167.38 kg) 03/30/2020 01:28 pm | **BMI:** | 47.4 03/30/2020 01:28 pm |
| **BP:** | 160/95 sitting L arm 03/30/2020 01:32 pm | **HR:** | 92 03/30/2020 01:32 pm | **T:** | 97.8 F° ear (36.56 C) 03/30/2020 01:31 pm |
| **Body Surface Area:** | 2.96 $m^2$ 03/30/2020 01:28 pm | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Advance directive: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 12/11/2019
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
If you are a former tobacco user, what year did you quit using tobacco?: 0
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 0
Urinary incontinence assessment performed?: N
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual
Gender identity : Identifies as Male

## Surgical History

Reviewed Surgical History
- Removal of kidney stone - 2017

## Past Medical History

Reviewed Past Medical History
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

His only complaint today was the middle finger on the left does not fully first the palm of his hand. Otherwise he is pleased with his progress. But he does not want to go back to walking at.

## ROS

**Additionally reports:**

**No new health changes**

## Physical Exam

Patient is a 40-year-old male.

All the wounds have healed. Without active infection. The fingers do touchdown on the left. The middle finger far less than the others. Sensation is normal. Brisk capillary refill. Painless range of motion of his wrist. Reduced radial deviation on a deviation. As well as, palmer and dorsal deviation. I've asked the physical therapist to perform a measurement of the ranges. X-ray of the knee shows a tibia plateau has healed in a position is excellent. X-ray of the wrist shows a malunion of his distal radius.

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

. **Body mass index 40+ - severely obese**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- A HEALTHY LIFESTYLE: CARE INSTRUCTIONS

. **Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela
- XR, WRIST

. **Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela
- XR, KNEE

**Patient Instructions**

Patient does not want to return to work side gave him an excuse for 1 month. He wants to remain disabled and asked him to look for disability doctor. There is not much I can offer him at the moment. As his progress has remained plateaued. I do not make a formal appointment but would like to see him if this is necessary.

### Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Joseph Moi Tejan, MD, 03/30/2020.
Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 03/30/2020 at 1:57pm

**Encounter Date: 02/24/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 02/24/2020 03:00PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Prescription: EXPRESS SCRIPTS - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details | | |

## Chief Complaint

Post-Op

DOS: 11/26/2020. Removal of plates & screws. Left wrist & removal of prominent screw right knee

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in Stated (187.96 cm) 02/24/2020 04:26 pm | **Wt:** | 369 lbs Stated Out of Range (167.38 kg) 02/24/2020 04:26 pm | **BMI:** | 47.4 02/24/2020 04:26 pm |
| **BP:** | 159/88 sitting R wrist 02/24/2020 04:31 pm | **HR:** | 90 02/24/2020 04:31 pm | **T:** | 98.3 F° ear (36.83 C) 02/24/2020 04:30 pm |
| **Body Surface Area:** | 2.96 $m^2$ 02/24/2020 04:26 pm | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Advance directive: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 12/11/2019
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
If you are a former tobacco user, what year did you quit using tobacco?: 0
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 0
Urinary incontinence assessment performed?: N
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual

Gender identity : Identifies as Male

## Surgical History

Reviewed Surgical History
- Removal of kidney stone - 2017

## Past Medical History

Reviewed Past Medical History
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

Status post removal of hardware

## ROS

**Additionally reports:**

**No new changes**

## Physical Exam

Patient is a 40-year-old male.

No infection noted drainage. All the wounds have healed.
Name range of motion 2°to115° and the knee stable.
The wrist is stiff but he can make a fist. Normal sensation and brisk capillary refill.
X-ray Axis of the wrist 2 views shows the malunion. No other complication

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

. **Body mass index 40+ - severely obese**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- A HEALTHY LIFESTYLE: CARE INSTRUCTIONS

. **Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela
- XR, WRIST

. **Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela
- XR, KNEE

**)iscussion Notes**
He has 3 more weeks of physical therapy. He does not want to go back to work on TEDs finishes therapy. His paperwork was done correctly.

### Return to Office

- to see Joseph Moi Tejan, MD at VBPN_OrthoSpecialtyAssociates_HGN on or around 03/23/2020
- Joseph Moi Tejan, MD for F/U (P) at VBPN_OrthoSpecialtyAssociates_HGN on 03/23/2020 at 01:00 PM

## Encounter Sign-Off

Encounter signed-off by Joseph Moi Tejan, MD, 02/24/2020.
Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 02/24/2020 at 6:28pm

**Encounter Date: 01/10/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 01/10/2020 01:40PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |

**Provider** JOSEPH MOFTEJAN, MD

**Insurance** Med Primary: BCBS-TX
Insurance # : UCR255M87616
Policy/Group # : 230018ACA2
Prescription: EXPRESS SCRIPTS - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details

## Chief Complaint

Established Patient

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

01/10/2020 01:18 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in (187.96 cm) | **Wt:** | 369 lbs With clothes (167.38 kg) | **BMI:** | 47.4 |
| **BP:** | 132/87 sitting L arm | **Pulse:** | 74 bpm | **T:** | 98.6 F° ear (37 C) |
| **Body Surface Area:** | 2.96 $m^2$ | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Advance directive: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 12/11/2019
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
If you are a former tobacco user, what year did you quit using tobacco?: 0
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 0
Urinary incontinence assessment performed?: N
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual
Gender identity : Identifies as Male

## Surgical History

Reviewed Surgical History
- Removal of kidney stone - 2017

## Past Medical History

Reviewed Past Medical History
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

Status post removal hardware left distal radius. And right proximal tibia. Patient states he came to the office today in a wheelchair. A window all the fractures are long healed. He has gained significant amount of weight. He is attending physical therapy.

## ROS

**Additionally reports:**

**No new changes**

## Physical Exam

Patient is a 40-year-old male.

The wounds have healed. No infection. The hand can make a full fist. Normal sensation and brisk capillary refill. The wrist is stiff. The knee has a full extension and flexion past 120°.
X-ray of the wrist confines the nonunion and malunion. X-ray of the tibia plateau shows the fracture has healed.

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

. **Body mass index 40+ - severely obese**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- A HEALTHY LIFESTYLE: CARE INSTRUCTIONS
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

. **Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela
- XR, WRIST

Possibility of Pregnancy?: N
Provide films to patient: N
Shielded?: N
Side: LEFT
Views (X-RAY, WRIST): PA, Lateral and Oblique

. **Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela

S82.111S: Displaced fracture of right tibial spine, sequela

- XR, KNEE

| | |
|---|---|
| Possibility of Pregnancy?: N | Provide films to patient: N |
| Shielded?: N | Side: BILATERAL |
| Views (X-RAY, KNEE): AP & Lateral | Weighted/Unweighted: Unweighted |

XR, WRIST

- Possibility of Pregnancy?: N, Provide films to patient: N, Shielded?: N, Side: LEFT, Views (X-RAY, WRIST): PA, Lateral and Oblique

XR, KNEE

- Possibility of Pregnancy?: N, Provide films to patient: N, Shielded?: N, Side: BILATERAL, Views (X-RAY, KNEE): AP & Lateral, Weighted/Unweighted: Unweighted

**Discussion Notes**

We gave him to walk excuse for 1 month. Have advised him to get out of the wheelchair nonwork. I given a prescription for a walker. He wants to continue physical therapy for another month. Advantages to several advantages have been discussed with him again. Again we did this cause how he has decided to leave his nonunion and malunion alone. Advantages and disadvantages as Y history this was also discussed with him.

### Return to Office

- Joseph Moi Tejan, MD for F/U (P) at VBPN_OrthoSpecialtyAssociates_HGN on 02/21/2020 at 01:20 PM

### Encounter Sign-Off

Encounter signed-off by Joseph Moi Tejan, MD, 01/10/2020.
Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 01/10/2020 at 2:35pm

## Clinical Documents

**Performance Therapeutics**

Performance Therapeutics-Harlingen
310 N Ed Carey Drive
Suite B
Harlingen, TX, USA, 78550
Phone: (956) 622-3105, Fax: (956) 622-3106

| | | | |
|---|---|---|---|
| **Patient:** | **Jorge Garcia** | | |
| Acct #: | 57688 | | |
| DOB: | | Visit Date: | **Jan 29, 2020** |
| Physician: | Joseph Tejan | Phys Phone: | (972) 283-0200 |
| Phys Fax: | (972) 283-2515 | SSN: | |
| Physician: | Not specified | Inj. Date: | Dec 16, 2019 |
| Clinician: | Mary Katherine S. Ang | Surg. Date: | Nov 26, 2019 |
| FSC: | BCBS | Visits: | 13 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | BCBS | Employer: | |
| Pol/Claim#: | UCR255M87616 | Insured: | |

# Re-Evaluation *Progress Report (No Re-eval Charge)*

## Diagnoses

| | | |
|---|---|---|
| Left Wrist/Hand | S52.532S | Colles' fracture of left radius, sequela |
| Left Knee | M25.562 | Pain in left knee |
| Right Knee | S82.111S | Displaced fracture of right tibial spine, sequela |

## General Information

**History of Injury:**

- Present condition started 11/26/19 patient s/p hardware removal on (L) wrist and (R) knee. Patient reported he had PT session at home for his (R) knee. Recent follow up with referring MD dated 12/11/19, based on medical record wounds on his wrist and tibial plateau has healed. Patient was instructed to start weight bearing on his (R) LE as tolerated. At present, patient has difficulty in grasping, gripping objects, walking that affects his ADLs. Patient was referred to PT for evaluation and treatment

**Date of Birth:**

- Date

**Treatment Guidelines:**

- Evaluate and Treat — Additional Detail: As per Rx, Duration: As per Rx
- Contraindications — 1: None

**Patient Preferences:**

- Language: Preferred for Discussing Health Care: English.

**Received new referral order dated 1/10/20 from the referring MD with additional diagnosis on (L) knee.**

## Subjective Examination

**Daily Comments:**

- Overall Condition is: Improving. Disposition: Patient reported he had follow up appointment with his referring MD dated 1/10/20. X ray was done on (B) knees and (L) wrist, patient states healing was good. Report of outcome from Doctors visit: Continue with rehab.

***Right Knee***

**Chief Complaint:**

- Pain: pain on (B) knees 4/10

## Objective Examination

**Palpation:**

- Pt with tenderness to palpation noted dorsal aspect of wrist.

**Range of Motion: Wrist Complex: Pre-Treatment:**

| | Initial Dec 17, 2019 | | | | Current Jan 29, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | | | L.Act. | Pas. | R. Act. | Pas. |
| Extension(Left - Tighness at End Range) | 10 | 40 | | | 55 | 70 | | | 45 | 30 | | |
| Flexion(Left - Tightness at End Range) | 40 | 50 | | | 55 | 80 | | | 15 | 30 | | |
| Forearm - Supination(Left - Tightness at End Range) | 60 | | | | 75 | | | | 15 | | | |

**Flexibility:**

| | Left |
|---|---|
| Wrist Extensors | Mild Restriction |
| Wrist Flexors | Mild Restriction |
| Finger Extensors | Slight Restriction |



PAGE 12/29 * RCVD AT 7/8/2020 5:14:21 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033345994 * CSID:athena * ANI:6173936904 * DURATION (mm-ss):12-28

Performance Therapeutics

**Patient:** Jorge Garcia
Acct #: 57688

Visit Date: **Jan 29, 2020**

| Muscle Testing: Upper Extremity MMT: | Initial Dec 17, 2019 Left | Current Jan 29, 2020 Left | Change Left | Change Right |
|---|---|---|---|---|
| • Forearm Pronation | -3/5 | 4/5 | Inc'd | |
| • Forearm Supination | -3/5 | 4/5 | Inc'd | |
| • Wrist Extension: | -2/5 | +3/5 | Inc'd | |
| • Wrist Flexion: | -2/5 | +3/5 | Inc'd | |

**Muscle Testing: Grip/Pinch: Dynamometer II Elbow Flexed: Measures:** Left / Right

- Mean. 15.0 Pounds 55.0 Pounds

**Function: Pt unable to perform functional tasks for household ADL secondary to pain and limitation.**

**Observations:**

- 16 cm healed stiches on dorsal aspect of (L) wrist; forearm

**Functional Tests: ADL: Activities: Assessment:**

- Fine Motor — Minimal difficulty
- Grasping — Minimal difficulty
- Pull — Minimal difficulty
- Push — Minimal difficulty

***Right Knee***

**Observations:**

- 10 cm healed stiches on (R) proximal aspect of knee

**Functional Tests:**

- Movement: Five Time Sit to Stand (FTSTS): 22 seconds

| Muscle Testing: Lower Extremity MMT: | Initial Dec 17, 2019 Right | Current Jan 29, 2020 Left | Current Jan 29, 2020 Right | Change Left | Change Right |
|---|---|---|---|---|---|
| • Hip Abduction | -4/5 | 4/5 | 4/5 | | Inc'd |
| • Hip Extension | -4/5 | 4/5 | 4/5 | | Inc'd |
| • Hip Flexion | -4/5 | 4/5 | 4/5 | | Inc'd |

# Treatments

**Functional/ADL Activities: Self Care Training:**

- Self Care Training Activity 1(This visit) — Did Not Perform: This visit

**Modalities:**

- Paraffin — Time Elapsed: 15 Minutes, Technique: Dip, Clinical Use: Pre Activity, Billing Code: 97018.

**Exercise Activities: Flexibility:**

- Finger Extensor Musculature(This visit) — Did Not Perform: This visit
- Wrist Extensor Musculature(This visit) — Did Not Perform: This visit
- Wrist Flexor Musculature(This visit) — Did Not Perform: This visit

**Exercise Activities: Isometrics:**

- -Gripping(progressed to BLACK next session) — Time Elapsed: 5 Minutes, Technique: GREEN DIGIFLEX, Billing Code: 97110.

**Exercise Activities: Tubing/Bands:**

- Tubing/Bands 1(dc for next session) — Time Elapsed: 5 Minutes, Tubing/Band Color: Red, Resistance: Concentric/Eccentric, Description: FINGER WEB, Billing Code: 97110.
- Tubing/Bands 2(progressed to BLUE next session) — Time Elapsed: 5 Minutes, Tubing/Band Color: Green, Resistance: Concentric/Eccentric, Description: FLEX BAR, Billing Code: 97110.

Performance Therapeutics

Patient: Jorge Garcia
Acct #: 57688

Visit Date: Jan 29, 2020

| | |
|---|---|
| • Tubing/Bands 3(progressed) | Time Elapsed: 5 Minutes, Tubing/Band Color: RED, Resistance: Concentric/Eccentric, Description: FINGER EXTENSION, Billing Code: 97110. |
| **Exercise Activities: Theraputty:** | |
| • Pinch Activities(dc for next session) | Did Not Perform: dc for next session |
| • Pulling Activities(dc for next session) | Did Not Perform: dc for next session |
| • Rolling Activities(dc for next session) | Did Not Perform: dc for next session |
| **Exercise Activities: Dynamic Training: Coordination/Dexterity:** | |
| • Wrist Roller(dc for next session) | Did Not Perform: dc for next session |

***Right Knee***

| | |
|---|---|
| **Exercise Activities: Aerobic Conditioning:** | |
| • Aerobic Conditioning 1(dc for next session) | Time Elapsed: 10 Minutes, Description: MINI SHUTTLE, Billing Code: 97110. |
| **Exercise Activities: Tubing/Bands:** | |
| • Hip Abduction (Tubing)(progressed to BLACK next session) | Time Elapsed: 5 Minutes, Tubing/Band Color: Green, Additional Detail: 6 sec hold, Billing Code: 97110. |
| • Hip Extension (Tubing)(progressed to BLACK next session) | Time Elapsed: 5 Minutes, Tubing/Band Color: Green, Additional Detail: 6 sec hold, Billing Code: 97110. |
| • Hip Flexion (Tubing)(progressed to BLACK next session) | Time Elapsed: 5 Minutes, Tubing/Band Color: Green, Additional Detail: 6 sec hold, Billing Code: 97110. |

**Modalities:**

**Exercise Activities: Dynamic Training: Total Gym:**

**Exercise Activities: Dynamic Training: Balance/Proprioception:**

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Paraffin Bath | 97018 | 1 | n/a |
| • Therapeutic Procedure | 97110 | 3 | 45 |

## Assessment

**The patient has been educated regarding their diagnosis, prognosis and related pathology. The patient exhibits excellent understanding and performance of the therapeutic activity/instructions outlined during this skilled rehabilitation session.**

**Impairments Identified:**

- ADL Function. ADL's. Endurance. Fatigue. Flexibility. Functional Activities. Joint Integrity/Mobility. Muscle Performance. Pain. Range of Motion. Strength. Transfers. Weakness.

**Presentation:**

- Symptoms consistent with referring diagnosis.

**Treatment Emphasis to focus on:**

- Pain relief. Maximizing function related to: ADL's. Controlling and Normalizing: Mobility.

**Recommendations:**

- Re-Check with Physician. Continue with current rehabilitation program.

## Problems & Goals

***Problem #1***

**Palpation: Pt with tenderness to palpation noted dorsal aspect of wrist.**

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: No tenderness to palpation.

***Problem #2***

**Range of Motion: Wrist Complex: Pre-Treatment.**

**Performance Therapeutics**

**Patient:** **Jorge Garcia**
Acct #: 57688
Visit Date: **Jan 29, 2020**

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
**Pt with pain free functional AROM.**

***Problem #3***
**Flexibility.**
*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
**Pt with adequate UE flexibility.**

***Problem #4***
**Muscle Testing: Upper Extremity MMT.**
*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
**5-/5.**

***Problem #5***
**Function: Pt unable to perform functional tasks for household ADL secondary to pain and limitation.**
*LTG Achieve by Feb 26, 2020. Progress: Some progress.*
**Pt able to complete all functional ADL for home environment without pain or limitation.**

***Problem #6***
**Muscle Testing: Grip/Pinch: Dynamometer II Elbow Flexed: Measures.**
*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
**Patient will demonstrate increase in grip strength on (L) hand in lbs**

***Problem #7***
**Functional Tests: ADL: Activities: Assessment.**
*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
**Patient will be able to perform hand functions without difficulties**

***Right Knee***

***Problem #8***
**Functional Tests: Movement: Five Time Sit to Stand (FTSTS): 22 seconds**
*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
**Patient will be able to do FTSTS for less than 15 sec without complaints of difficulty**

***Problem #9***
**Muscle Testing: Lower Extremity MMT.**
*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
5-/5

## Plan

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Recommendations:**
- Continue with current program.

**Refer Client to:**
- Physician for Re-Check.

**Therapeutic Contents:**
- Aerobic Conditioning: MINI SHUTTLE. Client Education. Home Exercise Program. Manual Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Stretching/Flexibility Activities. Therapeutic Exercise.
- Electrical Stimulation (E-Stim): Unattended. Paraffin. Moist Hot Pack. Interferential Stimulation.

Performance Therapeutics

Patient: Jorge Garcia
Acct #: 57688

Visit Date: Jan 29, 2020

Electronically authenticated.

Mary Katherine S. Ang, PT(TX Lic: 1277378)
Signed on Jan 29, 2020 16:24:47

Performance Therapeutics

Performance Therapeutics-Harlingen
310 N Ed Carey Drive
Suite B
Harlingen, TX, USA, 78550
Phone: (956) 622-3105, Fax: (956) 622-3106

| | | | |
|---|---|---|---|
| **Patient:** | **Jorge Garcia** | | |
| Acct #: | 57688 | | |
| DOB: | | Visit Date: | **Jan 29, 2020** |
| Physician: | Joseph Tejan | Phys Phone: | (972) 283-0200 |
| Phys Fax: | (972) 283-2515 | SSN: | |
| Physician: | Not specified | Inj. Date: | Dec 16, 2019 |
| Clinician: | Mary Katherine S. Ang | Surg. Date: | Nov 26, 2019 |
| FSC: | BCBS | Visits: | 13 |
| Case Mgr: | | CxI/Ns: | 0 |
| Payor: | BCBS | Employer: | |
| Pol/Claim#: | UCR255M87616 | Insured: | |

# Plan of Care

## Diagnoses

| | | |
|---|---|---|
| Left Wrist/Hand | S52.532S | Colles' fracture of left radius, sequela |
| Left Knee | M25.562 | Pain in left knee |
| Right Knee | S82.111S | Displaced fracture of right tibial spine, sequela |

## Assessment

**The patient has been educated regarding their diagnosis, prognosis and related pathology. The patient exhibits excellent understanding and performance of the therapeutic activity/instructions outlined during this skilled rehabilitation session.**

**Impairments Identified:**

- ADL Function. ADL's. Endurance. Fatigue. Flexibility. Functional Activities. Joint Integrity/Mobility. Muscle Performance. Pain. Range of Motion. Strength. Transfers. Weakness.

**Presentation:**

- Symptoms consistent with referring diagnosis.

**Recommendations:**

- Re-Check with Physician. Continue with current rehabilitation program.

**Treatment Emphasis to focus on:**

- Pain relief. Maximizing function related to: ADL's. Controlling and Normalizing: Mobility.

## Problems & Goals

***Problem #1***

**Palpation: Pt with tenderness to palpation noted dorsal aspect of wrist.**

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: No tenderness to palpation.

***Problem #2***

| **Range of Motion: Wrist Complex: Pre-Treatment.** | **Left AROM** | **Left PROM** |
|---|---|---|
| • Extension(Left - Tightness at End Range) | 55 | 70 |
| • Flexion(Left - Tightness at End Range) | 55 | 80 |
| • Forearm - Supination(Left - Tightness at End Range) | 75 | |

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*

**Pt with pain free functional AROM.**

***Problem #3***

| **Flexibility.** | Left |
|---|---|
| • Finger Extensors | Slight Restriction |
| • Wrist Extensors | Mild Restriction |
| • Wrist Flexors | Mild Restriction |

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*

**Pt with adequate UE flexibility.**

***Problem #4***

| **Muscle Testing: Upper Extremity MMT.** | Left |
|---|---|
| • Forearm Pronation | 4/5 |

Performance Therapeutics

Patient: Jorge Garcia
Acct #: 57688

Visit Date: Jan 29, 2020

| | |
|---|---|
| • Forearm Supination | 4/5 |
| • Wrist Extension: | +3/5 |
| • Wrist Flexion: | +3/5 |

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
5-/5.

*Problem #5*

**Function: Pt unable to perform functional tasks for household ADL secondary to pain and limitation.**

*LTG Achieve by Feb 26, 2020. Progress: Some progress.*

**Pt able to complete all functional ADL for home environment without pain or limitation.**

*Problem #6*

| Muscle Testing: Grip/Pinch: Dynamometer II Elbow Flexed: Measures. | Left | Right |
|---|---|---|
| • Mean. | 15.0 Pounds | 55.0 Pounds |

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*

**Patient will demonstrate increase in grip strength on (L) hand in lbs**

*Problem #7*

| Functional Tests: ADL: Activities: Assessment. | |
|---|---|
| • Fine Motor | Minimal difficulty |
| • Grasping | Minimal difficulty |
| • Pull | Minimal difficulty |
| • Push | Minimal difficulty |

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*

**Patient will be able to perform hand functions without difficulties**

### *Right Knee*

*Problem #8*

**Functional Tests: Movement: Five Time Sit to Stand (FTSTS): 22 seconds**

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*

**Patient will be able to do FTSTS for less than 15 sec without complaints of difficulty**

*Problem #9*

| Muscle Testing: Lower Extremity MMT. | Left | Right |
|---|---|---|
| • Hip Abduction: | 4/5 | 4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 |

*LTG Achieve by Feb 26, 2020. Progress: Good progress.*
5-/5

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Recommendations:**

- Continue with current program.

**Refer Client to:**

- Physician for Re-Check.

