**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00125 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES

Plaintiff Jorge Garcia and Defendant Liberty Life Assurance Company of Boston file this Joint Motion to Extend Briefing Deadlines and show the Court as follows:

1. On May 7, 2021, the Court entered a Scheduling Order (document 12), setting deadlines for the filing of the administrative record by July 12, 2021, and for the parties to file opening briefs by August 16, 2021.

2. Defendant's Submission of Administrative Record was filed on July 12, 2021. The only remaining deadlines are for the Parties to file their opening briefs by August 16, 2021, and to file response briefs 4 weeks thereafter, but no later than September 13, 2021.

3. The Parties have been discussing a potential settlement in this matter. The discussions between counsel for the parties regarding a potential resolution have been encouraging but negotiations are not yet complete. Additionally, the Plaintiff was recently released from an eight-day hospital stay, which delayed settlement negotiations. Accordingly, the Parties request additional time, and request that the Court briefly extend the remaining deadlines by one week so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

4. This brief extension will not affect the November 15, 2021, status conference setting.

5. This Joint Motion to Extend Briefing Deadlines is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Plaintiff and Defendant request the Court extend the remaining deadlines and enter an order that the Parties shall each file opening briefs on or before August 23, 2021, and that each shall file response briefs on or before September 20, 2021.

Dated this 13th day of August 2021.

Respectfully submitted,

By: /s/ Timm Davis (w/permission)

Timm Davis
State Bar of Texas No. 0070570
S.D. of Texas No. 37089
Davis Law, P.C.
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
PH: (956) 540-7807
FX: (956) 664-2500
Email: timm@tdavislawpc.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Timm Davis
timm@tdavislawpc.com

August 13, 2021
Date

/s/ Iwana Rademaekers
Iwana Rademaekers