**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00125 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day, came on to be considered the Joint Motion to Extend Briefing Deadlines. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the Parties shall each file opening briefs on or before August 23, 2021, and shall each file response briefs on or before September 20, 2021.

**SIGNED** this ______ day of ____________________, 2021.

________________________________________
UNITED STATES DISTRICT JUDGE