United States District Court
Southern District of Texas
ENTERED
August 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00125 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**FIRST AMENDED SCHEDULING ORDER**

The Court now considers the parties' "Joint Motion to Extend Briefing Deadlines."[1] On May 7, 2021, in light of the parties' joint discovery/case management plan,[2] the Court entered a specialized scheduling order that provided for a July 12, 2021, deadline to file the administrative record in this case, followed by briefing deadlines and a status conference.[3] Defendant Lincoln Life Assurance Company of Boston[4] timely submitted the administrative record.[5] Days before the opening brief deadline, however, the parties filed the instant joint motion requesting a 7-day extension to the Court's scheduling order "so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare dispositive motions."[6]

[1] Dkt. No. 14.
[2] Dkt. No. 11.
[3] Dkt. No. 12.
[4] *See* Dkt. No. 3 at 1, ¶ 1.
[5] Dkt. No. 13.
[6] Dkt. No. 14 at 1, ¶ 3.

The Court finds good cause in the parties' settlement efforts and request for an extension. The Court therefore **GRANTS** the joint motion[7] and enters this first amended scheduling order, which will control disposition of this action until further order of the Court. The following actions shall be completed by the dates indicated:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for all parties to file their opening brief seeking favorable judgment. | August 23, 2021 |
| Deadline for all parties to file a response brief in opposition. | 4 weeks after the date the opening brief was filed and not later than September 20, 2021 |
| Status conference. | November 16, 2021, at 9:00 a.m. |

This scheduling order supersedes any earlier schedule, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause.[8] All other deadlines not specifically set out in this scheduling order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of August 2021.

Micaela Alvarez
United States District Judge

[7] Dkt. No. 14.
[8] *See* FED. R. CIV. P. 16(b)(4); 6A ARTHUR R. MILLER, MARY KAY KANE & A. BENJAMIN SPENCER, FEDERAL PRACTICE AND PROCEDURE § 1522.2 (3d ed. 1998 & Supp. Apr. 2021).