United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00125 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court now considers the parties' "Joint Stipulation for Dismissal with Prejudice."[1] Therein, the parties explain that they no longer wish to litigate and stipulate that this action is dismissed with prejudice.[2] Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties,[3] Plaintiff has effectively dismissed the case and no further action by this Court is necessary.[4] All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs. This case is terminated and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of September 2021.

Micaela Alvarez
United States District Judge

[1] Dkt. No. 17.
[2] *Id.* at 1.
[3] *Id.* at 1–2.
[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).