**Therapeutic Contents:**

- Aerobic Conditioning: MINI SHUTTLE Client Education. Home Exercise Program. Manual Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Stretching/Flexibility Activities. Therapeutic Exercise.
- Electrical Stimulation (E-Stim): Unattended. Paraffin. Moist Hot Pack. Interferential Stimulation.

Performance Therapeutics

Patient: Jorge Garcia
Acct #: 57688

Visit Date: Jan 29, 2020

Electronically authenticated.

Mary Katherine S. Ang, PT(TX Lic: 1277378)
Signed on Jan 29, 2020 16:24:47

**Please Sign and Return**

**Certification Period: From: Feb 17, 2020 To: Mar 15, 2020**

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions:**

| | | |
|---|---|---|
| [signature] | 07-05-2020 | Joseph Tegan MD |
| **Physician/NPP Signature** | **Date** | **Print Name and Credentials** |

**Patient: Jorge Garcia** **DOB:**
**Facility Fax:** (956) 622-3106



PAGE 19/29 * RCVD AT 7/8/2020 5:14:21 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033345994 * CSID:athena * ANI:6173936904 * DURATION (mm-ss):12-28

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No. (603) 334-5994

| | |
|---|---|
| Date: | January 29, 2020 |
| To: | JOSEPH TEJAN |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

Important

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No (844) 384-5858
Secure Fax No.: (603) 334-5994

January 29, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 19, 2019 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by February 5, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# Restrictions Form

Return To: Corey Abrams-Weaver

| Jorge Garcia | | 9734661 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 11-06-2020 closed fx of (L) radius
   DATE LAST TREATED — 01-10-2020 closed fx of (R) tibia spine
   NEXT OFFICE VISIT — 02-21-2020
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   pt w/ ROM limitations on (L) radius. Pt still not able to walk for long periods of time.

4. RESTRICTIONS IMPOSED FROM 11-26-2019 TO 02-21-2020.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   pt is currently attending physical therapy
   return to work date final decision to be determined on next f/u.
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   currently finishing PT for complete rehab due to still having ROM limitations
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 11-06-19 TO 01-10-2020

| | | |
|---|---|---|
| Joseph Tejon MD | MD-Orthopedics | 203059260 |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 2121 Pease St Suite 404 | 956-389-4710 | 956-389-3537 |
| Street Address | Telephone Number | Fax Number |
| Harlingen TX 78550 | [signature] | 02-01-2020 |
| City, State & Zip Code | Signature | Date |

Valley Baptist
Physician Network

**Orthopedic Specialty Associates**

2121 Pease St Ste 404 Harlingen, TX 78550-8327
(956) 389-4710 Fax: (956) 389-3537

DATE: Jan 10, 2020

PATIENT NAME: Jorge Garcia DOB: ______

To Whom It May Concern;

The patient was seen in my office and it has been determined that the DME listed below is warranted.

For Diagnosis of: Closed fx of (R) tibia plateau.

| | |
|---|---|
| Cock Up Splint | Thumb Spica Splint |
| Air Cast Splint | Cane |
| CAM Walker Boot | Walker (circled) |
| Equalizer Boot Duty | Wheelchair |
| Knee Immobilizer | Knee Scooter |

Other: ______

[signature]

Dr. Joseph Tejan, M.D

Valley Baptist
Physician Network

Orthopedic Specialty Associates
2121 Pease St., Suite 404
Harlingen, Texas 78550
(956) 389-4710

School/ Work Excuse

Date: Jan 10, 2020

This is to certify that patient, Jorge Garcia DOB: ___

Has been under my care on/from: Jan 10, 2020

Patient will be able to return to school/ work on after next f/u 2/21/2020

Please take this into consideration when reviewing the time away from work/school.

Special instructions:

[ ] Patient is able to return to work/ school with no restrictions

[X] Patient is not able to return to work / school

[ ] Patient is able to return to work / school with the following limitations:

- ___ Use of Crutches / Walker/ Wheelchair
- ___ Elevated extremities (s) L / R
- ___ No Physical Education
- ___ Activity as Tolerated
- ___ May have recess/No recess

[ ] Other Pt needs to complete one more month of therapy

If there are any questions on this document, please feel free to call the office.

Provider / Office Representative

**Dr. Joseph Tejan, M.D.**

**NEW LOCATION**

☐ **BROWNSVILLE**
1740 Boca Chica Blvd.
Ste. 500
Brownsville, Tx 78520
P.956.561.4940

☒ HARLINGEN
310 N. Ed Carey Dr. Ste. B
Harlingen, Tx 78552
P.956.622.3105

☐ EDINBURG
2502 W. Freddy Gonzalez
Ste. B
Edinburg, Tx 78539
P.956.381.1600

☐ ELSA
720 E. Edinburg Ave.
Ste. 1009
Elsa, Tx 78543
P.956.262.9131

☐ WESLACO
1210 E. 8th St. Ste. 1-A
Weslaco, Tx 78596
P.956.351.5870

☐ McALLEN SOUTH
500 Lindberg Ave.
McAllen, Tx 78501
P.956.687.4555

☐ McALLEN EAST
320 N. McColl Rd.
McAllen, Tx 78501
P.956.627.0155

☐ MISSION
1317 St. Claire Ste. A#2
Mission, Tx 78572
P.956.584.3535

☐ RIO GRANDE CITY
201 N. FM 3167 Ste. E
Rio Grande City, Tx 78582
P.956.488.1999

☐ ROMA
630 E. Bravo Blvd. #2
Roma, Tx 78584
P.956.847.4424

☐ SAN ANTONIO
7220 Louis Pasteur
Ste. 144
San Antonio, Tx 78229
P.210.290.9335

☐ DEL RIO
612 N. Bedell Ave. Ste. D
Del Rio, Tx 78840
P.830.488.6265

☐ EAGLE PASS
2483 2nd St Ste. B
Eagle Pass, Tx 78852
P.830.776.5191

**Performance Therapeutics**
Physical Therapy & Sports Medicine

# PHYSICAL THERAPY REFERRAL

Name: Jorge Garcia DOB: 
Phone: SS#: — DOI: —
Diagnosis: (L) Knee (R) Knee (L) Radius ICD10:
Precautions:
Comments:

☐ Appt. Time: ☐ Transportation

☐ Physical Therapy ☒ Re-Eval and Continue Treatment
☒ Eval and Treat
Frequency: 2-3 x Week Duration: 4 Weeks

**INSURANCE:**
☐ Medicare ☐ Medicaid ☐ Private Insurance ☐ CHIPS
☐ Worker's Comp ☐ Private Pay ☐ VA

**HOME HEALTH**
**NAME:**

Physician's Signature: [signature] Date: Jan 10, 2020
Physician's Printed Name: Joseph Tejan Phone: 389-4710
Attending Nurse: Patty G- Fax: 389-3537

**performancetherapeutics.com**
**PH.: 1-866-REHAB-89 | FAX: 855-REFER PT**
(734-2289) (733-3778)

Valley Baptist
Physician Network

Orthopedic Specialty Associates
2121 Pease St., Suite 404
Harlingen, Texas 78550
(956) 389-4710

School/ Work Excuse

Date: Jan 10, 2020

This is to certify that patient, Jorge Garcia DOB: ______

Has been under my care on/from: Jan 10, 2020

Patient will be able to return to school/ work on: after next f/u 2/21/2020

Please take this into consideration when reviewing the time away from work/school.

Special instructions:

[ ] Patient is able to return to work/ school with no restrictions

[X] Patient is not able to return to work / school

[ ] Patient is able to return to work / school with the following limitations:

- ____ Use of Crutches / Walker/ Wheelchair
- ____ Elevated extremities (s) L / R
- ____ No Physical Education
- ____ Activity as Tolerated
- ____ May have recess/No recess

[ ] Other Pt needs to complete one more month of therapy

If there are any questions on this document, please feel free to call the office.

[signature]

Provider / Office Representative

**Dr. Joseph Tejan, M.D.**

Valley Baptist Physician Network

Orthopedic Specialty Associates
2121 Pease St., Suite 404
Harlingen, Texas 78550
(956) 389-4710

School/ Work Excuse

Date: Jan 10, 2020

This is to certify that patient, Jorge Garcia DOB: ____________

Has been under my care on/from: Jan 10, 2020

Patient will be able to return to school/ work on: after next f/u 2/21/2020

Please take this into consideration when reviewing the time away from work/school.

Special instructions:

[ ] Patient is able to return to work/ school with no restrictions

[X] Patient is not able to return to work / school

[ ] Patient is able to return to work / school with the following limitations:

- ____ Use of Crutches / Walker/ Wheelchair
- ____ Elevated extremities (s) L / R
- ____ No Physical Education
- ____ Activity as Tolerated
- ____ May have recess/No recess

[ ] Other: Pt needs to complete one more month of therapy

If there are any questions on this document, please feel free to call the office.

[signature]
Provider / Office Representative

**Dr. Joseph Tejan, M.D.**

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas
Liza P
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:**

## Name: GARCIA, JORGE

## DOB:

## Date Range: 01/01/2020 to 07/07/2020

**This document contains the following records of the patient:**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/29/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 05/29/2020 02:40PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Post-Op

PO SX 11/26/19 HARDWARE REMOVAL RIGHT KNEE AND LEFT WRIST// 4 wks f/u

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in Stated (187.96 cm) 05/29/2020 02:53 pm | **Wt:** | 369 lbs Stated Out of Range (167.38 kg) 05/29/2020 02:53 pm | **BMI:** | 47.4 05/29/2020 02:53 pm |
| **BP:** | 132/96 sitting L arm 05/29/2020 02:57 pm | **Pulse:** | 84 bpm 05/29/2020 02:57 pm | **T:** | 97.6 F° ear (36.44 C) 05/29/2020 02:57 pm |
| **Body Surface Area:** | 2.96 $m^2$ 05/29/2020 02:53 pm | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Medications not reviewed (last reviewed 03/30/2020)

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Family History not reviewed (last reviewed 03/30/2020)

## Social History

Reviewed Social History
Advance directive: N
Does the patient have Fever OR Cough OR Shortness of Breath?: N
Does the patient have at least TWO of these symptoms? Diarrhea, Chills, Muscle Pain, Repeated Shaking & Chills, Headache, Sore Throat, or New Loss of Taste/Smell: N
In the last 14 days, has the patient had contact with a COVID-19 positive patient or a COVID-19 suspect patient awaiting test results?: N
If pulse oximetry was done: Is the patient's Sp02 less than 93% on room air?: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
If you are a former tobacco user, what year did you quit using tobacco?: 0
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 0
Urinary incontinence assessment performed?: N
Most Recent Tobacco Use Screening: 12/11/2019
Gender identity : Identifies as Male
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 03/30/2020)
- Removal of kidney stone - 2017

## Past Medical History

Past Medical History not reviewed (last reviewed 03/30/2020)
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

Status post hardware removal. He is on a complaint today was he has not regained his full flexion of his middle finger. He can make a fist. His wrist is obviously very stiff. Patient is on disability.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 40-year-old male.

No infection. No swelling. The wrist has minimal motion. He can make a fist. Sensation is normal his capillary seen. X-ray showed his malunion of his distal radius.

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

. **Body mass index 40+ - severely obese**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

- A HEALTHY LIFESTYLE: CARE INSTRUCTIONS

**. Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela
- XR, WRIST

**. Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela
- XR, KNEE

**Discussion Notes**

X-rays discussed with the patient. There is really nothing I can offer him at this moment. I have arranged to see him on a when necessary basis. Patient wants to be disabled and he is going to make arrangement to see a disability doctor. Patient also has a lawyer. I will see him in the future if there is a problem.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Joseph Moi Tejan, MD, 05/29/2020.

Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 05/29/2020 at 3:37pm

DocuSign Envelope ID: 56EEB504-83C2-4F65-AE60-ACEAD7D4B58F

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jorge garcia

Name of legal representative, if applicable (print) Belinda Garcia Relationship Wife

DocuSigned by:
7EB393A7B8ED489...
Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 9734661 Date: 7/4/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jorge Garcia

Name of legal representative, if applicable (print) Belinda Garcia Relationship Wife

Signature of claimant or legal representative DocuSigned by: [signature] 7EB393A7B8ED489...

Date of Birth: ________ Claim Number: 9734661 Date: 7/4/2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 9734661 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____________ Claim Number: 9734661 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

**Return To:** Corey Abrams-Weaver



EMPLOYEE/CLAIMANT NAME: Jorge Garcia

CLAIM NO: 9734661 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Charter Communications, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

# AGREEMENT CONCERNING BENEFITS

Return To: Corey Abrams-Weaver

Policy No: 04 - 444809

Claim Number: 9734661

Employer: Charter Communications, Inc.

Address

Claimant: Jorge Garcia

Date of Disability: 08/17/2019

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 04 444809 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Claimant Name (please print)

Address

Signature

Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship ____________________

Signature of claimant or legal representative ___________________________________________

Date of Birth: ____________________ Claim Number: 9734661 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ______________________________________ DATE: ___________________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

**Return to:** Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jorge Garcia **CLAIM #:** 9734661

**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**_________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

Lincoln Financial Group®

# LINCOLN FINANCIAL GROUP
# LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Jorge Garcia **Date of Birth:** ____________

**Employer:** Charter Communications, Inc. **Policy/Plan Sponsor No.** 04 - 444809

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________

________________________________

4. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________

________________________________

5. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________

________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________ Work: ________________

**SIGNATURE:** ________________ **PHONE NO: (     )** ________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____________ Claim Number: 9734661 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 2, 2020 2:41:05 PM |
| To: | .COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 9734661 Jorge Garcia |
| Attachments: | dqzxed8p3f7pygkyolbw_8604912.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

July 2, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 8, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rose Raines Woodley
LTD Technical Specialist II
On Behalf Of: Corey Abrams-Weaver
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: 9734661-DENY-CONTRACTUAL-06.11.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JORGE GARCIA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

June 12, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

   b. *When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

2. ***Proof***

   a. *Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end of the Elimination Period.*

   b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no*

*event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 90 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On March 25, 2020 and May 13, 2020 we requested office treatment notes, test results, procedure reports, prescription histories and treatment plans from January 11, 2020 to the present time from Dr. Joseph Tejan, including an medical authorization in order to evaluate your claim. We wrote to you on March 25, 2020 and May 13, 2020 requesting that this information be provided by June 6, 2020.

To date we have not received the necessary documentation to approve benefits.

Since we did not receive the necessary proof to verify disability, your claim has been denied.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (603) 334-5994. Once received, we will immediately reconsider your benefits.

- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

In addition, we requested all Long Term Disability form and copy of the Police report

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office notes, diagnostic test results, x-ray reports, MRI reports, operative reports, hospital admission and discharge summaries, emergency department notes, procedure reports, CT scan reports, consulting physician reports, pharmacy records, pain management notes, physical therapy notes, Independent Medical Examinations, Functional Capacity evaluations, from all treating providers, Dr. (not already on file), and any other treating providers; as well as any additional information which you feel will support your claim from January 11, 2020 to the present time. Subrogation Forms, Third Party Liability form, Reimbursement agreement form. Social Security Reimbursement form, Training Education Experience, Survivor/ Estate Information form, W-4S 2020 and Accident Police Report . You will also want to include specific restrictions and limitations.

Due to the impact of COVID-19, please be aware that Department of Labor has published guidance providing claimants 180 days and an additional 60 days past the announced end of the National Emergency or such other date announced by the Department of Labor in a future notification to file an appeal. While Lincoln will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as you can

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłįį’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtįįł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodííłnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Julie Jackson
LTD Technical Claims Specialist, I
On Behalf Of: Corey Abrams-Weaver
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

DocuSign Envelope ID: 53EAF599-FB8D-46C7-AA65-ECD087FD9611

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

**Return To:** Corey Abrams-Weaver



EMPLOYEE/CLAIMANT NAME: Jorge Garcia

CLAIM NO: 9734661 DATE OF BIRTH: ____

EMPLOYER/SPONSOR: Charter Communications, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit Couple hours stand Hour walk Hour

How many hours a day do you:

sit 4 stand 1 walk 1

Do you take a nap during the day?

Yes X No ____

If Yes, for how long? 2 hours At what time of the day? 2pm

How many hours a day do you spend in bed? 6

Do you require any assistive devices such as a:

cane ____ walker ____ crutches ____ wheelchair ____ other ____

How long are you able to sit in a car? Yes

Do you hold a valid driver's license?

Yes X No ____

If No, please explain: ____

If Yes, how long are you able to drive a car? 15 to 30 min

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone calls

Do you have children?

Yes X No ____ If Yes, what are their dates of birth ____

Do you need help caring for your children?

Yes X No ____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ____ No X If Yes, please explain ____

How many times a day do you leave the house during the week? 1

On the weekends? 0

How often do you run errands? No

Please describe what errands you most commonly run:
None my wife does it do to my inability to walk long periods of time

Lincoln Financial Group®



How often do you get outdoors? Don't leave house often stay home do to inability

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles ____ Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: X

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: It's a printer

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Wife | Wife |
| Carrying groceries into the house | Wife | Wife and kids |
| Cooking meals | Wife | Wife |
| Cleaning after meals | Wife | Wife |
| Cleaning bathrooms | Wife | Wife |
| Vacuuming | Wife | Wife |
| Doing the laundry | Wife | Wife |
| Opening and responding to mail | Wife | Wife |
| Managing your finances | Wife | Me and wife |
| Balancing your checkbook | Wife | Wife |
| Bathing yourself | Wife | Assisted by wife |
| Styling your own hair | Wife | Wife |
| Getting dressed | Wife | Help my son and wife |
| Going up and down stairs | Wife | Don't go upstairs |

Have you been confined to a hospital within the last 12 months? Yes X No ____

If Yes, please provide reason and hospital contact Information:
After accident spent 28 days in hospital before flying back home from place of accident in loss angeles California

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*



How often do you travel or take vacation? Don't

Where do you go? How do you get there (transportation method)?

Wife driving or my car for short drive to my parents

Are you able to pursue your hobbies? Yes ______ No X

If Yes, please describe

Do you participate in an exercise program? Yes ______ No X

If Yes, please describe

Do you do any Volunteer work? Yes ______ No X

If Yes:

how many hours per day?

how many hours per week?

for whom?

Are you working for wages? Yes ______ No X

If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Pain in my knees cannot stand up long period of time also when sitting have to change positions or lay down to not feel pressure on my knees. I've also developed anxiety around large crowds of people and get headaches if under pressure of being around people I get overwhelmed. My left hand hurts and is disfigured due to my accident as my ulna is dislocated and healed dislocated

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Lay down eat breakfast
Sit watch little tv eat lunch
Take Nap 1-2 hours get up sit in living room with my kids meat dinner
Lay down couple hours as late in the day my knees feel weak and fatigued
Sleep by 8-9pm

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Belinda Garcia

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Jorge garcia Date: 7/2/2020

Signature: DocuSigned by: 7EB393A7B8ED489...

DocuSign Envelope ID: 53EAF599-FB8D-46C7-AA65-ECD087FD9611

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

# AGREEMENT CONCERNING BENEFITS

Return To: Corey Abrams-Weaver

Policy No: 04 - 444809

Claim Number: 9734661

Employer: Charter Communications, Inc.

Address

Claimant: Jorge Garcia

Date of Disability: 08/17/2019

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 04 444809 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Jorge Garcia

Claimant Name (please print)

Address

DocuSigned by:

7EB393A7B8ED489...

Signature

7/2/2020

Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

DocuSign Envelope ID: 53EAF599-FB8D-46C7-AA65-ECD087FD9611

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jorge garcia

Name of legal representative, if applicable (print) Normandy law    Relationship Lawyers

Signature of claimant or legal representative    DocuSigned by: [signature] 7EB393A7B8ED489...

Date of Birth: ____________    Claim Number: 9734661    Date: 7/2/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Joseph Tejan
Specialty: Orthopedic trauma
Address: Trauma physician
Telephone No. :(956 )3894710 Fax No. :(956 ) 3893537

Name: ________
Specialty: ________
Address: ________
Telephone No. :( ) Fax No. :( )

Name: ________
Specialty: ________
Address: ________
Telephone No. :( ) Fax No. :( )

Name: ________
Specialty: ________
Address: ________
Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue cross blue shield
Specialty: Insurance
Address: 17806 I-10 San Antonio TX 78257
Telephone No. :(210)5585100 Fax No. :(210) 5585100

Name: ________
Specialty: ________
Address: ________
Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: Walgreens
Specialty: Pharmacy
Address: 1406 East Harrison ave
Harlingen texas 78550
Telephone No. :(956 )4128362 Fax No. :(956)4128362

Name: ________
Specialty: ________
Address: ________
Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

DocuSign Envelope ID: 53EAF599-FB8D-46C7-AA65-ECD087FD9611

**SIGNATURE:** DocuSigned by: [signature] 7EB393A7B8ED489... **DATE:** 7/2/2020

DocuSign Envelope ID: 53EAF599-FB8D-46C7-AA65-ECD087FD9611

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

**Return to:** Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jorge Garcia **CLAIM #:** 9734661

**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Garcia Jorge Isaac | | .com | |
| Street Address | City | State | Zip Code |
| | | | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| | | Married | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Belinda Garcia | 4 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Belinda Garcia Relationship to you? Wife Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
NO

Do you hold a professional license? If yes, for what purpose?
NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
No websites

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
Yes claims from my accident

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
Investigation open since my accident was hit and run

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | X | Social Security (disability or retirement) | $ | | | |
| ☐ | X | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | X | Short Term Disability or State Disability | $ | | | |
| ☐ | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | X | Workers' Compensation | $ | | | |
| ☐ | X | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | X | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Jorge garcia

**DATE:** 7/2/2020 **EMPLOYEE'S SIGNATURE:** DocuSigned by: [signature] 7EB393A7B8ED489...

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Jorge Garcia **Date of Birth:** ____________

**Employer:** Charter Communications, Inc. **Policy/Plan Sponsor No.** 04 - 444809

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** DocuSigned by: [signature] 7EB393A7B8ED489...

**(Address)** ____________

**(Date)** 7/2/2020

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: 0 Certificate Program completed: 0

Associates Degree: No College: number of years: 2

Bachelor's Degree: BA /BS Major: No Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): No

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: None inability

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work Music

Did you serve in the Armed Forces? ☐ Y ☒ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: Avaya certificates

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: .com Work: Jorge.garcia4@charter.com

SIGNATURE: DocuSigned by: 7EB393A7B8ED489... PHONE NO: ( 956) 6595778

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jorge Garcia

Name of legal representative, if applicable (print) Joseph tejan Relationship Doctor

Signature of claimant or legal representative DocuSigned by: 7EB393A7B8ED489...

Date of Birth: ________ Claim Number: 9734661 Date: 7/2/2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JORGE GARCIA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

June 12, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

    a. *Notice of claim must be given to Lincoln within 20 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

    b. *When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

2. ***Proof***

    a. *Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end of the Elimination Period.*

    b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no*

*event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 90 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On March 25, 2020 and May 13, 2020 we requested office treatment notes, test results, procedure reports, prescription histories and treatment plans from January 11, 2020 to the present time from Dr. Joseph Tejan, including an medical authorization in order to evaluate your claim. We wrote to you on March 25, 2020 and May 13, 2020 requesting that this information be provided by June 6, 2020.

To date we have not received the necessary documentation to approve benefits.

Since we did not receive the necessary proof to verify disability, your claim has been denied.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (603) 334-5994. Once received, we will immediately reconsider your benefits.

- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

In addition, we requested all Long Term Disability form and copy of the Police report

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office notes, diagnostic test results, x-ray reports, MRI reports, operative reports, hospital admission and discharge summaries, emergency department notes, procedure reports, CT scan reports, consulting physician reports, pharmacy records, pain management notes, physical therapy notes, Independent Medical Examinations, Functional Capacity evaluations, from all treating providers, Dr. (not already on file), and any other treating providers; as well as any additional information which you feel will support your claim from January 11, 2020 to the present time. Subrogation Forms, Third Party Liability form, Reimbursement agreement form. Social Security Reimbursement form, Training Education Experience, Survivor/ Estate Information form, W-4S 2020 and Accident Police Report . You will also want to include specific restrictions and limitations.

Due to the impact of COVID-19, please be aware that Department of Labor has published guidance providing claimants 180 days and an additional 60 days past the announced end of the National Emergency or such other date announced by the Department of Labor in a future notification to file an appeal. While Lincoln will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as you can

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Julie Jackson
LTD Technical Claims Specialist, I
On Behalf Of: Corey Abrams-Weaver
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 9734661 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_____________________________________________________________

Name of legal representative, if applicable (print):

_____________________________________________________________

Relationship: _________________________________________________

Signature of claimant or legal representative:

_____________________________________________________________

Date of Birth: ___________________ Claim Number: __9734661_________

Date: __________________________________

**A copy of this authorization will be considered as valid as the original.**

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Liberty Life Assurance Company Of Boston , the authorized requestor. TPR VBPN ORTHO SPECIALTY ASSOCIATES ... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of TPR VBPN ORTHO SPECIALTY ASSOCIATES HGN - TX 0.... All authorized requests must be made directly to TPR VBPN ORTHO SPECIALTY ASSOCIATES HGN - TX 0....**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7207

LONDON, KY 40742

62990C629CFF4F31AAEC

May 15, 2020

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7207

London, KY 40742

Patient: JORGE GARCIA

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- Please provide an authorization form **signed and/or dated** by the patient or documented representative.(Documentation must be present with request and authorization).

If appropriate, please re-submit your request to:

TPR VBPN Ortho Specialty Associates HGN - TX 001 RBE
2121 Pease St Ste 404
Harlingen, TX 78550
**FAX 8443250656**

Thank you,

Release of Information Services
TPR VBPN Ortho Specialty Associates HGN - TX 001 RBE

62990C629CFF4F31AAEC, GARCIA, 2

ScanSTAT TECHNOLOGIES
P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **5/15/2020**
Due Date: **6/14/2020**
Amount Due: **$17.00**
Invoice #: **62990C629CFF4F31AAEC**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| LIBERTY LIFE ASSURANCE COMPANY ..<br>PO BOX 7207<br>LONDON, KY 40742 | NAME: JORGE GARCIA<br>MRN: 0<br>REQUEST ID: | LIBERTY LIFE ASSURANCE COMPANY ..<br>PO BOX 7207<br>LONDON, KY 40742 |

**MEDICAL RECORD SOURCE**

Records were ordered from: Tpr Vbpn Ortho Specialty Associates Hgn - Tx ...
2121 PEASE ST STE 404
HARLINGEN, TX 78550

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Handling Charge | $17.00 | $17.00 |
| | Subtotal | | $17.00 |
| | **AMOUNT DUE** | | **$17.00** |

**IMPORTANT NOTICE:**

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

---------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ----------

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

LIBERTY LIFE ASSURANCE COMPANY OF B ..
PO BOX 7207
LONDON, KY 40742

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

**We accept credit card payments by phone or online by visiting www.scanstat.com**

VISA DISCOVER

Billing Date: **5/15/2020**
Due Date: **6/14/2020**
Amount Due: **$17.00**
Invoice #: **62990C629CFF4F31AAEC**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

**(MUST SUBMIT BARCODE BELOW WITH PAYMENT)**

62990C629CFF4F31AAEC

# Notice for Exception of Processing Request for Medical Records

Date: 05/14/2020 Patient: JORGE GARCIA

Attention Requestor:

**We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):**

☐ We have no record of treatment for the above referenced patient.

☐ We have no record of treatment for the date(s) of service you request.

☐ Due to their age, the records you have requested have been destroyed in accordance with state and federal destruction guidelines. This record no longer exists.

☐ A ***HIPAA compliant authorization*** was not included in your request. Please re-submit the attached HIPAA release/authorization form once completed by the patient.

☐ The records you have requested contain "sensitive & highly confidential" information. This information may be released via specific written consent from the patient. Please find the attached "***Authorization to Release Sensitive Information Form***".

☐ The Medical Records Department is not responsible for completing forms or responding with narratives. If you wish to obtain copies of medical records, please submit a written request with a valid authorization. Please be advised that there may be a charge for this service.

**The HIPAA Authorization submitted lacks one or more of the following required elements:**

☐ Identification of the patient (name, date of birth, or social security number)

☐ A ***Description of the information to be disclosed*** must appear in the request.

☐ An ***explanation/reason of the disclosure*** must be stated.

☐ The notification statement pertaining to the individual's ***right to revoke*** authorization was missing from your request.

☐ The notification statement pertaining to the potential for disclosed information to be ***re-disclosed by recipient*** was missing from your request.

☐ The form must identify the person or entity authorized to ***release the PHI***.

☐ The form must identify those person(s) authorized to ***obtain/receive the PHI***.

☐ The form must be ***signed and dated by the patient*** or documented representative. (Documentation must be present with request/authorization.)

☐ The patient is deceased. A ***Death Certificate, Affidavit of Relationship, or Letter of Administration/Testament*** must accompany the request.

☐ The form must provide a ***date of expiration***.

☐ We are unable to release records to a 3rd party requestor. A ***Letter of Representation*** must accompany your request.

☐ Please provide an authorization with an updated signature and date. (Signature must be subsequent to the last treatment date requested.)

☒X **Other-** MISSING AUTHORIZATION

## Please re-submit your request with the appropriate documentation



PDF processed with CutePDF evaluation edition www.CutePDF.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | May 12, 2020 |
| To: | JOSEPH TEJAN |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

May 12, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 11, 2020 through present

- Completion of the Enclosed Forms:

X Restrictions Form
X Office Visit Notes

We ask that you provide this information by May 19, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# Restrictions Form

**Return To:** Corey Abrams-Weaver

| Jorge Garcia | | 9734661 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED —** ______
   **DATE LAST TREATED —** ______
   **NEXT OFFICE VISIT —** ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ______

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______ .

62990C629CFF4F31AAEC, GARCIA, 8

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | May 12, 2020 |
| To: | JOSEPH TEJAN |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

May 12, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 11, 2020 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Office Visit Notes

We ask that you provide this information by May 19, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# Restrictions Form

**Return To:** Corey Abrams-Weaver

| Jorge Garcia | | 9734661 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________
______________________________________________
______________________________________________
______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________
______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________
______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JORGE GARCIA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

May 13, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 6, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: 9734661-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-03.25.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JORGE GARCIA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

March 26, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On March 25, 2020, we requested medical records from Dr. Joseph Tejan. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 11, 2020 through present from medical providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You have informed us that a negligent third party may have caused your claim for disability benefits.

The Policy under which you are covered states that when a covered person's disability is due to another party, Lincoln Life Assurance Company of Boston is entitled to recover disability benefits paid to the covered person.

In order to comply with this provision, you or your legal representative must complete the enclosed Third Party Liability and Reimbursement Agreement forms. These forms must be returned no later than May 8, 2020. If we do not receive the requested information by this date, your benefits will not

be continued.

Please complete the forms indicated below and return them to our office by May 8, 2020:

- X Third Party Liability Information Form
- X Agreement Concerning Benefits Form
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- X Training Education Experience
- X Survivor / Estate Information Form
- X LTD Forms - Standard
- X W-4S 2020
- X Accident Police Report

Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 8, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 6, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 6, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Third Party Liability Information Form
Agreement Concerning Benefits Form
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Survivor / Estate Information Form
LTD Forms - Standard
W-4S 2020

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☐ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: ________
2. Location of Injury (please include town and state):
3. Description of Injury/Sickness (please include copy of accident report, if applicable): ________
4. Is someone else responsible for your damages? Yes ☐ No ☐
   If "Yes": Name: ________
   Address: ________
   Telephone No.: ( ) ________
5. Are any claims being made? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ________
   Address: ________
   Telephone No.: ( ) ________
   Claim Representative: ________
   Claim No.: ________
6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ________
   Address: ________
   Telephone No.: ( ) ________
   Claim Representative: ________
   Claim No.: ________
   Weekly Benefit $ ________
7. Are you using the services of an attorney? Yes ☐ No ☐
   If "Yes": Name: ________
   Address: ________
   Telephone No.: ( ) ________

DRIVER'S LICENSE #: ______________________ DATE: ______________________

SIGNATURE: ______________________

DP 447D Rev. 12/02

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# AGREEMENT CONCERNING BENEFITS

Return To: Corey Abrams-Weaver

Policy No: 04 - 444809

Claim Number: 9734661

Employer: Charter Communications, Inc.

Address

Claimant: Jorge Garcia

Date of Disability: 08/17/2019

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 04 444809 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

______________________________
Claimant Name (please print)

______________________________
Address

______________________________
Signature

______________________________
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: _

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Jorge Garcia Date of Birth: _

Employer: Charter Communications, Inc. Policy/Plan Sponsor No. 04 - 444809

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________

4. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________

5. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________ Work: ________________

**SIGNATURE:** ________________ **PHONE NO:** ( ) ________________

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) __________________________________ Relationship ___________________

Signature of claimant or legal representative _________________________________________

Date of Birth: __ ________ Claim Number: 9734661 Date: ____________________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: __ _______ Claim Number: 9734661 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/17/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____ **DATE:** ____

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jorge Garcia **CLAIM #:** 9734661
**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver



EMPLOYEE/CLAIMANT NAME: Jorge Garcia

CLAIM NO: 9734661 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Charter Communications, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

Lincoln Financial Group®

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |
| Managing your finances | ______ | ______ |
| Balancing your checkbook | ______ | ______ |
| Bathing yourself | ______ | ______ |
| Styling your own hair | ______ | ______ |
| Getting dressed | ______ | ______ |
| Going up and down stairs | ______ | ______ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

____________________

____________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ Give this form to the third-party payer of your sick pay.
▶ Go to *www.irs.gov/FormW4S* for the latest information.

OMB No. 1545-0074

**2020**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

......Separate here and give the top part of this form to the payer. Keep the lower part for your records. ......

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | | |
|---|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2020 . . . . . . . . . . . . . | 1 | | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040 or Form 1040-SR), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | |
| **4** | Tax. Figure your tax on line 3 by using the **2020** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2019 Instructions for Forms 1040 and 1040-SR . | 4 | | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2020 or paid or to be paid with 2020 estimated tax payments . . . | 7 | | |
| **8** | Subtract line **7** from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2020, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $24,800* |
| Head of household . . . . . . . . . . . . . . . . | $18,650* |
| Single or Married filing separately . . . . . . . . . . . | $12,400* |

***** If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See the 2020 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2020 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2020 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | **$0 + 10%** | **$0** |
| 9,875 | 40,125 | **987.50 + 12%** | **9,875** |
| 40,125 | 85,525 | **4,617.50 + 22%** | **40,125** |
| 85,525 | 163,300 | **14,605.50 + 24%** | **85,525** |
| 163,300 | 207,350 | **33,271.50 + 32%** | **163,300** |
| 207,350 | 518,400 | **47,367.50 + 35%** | **207,350** |
| 518,400 | and greater | **156,235 + 37%** | **518,400** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,100 | **$0 + 10%** | **$0** |
| 14,100 | 53,700 | **1,410 + 12%** | **14,100** |
| 53,700 | 85,500 | **6,162 + 22%** | **53,700** |
| 85,500 | 163,300 | **13,158 + 24%** | **85,500** |
| 163,300 | 207,350 | **31,830 + 32%** | **163,300** |
| 207,350 | 518,400 | **45,926 + 35%** | **207,350** |
| 518,400 | and greater | **154,793.50 + 37%** | **518,400** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over | But not over | The tax is: | of the amount over |
|---|---|---|---|
| $0 | $19,750 | **$0 + 10%** | **$0** |
| 19,750 | 80,250 | **1,975 + 12%** | **19,750** |
| 80,250 | 171,050 | **9,235 + 22%** | **80,250** |
| 171,050 | 326,600 | **29,211 + 24%** | **171,050** |
| 326,600 | 414,700 | **66,543 + 32%** | **326,600** |
| 414,700 | 622,050 | **94,735+ 35%** | **414,700** |
| 622,050 | and greater | **167,307.50 + 37%** | **622,050** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | **$0 + 10%** | **$0** |
| 9,875 | 40,125 | **987.50 + 12%** | **9,875** |
| 40,125 | 85,525 | **4,617.50 + 22%** | **40,125** |
| 85,525 | 163,300 | **14,605.50 + 24%** | **85,525** |
| 163,300 | 207,350 | **33,271.50 + 32%** | **163,300** |
| 207,350 | 311,025 | **47,367.50 + 35%** | **207,350** |
| 311,025 | and greater | **83,653.75 + 37%** | **311,025** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Liberty Life Assurance Company Of Boston , the authorized requestor. TPR VBPN ORTHO SPECIALTY ASSOCIATES ... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of TPR VBPN ORTHO SPECIALTY ASSOCIATES HGN - TX 0.... All authorized requests must be made directly to TPR VBPN ORTHO SPECIALTY ASSOCIATES HGN - TX 0....**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

## Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

ATTN: COREY ABRAMS - WEAVER
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7207

LONDON, KY 40742

D8CE4DA2F80F4C91B6B4

April 01, 2020

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7207

London, KY 40742

Patient: Jorge Garcia

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- A **HIPAA compliant authorization** was not included in your request. Please re-submit the attached HIPAA release/authorization form once completed by the patient or documented legal representative.

If appropriate, please re-submit your request to:

TPR VBPN Ortho Specialty Associates HGN - TX 001 RBE
2121 Pease St Ste 404
Harlingen, TX 78550
**FAX 8443250656**

Thank you,

Release of Information Services
TPR VBPN Ortho Specialty Associates HGN - TX 001 RBE

D8CE4DA2F80F4C91B6B4, GARCIA, 2

ScanSTAT TECHNOLOGIES
P.O. Box 2480
Roswell, GA 30077-2480
(770) 569-2445

Billing Date: **4/1/2020**
Due Date: **5/1/2020**
Amount Due: **$17.00**
Invoice #: **D8CE4DA2F80F4C91B6B4**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| LIBERTY LIFE ASSURANCE COMPANY ..<br>PO BOX 7207<br>LONDON, KY 40742 | NAME: JORGE GARCIA<br>MRN: 0<br>REQUEST ID: | LIBERTY LIFE ASSURANCE COMPANY ..<br>PO BOX 7207<br>LONDON, KY 40742 |

**MEDICAL RECORD SOURCE**

Records were ordered from: Tpr Vbpn Ortho Specialty Associates Hgn - Tx ...
2121 PEASE ST STE 404
HARLINGEN, TX 78550

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Handling Charge | $17.00 | $17.00 |
| | Subtotal | | $17.00 |
| | **AMOUNT DUE** | | **$17.00** |

**IMPORTANT NOTICE:**

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

---------------------------------------------------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ----------------------------------------------------

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

LIBERTY LIFE ASSURANCE COMPANY OF B ..
PO BOX 7207
LONDON, KY 40742

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

**We accept credit card payments by phone or online by visiting www.scanstat.com**

VISA DISCOVER

Billing Date: **4/1/2020**
Due Date: **5/1/2020**
Amount Due: **$17.00**
Invoice #: **D8CE4DA2F80F4C91B6B4**

**ScanSTAT Technologies**
P.O. Box 2480
Roswell, GA 30077-2480

**(MUST SUBMIT BARCODE BELOW WITH PAYMENT)**

D8CE4DA2F80F4C91B6B4

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | March 25, 2020 |
| To: | JOSEPH TEJAN **M:1827661**<br>**EX:AUTH NEEDED**<br>**AG/SS 03/30/2020** |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.



PDF processed with CutePDF evaluation edition www.CutePDF.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

March 25, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 11, 2020 through present

We ask that you provide this information by April 2, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | March 25, 2020 |
| To: | JOSEPH TEJAN |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

March 25, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 11, 2020 through present

We ask that you provide this information by April 2, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JORGE GARCIA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

March 26, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On March 25, 2020, we requested medical records from Dr. Joseph Tejan. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 11, 2020 through present from medical providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You have informed us that a negligent third party may have caused your claim for disability benefits.

The Policy under which you are covered states that when a covered person's disability is due to another party, Lincoln Life Assurance Company of Boston is entitled to recover disability benefits paid to the covered person.

In order to comply with this provision, you or your legal representative must complete the enclosed Third Party Liability and Reimbursement Agreement forms. These forms must be returned no later than May 8, 2020. If we do not receive the requested information by this date, your benefits will not

be continued.

Please complete the forms indicated below and return them to our office by May 8, 2020:

- X Third Party Liability Information Form
- X Agreement Concerning Benefits Form
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- X Training Education Experience
- X Survivor / Estate Information Form
- X LTD Forms - Standard
- X W-4S 2020
- X Accident Police Report

Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 8, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 6, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 6, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Third Party Liability Information Form
Agreement Concerning Benefits Form
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Survivor / Estate Information Form
LTD Forms - Standard
W-4S 2020

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☐ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: ____________
2. Location of Injury (please include town and state): ____________
3. Description of Injury/Sickness (please include copy of accident report, if applicable): ____________

4. Is someone else responsible for your damages? Yes ☐ No ☐

   If "Yes": Name: ____________
   Address: ____________
   Telephone No.: (   ) ____________

5. Are any claims being made? Yes ☐ No ☐

   If "Yes": Insurance Carrier: ____________
   Address: ____________
   Telephone No.: (   ) ____________
   Claim Representative: ____________
   Claim No.: ____________

6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☐

   If "Yes": Insurance Carrier: ____________
   Address: ____________
   Telephone No.: (   ) ____________
   Claim Representative: ____________
   Claim No.: ____________
   Weekly Benefit $ ____________

7. Are you using the services of an attorney? Yes ☐ No ☐

   If "Yes": Name: ____________
   Address: ____________
   Telephone No.: (   ) ____________

DRIVER'S LICENSE #: ______________________________ DATE: ______________________

SIGNATURE: ____________________________________

DP 447D Rev. 12/02

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# AGREEMENT CONCERNING BENEFITS

Return To: Corey Abrams-Weaver

Policy No: 04 - 444809

Claim Number: 9734661

Employer: Charter Communications, Inc.

Address

Claimant: Jorge Garcia

Date of Disability: 08/17/2019

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 04 444809 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

______________________________
Claimant Name (please print)

______________________________
Address

______________________________
Signature

______________________________
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Jorge Garcia **Date of Birth:** ____________

**Employer:** Charter Communications, Inc. **Policy/Plan Sponsor No.** 04 - 444809

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ________________ Department: ________________ From: ________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

4. Company: ________________ Department: ________________ From: ________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

5. Company: ________________ Department: ________________ From: ________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________ Work: ________________

**SIGNATURE:** ________________ **PHONE NO: (     )** ________________

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ____________________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 9734661 Date: ____________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 9734661 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/17/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jorge Garcia **CLAIM #:** 9734661

**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver ______________________



EMPLOYEE/CLAIMANT NAME: Jorge Garcia ______________________

CLAIM NO: 9734661 ______________ DATE OF BIRTH: ______________

EMPLOYER/SPONSOR: Charter Communications, Inc. ______________________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______________ stand ______________ walk ______________

How many hours a day do you:

sit ______________ stand ______________ walk ______________

Do you take a nap during the day?

Yes______________ No ______________

If Yes, for how long? ______________ At what time of the day?______________

How many hours a day do you spend in bed?______________

Do you require any assistive devices such as a:

cane __________ walker__________ crutches __________ wheelchair __________ other__________

How long are you able to sit in a car?______________

Do you hold a valid driver's license?

Yes______________ No ______________

If No, please explain: ______________________________

If Yes, how long are you able to drive a car?______________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________________________

Do you have children?

Yes__________ No __________ If Yes, what are their dates of birth ______________________

______________________

Do you need help caring for your children?

Yes __________ No __________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes__________ No __________ If Yes, please explain ______________________

How many times a day do you leave the house during the week? ______________

On the weekends? ______________

How often do you run errands? ______________________

Please describe what errands you most commonly run: ______________________

______________________________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______

Where do you go? How do you get there (transportation method)? ______

______

Are you able to pursue your hobbies? Yes ____ No ____

If Yes, please describe ______

Do you participate in an exercise program? Yes ____ No ____

If Yes, please describe ______

Do you do any Volunteer work? Yes ____ No ____

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ____ No ____

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______

______

______

______

______

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______

______

______

______

______

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______ Date: ______

Signature: ______

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2020**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

..................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..............................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | | |
|---|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2020 . . . . . . . . . . . . | **1** | | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040 or Form 1040-SR), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| **4** | Tax. Figure your tax on line 3 by using the **2020** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2019 Instructions for Forms 1040 and 1040-SR . | **4** | | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2020 or paid or to be paid with 2020 estimated tax payments . . . | **7** | | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2020, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,800* |
| Head of household | $18,650* |
| Single or Married filing separately | $12,400* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See the 2020 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2020 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2020 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | **$0 + 10%** | **$0** |
| 9,875 | 40,125 | **987.50 + 12%** | **9,875** |
| 40,125 | 85,525 | **4,617.50 + 22%** | **40,125** |
| 85,525 | 163,300 | **14,605.50 + 24%** | **85,525** |
| 163,300 | 207,350 | **33,271.50 + 32%** | **163,300** |
| 207,350 | 518,400 | **47,367.50 + 35%** | **207,350** |
| 518,400 | and greater | **156,235 + 37%** | **518,400** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,100 | **$0 + 10%** | **$0** |
| 14,100 | 53,700 | **1,410 + 12%** | **14,100** |
| 53,700 | 85,500 | **6,162 + 22%** | **53,700** |
| 85,500 | 163,300 | **13,158 + 24%** | **85,500** |
| 163,300 | 207,350 | **31,830 + 32%** | **163,300** |
| 207,350 | 518,400 | **45,926 + 35%** | **207,350** |
| 518,400 | and greater | **154,793.50 + 37%** | **518,400** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,750 | **$0 + 10%** | **$0** |
| 19,750 | 80,250 | **1,975 + 12%** | **19,750** |
| 80,250 | 171,050 | **9,235 + 22%** | **80,250** |
| 171,050 | 326,600 | **29,211 + 24%** | **171,050** |
| 326,600 | 414,700 | **66,543 + 32%** | **326,600** |
| 414,700 | 622,050 | **94,735+ 35%** | **414,700** |
| 622,050 | and greater | **167,307.50 + 37%** | **622,050** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | **$0 + 10%** | **$0** |
| 9,875 | 40,125 | **987.50 + 12%** | **9,875** |
| 40,125 | 85,525 | **4,617.50 + 22%** | **40,125** |
| 85,525 | 163,300 | **14,605.50 + 24%** | **85,525** |
| 163,300 | 207,350 | **33,271.50 + 32%** | **163,300** |
| 207,350 | 311,025 | **47,367.50 + 35%** | **207,350** |
| 311,025 | and greater | **83,653.75 + 37%** | **311,025** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# DIRECT DEPOSIT APPLICATION

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER: ( ) ____________________________**
**ADDRESS:** ____________________________________ **CITY:** ____________________ **STATE:** ______ **ZIP:** _________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ________________________________

**9 DIGIT ABA ROUTING NUMBER:** ________________________ **BANK ADDRESS:** ______________________________

**YOUR ACCOUNT NUMBER:** ______________________________ **CITY:** ____________ **STATE:** _______ **ZIP:** _______

**BANK PHONE: ( )** _______________________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________________________________ Date: __________________________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

DocuSign Envelope ID: 156ED302-CD02-466D-98D5-CA033C84609A

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ______

**CHECK ONE:** [X] **New** [ ] **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [X] **Checking** [ ] **Savings** **BANK NAME:** Lincoln savings bank

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** 1375 SW state street

**YOUR ACCOUNT NUMBER:** ______ **CITY:** Reinbeck **STATE:** IA **ZIP:** 50669

**BANK PHONE:** (515) 7777979

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

**Initial Payment Set up Worksheet**

**Claimant's Name** JORGE GARCIA **DOB**

**Customer** CHARTER COMMUNICATIONS, INC.

**LTD Claim #** 9734661

**Associated Claims** N/A Type STD Type

**Benefit End date of associated claims** 2/16/2020 PER SW CLAIM INFO IN DOC LIST

**Contractual EP** > END OF STD OR 26 WEEKS

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 2/17/2020 **DOD** 8/17/2019 **AGE** 39

**Max Benefit date** 10/13/2046 Greater of SSNRA 67 or to age 65 (but not less than 5 y

**BME Amount** $4,641.12

**Sources used to verify BME amount** SALARY VERIFICATION IN DOC LIST WITH PPE 08/08/19. BME CALC IS $9.615 * 40 HRS * 52 WKS / 12 MOS + $2,974.52 COMMISSIONS= $4,641.12

**Benefit percentage** 60.00 % **Gross modal benefit** $2,784.67

**Benefit Begin date** 2/17/2020

**Approved thru date** 2/16/2022 24 months own occupation

**Offsets entered** **Type** **Amount**

**Resident / Work State:** N/A
**TX** NO NOTES OR DOCS AS OF 02/21/20

**Deductions entered**

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| N/A | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by** **ASHLEY DUBOIS** **Approved by**

| PPE | CODE | AMT |
|---|---|---|
| 1/11/2018 | 613 | $171.28 |
| | 604 | $2,600.00 |
| 1/25/2018 | 610 | $42.82 |
| | 612 | $642.30 |
| | 613 | $171.28 |
| 2/8/2018 | 611 | $192.69 |
| | 612 | $42.82 |
| | 604 | $1,080.00 |
| 3/8/2018 | 604 | $615.00 |
| 4/5/2018 | 610 | $256.92 |
| | 611 | $85.64 |
| | 604 | $1,080.00 |
| 4/19/2018 | 611 | $171.28 |
| 5/9/2018 | 604 | $10,080.00 |
| 5/31/2018 | 610 | $171.28 |
| | 613 | $171.28 |
| 6/6/2018 | 604 | $3,105.00 |
| 6/14/2018 | 610 | $107.05 |
| | 611 | $64.23 |
| 6/28/2018 | 611 | $171.28 |
| 7/12/2018 | 613 | $246.08 |
| | 604 | $1,290.00 |
| 7/26/2018 | 610 | $279.92 |
| | 611 | $212.24 |
| 8/9/2018 | 611 | $1,230.40 |
| | 604 | $2,090.00 |
| 8/23/2018 | 610 | $123.04 |
| | 611 | $123.04 |
| 9/6/2018 | 613 | $246.08 |
| | 604 | $1,400.00 |
| 10/4/2018 | 610 | $246.08 |
| | 611 | $492.16 |
| 10/10/2018 | 604 | $1,265.00 |
| 10/17/2018 | 625 | $315.00 |
| 11/15/2018 | 610 | $246.08 |
| | 625 | $20.00 |
| | 604 | $1,240.00 |
| 11/29/2018 | 610 | $92.28 |
| | 611 | $645.96 |
| | 613 | $246.08 |
| 12/5/2018 | 604 | $1,615.00 |
| 12/13/2018 | 610 | $61.52 |
| | 625 | $320.00 |
| 12/27/2018 | 613 | $246.08 |
| | 625 | $380.00 |
| | MONTHLY AVERAGE | $2,974.52 |

**From:**ESCLeaves <Charter.ESCLeaves@charter.com>
**Sent:**Mon, 17 Feb 2020 01:01:45 +0000
**To:**Dubois, Ashley
**Subject:**RE: LTD Salary Verification - Jorge Garcia - LTD Claim 9734661
**Attachments:**Jorge Garcia twrpy10e_5043164.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

*Thank you Ashley,*

*Iris*

---

**From:** Dubois, Ashley [mailto:Ashley.Dubois@lfg.com]
**Sent:** Thursday, February 13, 2020 12:34 PM
**To:** ESCLeaves <Charter.ESCLeaves@charter.com>
**Subject:** LTD Salary Verification - Jorge Garcia - LTD Claim 9734661

Good Afternoon,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Jorge Garcia with Emp ID 1089549 and DOB .

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 08/17/2019.
- Confirm the employee's standard number of scheduled hours per week prior to disability. **40 Hours**
- Confirm if they are an employee who receives commissions? If so please provide a report of commissions received from 01/01/2018-12/31/2018. **Commissioned employee**

Please contact me with any questions.

Thank you,

**Ashley Dubois**
Service Processor
Financial Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

Ashley.dubois@LFG.com
LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

PeopleSoft
EMPLOYEE EARNINGS RECORD
01/01/2018 - 08/24/2019

Report ID: TWRPY10E
Company CCL Charter Communications, LLC
1089549 Garcia,Jorge

Page No. 1
Run Date 02/16/2020
Run Time 19:59:25

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/2017 USBADV | 80.00 | 769.23 | | | 101 | 10.25- | 98.56- | 927.84 | 47.93 | OASDI | | | 21.80 | 00-AHDNEB | 713.77 |
| MXE 0062612506 | | | | | 322 | 29.75 | | | 11.21 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 610 | 2.25 | 56.45 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | 613 | 8.00 | 200.72 | | | | | | | | |
| | | | | | I07 | | 0.21 | | | | | | | | |
| 01/11/2018 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 3,463.59 | 205.26 | OASDI | | | 21.80 | 00-AHDNEB | 2,508.99 |
| MXE 0062712449 | | | | | 613 | 8.00 | 171.28 | | 48.00 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | I07 | | 1.99 | | 546.41 | FWT | | | 4.61 | 00-AHVSEB | |
| | | | | | 604 | | 2,600.00 | | | | | | | | |
| 01/25/2018 USBADV | 80.00 | 769.23 | | | 101 | 40.00- | 384.62- | 1,241.01 | 67.46 | OASDI | | | 21.80 | 00-AHDNEB | 1,002.30 |
| MXE 0062811979 | | | | | 610 | 2.00 | 42.82 | | 15.78 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 612 | 30.00 | 642.30 | | 0.54 | FWT | | | 4.61 | 00-AHVSEB | |
| | | | | | 613 | 8.00 | 171.28 | | | | | | | | |
| | | | | | I07 | | 1.99 | | | | | | | | |
| 02/08/2018 USBADV | 43.00 | 413.46 | | | 101 | 11.00- | 105.77- | 1,623.20 | 91.16 | OASDI | | | 21.80 | 00-AHDNEB | 1,140.87 |
| MXE 0062909023 | | | | | 322 | 37.00 | | | 21.32 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 611 | 9.00 | 192.69 | | 214.92 | FWT | | | 4.61 | 00-AHVSEB | |
| | | | | | 612 | 2.00 | 42.82 | | | | | | | | |
| | | | | | I07 | | 0.40 | | | | | | | | |
| | | | | | 604 | | 1,080.00 | | | | | | | | |
| | | | | | I07 | | 1.59 | | | | | | | | |
| 02/22/2018 USBADV | 72.00 | 692.31 | | | 322 | 8.00 | | 692.31 | 33.43 | OASDI | | | 21.80 | 00-AHDNEB | 496.13 |
| MXE 0063026060 | | | | | I07 | | 1.79 | | 7.82 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 03/08/2018 USBADV | 80.00 | 769.23 | | | I07 | | 1.99 | 1,384.23 | 76.34 | OASDI | | | 21.80 | 00-AHDNEB | 1,014.95 |
| MXE 0063129835 | | | | | 604 | | 615.00 | | 17.85 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | 120.16 | FWT | | | 4.61 | 00-AHVSEB | |

Report ID: TWRPY10E
EMPLOYEE EARNINGS RECORD


Company CCL Charter Communications, LLC
01/01/2018 - 08/24/2019
Run Date 02/16/2020

1089549 Garcia,Jorge
Run Time 19:59:25

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/08/2018 USBADV | | | | | TNE | | 393.51 | 393.51 | | | | | | | 393.51 |
| MXE 0063129836 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 03/22/2018 USBADV | 80.00 | 769.23 | | | I07 | | 1.99 | 769.23 | 38.21 | OASDI | | | 21.80 | 00-AHDNEB | 567.15 |
| MXE 0063235577 | | | | | | | | | 8.94 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 04/05/2018 USBADV | 80.00 | 769.23 | | | 101 | 16.00- | 153.85- | 2,037.94 | 116.87 | OASDI | | | 21.80 | 00-AHDNEB | 1,519.27 |
| MXE 0063344195 | | | | | 610 | 12.00 | 256.92 | | 27.33 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 611 | 4.00 | 85.64 | | 219.54 | FWT | | | 4.61 | 00-AHVSEB | |
| | | | | | I07 | | 1.99 | | | | | | | | |
| | | | | | 604 | | 1,080.00 | | | | | | | | |
| 04/05/2018 USBADV | | | | | TNE | | 216.43 | 216.43 | | | | | | | 216.43 |
| MXE 0063344196 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 04/18/2018 USBCHK | | | | | F65 | | 25.00 | 10.53 | 2.20 | OASDI | | | | | 0.00 |
| MXE 0060431593 | | | | | GCR | | 10.53 | | 0.51 | MEDI | | | | | |
| MRKTG | | | | | | | | | 7.82 | FWT | | | | | |
| 04/19/2018 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 863.59 | 44.06 | OASDI | | | 21.80 | 00-AHDNEB | 654.29 |
| MXE 0063443990 | | | | | 611 | 8.00 | 171.28 | | 10.31 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | I07 | | 1.99 | | | | | | 4.61 | 00-AHVSEB | |
| 05/03/2018 USBADV | 80.00 | 769.23 | | | I07 | | 1.99 | 769.23 | 38.21 | OASDI | | | 21.80 | 00-AHDNEB | 567.15 |
| MXE 0063555101 | | | | | | | | | 8.94 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |

PeopleSoft

Report ID: TWRPY10E — EMPLOYEE EARNINGS RECORD — Page No. 3
Company CCL Charter Communications, LLC — 01/01/2018 - 08/24/2019 — Run Date 02/16/2020
1089549 Garcia,Jorge — Run Time 19:59:25

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/2018 USBADV | | | | | TNE | | 399.49 | 399.49 | | | | | | | 399.49 |
| MXE 0063555102 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 05/09/2018 USBADV | | | | | 604 | | 315.00 | 10,080.00 | 624.96 | OASDI | | | | | 9,308.88 |
| MXE 0063626788 | | | | | 604 | | 9,765.00 | | 146.16 | MEDI | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 05/17/2018 USBADV | 80.00 | 769.23 | | | I07 | | 1.99 | 769.23 | 38.21 | OASDI | | | 21.80 | 00-AHDNEB | 567.16 |
| MXE 0063659553 | | | | | | | | | 8.93 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 05/31/2018 USBADV | 80.00 | 769.23 | | | 101 | 16.00- | 153.85- | 957.94 | 49.91 | OASDI | | | 21.80 | 00-AHDNEB | 741.42 |
| MXE 0063763432 | | | | | 610 | 8.00 | 171.28 | | 11.68 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 613 | 8.00 | 171.28 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | I07 | | 1.99 | | | | | | | | |
| 05/31/2018 USBADV | | | | | TNE | | 236.03 | 236.03 | | | | | | | 236.03 |
| MXE 0063763433 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 06/06/2018 USBADV | | | | | 604 | | 3,105.00 | 3,105.00 | 192.51 | OASDI | | | | | 2,867.47 |
| MXE 0063834752 | | | | | | | | | 45.02 | MEDI | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 06/14/2018 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 863.59 | 44.06 | OASDI | | | 21.80 | 00-AHDNEB | 654.30 |
| MXE 0063864567 | | | | | 610 | 5.00 | 107.05 | | 10.30 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 611 | 3.00 | 64.23 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | I07 | | 1.99 | | | | | | | | |

| P/E Date / PayGroup / Bus. Unit | Check# / FormID | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2018 | USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 863.59 | 44.06 | OASDI | | | 21.80 | 00-AHDNEB | 654.29 |
| MXE | 0063974092 | | | | | 611 | 8.00 | 171.28 | | 10.31 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | I07 | | 1.99 | | | | | | 4.61 | 00-AHVSEB | |
| 07/12/2018 | USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 2,228.39 | 128.68 | OASDI | | | 21.80 | 00-AHDNEB | 1,914.69 |
| MXE | 0064080214 | | | | | 613 | 8.00 | 246.08 | | 30.09 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | I07 | | 1.99 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | | 604 | | 1,290.00 | | | | | | | | |
| 07/12/2018 | USBADV | | | | | TNE | | 870.42 | 870.42 | | | | | | | 870.42 |
| MXE | 0064080215 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | | |
| 07/26/2018 | USBADV | 80.00 | 769.23 | | | 101 | 16.00- | 153.85- | 1,107.54 | 59.19 | OASDI | | | 21.80 | 00-AHDNEB | 879.58 |
| MXE | 0064178610 | | | | | 610 | 9.10 | 279.92 | | 13.84 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | 611 | 6.90 | 212.24 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | | I07 | | 1.99 | | | | | | | | |
| 08/09/2018 | USBADV | 80.00 | 769.23 | | | 101 | 40.00- | 384.62- | 3,705.01 | 220.22 | OASDI | | | 21.80 | 00-AHDNEB | 3,278.35 |
| MXE | 0064278373 | | | | | 611 | 40.00 | 1,230.40 | | 51.51 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | I07 | | 1.99 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | | 604 | | 2,090.00 | | | | | | | | |
| 08/09/2018 | USBADV | | | | | TNE | | 115.06 | 115.06 | | | | | | | 115.06 |
| MXE | 0064278374 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | | |
| 08/23/2018 | USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 938.39 | 48.70 | OASDI | | | 21.80 | 00-AHDNEB | 723.37 |
| MXE | 0064389864 | | | | | 610 | 4.00 | 123.04 | | 11.39 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | 611 | 4.00 | 123.04 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | | I07 | | 1.99 | | | | | | | | |

| P/E Date Check# PayGroup\FormID Bus. Unit | <------ REGULAR -----> Hours | Earnings | <---- OVERTIME ----> Hours | Earnings | <-------- OTHER ---------> Type | Hours | Earnings | Gross Pay | <---- Federal ---> Taxes | Type | <--- State/Loc --> Taxes | Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/06/2018 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 2,338.39 | 135.50 | OASDI | | | 21.80 | 00-AHDNEB | 2,016.27 |
| MXE 0064486536 | | | | | 613 | 8.00 | 246.08 | | 31.69 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | I07 | | 1.99 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | 604 | | 1,400.00 | | | | | | | | |
| 09/06/2018 USBADV | | | | | TNE | | 645.89 | 645.89 | | | | | | | 645.89 |
| MXE 0064486537 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 09/20/2018 USBADV | 80.00 | 769.23 | | | I07 | | 1.99 | 769.23 | 38.21 | OASDI | | | 21.80 | 00-AHDNEB | 567.16 |
| MXE 0064603402 | | | | | | | | | 8.93 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 10/04/2018 USBCHK | 80.00 | 769.23 | | | 101 | 24.00- | 230.77- | 1,276.70 | 69.67 | OASDI | | | 21.80 | 00-AHDNEB | 1,035.80 |
| MXE 0060532675 | | | | | 610 | 8.00 | 246.08 | | 16.30 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 611 | 16.00 | 492.16 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | I07 | | 1.99 | | | | | | | | |
| 10/04/2018 USBCHK | | | | | TNE | | 535.25 | 535.25 | | | | | | | 535.25 |
| MXE 0060532676 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 10/10/2018 USBCHK | | | | | 604 | | 1,265.00 | 1,265.00 | 78.43 | OASDI | | | | | 1,168.23 |
| MXE 0060542092 | | | | | | | | | 18.34 | MEDI | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 10/17/2018 USBCHK | | | | | 625 | | 315.00 | 315.00 | 19.53 | OASDI | | | | | 290.90 |
| MXE 0060543939 | | | | | | | | | 4.57 | MEDI | | | | | |
| MRKTG | | | | | | | | | | | | | | | |

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2018 USBCHK | 80.00 | 769.23 | | | I07 | | 1.99 | 769.23 | 38.21 | OASDI | | | 21.80 | 00-AHDNEB | 567.16 |
| MXE 0060543229 | | | | | | | | | 8.93 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 11/01/2018 USBCHK | 80.00 | 769.23 | | | I07 | | 1.99 | 769.23 | 38.21 | OASDI | | | 21.80 | 00-AHDNEB | 567.15 |
| MXE 0060599013 | | | | | | | | | 8.94 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 11/01/2018 USBCHK | | | | | TNE | | 107.41 | 107.41 | | | | | | | 107.41 |
| MXE 0060599014 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 11/15/2018 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 2,198.39 | 126.82 | OASDI | | | 21.80 | 00-AHDNEB | 1,886.98 |
| MXE 0065015253 | | | | | 610 | 8.00 | 246.08 | | 29.66 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | I07 | | 1.99 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | 625 | | 20.00 | | | | | | | | |
| | | | | | 604 | | 1,240.00 | | | | | | | | |
| 11/29/2018 USBADV | 80.00 | 769.23 | | | 101 | 32.00- | 307.69- | 1,445.86 | 80.16 | OASDI | | | 21.80 | 00-AHDNEB | 1,192.03 |
| MXE 0065135492 | | | | | 610 | 3.00 | 92.28 | | 18.74 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 611 | 21.00 | 645.96 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | 613 | 8.00 | 246.08 | | | | | | | | |
| | | | | | I07 | | 1.99 | | | | | | | | |
| 11/29/2018 USBADV | | | | | TNE | | 348.34 | 348.34 | | | | | | | 348.34 |
| MXE 0065135493 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 12/05/2018 USBADV | | | | | 604 | | 1,615.00 | 1,615.00 | 100.13 | OASDI | | | | | 1,491.45 |
| MXE 0065191067 | | | | | | | | | 23.42 | MEDI | | | | | |
| MRKTG | | | | | | | | | | | | | | | |

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2018 USBADV | 66.00 | 634.62 | | | 101 | 2.00- | 19.23- | 996.91 | 52.33 | OASDI | | | 21.80 | 00-AHDNEB | 777.41 |
| MXE 0065231647 | | | | | 322 | 14.00 | | | 12.24 | MEDI | | | 128.52 | 00-AHMDEB | |
| MRKTG | | | | | 610 | 2.00 | 61.52 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | I07 | | 1.99 | | | | | | | | |
| | | | | | 625 | | 320.00 | | | | | | | | |
| 12/27/2018 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 1,318.39 | 71.28 | OASDI | | | 26.26 | 00-AHDNEB | 1,058.37 |
| MXE 0065350438 | | | | | 613 | 8.00 | 246.08 | | 16.67 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.22 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | 625 | | 380.00 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 01/10/2019 USBADV | 80.00 | 769.23 | | | 101 | 37.00- | 355.77- | 2,386.80 | 137.56 | OASDI | | | 26.26 | 00-AHDNEB | 2,045.00 |
| MXE 0065435820 | | | | | 612 | 29.00 | 574.78 | | 32.17 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | 613 | 8.00 | 158.56 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | I07 | | 2.82 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | 604 | | 1,240.00 | | | | | | 4.61 | 00-AHVSEB | |
| 01/10/2019 USBADV | | | | | TNE | | 499.25 | 499.25 | | | | | | | 499.25 |
| MXE 0065435821 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 01/24/2019 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 850.87 | 42.33 | OASDI | | | 26.26 | 00-AHDNEB | 626.57 |
| MXE 0065556787 | | | | | 613 | 8.00 | 158.56 | | 9.90 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 02/07/2019 USBADV | 80.00 | 769.23 | | | 101 | 16.00- | 153.85- | 1,272.50 | 68.47 | OASDI | | | 26.26 | 00-AHDNEB | 1,015.94 |
| MXE 0065637919 | | | | | 610 | 8.00 | 158.56 | | 16.02 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | 611 | 5.00 | 99.10 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | 612 | 3.00 | 59.46 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | I07 | | 2.82 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | 625 | | 20.00 | | | | | | | | |
| | | | | | 625 | | 320.00 | | | | | | | | |

| P/E Date Check# | <------ REGULAR -----> | | <---- OVERTIME ----> | | <-------- OTHER ---------> | | | | <---- Federal ---> | | <--- State/Loc --> | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PayGroup\FormID<br>Bus. Unit | Hours | Earnings | Hours | Earnings | Type | Hours | Earnings | Gross Pay | Taxes | Type | Taxes | Type | Deductions | Code | Net Pay |
| 02/07/2019 USBADV | | | | | TNE | | 549.97 | 549.97 | | | | | | | 549.97 |
| MXE 0065637920 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 02/13/2019 USBADV | | | | | 604 | | 1,405.00 | 1,405.00 | 87.11 | OASDI | | | | | 936.89 |
| MXE 0065722594 | | | | | | | | | 20.37 | MEDI | | | | | |
| MRKTG | | | | | | | | | 360.63 | FWT | | | | | |
| 02/13/2019 USBADV | | | | | 315 | | 0.01- | 0.00 | 51.53- | FWT | | | | | 51.53 |
| MXE 0065741687 | | | | | 315 | | 0.01 | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 02/21/2019 USBADV | 80.00 | 769.23 | | | 101 | 15.00- | 144.23- | 922.30 | 46.77 | OASDI | | | 26.26 | 00-AHDNEB | 627.03 |
| MXE 0065772924 | | | | | 611 | 15.00 | 297.30 | | 10.93 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | 65.50 | FWT | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 03/07/2019 USBADV | 80.00 | 769.23 | | | 101 | 24.00- | 230.77- | 1,094.14 | 57.41 | OASDI | | | 26.26 | 00-AHDNEB | 758.36 |
| MXE 0065872278 | | | | | 610 | 5.90 | 116.94 | | 13.43 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | 611 | 18.10 | 358.74 | | 92.87 | FWT | | | 128.52 | 00-AHMDEB | |
| | | | | | I07 | | 2.82 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | 625 | | 20.00 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | 625 | | 60.00 | | | | | | | | |
| 03/07/2019 USBADV | | | | | TNE | | 180.38 | 180.38 | | | | | | | 180.38 |
| MXE 0065872279 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 03/13/2019 | | | | | | | | | | | | | | | |
| MXE | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USBADV | | | | | 604 | | 930.00 | 930.00 | 57.66 | OASDI | | | | | 654.25 |
| 0065959176 | | | | | | | | | 13.49 | MEDI | | | | | |
| | | | | | | | | | 204.60 | FWT | | | | | |
| 03/20/2019 USBADV | | | | | 625 | | 40.00 | 160.00 | 9.92 | OASDI | | | | | 112.56 |
| MXE 0066015365 | | | | | 625 | | 120.00 | | 2.32 | MEDI | | | | | |
| MRKTG | | | | | | | | | 35.20 | FWT | | | | | |
| 03/21/2019 USBADV | 80.00 | 769.23 | | | 101 | 16.00- | 153.85- | 919.70 | 46.60 | OASDI | | | 26.26 | 00-AHDNEB | 624.95 |
| MXE 0065993987 | | | | | 611 | 16.00 | 304.32 | | 10.89 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | 65.19 | FWT | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 03/26/2019 USBCHK | | | | | 715 | | 18.00 | 7.60 | 1.59 | OASDI | | | | | 0.00 |
| MXE 0060769387 | | | | | EAS | | 7.60 | | 0.38 | MEDI | | | | | |
| MRKTG | | | | | | | | | 5.63 | FWT | | | | | |
| 04/04/2019 USBADV | 80.00 | 769.23 | | | 101 | 16.00- | 153.85- | 919.70 | 46.60 | OASDI | | | 26.26 | 00-AHDNEB | 624.95 |
| MXE 0066100043 | | | | | 610 | 4.00 | 76.08 | | 10.89 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | 611 | 12.00 | 228.24 | | 65.19 | FWT | | | 128.52 | 00-AHMDEB | |
| | | | | | I07 | | 2.82 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 04/04/2019 USBADV | | | | | TNE | | 821.86 | 821.86 | | | | | | | 821.86 |
| MXE 0066100044 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 04/10/2019 USBADV | | | | | 604 | | 2,090.00 | 2,090.00 | 129.58 | OASDI | | | | | 1,470.31 |
| MXE 0066180334 | | | | | | | | | 30.31 | MEDI | | | | | |
| MRKTG | | | | | | | | | 459.80 | FWT | | | | | |

PeopleSoft

Report ID: TWRPY10E — EMPLOYEE EARNINGS RECORD — Page No. 10
Company CCL Charter Communications, LLC — 01/01/2018 - 08/24/2019 — Run Date 02/16/2020
1089549 Garcia,Jorge — Run Time 19:59:25

| P/E Date Check# / PayGroup\FormID / Bus. Unit | <------ REGULAR -----> Hours | Earnings | <---- OVERTIME ----> Hours | Earnings | <-------- OTHER ---------> Type | Hours | Earnings | Gross Pay | <---- Federal ---> Taxes | Type | <--- State/Loc --> Taxes | Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10/2019 USBCHK | | | | | 665 | | 25.00 | 10.53 | 2.20 | OASDI | | | | | 0.00 |
| MXE 0060786265 | | | | | GCR | | 10.53 | | 0.51 | MEDI | | | | | |
| MRKTG | | | | | | | | | 7.82 | FWT | | | | | |
| 04/18/2019 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 904.47 | 45.65 | OASDI | | | 26.26 | 00-AHDNEB | 607.83 |
| MXE 0066221019 | | | | | 610 | 2.00 | 38.04 | | 10.68 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | 611 | 6.00 | 114.12 | | 68.24 | FWT | | | 128.52 | 00-AHMDEB | |
| | | | | | I07 | | 2.82 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | 625 | | 60.00 | | | | | | 4.61 | 00-AHVSEB | |
| 05/02/2019 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 844.47 | 41.94 | OASDI | | | 26.26 | 00-AHDNEB | 620.65 |
| MXE 0066327815 | | | | | 611 | 8.00 | 152.16 | | 9.81 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 05/02/2019 USBADV | | | | | TNE | | 777.78 | 777.78 | | | | | | | 777.78 |
| MXE 0066327816 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 05/16/2019 USBADV | 80.00 | 769.23 | | | I07 | | 2.82 | 2,184.23 | 125.00 | OASDI | | | 26.26 | 00-AHDNEB | 1,857.93 |
| MXE 0066437257 | | | | | 604 | | 1,415.00 | | 29.23 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | | | | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 05/29/2019 USBADV | 72.00- | 692.31- | | | 101 | 8.00 | 76.92 | 692.31- | 32.32- | OASDI | | | 26.26- | 00-AHDNEB | 0.00 |
| MXE 0066541277 | | | | | 322 | 8.00- | | | 7.56- | MEDI | | | 11.53- | 00-AHHSAE | |
| MRKTG | | | | | 610 | 7.60- | 144.55- | | | | | | 128.52- | 00-AHMDEB | |
| | | | | | 611 | 0.40- | 7.61- | | | | | | 1.15- | 00-AHODEA | |
| | | | | | I07 | | 2.82- | | | | | | 4.61- | 00-AHVSEB | |
| | | | | | | | | | | | | | 480.36- | 00-NETPAY | |

PeopleSoft

Report ID: TWRPY10E — EMPLOYEE EARNINGS RECORD — 

Company CCL Charter Communications, LLC — 01/01/2018 - 08/24/2019 — Run Date 02/16/2020

1089549 Garcia,Jorge — Run Time 19:59:25

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/2019 USBADV | 72.00 | 692.31 | | | 101 | 8.00- | 76.92- | 767.55 | 37.16 | OASDI | | | 26.26 | 00-AHDNEB | 69.26 |
| MXE 0066563220 | | | | | 322 | 8.00 | | | 8.70 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | 610 | 7.60 | 144.55 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | 611 | 0.40 | 7.61 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | I07 | | 2.82 | | | | | | 4.61 | 00-AHVSEB | |
| | | | | | | | | | | | | | 480.36 | 00-NETPAY | |
| 05/29/2019 USBADV | | | | | TNE | | 300.44 | 300.44 | | | | | | | 300.44 |
| MXE 0066564531 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 05/30/2019 USBADV | 72.00 | 692.31 | | | 101 | 8.00- | 76.92- | 692.31 | 32.32 | OASDI | | | 26.26 | 00-AHDNEB | 480.36 |
| MXE 0066541277 | | | | | 322 | 8.00 | | | 7.56 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | 610 | 7.60 | 144.55 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | 611 | 0.40 | 7.61 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | I07 | | 2.82 | | | | | | 4.61 | 00-AHVSEB | |
| 05/30/2019 | | | | | TNE | | | 0.00 | | | | | | | 0.00 |
| MXE | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 06/13/2019 USBADV | 80.00 | 769.23 | | | 101 | 12.00- | 115.38- | 2,562.09 | 148.43 | OASDI | | | 26.26 | 00-AHDNEB | 2,206.88 |
| MXE 0066648302 | | | | | 611 | 12.00 | 228.24 | | 34.71 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | 604 | | 1,680.00 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 06/27/2019 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 844.47 | 41.94 | OASDI | | | 26.26 | 00-AHDNEB | 620.65 |
| MXE 0066752875 | | | | | 611 | 8.00 | 152.16 | | 9.81 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |

| P/E Date Check# / PayGroup\FormID / Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/2019 USBCHK | | | | | 715 | | 18.00 | 1.50 | 1.21 | OASDI | | | | | 0.00 |
| MXE 0060892065 | | | | | EAS | | 1.50 | | 0.29 | MEDI | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 07/11/2019 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 2,984.47 | 174.61 | OASDI | | | 26.26 | 00-AHDNEB | 2,596.96 |
| MXE 0066853713 | | | | | 613 | 8.00 | 152.16 | | 40.83 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | 604 | | 2,140.00 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 07/11/2019 USBADV | | | | | TNE | | 944.24 | 944.24 | | | | | | | 944.24 |
| MXE 0066853714 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 07/25/2019 USBADV | 80.00 | 769.23 | | | I07 | | 2.82 | 769.23 | 37.27 | OASDI | | | 26.26 | 00-AHDNEB | 551.18 |
| MXE 0066958666 | | | | | | | | | 8.71 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | | | | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 08/08/2019 USBADV | 80.00 | 769.23 | | | 101 | 8.00- | 76.92- | 844.47 | 41.94 | OASDI | | | 26.26 | 00-AHDNEB | 620.65 |
| MXE 0067065398 | | | | | 610 | 8.00 | 152.16 | | 9.81 | MEDI | | | 11.53 | 00-AHHSAE | |
| MRKTG | | | | | I07 | | 2.82 | | | | | | 128.52 | 00-AHMDEB | |
| | | | | | | | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | | | | | | | | 4.61 | 00-AHVSEB | |
| 08/08/2019 USBADV | | | | | TNE | | 710.50 | 710.50 | | | | | | | 710.50 |
| MXE 0067065399 | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |
| 08/14/2019 | | | | | | | | | | | | | | | |
| MXE | | | | | | | | | | | | | | | |
| MRKTG | | | | | | | | | | | | | | | |

| P/E Date Check# PayGroup\FormID Bus. Unit | <------ REGULAR -----> Hours | Earnings | <---- OVERTIME ----> Hours | Earnings | <-------- OTHER ---------> Type | Hours | Earnings | Gross Pay | <---- Federal ---> Taxes | Type | <--- State/Loc --> Taxes | Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USBADV 0067138571 | | | | | 604 | | 1,295.00 | 1,295.00 | 80.29<br>18.78 | OASDI<br>MEDI | | | | | 1,195.93 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total | 3,373.00 | 32,432.67 | 0.00 | 0.00 | 96.75 | 56,852.48 | 89,102.05 | 8,126.52 | 0.00 |

| | |
|---|---|
| Deductions | 6,953.37 |
| Net Pay | 74,022.16 |

| TOTAL-<----- Other Hours -----> | | <----- Other Earnings ------> | | Federal Tax | State Tax | Local Tax | <---------------------- Deductions ----------------------> | | |
|---|---|---|---|---|---|---|---|---|---|
| 471.25-101 | 96.75 322 | 4531.23-101 | 2369.77 610 | 4569.35 OASDI | | | 1013.22 00-AHDNEB | 5526.36 00-AHMDEB | 198.23 00-AHVSEB |
| 98.85 610 | 88.00 613 | 2168.16 613 | 97.10 I07 | 1068.64 MEDI | | | 196.01 00-AHHSAE | 19.55 00-AHODEA | 00-NETPAY |
| 64.00 612 | 220.40 611 | 39655.00 604 | 1319.36 612 | 2488.53 FWT | | | | | |
| | | 5330.91 611 | 8652.25 TNE | | | | | | |
| | | 25.00 F65 | 21.06 GCR | | | | | | |
| | | 1745.10 OTH | | | | | | | |

Pay Sheet Source Legend: K = Batch Final L = On-line Final O = On-line

| P/E Date Check# PayGroup\FormID Bus. Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Co. Total | 3,373.00 | 32,432.67 | 0.00 | 0.00 | | 96.75 | 56,852.48 | 89,102.05 | 8,126.52 | | 0.00 | | 6,953.37 | | 74,022.16 |

**From:**Dubois, Ashley
**Sent:**Thu, 13 Feb 2020 17:33:56 +0000
**To:**Charter.ESCLeaves@charter.com
**Subject:**LTD Salary Verification - Jorge Garcia - LTD Claim 9734661

Good Afternoon,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Jorge Garcia with Emp ID 1089549 and DOB .

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 08/17/2019.
- Confirm the employee's standard number of scheduled hours per week prior to disability.
- Confirm if they are an employee who receives commissions? If so please provide a report of commissions received from 01/01/2018-12/31/2018.

Please contact me with any questions.

Thank you,


**Ashley Dubois**
Service Processor
Financial Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

-
Ashley.dubois@LFG.com
LincolnFinancial.com


**Follow us on:**

**From:**Schlotfelt, Michael <Michael.Schlotfelt@sedgwick.com>
**Sent:**Tue, 11 Feb 2020 17:23:15 +0000
**To:**Jones, Gabby
**Subject:**30193305872-0001 - GARCIA, JORGE - 08/15/2019 PSID 1089549

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon this employee was on a denied STD claim that we just approved through STD exhaust on 2/16/20 do you happen to have a LTD claim built for him. It looks like his NOV is 2/26/20 so he will not be returning until after STD exhausts

Thanks – Mike

Michael Schlotfelt CLMS | Absence Management Team Lead
Sedgwick Claims Management Services, Inc.
DIRECT 319.221.0147 |EMAIL Michael.schlotfelt@sedgwickcms.com
www.sedgwick.com | Caring counts℠

---

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

**From:** DoNotReply@lfg.com
**Sent:** Tue, 11 Feb 2020 16:24:00 +0000
**To:** LUPE.LOSOYA@CHARTER.COM;SYLVETTE.DEJESUS@CHARTER.COM
**Subject:** Claim #9734661, JORGE GARCIA

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 8/17/2019. The claim has been approved. The case manager for this claim is Corey Abrams-weaver. The claim number is 9734661.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**From:** DoNotReply@lfg.com
**Sent:** Tue, 11 Feb 2020 16:24:00 +0000
**To:** LUPE.LOSOYA@CHARTER.COM;SYLVETTE.DEJESUS@CHARTER.COM
**Subject:** Claim #9734661, JORGE GARCIA

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 8/17/2019. The claim has been approved. The case manager for this claim is Corey Abrams-weaver. The claim number is 9734661.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JORGE GARCIA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

February 11, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   *"**Disability**" or "**Disabled**" means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 17, 2019 and your benefits begin on February 15, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by March 6, 2020.

- X Third Party Liability Information Form
- X Direct Deposit Application
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- X Training Education Experience
- X Survivor / Estate Information Form
- X W-4S 2019

X Police Accident Report

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Third Party Liability Information Form
Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Survivor / Estate Information Form
W-4S 2019

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☐ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: ____________
2. Location of Injury (please include town and state): ____________
3. Description of Injury/Sickness (please include copy of accident report, if applicable): ____________
4. Is someone else responsible for your damages? Yes ☐ No ☐
   If "Yes": Name: ____________
   Address: ____________
   Telephone No.: (   ) ____________
5. Are any claims being made? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ____________
   Address: ____________
   Telephone No.: (   ) ____________
   Claim Representative: ____________
   Claim No.: ____________
6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ____________
   Address: ____________
   Telephone No.: (   ) ____________
   Claim Representative: ____________
   Claim No.: ____________
   Weekly Benefit $ ____________
7. Are you using the services of an attorney? Yes ☐ No ☐
   If "Yes": Name: ____________
   Address: ____________
   Telephone No.: (   ) ____________

DRIVER'S LICENSE #: ______________________________ DATE: ______________________

SIGNATURE: ______________________________

DP 447D Rev. 12/02

# DIRECT DEPOSIT APPLICATION

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ________
**ADDRESS:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ________

**9 DIGIT ABA ROUTING NUMBER:** ________ **BANK ADDRESS:** ________

**YOUR ACCOUNT NUMBER:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________ Date: ________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: ________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ________________

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Jorge Garcia **Date of Birth:** ____________

**Employer:** Charter Communications, Inc. **Policy/Plan Sponsor No.** 04 - 444809

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________ Department: ______________ From: ________ To: ________

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

4. Company: ______________ Department: ______________ From: ________ To: ________

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

5. Company: ______________ Department: ______________ From: ________ To: ________

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (     )** ______________

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

.................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ...........................................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . . . . | 1 | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| **4** | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . . . . . | 4 | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | 5 | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write “Revoked” in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,400* |
| Head of household | $18,350* |
| Single or Married filing separately | $12,200* |

* If you’re age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person’s return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you’re 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you’re entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 510,300 | **46,628.50 + 35%** | **204,100** |
| 510,300 | and greater | **153,798.50 + 37%** | **510,300** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | **$0 + 10%** | **$0** |
| 13,850 | 52,850 | **1,385 + 12%** | **13,850** |
| 52,850 | 84,200 | **6,065 + 22%** | **52,850** |
| 84,200 | 160,700 | **12,962 + 24%** | **84,200** |
| 160,700 | 204,100 | **31,322 + 32%** | **160,700** |
| 204,100 | 510,300 | **45,210 + 35%** | **204,100** |
| 510,300 | and greater | **152,320 + 37%** | **510,300** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | **$0 + 10%** | **$0** |
| 19,400 | 78,950 | **1,940 + 12%** | **19,400** |
| 78,950 | 168,400 | **9,086 + 22%** | **78,950** |
| 168,400 | 321,450 | **28,765 + 24%** | **168,400** |
| 321,450 | 408,200 | **65,497 + 32%** | **321,450** |
| 408,200 | 612,350 | **93,257 + 35%** | **408,200** |
| 612,350 | and greater | **164,709.50 + 37%** | **612,350** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 306,175 | **46,628.50 + 35%** | **204,100** |
| 306,175 | and greater | **82,354.75 + 37%** | **306,175** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**From:**ESCLeaves <Charter.ESCLeaves@charter.com>
**Sent:**Thu, 6 Feb 2020 18:11:31 +0000
**To:**Abrams-weaver, Corey
**Subject:**RE: 9734661 - Jorge Garcia (EmID: 1089549)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Corey,

His estimated max date is 2/14/2020. Thanks

Angela L Roddey
ESC Leave Compliance Specialist| Employee Services Center
|7800 Crescent Executive Dr. | Charlotte, NC 28217

Charter
COMMUNICATIONS

---

**From:** Abrams-weaver, Corey [mailto:Corey.Abrams-weaver@lfg.com]
**Sent:** Wednesday, February 5, 2020 10:27 AM
**To:** ESCLeaves <Charter.ESCLeaves@charter.com>
**Subject:** 9734661 - Jorge Garcia (EmID: 1089549)

Good Morning,

We have received enough information to make a claim determination for Mr. Jorge Garcia, can you confirm the STD max date?

Thanks

Corey Abrams-Weaver
LTD Specialist II
Lincoln Financial Group
P.O. Box 7216
Lincoln, KY 40742

Office: 844.556.3278
Ext: *18336
Fax: 603.334.5994

LincolnFinancial.com

Follow us on:

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 18336 and permanently delete the original and any copy of any e-mail and any printout thereof.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas
Patsy G
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:**

**Attention: COREY ABRAMS-WEAVER**

**Name: GARCIA, JORGE**

**DOB:**

**Date Range: 11/01/2019 to 02/04/2020**

**This document contains the following records of the patient:**

- **Clinical Documents**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

## Clinical Documents

Admin - Medical Records Request for GARCIA, JORGE (40yo M) #1827661
E#1827661

01/29/20 14:21:03 Lincoln Financial -> athena Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No. (603) 334-5994

| | |
|---|---|
| Date: | January 29, 2020 |
| To: | JOSEPH TEJAN |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1° de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No: (844) 184-5858
Secure Fax No.: (603) 334-5994

January 29, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 19, 2019 through present
- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by February 5, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# Restrictions Form

**Return To:** Corey Abrams-Weaver

| Jorge Garcia | | 9734661 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 11-06-2020
   DATE LAST TREATED — 01-10-2020
   NEXT OFFICE VISIT — 02-21-2020

   closed fx of (L) radius
   closed fx of (R) tibia spine
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   pt w/ ROM limitations on (L) radius. Pt still not able to walk for long periods of time.

4. RESTRICTIONS IMPOSED FROM 11-26-2019 TO 02-21-2020.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   pt is currently attending physical therapy
   return to work date final decision to be determined on next f/u.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   currently finishing PT for complete rehab due to still having ROM limitations

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 11-06-19 TO 01-10-2020

Admin - Medical Records Request for GARCIA, JORGE (40yo M) #1827661
E#1827661

01/29/20 14:21:46 Lincoln Financial -> athena Lincoln Financial Gr Page 005

| | | |
|---|---|---|
| Joseph Tejan MD | MD-Orthopedics | 203059260 |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 2121 Pease St Suite 404 | 956-389-4710 | 956-389-3537 |
| Street Address | Telephone Number | Fax Number |
| Harlingen TX 78550 | | 02-01-2020 |
| City, State & Zip Code | Signature | Date |

**Valley Baptist**
Physician Network

Orthopedic Specialty Associates
2121 Pease St., Suite 404
Harlingen, Texas 78550
(956) 389-4710

School/ Work Excuse

Date: Jan 10, 2020

This is to certify that patient, Jorge Garcia DOB: ____

Has been under my care on/from: Jan 10, 2020

Patient will be able to return to school/ work on after next f/u 2/21/2020

Please take this into consideration when reviewing the time away from work/school.

Special instructions:

[ ] Patient is able to return to work/ school with no restrictions

[X] Patient is not able to return to work / school

[ ] Patient is able to return to work / school with the following limitations:

- ____ Use of Crutches / Walker/ Wheelchair
- ____ Elevated extremities (s) L / R
- ____ No Physical Education
- ____ Activity as Tolerated
- ____ May have recess/No recess

[ ] Other Pt needs to complete one more month of therapy

If there are any questions on this document, please feel free to call the office.

[signature]
Provider / Office Representative

**Dr. Joseph Tejan, M.D.**

**NEW LOCATION**

- ☐ **BROWNSVILLE** 1740 Boca Chica Blvd. Ste. 500 Brownsville, Tx 78520 P.956.561.4940
- ☒ HARLINGEN 310 N. Ed Carey Dr. Ste. B Harlingen, Tx 78552 P.956.622.3105
- ☐ EDINBURG 2502 W. Freddy Gonzalez Ste. B Edinburg, Tx 78539 P.956.381.1600
- ☐ ELSA 720 E. Edinburg Ave. Ste. 1009 Elsa, Tx 78543 P.956.262.9131
- ☐ WESLACO 1210 E. 8th St. Ste. 1-A Weslaco, Tx 78596 P.956.351.5870
- ☐ McALLEN SOUTH 500 Lindberg Ave. McAllen, Tx 78501 P.956.687.4555
- ☐ McALLEN EAST 320 N. McColl Rd. McAllen, Tx 78501 P.956.627.0155
- ☐ MISSION 1317 St. Claire Ste. A#2 Mission, Tx 78572 P.956.584.3535
- ☐ RIO GRANDE CITY 201 N. FM 3167 Ste. E Rio Grande City, Tx 78582 P.956.488.1999
- ☐ ROMA 630 E. Bravo Blvd. #2 Roma, Tx 78584 P.956.847.4424
- ☐ SAN ANTONIO 7220 Louis Pasteur Ste. 144 San Antonio, Tx 78229 P.210.290.9335
- ☐ DEL RIO 612 N. Bedell Ave. Ste. D Del Rio, Tx 78840 P.830.488.6265
- ☐ EAGLE PASS 2483 2nd St Ste. B Eagle Pass, Tx 78852 P.830.776.5191




## PHYSICAL THERAPY REFERRAL

Name: Jorge Garcia DOB: ___

Phone: ___ SS#: — DOI: —

Diagnosis: (L) Knee (R) Knee ICD10: ___

Precautions: (L) Radius.

Comments: ___

☐ Appt. Time: ___ ☐ Transportation

☐ Physical Therapy ☒ Re-Eval and Continue Treatment

☒ Eval and Treat

Frequency: 2-3 x Week Duration: 4 Weeks

**INSURANCE:**

☐ Medicare ☐ Medicaid ☐ Private Insurance ☐ CHIPS

☐ Worker's Comp ☐ Private Pay ☐ VA

HOME HEALTH NAME: ___

Physician's Signature: [signature] Date: Jan 10, 2020

Physician's Printed Name: Joseph Tejan Phone: 389-4710

Attending Nurse: Patty G- Fax: 389-3537

performancetherapeutics.com

**PH.: 1-866-REHAB-89 | FAX: 855-REFER PT**
(734-2289) (733-3778)

**NEW LOCATION**

- ☐ **BROWNSVILLE** 1740 Boca Chica Blvd. Ste. 500 Brownsville, Tx 78520 P.956.561.4940
- ☑ HARLINGEN 310 N. Ed Carey Dr., Ste. B Harlingen, Tx 78552 P.956.622.3105
- ☐ EDINBURG 2502 W. Freddy Gonzalez Ste. B Edinburg, Tx 78539 P.956.381.1600
- ☐ ELSA 720 E. Edinburg Ave. Ste. 1009 Elsa, Tx 78543 P.956.262.9131
- ☐ WESLACO 1210 E. 8th St. Ste. 1-A Weslaco, Tx 78596 P.956.351.5870
- ☐ McALLEN SOUTH 500 Lindberg Ave. McAllen, Tx 78501 P.956.687.4555
- ☐ McALLEN EAST 320 N. McColl Rd. McAllen, Tx 78501 P.956.627.0155
- ☐ MISSION 1317 St. Claire Ste. A#2 Mission, Tx 78572 P.956.584.3535
- ☐ RIO GRANDE CITY 201 N. FM 3167 Ste. E Rio Grande City, Tx 78582 P.956.488.1999
- ☐ ROMA 630 E. Bravo Blvd. #2 Roma, Tx 78584 P.956.847.4424
- ☐ SAN ANTONIO 7220 Louis Pasteur Ste. 144 San Antonio, Tx 78229 P.210.290.9335
- ☐ DEL RIO 612 N. Bedell Ave. Ste. D Del Rio, Tx 78840 P.830.488.6265
- ☐ EAGLE PASS 2483 2nd St. Ste. B Eagle Pass, Tx 78852 P.830.776.5191

**Performance Therapeutics**
Physical Therapy & Sports Medicine

# PHYSICAL THERAPY REFERRAL

Name: Jorge Garcia DOB: ______
Phone: ______ SS#: ______ DOI: ______
Diagnosis: Closed fx of distal end of (L) radius & (R) tibia plateau ICD10: S52.532S, S82.1?U
Precautions: ______
Comments: ______

☐ Appt. Time: ______ ☐ Transportation

☑ Physical Therapy ☐ Re-Eval and Continue Treatment
☑ Eval and Treat
Frequency: 2-3 x Week Duration: 4 Weeks

**INSURANCE:**
☐ Medicare ☐ Medicaid ☐ Private Insurance ☐ CHIPS
☐ Worker's Comp ☐ Private Pay ☐ VA

**HOME HEALTH**
**NAME:** ______

Physician's Signature: [signature] Date: 12-11-2019
Physician's Printed Name: Joseph Pagan Phone: 389-4710
Attending Nurse: [illegible] Fax: 389-3537

**performancetherapeutics.com**
**PH.: 1-866-REHAB-89 | FAX: 855-REFER PT**
(734-2289) (733-3778)

Valley Baptist
Physician Network

Orthopedic Specialty Associates
2121 Pease St., Suite 404
Harlingen, Texas 78550
(956) 389-4710

School/ Work Excuse

Date: 12/11/2019

This is to certify that patient, Jorge Garcia DOB: ____________

Has been under my care on/from: 12-11-2019

Patient will be able to return to school/ work on January 22, 2019

Please take this into consideration when reviewing the time away from work/school.

Special instructions:

[ ] Patient is able to return to work/ school with no restrictions

[X] Patient is not able to return to work / school

[ ] Patient is able to return to work / school with the following limitations:

- ___ Use of Crutches / Walker/ Wheelchair
- ___ Elevated extremities (s) L / R
- ___ No Physical Education
- ___ Activity as Tolerated
- ___ May have recess/No recess

[ ] Other____________________

If there are any questions on this document, please feel free to call the office.

(signature)
Provider / Office Representative

**Dr. Joseph Tejan, M.D.**

Operative Note EMR No Cosign GARCIA, JORGE - 1042959
* Final Report *

* Final Report *

# OPERATIVE REPORT

**DATE OF SERVICE:**_11/26/2019 08:54:42 CST

**SURGEON:** Tejan,Joseph MD

**ASSISTANT:**_

**ANESTHESIA:** General anesthesia endotracheal intubation

**PREOPERATIVE DIAGNOSIS:1.** Retained symptomatic hardware left wrist.
2.Retained symptomatic hardware right knee

**POSTOPERATIVE DIAGNOSIS:** Same

**FINDINGS:** Same

**PROCEDURE PERFORMED:** 1.Removal of plate and screws left wrist
2.Removal of his prominent screw right knee

**INDICATIONS FOR THE OPERATION:** This man was involved in

an accident and sustained an injury to the left wrist and the right knee. Patient was in California. He had open reduction internal fixation of the fractures. The right knee screw appears prominent. we have agreed to have the screw removed.
The plate on the left wrist is a spanning plate for temporary internal fixation. The fracture has healed in a malunited position. The patient does not want correction of the malunion. He just wants a plate removed.

**DESCRIPTION OF PROCEDURE:** The patient was brought to the operation room after adequate anesthesia patient was position supine in the operating table. Both the right lower limb and the left upper limb were draped and prepped sterilely in normal fashion. On the left wrist incision made in the previous scar. dissection was carried through subcutaneous tissue. most of the scar was used tendons were seen and protected the plate was easily identified and the screws. these were removed without any complications. The wound was irrigated and was closed with 2-0 Vicryl and staples to the skin

Attention was turned to the right knee again incision was made in the previous scar just the proximal portion of the scar was used and dissection was carried through skin subcutaneous tissue. IT band inserts into Gertie's tubercle was identified the plate was identified the correct screw that was prominent was removed under fluoroscopic guidance. X-ray was done both of the wrist and the need to stay satisfactory hardware removal had been achieved. The fractures appeared healed. The knee wound was irrigated

and closed with #1 Vicryl 2-0 Vicryl and staples to the skin.
Procedure was done on antibiotics prophylaxis.
There was no complications. Patient was taken recovery in satisfactory condition

**ESTIMATED BLOOD LOSS:** Minimal

**TOURNIQUET TIME:** Tourniquet was about 30 minutes on the right leg and about 30 minutes on the left upper limb

**SPECIMENS:** No specimens

**DRAIN/S:** No drains

**COUNTS:** Correct 2

**CONDITION AT THE END OF THE PROCEDURE:** Good. Stable

**SPLINT:** No splint

**Signature Line**
Electronically Signed On 11/26/19 09:00 CST

TEJAN MD, JOSEPH M

Operative Note EMR No Cosign
* Final Report *

GARCIA, JORGE - 1042959

**Completed Action List:**

* Perform by TEJAN MD, JOSEPH M on November 26, 2019 09:00 CST
* Sign by TEJAN MD, JOSEPH M on November 26, 2019 09:00 CST
* VERIFY by TEJAN MD, JOSEPH M on November 26, 2019 09:00 CST

| | |
|---|---|
| Result type: | Operative Note EMR No Cosign |
| Result date: | November 26, 2019 08:54 CST |
| Result status: | Auth (Verified) |
| Performed by: | TEJAN MD, JOSEPH M on November 26, 2019 09:00 CST |
| Verified by: | TEJAN MD, JOSEPH M on November 26, 2019 09:00 CST |
| Encounter info: | 306994468, VBA, 2 - Outpatient, 11/26/2019 - 11/26/2019 |

**PT Evaluation** : 09/16/2019
GARCIA, JORGE ( MCB 390 )

**Transfer**

| | Assist Level | Assistive Device |
|---|---|---|
| Sit - Stand | Mod Indep | NA |
| Stand - Sit | Mod Indep | NA |
| Bed - Wheelchair | [illegible] | N/A |
| Wheelchair - Bed | [illegible] | N/A |
| Toilet or BSC | | |
| Tub or Shower | | |
| Car / Van | | |

Factors Contributing to Functional Impairment:
Forward flexed posture. Patient slow to [illegible] and presents with minimal instability.

**Wheelchair Mobility**

| Assist Level | | Assist Level | | Assist Level | |
|---|---|---|---|---|---|
| Level | | Unlevel | | Maneuver | |

Factors Contributing to Functional Impairment:

**Weight Bearing Status**

**Balance**

✓ Able to assume midline orientation
✓ Able to maintain midline orientation
Sitting: Movement/mobility within position
Standing: Maintain position

**Fall Risk and Other Testing**

| | Test Used | Other | Test Results |
|---|---|---|---|
| **Cognition** | | | |
| **Sensation** | | | |
| **Endurance** | | | |
| **Balance** | | | |
| **Gait** | | | |
| **Bal Confidence** | | | |

DME

**Available**
☐ Wheelchair ☐ Walker ☐ Hospital Bed ☐ Bedside Commode ☐ Raised Toilet Seat ☐ Tub / Shower Bench
Other:

**Needs**
Walker

Clinical Statement of Assessment Findings and Recommendations

Patient presents with decreased B [illegible] strength, impaired standing balance, difficulty with walking and impaired functional mobility. He will benefit from skilled physical therapy intervention to address the aforementioned deficits so that he may achieve his maximum safe level of functional independence. Patient agreed to PT evaluation today. Patient left up in chair upon completion of today's therapy session.

Treatment Goals

| | Goal | Time Frame |
|---|---|---|
| 1: | STG1: Patient will improve B gross knee strength to 4+/5 or better. | 10/05/19 |
| 2: | STG2: Patient will be able to transfer sit<->stand with Indep with good safety awareness. | 10/05/19 |
| 3: | LTG1: Patient will improve B gross knee strength to 5/5 or better. | [illegible] |
| 4: | LTG2: Patient will be able to transfer with Mod Independence | [illegible] |
| 5: | LTG3: Patient will be [illegible] Independent with his HEP. | [illegible] |
| 6: | | |
| 7: | | |
| 8: | | |
| 9: | | |
| 10: | | |


© 2004-2019 Kinnser Software, Inc. All Rights reserved.

## PT Evaluation 09/16/2019
GARCIA, JORGE ( MCB 390 )

Physical Assessment

| | Level | | Functional Impact |
|---|---|---|---|
| **Orientation:** | Within normal limits. | Unimpaired | |
| **Speech:** | Within normal limits. | Unimpaired | |
| **Vision:** | Within normal limits. | Unimpaired | |
| **Hearing:** | Within normal limits. | Unimpaired | |
| **Skin:** | Within normal limits. | Unimpaired | |
| **Muscle Tone:** | Impairment present but not impacting functional ability. | Unimpaired | |
| **Coordination:** | Impairment present but not impacting functional ability. | Unimpaired | |
| **Sensation:** | Impairment present but not impacting functional ability. | Unimpaired | |
| **Endurance:** | Impairment present but not impacting functional ability. | Unimpaired | |
| **Posture:** | Impairment present but not impacting functional ability. | Unimpaired | |

**Edema**
✓ **Absent**
☐ **Present**

**Pain Assessment**
✓ No Pain Reported

| | *Location* | *Intensity (0-10)* | | *Location* | *Intensity (0-10)* |
|---|---|---|---|---|---|
| Primary Site: | | | Secondary Site: | | |

Increased by:

Relieved by:

Interferes with:

**ROM / Strength**

| *Part* | *Action* | ROM *Right* | ROM *Left* | Strength *Right* | Strength *Left* |
|---|---|---|---|---|---|
| Shoulder | Flexion | WFL | WFL | 5/5 | 5/5 |
| | Extension | WFL | WFL | 5/5 | 5/5 |
| | Abduction | WFL | WFL | 5/5 | 5/5 |
| | Adduction | WFL | WFL | 5/5 | 5/5 |
| | Int Rot | WFL | WFL | 5/5 | 5/5 |
| | Ext Rot | WFL | WFL | 5/5 | 5/5 |
| Elbow | Flexion | WFL | WFL | 5/5 | 5/5 |
| | Extension | WFL | WFL | 5/5 | 5/5 |
| Forearm | Pronation | | | | |
| | Supination | | | | |
| Finger | Flexion | | | | |
| | Extension | | | | |
| Wrist | Flexion | | | | |
| | Extension | | | | |
| Trunk | Extension | | | | |
| | Rotation | | | | |
| | Flexion | | | | |

| *Part* | *Action* | ROM *Right* | ROM *Left* | Strength *Right* | Strength *Left* |
|---|---|---|---|---|---|
| Hip | Flexion | WFL | WFL | 4-/5 | 4+/5 |
| | Extension | WFL | WFL | 4-/5 | 4+/5 |
| | Abduction | WFL | WFL | 4-/5 | 4+/5 |
| | Adduction | WFL | WFL | 4-/5 | 4+/5 |
| | Int Rot | WFL | WFL | 4-/5 | 4+/5 |
| | Ext Rot | WFL | WFL | 4-/5 | 4+/5 |
| Knee | Flexion | [illegible] | 110 | 4-/5 | 4/5 |
| | Extension | 0 | 0 | 4-/5 | 4/5 |
| Ankle | Plantar Flexion | | | | |
| | Dorsiflexion | | | | |
| | Inversion | | | | |
| | Eversion | | | | |
| Neck | Flexion | | | | |
| | Extension | | | | |
| | Lat Flexion | | | | |
| | Rotation | | | | |

Description of Functional Impact:
ROM measurements = AROM. Strength grossly graded through available range.

Functional Assessment

| Independence Scale Key | Dep | Max Assist | Mod Assist | Min Assist | CGA | SBA | Supervision | Ind with Equip | Indep |
|---|---|---|---|---|---|---|---|---|---|

**Bed Mobility**

| | Assist Level | |
|---|---|---|
| Rolling | Independent | ✓ L ✓ R |
| | | **Assistive Device** |
| Supine - Sit | Independent | NA |
| Sit - Supine | Independent | NA |

Factors Contributing to Functional Impairment:
Patient requires extended time and VCs for proper sequencing.

**Gait**

| | Assist Level | Distance/ Amount (Ft) | Assistive Device |
|---|---|---|---|
| Level | N/A | X | |
| Unlevel | N/A | X | |
| Steps / Stairs | | X | |

Factors Contributing to Functional Impairment:
NWB L LE. Patient does not have a walker at this time.


© 2004-2019 Kinnser Software, Inc. All Rights reserved.

**PT Evaluation** : 09/16/2019 (615179431)
GARCIA, JORGE ( MCB 390 )
Date of Birth:
✓ Patient identity confirmed

**American Medical Home Health Services**
5926 South Staples , Suite B1
Corpus Christi , TX 78413
(361) 887-9760

Time In: [illegible] Time Out: [illegible] Visit Date: [illegible]/2019

Diagnosis / History

**Medical Diagnosis:** S/P Right Tibia and Left Wrist ORIF Onset 09/17/2019

**PT Diagnosis:** Muscle weakness; Impaired functional Mobility Onset 09/17/2019

**Relevant Medical History:**
Patient is a 39-year-old male with hx of kidney [illegible] who was struck by a vehicle while walking across a street on 08/17/19. Patient sustained right tibial plateau Fx, left knee fracture, left wrist fracture. Patient underwent S/P Right Tibia and L Wrist ORIF.

**Prior Level of Functioning:**
Independent with ambulation and household mobility.

**Patient's Goals:**
To regain functional independence in his home.

**Precautions:** [illegible]

**Homebound?** ✓ Yes ☐ No

✓ Residual Weakness
☐ Needs assistance for all activities
☐ Requires max assistance / taxing effort to leave home
☐ Unable to safely leave home unattended
☐ Severe SOB or SOB upon exertion
☐ Confusion, unsafe to go out of home alone
Other:

Social Supports / Safety Hazards

**Patient Living Situation and Availability of Assistance**
Patient lives: With other person(s) in the home
Assistance is available: Occasional / short-term assistance

**Current Types of Assistance Received**
Patient lives with his wife who is occasionally available to assist with his care.

**Safety / Sanitation Hazards**
☐ No hazards identified
✓ Steps / Stairs: 1
☐ Narrow or obstructed walkway
☐ Cluttered / soiled living area
☐ No running water, plumbing
☐ Lack of fire safety devices
☐ Inadequate lighting, heating and/or cooling
☐ Insect / rodent infestation
☐ No gas / electric appliance
☐ Pets
☐ Unsecured floor coverings
Other:
Patient lives in a single story home with 1 step to enter.

**Evaluation of Living Situation, Supports, and Hazards**
Patient lives with his mother in a single story home with 1 step to enter and no steps within.

Vital Signs

**Temperature:**
Taken:

| BP: | | *Position* | *Side* | **Heart Rate:** | | **Respirations:** | | **O2 Sat:** | | *Room Air / Rate* | *Route* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior | 1[illegible] / 7[illegible] | Sitting | Left | Prior | 86 | Prior | 16 | Prior | 100 | via | |
| Post | 129 / 79 | Sitting | Left | Post | 81 | Post | 18 | Post | 100 | via | |

Comments:

Subjective Information

Patient reports feeling ok today with no c/o pain.


© 2004-2019 Kinnser Software, Inc. All Rights reserved.

## PT Evaluation 09/16/2019

GARCIA, JORGE ( MCB 390 )

Treatment Plan

| | | |
|---|---|---|
| ✓ Thera Ex | ✓ Balance Training | ✓ Home Safety Training |
| ☐ Hip Precaution Training | ✓ Muscle Re-education | ✓ Assistive Device Training: Walker when available |
| ✓ Establish or Upgrade HEP | ✓ Bed Mobility Training | ☐ Modalities for Pain Control: |
| ☐ Knee Precaution Training | ☐ Ultrasound | |
| ✓ Transfer Training | ☐ Prosthetic Training | ☐ CPM: |
| ☐ Pulmonary Physical Therapy | ☐ Electrotherapy | |
| ✓ Gait Training | ☐ Stairs / Steps Training | |
| ✓ Range of Motion | ✓ O2 Sat Monitoring PRN | |

Other:

Comments:

**Care Coordination**

Conference with:
☐ PT ✓ PTA ☐ OT ☐ COTA ☐ ST ✓ SN ☐ Aide ☐ Supervisor Other: Dr. V. Patil

Name(s): [illegible], Therapy Coordinator; [illegible], PTA

Regarding: Patient status, evaluation, frequency and POC.

✓ Physician Notified Re: Plan of Care, Goals, Frequency, Duration and Direction

Other Discipline Recommendations: ☐ OT ☐ ST ☐ MSW ☐ Aide Other:

Reason:

**Statement of Rehab Potential**

This patient has the potential to benefit from interventions provided by physical therapy

✓ Yes ☐ No

**Treatment / Skilled Intervention This Visit**

✓ Completion of the evaluation and development of the plan of care

☐ Other

**Frequency and Duration**

| | Start Date | End Date | Effective Date | Frequency |
|---|---|---|---|---|
| Current Episode: | [illegible] | [illegible] | [illegible] | [illegible] |
| Next Episode: | | | | |

Discharge Plan

✓ To self care when goals met ☐ To self care when max potential achieved ☐ To outpatient therapy with MD approval
☐ Other:

| | |
|---|---|
| **Therapist Signature ( BELSOLE , KEVIN ) & Date of Verbal Order for Start of PT Treatment**<br>Digitally Signed by: KEVIN BELSOLE , PT | **Date**<br>09/16/2019 |
| **Physician Name**<br>VISHWAR PATIL MD | **Physician Phone:** (956) 389-4710<br>**Physician FAX:** (956) 389-4760 |
| **Physician Signature** | **Date**<br>11/22/19 |


© 2004-2019 Kinnser Software, Inc. All Rights reserved.

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 01/10/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 01/10/2020 01:40PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |
| **Insurance** | Med Primary: BCBS-TX<br>Insurance # : UCR255M87616<br>Policy/Group # : 230018ACA2<br>Prescription: EXPRESS SCRIPTS - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details | | |

## Chief Complaint

Established Patient

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

01/10/2020 01:18 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in (187.96 cm) | **Wt:** | 369 lbs With clothes (167.38 kg) | **BMI:** | 47.4 |
| **BP:** | 132/87 sitting L arm | **Pulse:** | 74 bpm | **T:** | 98.6 F° ear (37 C) |
| **Body Surface Area:** | 2.96 m² | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems

- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Advance directive: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 12/11/2019
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
If you are a former tobacco user, what year did you quit using tobacco?: 0
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 0
Urinary incontinence assessment performed?: N
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual
Gender identity : Identifies as Male

## Surgical History

Reviewed Surgical History
- Removal of kidney stone - 2017

## Past Medical History

Reviewed Past Medical History
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

Status post removal hardware left distal radius. And right proximal tibia. Patient states he came to the office today in a wheelchair. A window all the fractures are long healed. He has gained significant amount of weight. He is attending physical therapy.

## ROS

**Additionally reports:**

**No new changes**

## Physical Exam

Patient is a 40-year-old male.

The wounds have healed. No infection. The hand can make a full fist. Normal sensation and brisk capillary refill. The wrist is stiff. The knee has a full extension and flexion past 120°.
X-ray of the wrist confines the nonunion and malunion. X-ray of the tibia plateau shows the fracture has healed.

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

**1. Body mass index 40+ - severely obese**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- A HEALTHY LIFESTYLE: CARE INSTRUCTIONS
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

**2. Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela
- XR, WRIST

Possibility of Pregnancy?: N Provide films to patient: N

Shielded?: N Side: LEFT
Views (X-RAY, WRIST): PA, Lateral and Oblique

**3. Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela
- XR, KNEE

Possibility of Pregnancy?: N Provide films to patient: N
Shielded?: N Side: BILATERAL
Views (X-RAY, KNEE): AP & Lateral Weighted/Unweighted: Unweighted

XR, WRIST
- Possibility of Pregnancy?: N, Provide films to patient: N, Shielded?: N, Side: LEFT, Views (X-RAY, WRIST): PA, Lateral and Oblique

XR, KNEE
- Possibility of Pregnancy?: N, Provide films to patient: N, Shielded?: N, Side: BILATERAL, Views (X-RAY, KNEE): AP & Lateral, Weighted/Unweighted: Unweighted

**Discussion Notes**

We gave him to walk excuse for 1 month. Have advised him to get out of the wheelchair nonwork. I given a prescription for a walker. He wants to continue physical therapy for another month. Advantages to several advantages have been discussed with him again. Again we did this cause how he has decided to leave his nonunion and malunion alone. Advantages and disadvantages as Y history this was also discussed with him.

## Return to Office
- Joseph Moi Tejan, MD for F/U (P) at VBPN_OrthoSpecialtyAssociates_HGN on 02/21/2020 at 01:20 PM

## Encounter Sign-Off
Encounter signed-off by Joseph Moi Tejan, MD, 01/10/2020.

Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 01/10/2020 at 2:35pm

**Encounter Date: 12/11/2019**
## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 12/11/2019 03:00PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |
| **Insurance** | Med Primary: BCBS-TX<br>Insurance # : UCR255M87616<br>Policy/Group # : 230018ACA2<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint
Post-Op

PO SX 11/26/19 HARDWARE REMOVAL RIGHT KNEE AND LEFT WRIST

## Patient's Care Team
**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies
**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in Stated (187.96 cm) 12/11/2019 03:51 pm | **Wt:** | 369 lbs Stated Out of Range (167.38 kg) 12/11/2019 03:51 pm | **BMI:** | 47.4 12/11/2019 03:51 pm |
| **BP:** | 116/73 sitting R arm 12/11/2019 03:51 pm | **Pulse:** | 83 bpm 12/11/2019 03:51 pm | **T:** | 98.4 F° ear (36.89 C) 12/11/2019 03:52 pm |

**Body Surface Area:** 2.96 m² 12/11/2019 03:51 pm

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Advance directive: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 12/11/2019
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
If you are a former tobacco user, what year did you quit using tobacco?: 0
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 0
Urinary incontinence assessment performed?: N
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual
Gender identity : Identifies as Male

## Surgical History

Reviewed Surgical History
- Removal of kidney stone - 2017

## Past Medical History

Reviewed Past Medical History
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

Status post removal of hardware left wrist and right knee. No new complaints today. His jobs involves climbing heights.

## ROS

**Additionally reports:**

**No new changes**

## Physical Exam

Patient is a 40-year-old male.

The wounds have healed. His wrist is stiff. Patient needs a physical therapy rehabilitation. His weightbearing as tolerable on his leg. The tibial plateau has healed.
X-ray of his wrist shows a malunion of his distal radius. X-ray of his knee shows a tibial plateau has healed.

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

**1. Body mass index 40+ - severely obese**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- A HEALTHY LIFESTYLE: CARE INSTRUCTIONS
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

**2. Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela

**3. Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela

**Discussion Notes**

Weight bearing as try one his leg. Patient will start physical therapy rehabilitation on his wrist. I have arranged physical therapy for him. Patient was given a work excuse for 6 weeks.

### Return to Office

- to see Joseph Moi Tejan, MD at VBPN_OrthoSpecialtyAssociates_HGN on or around 01/11/2020

## Encounter Sign-Off

Encounter signed-off by Joseph Moi Tejan, MD, 12/11/2019.

Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 12/11/2019 at 4:35pm

**Encounter Date: 11/06/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 11/06/2019 01:00PM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | JOSEPH MOI TEJAN, MD | | |
| **Insurance** | Med Primary: BCBS-TX<br>Insurance # : UCR255M87616<br>Policy/Group # : 230018ACA2<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Established Patient

multiple fx

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax

(956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in (187.96 cm) 11/06/2019 12:56 pm | **Wt:** | 368 lbs With clothes Out of Range (166.92 kg) 11/06/2019 12:56 pm | **BMI:** | 47.2 11/06/2019 12:56 pm |
| **BP:** | 112/82 sitting R arm 11/06/2019 01:02 pm | **Pulse:** | 72 bpm 11/06/2019 01:02 pm | **T:** | 98.8 F° ear (37.11 C) 11/06/2019 01:02 pm |
| **Body Surface Area:** | 2.95 m² 11/06/2019 12:56 pm | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Advance directive: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/04/2019
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
Urinary incontinence assessment performed?: N

Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual
Gender identity : Identifies as Male

## Surgical History

Reviewed Surgical History
- Removal of kidney stone - 2017

## Past Medical History

Reviewed Past Medical History
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

This 40-year-old man was here with her mother today. He was involved in a motor vehicle accident August 17 Y this achieved California. He said he was walking out of a restaurant when he was hit by a Period he was hospitalized for 20 days. He returns to Texas. He had right tibia plateau fracture and left distal radius fracture. Both were treated with open reduction internal fixation. He also tells me that he had a hairline fracture on the left tibia plateau that was treated by nonsurgical methods. He has no symptoms on his left. Even on the right at the moment he said he has no pain. He's had a splint on his left wrist or this time. He had told Dr. Patel that he wanted to return to California to continue his treatment since September. It's on a few days ago he's decided to stay in Texas and continue his treatment. He wants to have his plate removed.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, reccent weight change, decreased appetite, or fever/night sweats; **The patient has morbid obesity.**.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no heart trouble, chest pain or angina pectoris, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, or abdominal pain.

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no rash/mole change, rash or itching, changes in skin color, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, or memory loss.

**Heme/Immunology:** Hematologic/Lymphatic no bleeding or bruising tendency, blood transfusion, or enlarged glands and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no and Morphine, Demerol or other narcotics - no.

**Endocrine:** Endocrine: no diabetes, glandular or hormone problem, thyroid disease, or excessive urination.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 40-year-old male.

Patient was seen in a wheelchair when he came to the office. He has been nonweightbearing on both legs since the accident. He has a well healed scar on the right lateral tibia plateau. There is no redness there's no infection and there is no drainage. Active range of motion of the knee is 3° to 115°. The knee is stable. Pulses were normal

sensation is normal.
X-rays of the knee AP and lateral view shows the fracture to be healed. The posterior screw appears to be in the joint.the other screws appeared to be in satisfactory position.
The left distal radius fracture appears to be healed in his severe lumbar reduction. There appears also to be a dislocation on right distal radio ulna joint. These appears to be the case since the time of the injury. AP and lateral x-ray of the wrist shows internal plates spanning the joint.
Patient's fingers are stiff he cannot make a fist. He also lacks extension of the fingers. There is brisk capillary refill and he has normal sensation. He has been told by his California doctor that his fingers will not move completely locked onto the plate is removed and he has accepted that situation.

## Assessment / Plan

The right tibia plateau fracture. Left distal radius fracture.

**1. Closed fracture of distal end of radius**
S52.532S: Colles' fracture of left radius, sequela

**2. Closed fracture of tibial plateau**
S82.111S: Displaced fracture of right tibial spine, sequela

**Patient Instructions**

**Discussion Notes**

I have this causes with the patient and the mother. I have given copies of the x-rays to him and the mother. We have also discussed about the mild reduction of the distal radioulnar joint and the future problem. Options of treatment including osteotomy and correction of the deformity was discussed. Patient and mother want to have the Plates removed. Also we have agreed on removal of the screw in the right knee that appears to be in the joint. Complications were discussed.

### Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Joseph Moi Tejan, MD, 11/06/2019.

Encounter performed and documented by Joseph Moi Tejan, MD
Encounter reviewed & signed by Joseph Moi Tejan, MD on 11/06/2019 at 1:47pm

**Encounter Date: 11/04/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARCIA, JORGE (40yo, M) ID# 1827661 | **Appt. Date/Time** | 11/04/2019 08:15AM |
| **DOB** | | **Service Dept.** | VBPN_OrthoSpecialtyAssociates_HGN |
| **Provider** | VISHWAS BAPURAO PATIL, MD | | |
| **Insurance** | Med Primary: BCBS-TX<br>Insurance # : UCR255M87616<br>Policy/Group # : 230018ACA2<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Established Patient, New Patient
Followup: Closed fracture of distal end of radius
Followup: Closed fracture of left tibial plateau

multiple fx 4 wk f/u
F/U ON MULTIPLE FX LEFT WRIST AND BILATERAL KNEES
NP MULTIPLE FX

## Patient's Care Team

**Primary Care Provider:** LUIS A REYNOSO MD: 629 KAMALI DR, HARLINGEN, TX 78550, Ph (956) 425-7800, Fax (956) 425-7801 NPI: 106340274

## Patient's Pharmacies

**GARCIA, JORGE (id #1827661, dob: )**

**WALGREENS DRUG STORE #04690 (ERX): 1406 E HARRISON AVE, HARLINGEN TX 78550, Ph (956) 412-8362, Fax (956) 412-8451**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in Stated (187.96 cm) 11/04/2019 09:20 am | **Wt:** | 368 lbs Stated Out of Range (166.92 kg) 11/04/2019 09:25 am | **BMI:** | 47.2 11/04/2019 09:25 am |
| **BP:** | 144/82 standing R arm 11/04/2019 09:26 am | **Pulse:** | 72 bpm 11/04/2019 09:26 am | **T:** | 96.9 F° ear (36.06 C) 11/04/2019 09:26 am |
| **Body Surface Area:** | 2.95 m² 11/04/2019 09:25 am | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **CeleBREX** | 09/09/19 | entered |
| **oxyCODONE 5 mg tablet** | 09/03/19 | filled |
| **TylenoL** | 09/09/19 | entered |
| **Tylenol Extra Strength 500 mg tablet**<br>Take 2 tablet(s) every 6 hours by oral route as needed. | 10/01/19 | prescribed |
| **Xarelto** | 09/09/19 | entered |
| **Xarelto 10 mg tablet**<br>TK 1 T PO QD | 10/08/19 | filled |

## Problems

Reviewed Problems
- Closed fracture of distal end of radius - Onset: 09/09/2019
- Closed fracture of tibial plateau - Onset: 09/09/2019, Right
- Closed fracture of left tibial plateau - Onset: 09/09/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Advance directive: N
Tobacco Smoking Status: Former smoker
Non-smoker (Notes: 1 pp q 2 d)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 9
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/04/2019
Chewing tobacco: none
Cigars/Cigarettes: Cigarettes
Urinary incontinence assessment performed?: N
Assigned sex at birth : Male
Pronouns : he/him
Sexual orientation : Straight or heterosexual
Gender identity : Identifies as Male

## Surgical History

Reviewed Surgical History
- Removal of kidney stone - 2017

## Past Medical History

Reviewed Past Medical History
Notes: BLOOD THINNERS

## Screening

None recorded.

## HPI

39-year-old male status post ORIf of the left distal radius fracture. Date of surgery 8/19/2019. And ORIF of the right tibial plateau fracture. Date of surgery 8/19/2019.patient comes in for a follow up, so far is doing well. no pain, no fever or chills.

## ROS

**Additionally reports:**

**No fever, no chills or rigors. No eye pain, no photophobia or diplopia. No sore throat, no rhinorrhea or earache. No neck pain or neck swelling. No cough, no hemoptysis or pleuritic pain. No chest pain, no palpitation or orthopnea. No nausea, no vomiting, no abdominal pain. No dysuria, urgency or urinary frequency.**

## Physical Exam

Patient is a 40-year-old male.

General: The patient is awake, alert, and oriented x 3.

EXTREMITIES: Examination of the Left upper extremity reveals a short arm splint. Dressing dry and intact. Motor and sensation is grossly intact to light touch and pressure over fingers. Good capillary refill present. Fingers pink and warm. Patient able to wiggle fingers.

Examination of the right lower extremity reveals obvious soft tissue injuries and swelling. mild bony tenderness and crepitus noted tibial plateau. Compartments are soft compressible. Active and passive ranges of motion of the joints of right lower extremity are full and free except to right knee. Toes are warm and pink. Dorsalis pedis is 2+. Posterior tibial is 2+. Good capillary refill present. No obvious signs of infection. Motor is grossly intact to tibial nerve, superficial, and deep peroneal nerve. Sensation is intact to light touch to sural nerve, saphenous nerve, superficial, and deep peroneal nerve. No obvious varicosities seen. Muscle strength is 4 out of 5 with normal tone. Healed incision present.

Examination of the left lower extremity reveals obvious soft tissue injuries and swelling. no bony tenderness and crepitus noted tibial plateau. Compartments are soft compressible. Active and passive ranges of motion of the joints of left lower extremity are full and free except to right knee. Toes are warm and pink. Dorsalis pedis is 2+. Posterior tibial is 2+. Good capillary refill present. No obvious signs of infection. Motor is grossly intact to tibial nerve, superficial, and deep peroneal nerve. Sensation is intact to light touch to sural nerve, saphenous nerve, superficial, and deep peroneal nerve. No obvious varicosities seen. Muscle strength is 4 out of 5 with normal tone. Healed incision present.

## Assessment / Plan

39-year-old male right and left tibial plateau fracture. Status post ORIF of the right tibial plateau fracture and left distal radius fracture ORIF. Left Tibial plateau treated non op. X-rays of the left wrist 3 views shows distal radius fracture healing in displaced alignment. Hardware in situ. No signs of loosening seen. X-rays of bilateral knees 3 views shows fracture healing good alignment. Hardware in situ to the right lower extremity. No signs of loosening seen. Patient is nonweightbearing to bilateral lower extremities. Nonweightbearing to the left upper extremity. may continue range of motion as tolerated. Patient will follow-up with Dr. Tejan for further evaluations. patient agrees with plan.

**1. Body mass index 30+ - obesity**
Z68.42: Body mass index (BMI) 45.0-49.9, adult
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

**2. Closed fracture of tibial plateau** - Right
S82.101D: Unspecified fracture of upper end of right tibia, subsequent encounter for closed fracture with

routine healing

- XR, KNEE

**3. Closed fracture of distal end of radius**

S52.501D: Unspecified fracture of the lower end of right radius, subsequent encounter for closed fracture with routine healing

- XR, WRIST

## Return to Office

- Joseph Moi Tejan, MD for Post-Op 20 at VBPN_OrthoSpecialtyAssociates_HGN on 11/06/2019 at 01:00 PM

## Encounter Sign-Off

Encounter signed-off by Vishwas Bapurao Patil, MD, 11/05/2019.

Encounter performed and documented by Vishwas Bapurao Patil, MD
Encounter reviewed & signed by Vishwas Bapurao Patil, MD on 11/05/2019 at 9:58am

Lincoln Financial Group®
Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

JORGE GARCIA

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 30, 2020

JORGE GARCIA

RE: CHARTER COMMUNICATIONS, INC.
Long Term Disability Benefits
Claim #: 9734661

MR. GARCIA

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Texas law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Sincerely,

Corey Abrams-weaver
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

**From:** DoNotReply@lfg.com
**Sent:** Thu, 30 Jan 2020 17:59:11 +0000
**To:** LUPE.LOSOYA@CHARTER.COM;SYLVETTE.DEJESUS@CHARTER.COM
**Subject:** Claim #9734661, JORGE GARCIA

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 9734661.

At this point, the claim has neither been approved nor denied -- it has been opened for review. Once all required documentation is submitted and reviewed, you will receive notification of approval or denial for this request.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**From:** DoNotReply@lfg.com
**Sent:** Thu, 30 Jan 2020 17:59:11 +0000
**To:** LUPE.LOSOYA@CHARTER.COM;SYLVETTE.DEJESUS@CHARTER.COM
**Subject:** Claim #9734661, JORGE GARCIA

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 9734661.

At this point, the claim has neither been approved nor denied -- it has been opened for review. Once all required documentation is submitted and reviewed, you will receive notification of approval or denial for this request.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | January 29, 2020 |
| To: | JOSEPH TEJAN |
| Attn: | Medical Records |
| Fax: | (956) 389-3537 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9734661<br>Claimant: Jorge Garcia<br><br>Charter Communications, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

January 29, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 19, 2019 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by February 5, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# Restrictions Form

**Return To:** Corey Abrams-Weaver

| Jorge Garcia | | 9734661 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

________________________________________
________________________________________
________________________________________
________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

________________________________________
________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

________________________________________
________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JORGE GARCIA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

January 30, 2020

Mr. Jorge Garcia

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661

Dear Mr. Jorge Garcia:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On January 29, 2020, we requested medical records from Dr. Joseph Tejan. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 19, 2019 through present from medical providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by February 14, 2020:

X LTD Forms - Standard
__ Other

Charter Communications, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than March 13, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: LTD Forms - Standard
9734661-REQUEST-PROVIDER-01.29.2020
9734661-MEDICAL-CORRESPONDENCE-01.29.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____________ Claim Number: 9734661 Date: ____________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 9734661 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jorge Garcia
CLAIM NO: 9734661
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/19/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jorge Garcia **CLAIM #:** 9734661
**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | ____ | ____ | ____ | ____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________

**DATE:**__________ **EMPLOYEE'S SIGNATURE:** ________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver



EMPLOYEE/CLAIMANT NAME: Jorge Garcia

CLAIM NO: 9734661 DATE OF BIRTH: ____

EMPLOYER/SPONSOR: Charter Communications, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ____ stand ____ walk ____

How many hours a day do you:

sit ____ stand ____ walk ____

Do you take a nap during the day?

Yes____ No ____

If Yes, for how long? ____ At what time of the day?____

How many hours a day do you spend in bed?____

Do you require any assistive devices such as a:

cane ____ walker____ crutches ____ wheelchair ____ other____

How long are you able to sit in a car?____

Do you hold a valid driver's license?

Yes____ No ____

If No, please explain: ____

If Yes, how long are you able to drive a car?____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____

Do you have children?

Yes____ No ____ If Yes, what are their dates of birth ____

Do you need help caring for your children?

Yes ____ No ____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes____ No ____ If Yes, please explain ____

How many times a day do you leave the house during the week? ____

On the weekends? ____

How often do you run errands? ____

Please describe what errands you most commonly run: ____

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Date: January 29, 2020

To: JOSEPH TEJAN

Attn: Medical Records

Fax: (956) 389-3537

From: Corey Abrams-Weaver
Ltd Specialist II
Phone No.: Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Total Pages
(Including Cover): 5

RE:

Claim #: 9734661
Claimant: Jorge Garcia

Charter Communications, Inc.

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

January 29, 2020

Joseph Tejan

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 9734661
Claimant: Jorge Garcia
Claimant D.O.B.:

Dear Joseph Tejan:

We are the Disability Claim Administrator for your patient, Jorge Garcia.

To evaluate Mr. Garcia's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 19, 2019 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by February 5, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# Restrictions Form

**Return To:** Corey Abrams-Weaver

| Jorge Garcia | | 9734661 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**__________ **TO**__________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

## Authorization for Release of Protected Health Information

**PATIENT NAME: ________________________________________**
**DATE OF BIRTH: _____________**

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
_______________________________________________________

2. The following person (or class of persons) *may receive* protected health information about me:

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
_______________________________________________________

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ___________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:
______________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| | | |
|---|---|---|
| ____________________ | ___________________________ | ____________ |
| Print Name | Signature of Patient/Guardian | Date |

5820191120007883

# Charter Interactive Process Scripting
# Initial Contact with Employee

**Employee Name:** GARCIA, JORGE **EID #:** E076171

**Purpose/Objective:** This script defines the interactive process between the Job Accommodation Specialist and the Charter employee to capture information on the type of accommodation requested.

**Timing:** This script occurs during the first outbound call placed by the Job Accommodation Specialist to the Charter employee. This call occurs when the Claims Specialist transfers the claim to the Job Accommodation specialist when the employee or provider requests an accommodation.

**Owner:** Job Accommodation Specialist

**Opening:**

Sedgwick is assisting Charter in helping employees return back to work. My name is Nicole Ellis-Hart your Job Accommodation Specialist from Sedgwick and I will be working with you, your health care provider, your supervisor, and your Human Resources Business Partner to facilitate the return to work process. We have received your< Request for job accommodation> <Return to Work Release form (or other medical documentation) that lists restrictions and limitations> and would like to discuss options for assisting you in your return to work. Do you have a few minutes to discuss?

<If employee responds 'Yes', continue with script below>

<If employee responds 'No', ask employee for a convenient time when the Job Accommodation Specialist can return the call>

**Interactive Discussion**

1. *Only applies if accommodation is initiated from RTW note from provider.*
   a. Based on the information we received it indicates the following restrictions: (Provide restrictions to employee). Are you in agreement with these restrictions? If not, you should contact your provider to obtain updated information. In the meantime, we will continue to review your file with the information we have.

*exhaust: 11/8/19*

*FDA: 08/19/2019*

*Only applies if employee indicated they wanted an accommodation during interaction with the Claim Specialist.*

   b. Describe any limitations resulting from your condition that interfere with your ability to perform the essential functions of your role.

Fracture of shaft of ulna

**Employee Name: ______________________ EID #:______________ PSID: __________**

| | |
|---|---|
| 2. | Describe the accommodations you think would enable you to perform the essential functions of your role.<br>• Charter is always open to reviewing restrictions to return to work where appropriate.<br>• Should you get to a point in your recovery where restrictions can be addressed we can help facilitate that request<br>We will review your accommodation request in conjunction with the information submitted by your provider. If the additional medical information is needed, we will reach out to your provider to obtain the additional information. |
| 3. | **a.** <According to the job description we have on file for you the essential job functions are: ><br><br>Conf. Job Title:Direct Sales Re<br>Conf. Job duties: door to door sales.<br>Confirm Schedule: Mon-Sat |
| 4. | How will the potential accommodations you described help you return to work? Would you agree to return to work if an accommodation is provided?<br>Excused leave of absence will provide time for the employee to recover from condition so that they may return to work with or without an accommodation |
| 5. | Confirm the employees expected return to work date.<br>unknown |

**Closing:**

Thank you for your time today, I am going to take the next few minutes to explain to you the next steps in the return from leave process.

We will be working with your supervisor and HR Business Partner to discuss the appropriate accommodation options available for your return to work. Upon a decision from your supervisor and HR Business Partner, I will call you to discuss next steps. Additionally, you will receive written communication outlining the decision.

Please be advised that Charter is not obligated to implement the exact accommodation requested by you and/or your doctor, but a reasonable one. An alternative accommodation which is feasible, reasonable and able to be provided without undue hardship may be offered. Our goal is to help you return to work in a manner such that you will be able to successfully perform the essential functions of your position.

If you have any questions or concerns regarding accommodations please call me at ______ Please be sure to keep us updated if your condition changes or if you need to request an extension of your leave of absence.

5 2 2 0 1 9 1 2 2 0 0 2 9 7 2 4

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas

Patsy G
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:** TIME WARNER CABLE LEAVE AND DISABILITY ADMINISTRATOR
PO BOX 14667, LEXINGTON, KY 40512-4667
Phone: (877) 892-6707
Fax: (859) 280-2880

**Name: GARCIA, JORGE**

**DOB:**

**Date Range: 01/01/2019 to 12/20/2019**

**This document contains the following records of the patient:**

- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

# Clinical Documents



**Request for Medical Information**

Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

Note: Any charges for completion of forms or return of medical records is to be directed to the patient.

| | | | |
|---|---|---|---|
| Today's Date: | December 19, 2019 | Pages: | 4 |
| To: | Dr Tejan | From: | Lindsay A. |
| Fax: | 9722233447 | Fax: | (859) 280-2880 |
| Patient: | **Jorge Garcia** | Telephone: | (877) 892-6707 |
| Patient DOB: | | Claim Number: | 30193305872-0001 |

**Medical Information Due Date: December 21, 2019**

The above named patient is currently being considered for disability benefits. We require objective clinical information that supports your patient's inability to return to work due. If the requested information is not received by the above date, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, preferably by fax:

☒ The attached form, completed

☒ Office Treatment Notes dated 11/20/2019 - PRESENT

☐ Other: ______

If medical information is requested due to mental illness, a Psychiatrist or Psychologist must supervise the employee's mental health treatment. The initial appointment with a Psychiatrist or Psychologist must occur within 30 days from the employee's first day absent from work.

**Mental Illness** means a psychiatric or psychological condition, regardless of cause, such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar methods of treatment.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

**Please fax all clinical information after each visit or patient contact to (859) 280-2880**

**Employee Name:** Jorge Garcia
**Claim Number:** 30193305872-0001

**CONCURRENT DISABILITY AND LEAVE**
**STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT**
To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

**Medical Due Date:** **12/21/2019**

Patient's Name: **Jorge Garcia** Date of Birth

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☐ No ☐
   If yes, provide the beginning and ending dates for the period of incapacity: ___/___/___ - ___/___/___
2. Has the patient recovered sufficiently to return to work? Yes ☐ No ☑
   If "Yes", give the date the patient was able to return to work ___/___/___
   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months ___/___/___
   needs one more month / 4-6 wks.
3. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☑
   If "Yes", indicate date restrictions begin: ___/___/___ Date restrictions end: ___/___/___
   Restriction (s) required: ____________________
4. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   Yes ☐ No ☑ If yes, dates of admission: ____________________
5. Date(s) you treated the patient for condition: ____________________
6. Was medication, other than over-the-counter medication prescribed? Yes ☐ No ☑
7. Is the medical condition pregnancy? Yes ☐ No ☑ If yes, expected delivery date: ____________________
8. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☑ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
   ____________________
9. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT:
   (L) radius fx & (R) tibial plateau fx.

Employee Name: Jorge Garcia
Claim Number: 30193305872-0001

SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS

10. Objective findings: HT: WT: BP: – TEMP: – PULSE: – RESP: –

11. Patient's Complaints: Hardware removal S/P of (L) radius fx & (R) tibial spine.

12. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)

Primary: ICD10 Code: S52.532J Description: Colles fx of left radius.

Secondary: ICD10 Code: S82.111S Description: displaced fx of (R) tibis spine.

ICD10 Code: ______ Description: ______

13. List all co-morbid conditions: ______

14. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. ______

15. When was patient first diagnosed with this condition? ___/___/___

16. When is the patient's next office visit? 01/10/2020

17. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?

Yes ☐ No ☒

If Yes: ☐ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission

Name and address of hospital or facility ______

18. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |

19. Is this condition the result of an injury? Yes ☒ No ☐ Is this condition work related? Yes ☐ No ☒ If yes, provide date and description of event:

______

20. If patient is pregnant, is a C-Section planned? Yes ☐ No ☒ If yes, date scheduled? ___/___/___

21. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): pt unable to work @ this time needs PT for (L) Radius & (R) tibia spine.

**Employee Name:** Jorge Garcia
**Claim Number:** 30193305872-0001

22. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☒ No ☐
List the name of the procedure: Removal of plates & screws (L) wrist & screws
CPT code: 20680 Date of procedure: 11 / 26 / 19 (R) knee.

23. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☒ If yes, provide physician name, specialty, and telephone number.

24. List specific functional limitations of Activities of Daily Living (ADL's):

25. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒
If yes please describe:

**Please attach all office notes, History & Physical, Results of X-Rays, Laboratory Tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 956-389-4710 Physician Printed Name: Joseph Tejan
Fax Number: 956-389-3537 Physician Specialty: Orthopedic
Date Completed: 12-19-299 Physician Signature: [signature]

5220200110030051

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas
Patsy G
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:** TIME WARNER CABLE LEAVE AND DISABILITY ADMINISTRATOR
PO BOX 14667, LEXINGTON, KY 40512-4667
Phone: (877) 892-6707
Fax: (859) 280-2880

**Name: GARCIA, JORGE**

**DOB:**

**Date Range: 01/01/2020 to 01/10/2020**

**This document contains the following records of the patient:**
- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

**GARCIA, JORGE (id #1827661, dob: )**

## Clinical Documents

Valley Baptist
Physician Network

Orthopedic Specialty Associates
2121 Pease St., Suite 404
Harlingen, Texas 78550
(956) 389-4710

School/ Work Excuse

Date: Jan 10, 2020

This is to certify that patient, Jorge Garcia DOB: ______

Has been under my care on/from: Jan 10, 2020

Patient will be able to return to school/ work on: after next f/u 2/21/2020

Please take this into consideration when reviewing the time away from work/school.

Special instructions:

[ ] Patient is able to return to work/ school with no restrictions

[X] Patient is not able to return to work / school

[ ] Patient is able to return to work / school with the following limitations:

- ____ Use of Crutches / Walker/ Wheelchair
- ____ Elevated extremities (s) L / R
- ____ No Physical Education
- ____ Activity as Tolerated
- ____ May have recess/No recess

[ ] Other: Pt needs to complete one more month of therapy

If there are any questions on this document, please feel free to call the office.

[signature]

Provider / Office Representative

**Dr. Joseph Tejan, M.D.**

5220190828016701C001

Charter
COMMUNICATIONS

Sedgwick Claims Management Services, Inc.
P.O. Box 14667
Lexington, KY 40512-4667

sedgwick.

Phone: (877) 892-6707
Fax: (859) 280-2880
Email: charterdocuments@sedgwickcms.com

August 20, 2019

Jorge Garcia

*CD0883484.222-6112*

Aug. 28. 2019 10:13AM No. 1074 P. 1

TIME RECEIVED: August 28, 2019 1:22:31 PM EDT | REMOTE CSID | DURATION: 153 | PAGES: 6 | STATUS: Received

8-28-2019 B984632112000101 5220190828016701C001

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

5220190828016701C001

**Employee Name:** Jorge Garcia
**Claim Number:** 30193305872-0001

**CONCURRENT DISABILITY AND LEAVE**
**STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT**

To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

**Medical Due Date:** **09/03/2019**

Patient's Name: **Jorge Garcia** Date of Birth:

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☐ No ☑
   If yes, provide the beginning and ending dates for the period of incapacity: ___/___/___ - ___/___/___
2. Has the patient recovered sufficiently to return to work? Yes ☐ No ☑
   If "Yes", give the date the patient was able to return to work ___/___/___
   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. 6 months MD
3. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☑
   If "Yes", indicate date restrictions begin: ___/___/___ Date restrictions end: ___/___/___
   Restriction (s) required:
4. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   Yes ☑ No ☐ If yes, dates of admission:
5. Date(s) you treated the patient for condition: 8/17/19 – 8/26/19
6. Was medication, other than over-the-counter medication prescribed? Yes ☑ No ☐
7. Is the medical condition pregnancy? Yes ☐ No ☑ If yes, expected delivery date:
8. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☑ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
9. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT:
   none

**Employee Name: Jorge Garcia**
**Claim Number: 30193305872-0001**

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

10. Objective findings: HT: 6'2 WT: 368lbs BP: 135/15 TEMP: 97.2F PULSE: 65 RESP: 17

11. Patient's Complaints: pain to LUE, pain to b/l lower extremities

12. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)

Primary: ICD10 Code: ______ Description: ______

Secondary: ICD10 Code: ______ Description: ______

ICD10 Code: ______ Description: ______

13. List all co-morbid conditions: ______

14. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. Patient is status post Right tibia ORIF, left knee EUA, left wrist ORIF

15. When was patient first diagnosed with this condition? 8/17/19

16. When is the patient's next office visit? __/__/__ when transferred

17. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?
Yes ☑ No ☐
If Yes: ☑ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission
Name and address of hospital or facility Cedars Sinai Medical Center

18. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| Oxycodone | 5mg | Q4h | until DC | Yes ☑ No ☐ | Yes ☐ No ☑ | __/__/__ |
| Lovenox | 40mg | Q24h | until DC | Yes ☑ No ☐ | Yes ☐ No ☑ | __/__/__ |
| tramadol | 50mg | Q6H PRN | until DC | Yes ☑ No ☐ | Yes ☐ No ☑ | __/__/__ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |

19. Is this condition the result of an injury? Yes ☑ No ☐ Is this condition work related? Yes ☐ No ☐ If yes, provide date and description of event:
8/17/19 auto vs pedestrian; 8/19/19 → surgery

20. If patient is pregnant, is a C-Section planned? Yes ☐ No ☐ If yes, date scheduled? __/__/__ N/A

21. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): patient to be transported back to Texas for further recovery management by receiving MD Dr. Patel

**Employee Name: Jorge Garcia**
**Claim Number: 30193305872-0001**

22. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☑ No ☐
List the name of the procedure: R tibia ORIF, L knee EUA, L wrist ORIF
CPT code: ______ Date of procedure: 8/19/19

23. Has patient been referred to other physician(s)/specialist? Yes ☑ No ☐ If yes, provide physician name, specialty, and telephone number. Dr. Vishwas Patel (Texas)

24. List specific functional limitations of Activities of Daily Living (ADL's):
NWB RLE, TTWB LLE, NWB LUE

25. Has patient been given any driving restrictions for this disability period? Yes ☑ No ☐
If yes please describe: can't drive

**Please attach all office notes, History & Physical, Results of X-Rays, Laboratory Tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: (310) 384-1303
Fax Number: ______
Date Completed: 8/26/19

Physician Printed Name: Dr. Tiffany Chan
Physician Specialty: Orthopaedic Surgery
Physician Signature: [signature]

# VOLUNTARY AUTHORIZATION FOR RELEASE OF INFORMATION (ROI)

**Note:** This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

Employee Name: Jorge Garcia
Claim #: 30193305872-0001 Employer Name: Charter Communications
Last Day Worked: 08/15/2019 Disability Begin Date: 08/19/2019

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Liberty Life Assurance Company of Boston. Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

**I understand that I do not have to give this authorization.** If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or Liberty Life Assurance of Boston may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

## IMPORTANT INFORMATION ABOUT YOUR RIGHTS

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (PO Box 14667, Lexington, KY 40512-4667) and Liberty Life Assurance of Boston at (P.O. Box 7207, London, KY 40742-7207) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

[signature] 8/26/19

Employee's Signature Date Signed

Signature of Personal Representative who has the authority to Behalf of the Employee

Name of Personal Representative who has authority to Sign on Behalf of the Employee (Please attach copy of document conferring authority).

Complete and return this form via fax to (859) 280-2880 or mail to Sedgwick/ PO Box 14667, Lexington, KY 40512-4667. *For assistance, call Sedgwick at* (877) 892-6707.

## Reimbursement Agreement for Short Term Disability Benefits

Sedgwick, Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667

Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

In consideration of and as a precondition to payment to me of benefits under any company-sponsored Short Term Disability program, I hereby agree to reimburse the Short Term Disability plan to the extent any such benefits were paid to me under the Short Term Disability program erroneously, or which should be offset in accordance with the Short Term Disability program, by reason of my eligibility for benefits (1) under any federal Social Security law, (2) under any workers' compensation law, whether by formal award, redemption award, informal compromise, settlement or otherwise, or (3) from any other sources that Charter Communications or Sedgwick, the Short Term Disability program claim administrator, that are to be taken into account in determining the amount of Short Term Disability program benefits as described in the applicable program document. As a means to obtain reimbursement, I hereby give the Short Term Disability program and Sedgwick my full and free consent to offset against any benefits for which I am eligible under the Short Term Disability program or any compensation (excluding wage payments in states where it is prohibited) or other employee benefits payable to me by Charter Communications until reimbursement is complete.

I understand that if any monies or benefits listed in items 1, 2 and 3 above are awarded retroactively, they shall be treated as having been received during the entire time period for which Short Term Disability program benefits were payable and any overpayment of benefits shall be calculated accordingly. I understand that this Reimbursement Agreement must be signed by me and returned to Sedgwick Claims Management Services prior to the initial or further payment of any portion of the Short Term Program benefits to which I am entitled, in order to receive (or continue receiving) Short Term Disability program benefits.

I understand that in consideration of payments made to me I am required to file for any benefits to which I may be entitled under federal Social Security law, if any.

Claim Number: 30193305872-0001

Employee ID: E076171

Employee Name: Jorge Garcia

Employee Signature or
Legal Representative Signature: [signature] Date: 7/26/19

Legal Representative Name: Jorge Garcia

*C0083484.222-6112*

7020200122018554

**From:** NoReply@sedgwickcms.com
**Sent:** 01/22/2020 09:18:21.425
**To:** Lupe.Losoya@charter.com,Sylvette.DeJesus@charter.com
**Cc:** CharterRTW@sedgwickcms.com
**Subject:** Jorge Garcia /E076171 - Short Term Disability - Notification of Return to Work

You are receiving this email because you have been identified as a person in need of information regarding the absence of Jorge Garcia. If this information has been sent to you in error, please contact Sedgwick at (877) 892-6707.

Name: Jorge Garcia
Employee ID: E076171
Case #: 30193305872-0001
First Day Absent: 08/19/2019
Disability Representative: Lindsay A.
Phone: (877) 892-6707 – Monday – Friday, 8 AM – 9 PM ET
Fax: (859) 280-2880

Our records indicate that **Jorge Garcia** has been released to return to his or her regular work full duty **01/22/2020**. Therefore, I am updating the employee's record to show that the employee has returned to work.

**If Jorge Garcia has returned to work, no action is required.** The employee does not need to provide a return to work note.

**If Jorge Garcia did NOT return to work on 01/22/2020,** please notify the Sedgwick Leaves Team immediately by replying to CharterInquiries@sedgwickcms.com and CharterRTW@sedgwickcms.com. Sedgwick will allow 15 days from the initial anticipated return to work date for updated information to be received from the employee. If Sedgwick receives updated information, you will receive the normal approval/denial email communication advising you of the employee's status. If Sedgwick does not receive updated information, your employee will be placed in an unapproved leave status as of the initial anticipated return to work date.

If you have questions regarding this notice, or if your circumstances change, please contact (877) 892-6707, Monday – Friday, 8 AM – 9 PM, ET. Remember, in addition to calling, you can access real-time information regarding Jorge Garcia's leave status online in a secure environment through the online webservice by going to www.claimlookup.com/charter **or by clicking here.**

Sincerely,

Lindsay A.
Disability Representative
The Sedgwick Charter Communications Leave and Disability Administration Team
Phone: (877) 892-6707
Fax: (859) 280-2880

5220191226001254

# Medical Records - CONFIDENTIAL

**FROM:** TX - Tenet Texas
Patsy G
2121 Pease St, HARLINGEN, TX 78550-8338
Phone: (956) 389-4710
Fax: (956) 389-3537

**TO:** TIME WARNER CABLE LEAVE AND DISABILITY ADMINISTRATOR
PO BOX 14667, LEXINGTON, KY 40512-4667
Phone: (877) 892-6707
Fax: (859) 280-2880

**Name: GARCIA, JORGE**

**DOB:**

**Date Range: 01/01/2019 to 12/26/2019**

**This document contains the following records of the patient:**
- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1827661-A-1438]

# Clinical Documents



**Request for Medical Information**

Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

Note: Any charges for completion of forms or return of medical records is to be directed to the patient.

| | | | |
|---|---|---|---|
| Today's Date: | December 19, 2019 | Pages: | 4 |
| To: | Dr Tejan | From: | Lindsay A. |
| Fax: | 9722233447 | Fax: | (859) 280-2880 |
| Patient: | **Jorge Garcia** | Telephone: | (877) 892-6707 |
| Patient DOB: | | Claim Number: | 30193305872-0001 |

**Medical Information Due Date: December 21, 2019**

The above named patient is currently being considered for disability benefits. We require objective clinical information that supports your patient's inability to return to work due. If the requested information is not received by the above date, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, preferably by fax:

☒ The attached form, completed

☒ Office Treatment Notes dated 11/20/2019 - PRESENT

☐ Other: ______

If medical information is requested due to mental illness, a Psychiatrist or Psychologist must supervise the employee's mental health treatment. The initial appointment with a Psychiatrist or Psychologist must occur within 30 days from the employee's first day absent from work.

**Mental Illness** means a psychiatric or psychological condition, regardless of cause, such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar methods of treatment.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

**Please fax all clinical information after each visit or patient contact to (859) 280-2880**

**GARCIA, JORGE (id #1827661, dob: )**



**Employee Name:** Jorge Garcia
**Claim Number:** 30193305872-0001

**CONCURRENT DISABILITY AND LEAVE**
**STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT**

To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

**Medical Due Date:** **12/21/2019**

Patient's Name: **Jorge Garcia** Date of Birth:

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☐ No ☐

   If yes, provide the beginning and ending dates for the period of incapacity: ___/___/___- ___/___/___

2. Has the patient recovered sufficiently to return to work? Yes ☐ No ☑

   If "Yes", give the date the patient was able to return to work ___/___/___

   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. ___/___/___

   needs one more month / 4-6 wks.

3. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☑

   If "Yes", indicate date restrictions begin: ___/___/___ Date restrictions end: ___/___/___

   Restriction (s) required: ______

4. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

   Yes ☐ No ☑ If yes, dates of admission: ______

5. Date(s) you treated the patient for condition: ______

6. Was medication, other than over-the-counter medication prescribed? Yes ☐ No ☑

7. Is the medical condition pregnancy? Yes ☐ No ☑ If yes, expected delivery date: ______

8. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☑ No ☐

   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)

9. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT:

   (L) radius fx & (R) tibial plateau fx.

**Employee Name:** Jorge Garcia
**Claim Number:** 30193305872-0001

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

10. Objective findings: HT: ____ WT: ____ BP: — TEMP: — PULSE: — RESP: —
11. Patient's Complaints: Hardware removal s/p of (L) radius fx & (R) tibial spine.
12. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)

Primary: ICD10 Code: S52.532J Description: Colles fx of left radius.

Secondary: ICD10 Code: S82.111S Description: displaced fx of (R) tibia spine.

ICD10 Code: ____ Description: ____

13. List all co-morbid conditions: ____
14. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. ____
15. When was patient first diagnosed with this condition? ___/___/___
16. When is the patient's next office visit? 01/10/2020
17. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?

Yes ☐ No ☒

If Yes: ☐ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission

Name and address of hospital or facility ____

18. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |

19. Is this condition the result of an injury? Yes ☒ No ☐ Is this condition work related? Yes ☐ No ☒ If yes, provide date and description of event: ____
20. If patient is pregnant, is a C-Section planned? Yes ☐ No ☒ If yes, date scheduled? ___/___/___
21. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): pt unable to work @ this time needs PT for (L) Radius & (R) tibia spine.

**Employee Name:** Jorge Garcia
**Claim Number:** 30193305872-0001

22. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☒ No ☐
List the name of the procedure: Removal of plates & screws (L) wrist & screws
CPT code: 20680 Date of procedure: 11 / 26 / 19 (R) knee.

23. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☒ If yes, provide physician name, specialty, and telephone number. ____

24. List specific functional limitations of Activities of Daily Living (ADL's): ____

25. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒
If yes please describe: ____

**Please attach all office notes, History & Physical, Results of X-Rays, Laboratory Tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 956-389-4710 Physician Printed Name: Joseph Tejan
Fax Number: 956-389-3637 Physician Specialty: Orthopedic.
Date Completed: 12-19-2019 Physician Signature: [signature]

5220190828016701

Charter
COMMUNICATIONS

Sedgwick Claims Management Services, Inc.
P.O. Box 14667
Lexington, KY 40512-4667

sedgwick.

**Phone:** (877) 892-6707
**Fax:** (859) 280-2880
**Email:** charterdocuments@sedgwickcms.com

August 20, 2019

Jorge Garcia

*C00883484.222-6112*

Aug. 28. 2019 10:13AM No. 1074 P. 1

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| August 28, 2019 1:22:31 PM EDT | | 153 | 6 | Received |

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

8-28-2019 3019330587200001 5220190828016701

**Employee Name:** Jorge Garcia
**Claim Number:** 30193305872-0001

**CONCURRENT DISABILITY AND LEAVE**
**STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT**

To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

**Medical Due Date:** **09/03/2019**

Patient's Name: **Jorge Garcia** Date of Birth:

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☐ No ☑
   If yes, provide the beginning and ending dates for the period of incapacity: ___/___/___ - ___/___/___
2. Has the patient recovered sufficiently to return to work? Yes ☐ No ☑
   If "Yes", give the date the patient was able to return to work ___/___/___
   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. 6 months [signature] MD
3. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☑
   If "Yes", indicate date restrictions begin: ___/___/___ Date restrictions end: ___/___/___
   Restriction (s) required:
4. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   Yes ☑ No ☐ If yes, dates of admission:
5. Date(s) you treated the patient for condition: 8/17/19 – 8/26/19
6. Was medication, other than over-the-counter medication prescribed? Yes ☑ No ☐
7. Is the medical condition pregnancy? Yes ☐ No ☑ If yes, expected delivery date:
8. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☑ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
9. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT:
   none

**Employee Name: Jorge Garcia**

**Claim Number: 30193305872-0001**

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

10. Objective findings: HT: 6'2 WT: 368lbs BP: 135/15 TEMP: 97.2F PULSE: 65 RESP: 17

11. Patient's Complaints: pain to LUE, pain to b/l lower extremities

12. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)

Primary: ICD10 Code: ______ Description: ______

Secondary: ICD10 Code: ______ Description: ______

ICD10 Code: ______ Description: ______

13. List all co-morbid conditions: ______

14. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. Patient is status post Right tibia ORIF, left knee EUA, left wrist ORIF

15. When was patient first diagnosed with this condition? 8/17/19

16. When is the patient's next office visit? __/__/__ when transferred

17. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?

Yes ☑ No ☐

If Yes: ☑ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission

Name and address of hospital or facility Cedars Sinai Medical Center

18. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| Oxycodone | 5mg | Q4h | until DC | Yes ☑ No ☐ | Yes ☐ No ☑ | __/__/__ |
| Lovenox | 40mg | Q24h | until DC | Yes ☑ No ☐ | Yes ☐ No ☑ | __/__/__ |
| tramadol | 50mg | Q6H PRN | analgesic | Yes ☑ No ☐ | Yes ☐ No ☑ | __/__/__ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |

19. Is this condition the result of an injury? Yes ☑ No ☐ Is this condition work related? Yes ☐ No ☐ If yes, provide date and description of event:

8/17/19 auto vs pedestrian; 8/19/19 → surgery

20. If patient is pregnant, is a C-Section planned? Yes ☐ No ☐ If yes, date scheduled? __/__/__ NA

21. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): patient to be transported back to Texas for further recovery management by receiving MD Dr. Patel

**Employee Name: Jorge Garcia**
**Claim Number: 30193305872-0001**

22. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☑ No ☐
List the name of the procedure: R tibia ORIF, L knee EUA, L wrist ORIF
CPT code: ______ Date of procedure: 8/19/19

23. Has patient been referred to other physician(s)/specialist? Yes ☑ No ☐ If yes, provide physician name, specialty, and telephone number. Dr. Vishwas Patel (Texas)

24. List specific functional limitations of Activities of Daily Living (ADL's):
NWB RLE, TTWB LLE, NWB LUE

25. Has patient been given any driving restrictions for this disability period? Yes ☑ No ☐
If yes please describe: can't drive

**Please attach all office notes, History & Physical, Results of X-Rays, Laboratory Tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: (310)384-1303
Fax Number: ______
Date Completed: 8/26/19

Physician Printed Name: Dr. Tiffany Chin
Physician Specialty: Orthopaedic Surgery
Physician Signature: [signature]

## VOLUNTARY AUTHORIZATION FOR RELEASE OF INFORMATION (ROI)

**Note:** This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

Employee Name: Jorge Garcia
Claim #: 30193305872-0001 Employer Name: Charter Communications
Last Day Worked: 08/15/2019 Disability Begin Date: 08/19/2019

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Liberty Life Assurance Company of Boston. Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

**I understand that I do not have to give this authorization.** If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or Liberty Life Assurance of Boston may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

### IMPORTANT INFORMATION ABOUT YOUR RIGHTS

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (PO Box 14667, Lexington, KY 40512-4667) and Liberty Life Assurance of Boston at (P.O. Box 7207, London, KY 40742-7207) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

[signature] 8/26/19
Employee's Signature Date Signed

Signature of Personal Representative who has the authority to Behalf of the Employee

Name of Personal Representative who has authority to Sign on Behalf of the Employee (Please attach copy of document conferring authority).

Complete and return this form via fax to (859) 280-2880 or mail to Sedgwick/ PO Box 14667, Lexington, KY 40512-4667. *For assistance, call Sedgwick at* (877) 892-6707.

8-28-2019 *C05 - 222 - 6112* 301933058720001 5220190828016701

## Reimbursement Agreement for Short Term Disability Benefits

Sedgwick, Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667

Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

In consideration of and as a precondition to payment to me of benefits under any company-sponsored Short Term Disability program, I hereby agree to reimburse the Short Term Disability plan to the extent any such benefits were paid to me under the Short Term Disability program erroneously, or which should be offset in accordance with the Short Term Disability program, by reason of my eligibility for benefits (1) under any federal Social Security law, (2) under any workers' compensation law, whether by formal award, redemption award, informal compromise, settlement or otherwise, or (3) from any other sources that Charter Communications or Sedgwick, the Short Term Disability program claim administrator, that are to be taken into account in determining the amount of Short Term Disability program benefits as described in the applicable program document. As a means to obtain reimbursement, I hereby give the Short Term Disability program and Sedgwick my full and free consent to offset against any benefits for which I am eligible under the Short Term Disability program or any compensation (excluding wage payments in states where it is prohibited) or other employee benefits payable to me by Charter Communications until reimbursement is complete.

I understand that if any monies or benefits listed in items 1, 2 and 3 above are awarded retroactively, they shall be treated as having been received during the entire time period for which Short Term Disability program benefits were payable and any overpayment of benefits shall be calculated accordingly. I understand that this Reimbursement Agreement must be signed by me and returned to Sedgwick Claims Management Services prior to the initial or further payment of any portion of the Short Term Program benefits to which I am entitled, in order to receive (or continue receiving) Short Term Disability program benefits.

I understand that in consideration of payments made to me I am required to file for any benefits to which I may be entitled under federal Social Security law, if any.

Claim Number: 30193305872-0001

Employee ID: E076171

Employee Name: Jorge Garcia

Employee Signature or
Legal Representative Signature: [signature] Date: 8/26/19

Legal Representative Name: Jorge Garcia

*C00883484.222-6112*

## Authorization for Release of Protected Health Information

**PATIENT NAME: ________________________________________**
**DATE OF BIRTH: _____________**

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me:
(Physician or Facility Name)

________________________________________________________

2. The following person (or class of persons) *may receive* protected health information about me:

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):

________________________________________________________

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ____________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:
__________________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| | | |
|---|---|---|
| _____________________ | _____________________________ | ____________ |
| Print Name | Signature of Patient/Guardian | Date |

**From:**Hong.GU@lfg.com
**Sent:**Wed, 15 Jan 2020 09:20:43 -0500
**To:**CLTCSUDocs
**Cc:**Gu, Hong
**Subject:**Charter LTD Claim Creation Request for JORGE GARCIA E076171 01-15-2020

Please create a new LTD Claim based on the information provided.

**Triage Status:** Review 01
**SSN:**
**Last Name:** GARCIA
**First Name:** JORGE
**EE ID:** E076171
**Gender:** M
**Date of Birth:**
**Date of Hire:** 2005-12-09
**Address:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**Cell Phone:**
**LDW:** NA
**DOD:** 2019-08-19
**Approve Through Date:** 2020-01-10
**Work State:** TX
**Primary ICD Code:** s52.2
**Primary ICD Description:**
**Secondary ICD Code:**
**Secondary ICD Description:**
**Work Related:** n
**Job Description:** Direct Sales Rep
**Loc Code:** TWC
**Escalation Date:** 2019-12-17
**Weeks of Benefits:** 52
**STD Plan:**
**LTD Effective Date:** 2017-01-01
**HR LTD Benefit Plan:** 1091
**STD Max Date:** 2020-02-16
**Salary:** 55325.28
**Note:** NA

If you have further questions, please contact your Manager.